UNITED STATES DISTRICT COURT
For The DISTRICT OF COLUMBIA

FILED
MAY 1 0 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Vincent DeMartino #22044-053
      Plaintiff
USP Beaumont
P.r. Box 26030
Beaumont, TX 77720

-v-

F.B.I., Wsahington, D.C.
N.C.I.C. Main Off., Wash.D.C.
Excutive Office of US Attorney's Office
F.B.I. O.C.Div.(E.D.N.Y.)
F.B.I. O.C. Div.(S.D.N.Y.)
Federal Bureau of Prisons, Washington D.C.
US Probation office (E.D.N.Y.)
      Defendants

CASE NUMBER   1:06CV00879
JUDGE: Richard J. Leon
DECK TYPE: FOIA/Privacy Act
DATE STAMP: 05/10/2006

**COMPLAINT/BRIEF IN SUPPORT
of Title 5 U.S.C. 552a (e)(5),
(g)(1)(c), (g)(4)**

" COMPLAINT Summary "

Comes now Plaintiff PRO Se Vincent DeMartino #22044-053 , hereby submitts this " Complaint " & Brief in support of his Title 5 USC 552a (g)(1)(c), (g)(4),(e)(5) against the [a]bove listed defendants for their willfull & Known use of other employees to manufacture and maintain " FALSE & INACC-URATE RECORDS " in my files maintained in the Federal Judicial District For The District of Columbia . Such Records are being used to " DRAW ADVERSE Decisions " [a]gainst the Plaintiff DeMartino as he submits This Title 5 USC 552a Complaint ........

" Toolasprashad -v- B.O.P." , 286 F3d.576 (DC Cir 2002)
" Sellers -v- B.O.P. " , 959 F2d. 307(DC.Cir 1992)
" Deters -v- US Parole Com'n", 85 F3d. 655 ( DC Cir.1996)

1

## " COURT'S of AUTHORITY TO REVIEW "

1.) 5 USC 552a (e)(5)
2.) 5 USC 552a (g)(1)(c)
3.) 5 USC 552a (g)(4)
4.) 18 USC 1001
5.) 18 USC 1622
6.) 18 USC 1623

## " US . CONSTITUTIONAL AMENDMANTS "

1.) First Amendmant
2.) Fifth Amendment
3.) Sixth Amendment
4.) **Fourteenth Amendment**

## " JUDICIAL ETHICS CODE "

1.) DR 7_102.A4
2.) OMB Privacy Act Guidelines, 40 Fed.Reg. at
    28,948 ; 28,964 : 28,969 et/seq.

## " CHRONOLOGICAL ORDER OF EVENTS "

1.) **On Oct. 4,2004**, attempted recieve information FROM LAW ENFORCEMENT Agencies Located in the State of New York ........

2.) **On Feb. 20, 2005**, I made an attempt to recieve information from F.B.I. (S.D.N.Y.) 23rd Flr. 26 Fed,Plaza NY.NY. 10278 pursuant to FOIA Policy and " No Response "

3.) **On Oct. 3,2005 filed FOIA Request**,to FBI Washington D.C. directed to "attn: Linda Y. Williams " NO Response

4.) **July 12,2005**, made " 2nd Request " via FOIA Policy to reciev information and " No Response " FBI (EDNY)

5.) **Feb 20,2005**, made " request " to N.Y.P.D. ( Highway 2) which " CO-mingled information involving a **Federal Investigation 03 CR 285**, pursuant to FOIA Policy and yeilded NO Response .... Addressed to Highway 2 NYPD, 2900 Flatbush Ave,Brooklyn New York

6.) Requested pursuant to FOIA Policy , COPY of files maintained by N.Y.F.D. (**Medical Tech Div.**)(09 Metro Tech) Broooklyn ,N.Y. attn: Davd Clingain & William Ritter , pertianing to their response to a call on July 16,2001 ( SHooting) west 32nd & Surf Ave Bkltn,NY recieved NO RESPONSE , Note :case # 03-CR-285 (E.D.N.Y.)

7.) Requested to NYPD Communications Div. , (F.O.I.L. UNIT) information that was that was provided to US ATTORNEY'S Office in case #03-cr-285 (EDNY) which was directed to **attn: Daniel Gonzalez(Lt.)** N.Y.,N.Y. 10038 ..........

8.) Requested to 60th. Precint NYPD. Brooklyn New York reference to case# 1857 (State of N.Y.) (City of N.Y.) & (Fed.Case# 03-CR-285 , mailed to : 2951 W8th.Street, Brooklyn,N.Y. addressed to the Following;
   a.) Letter to detective MarioniShld.#8826721
   b.) Letter to Patrolman Massia
   c.) Letter to Det. Canifield # 883256
   d.) Letter to Patrolman Ross
   e.) Letter to Patrolman Dorthy Borgese

9.) Requested " F.O.I.A. Release from Federal Bureau of Prisons on November 15,2005,and to " No Avail " [n]oresponse.......

10.) On November 22,2005 Requested FOIA from US Parole Commission, [r]equesting from USPO David Williams for the release of my monthly reports and surveillance log detailing his surveillance repoorts of Vincent DeMartino (dates & Times ) . Such request was made to 75 Clinton Street Brooklyn New York,11201 ( Room 405)

11.) On November 24,2005 FOIA Request made to B.O.P. Washington D.C. located at 320 First Street Washington D.C. 20534 ,and to no avail yeiled no respnse

12.) On November 24,2005 a " 3rd Request " for disclosure was made to the FBI Washington D.C. to a Mr. L.Williams and No Response .

13.) On November 28,2005 a FOIA Request was made to the US Parole Com'n

3

" MAIN OFFICE " located at 5550 Friendship Blvd. Chevy Chase Maryland and NO Response was yeilded .........

   Note : " <u>PRIOR</u> "  to filing this Title 5 USC 552a Complaint all procedures was followed  in accordance with Policy outlined pursuant to the FOIA  Release Requests .....

   It should be Further Noted that  I filed  with " <u>ALL</u> " [l]ocal Branch Offices of each agency under the direction of Main Offices of defendants, who are located within the Federal Judicial District of Washington DC  .......

4

## " CASE SUMMARY "

1.) **This Title 5 USC 552a " COMPLAINT** , filed in THE FEDERAL Judicial District of Columbia by PLaintiff Vincent DeMartino(PrSe) challenging " False & Inaccurate Records " willfully & Knowing maintained by the defendants listed in this caomplaint , to draw & support **adverse decisions " AGAINST " Plaintiff DeMartino**...

2.) Vincent DeMartino ( Plaintiff Pro Se ) has tried to " <u>**EXHAUST**</u> " his"<u>**ADMINISTRATIVE REMEDIES**</u> " , to access his files and have such " FALSE & INACCURATE RECORDS " [c]orrected , but to " <u>NO AVAIL</u> " has bore Fruit in correcting these False records maintained by The Defendants and their Agents ( Branch Offices )located thru-out the Country ..........

3.) Vincent DeMartino , has had " ALL " [ " EXCUTIVE Branches " ] of **1.) FBI , 2.) US ATTORNEY'S OFFICE , 3.) US PROBATION OFFICE , 4.) Federal Bureau of Prisons , and MAIN OFFICE of N.C.I.C. , as well as their Local Offices** placed on NOTICE since the Year 2004 , and " No Corrective " action has been taken to bring his records into compliance with the Laws governed under Title 5 USC 552a (e)(5), (g)(1)(c) ,(g)(4) . This violates what this circuit has held in the case of " **Toolasprashad -v- B.O.P. , "** 286 F3d 576 (DC Cir. 2002) , Sellers -v- B.O.P. 959 F2d. 307 (DC Cir 1992 ) ,Deters -v- US Parole Com'n 85 F3d. 655 ( DC Cir.1996) ...

5

## " CASE SUMMARY "

4.) Vincent DeMartino (Plaintiff) has repeatedly [ " OBJECTED " ] to " Numerous documents maintained by the defendants and their agents whom willfully & knowingly employed such  " <u>False & Inaccurate "</u> Information that violate 5 USC 552a & **<u>CONGRESSIONAL INTENT " of APPLICATION of The LAWS</u>** ,THAT WAS ENACTED TO PROTECT A CITIZEN'S RIGHTS under the UNITED STATES CONSTITUTION (**4th,5th,6th,8th,14th Amend** )  .

These procedural Safeguards are also listed in the Federal Reg. under [ **O.M.B. Privacy Act Guidelines** ] **‡s 40 Fed.Reg. 28,948 , 28,964, 28 ,969** . Which provides this Honorable Court with "<u>jurisdiction</u>" over subject matter at bar . Deters -v- US PArole Com'n 85 F3d. at 658 (D.C. Cir. 1996 ) ......

NOTE :  This Honorable Court Has Subject Matter Jurisdiction over all matters since the individuals ( Defendants ) in-charge of the defendant agencies', PROMULGATE POLICY and Regulations to be applied by each of the  " BRANCH " offices that are located thru-out the country ........

Also , " NUMEROUS "  High Ranking Agency Officials will be called to testify at  trial about their  " DIRECT " knowledge of the matters at bar ...............

1.) **ARGUMENT**

Court has Jurisdiction over subject matter at Bar since F.O.I.A. Request was made to " all " EXCUTIVE BRANCHES and " FALSE & INACCURATE " Records are <u>willfully</u> & <u>Knowingly</u> maintained in Federal Jurisdiction located in THE DISTRICT OF COLUMBIA .........

---

1.) Vincent DeMartino ( Plaintiff) files this " FOIA COMPLIANT " in the Federal Judicial District of Columbia , the district in which " ALL " of the  " **Excutive Branches** " are located and who's representatives who are located thru-out Washington DC area , and will be called to testify at the trial  about the subject matters at bar ...
See : " **Chastain -v- Kelley** " , 510 F2d. 1232 at 1233 : Keynote#1-8 ( DC Cir.1975 ) , " **Deters -v- US Parole Com'n** ," 85 F3d. 658 FtNote#2 DC Cir. 1996 ) , " **Toolasprashad -v- B.O.P.** 286 F3d. at 578 ;

**KeyNote # 13 Records** : Reasonable Reliance by some employees <u>cannot</u> **immunize an agency** from PRIVACY ACT  consequences of Employing other individuals who allegedly delibrately FALSIFY RECORDS . 5 USCA 552a ....

The case at bar ,  " CLEARLY " proves beyond any doubt Plaintiff DeMartino's records are   [ "**DELIBRATELY** " ]   polluted by employees of " ALL " of the EXCUTIVE BRANCHES named in this complaint ....

See : Items Listed in CHRONO of Events to show Willfull & Know Maintence of False Records by the defendants .....

The case at bar is a  " <u>TYPICAL CASE</u> "  where the Truth is " CLEARLY " [p]rovable  or relatively easily ascertainable , see **Sellers**,959 F2d. at 311 ....... Also  the US SUPREME Court's most recent  decision in  " **Wilkinson -v- Dotson** , 161 LEd 2d. 235 ( @005)   " <u>ALLOWS</u> " the plaintiff to [ question ] the application of an agency's policy when it violates his US CONTITUTIONAL RIGHTS .......

7

2.)   ARGUMENT

Plaintiff DeMartino's Right to TRUTHFULL &
ACCURATE Records are willfully & knowingly being
violated by " ALL " of the defendants agencies ...
5 USC 552a (g)(1)(c) , (g)(4),(e)(5) , 18 USC 1001,
18 USC 1622,18 USC 1623 ........

1.) Plaintiff DeMartino , " Clearly " exercises his right to have the " **Provisional Safeguards** " of " **Titl 5 USC 552a** " [ enforced ] by this Honorable Court , since his " Attempts at informally resolving " such , has again became fruitless ............

2.) Question of Willfull &Known " intent by the defendant agencies thru their employment of others " CLEARLY " establishes a violation of not only 552a (e)(5),(g)(1)(c),(g)(4) but also what is defined in 18 USC 1001 ,1622,1623 and the Code of Proffessional Responsibility DR 7-102.A4 ..  see " **US -v- Valentine ,**" 820 F2d. 565(2nd Cir 1987) **Spallone -v- US** , 493 U.S. 265 (1990)  ............

This Circiut's ( D.C. ) position of employment of others to FALSELY Manufacture Records is well grounded " **Toolasprashad -v- B.O.P. , " 286 F3d. 576,578 N.#13 ( DC Cir.2002)** as well as earlier settled in " **Sellers -v- B.O.P. ,**" 959 F2d. 307 (D.C.Cir.1992) , Deters -v- US Parole Com'n 85 F3d. 655 at 658 ( DC Cir. 1996) and finally summarized in Strang -v- US Arms Control & Disarmment Agency 864 F2d. 865 (DC 1989)

DeMartino's " REQUESTED " Exspungement of False Records or at a minimum , stamped noting them inaccurate . This request , is " NOT " unreasonable nor outside the jurisdiction of this Court .......

8

### 3.) ARGUMENT

Plaintiff DeMartino's ")<u>SHOULD NOT</u>" be denied access to his files maintained by the defendants' who use such " FALSE & INACCURATE " documents to DRAW ADVERSE decision towards him .....

---

1.) DeMartino's   1.) FBI FILES , 2.) US PROBATION Files , 3.) B.O.P. Files ,4.) NCIC Files are  " RIDDLED " with material that is easily proven " FALSE & INACCURATE " .........

This goes against the   " **Core Meaning** " of Title 5 USC 552a (e)(5), (g)(1)(c) ,(g)(4) .............

This Honorable Court  " MUST " apply what this Circuit COURT of Appeals applied in similar case . **see londrigan -v- FBI 670 F2d. 1164(1981) at 1173 [9]** .....

DeMartino's Files [n]eed to reviewed in Court to " <u>CULL THRU</u> "  the FALSE Documents " &  " PROPERLY LABEL " those documents that contain inaccurate entries ......

Congress & Senate have Published guidelines in both congressional record & House of Representative Records that are being used to draw adverse decisions against him ........

Lastly wilfall upon the " Equal Protection of LAW  Policy as well as The Equal Application of Law ....., Where the US Supreme Court has [w]ell grounded Law  in  " Dent -v- W. Virginia , 32 LEd 623 ( 1889) " Touchstone  of Due Process is the Protection of the Individual against Arbitrary Acts of the Gov't "........ , Justice White in a  " LATER "  decision  for the Court in  " Meachum -v- FANO , " 49 LEd 2d 451 at 460 (1976) ,also Wolf -v- McDonnell , 41 LEd 2d. 935 and in SANDIN -v- Conner , 132 LEd 2d 418 (1995) .........

The Court ,at a minimum must again ,  " **GRANT** " DeMartino's access to " ALL " his files or an  " INCAMERA " Review by counsel & this Honorable

COURT , Since he is being " HARMED " by such False & Inaccurate information that " all " of the defendants **" Willfully & KNOWINGLY "** maintain in DeMartino's Files .......

The Court needs to Apply 5 USC 552a(e)(5),(g)(1)(c) , (g)(4) to it's " **FULL MEANING** " and " GRANT " , DeMartino's requested relief outlined in the " REQUEST FOR DAMAGES " section of this complaint ........

## " REQUEST FOR DAMAGES "

DEMARTINO REQUESTS ......;

    a.) Appointment of Counsel

    B.) EXSPUNGEMENT of FALSE INACCURATE RECORDS FROM FILES
        ie; FALSE FBI 302's , US ATTORNEY " s 295 Forms etc., etc.

    c.) Access to Grand Jury Minutes case # 03-CR-285(RJD) &
        Correct and UNCORRUPTED TRIAL MINUTES 03-CR-285(RJD)(EDNY)

    d.) EXSPUNGEMENT of INACCURATE ENTRIES of PSI

    e.) acess to US PArole Files dating back to the Year 1996

    F .) Access to Federal Investigator Files of Attorney James LaRossa
        Trail Counsel for 03-CR_285(EDNY) and all FBI 302 Forms
        generated by William Cutolo Jr. inreferance to James LaRossa
        and Vincent DeMartino , this includes all FBI , DEA , INTERPOL
        etc., documents

## " CONCLUSION "

Based upon the " PROOF " beyond any Doubt provided in the CHRONOLOGICAL ORDER of EVENTS , which shows compliance by the Plaintiff DeMartino to Agency Guidelines pertaining to FOIA RELEASE & Correcttions to Files . The Defendants' " willfully & knowingly " with Total disregard to Congressional Intent to the Provisional Safeguards setforth in 5 USC 552a Protect a Citizen From False Records , Gives this Honorable Court the " AUTHORITY " to GRANT DeMartino's REquest for Damages .

In the Interest of Justice , this Complaint should be " GRANTED "

Forthwith :

Date  March 8 2006

Respectfully Submitted By

Vincent DeMartino #22044-053
Pro Se Plaintiff

Certify Pursuant to 28 USC 1746 this is True Accurate & Correct

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBEA

Vincent DeMartino
    Plaintiff

    -v-

F.B.I Washington,D.C. Ect..
    Defendent's

               Plaintiff's Affidavitt in
                Support of Title 5 U.S.C.
                552 a(e)(s)(g)(1)(c)(g)(4)......

I Vincent DeMartino # 22044-053,Do so certify pursunt to 28 U.S.C. § 1746 that the below listed items are " <u>TRUE</u> and <u>CORRECT</u> " They are as follow's ..........;

    1.) That " <u>ALL</u> " above listed defendant's have personal <u>Knowledge</u> and <u>Direct Involvement</u> in the " <u>Manufacture</u> and <u>Maintence</u> of <u>FALSE RECORD'S</u> that is being used to draw an adverse decision against Vincent DeMartino....

    2.) That **A.U.S.A.** **MS Patricia Notopulos** Eastern District of New York. Presented known" **FALSE** " **Evidence** to a " **Grand Jury** "That resulted in an " **INDICTMENT** " in Case # 03-CR-285 Which [ Later] before HONORABLE JUDGE " RAGGI " It was revealed A.U.S.A. Patricia Notopulos " <u>PERJURED HERSELF</u> " and Procured Perjured Evidence to Present to a Grand Jury in VIOLATION of D.R. 7- 102.A4....

06 0879

FILED
MAY 10 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

-1-

3.) That " **ALL** " Requested document's have **MATERAL** fact to "**RESOLVE** "disputed **FALSE RECORD'S**.....

4.) That **Willam Cutolo Jr** has " **PROFFERED** " Known Statement's to be " **FALSE and INACCURATE** "and Defendant had knowledge of such..........

5.) That " I " Vincent DeMartino Attemped to Exhaust my **F.O.I.A.** procedures and to " **NO AVAIL** "had no **RESULT'S**.........

6.) That Document's are located in O.C Squad's Washington,D.C. Southern District of New York Eastern District of New York. Attorney's Office (Washington,D.C.) and also Attorney's Office's Southern District New York and Eastern District New York....

7.) That C.I. Knownly "**Testify** " as **Wilson Vega** at " **GRAND JURY** " of Case # 03- CR 285 was later " Revealed" as"**WILSON AFANADOR**" at "**TRAIL**" in Case # 03- CR - 285.......

That all " 7 " Items listed in this supporting affidavitt of Vincent DeMartino are true accurate and correct I do so swear 28 U.S.C. § 1796.

DATE March 8, 2006

SWORN TO BY *Vincent DeMartino*

Vincent De Martino 22044-053
U.S.P.Beaumomt
P.O.Box 26035
Beaumont, TX 77720

2