AO 240 (Rev. 10/03)

# UNITED STATES DISTRICT COURT

District of COLUMBIA

**FILED**
MAY 1 0 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Vincent DeMartino
Plaintiff

v.

F.B.I Washington D.C. et., al;

Defendant

APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT

CASE NUMBER: 06 0879

I, Vincent DeMartino, declare that I am the (check appropriate box)

☒ petitioner/plaintiff/movant/respondent   ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?   ☒ Yes   ☐ No   (If "No," go to Part 2)
   If "Yes," state the place of your incarceration  USP Baumont - Po Box 26030, Baumont Texas 77720
   Are you employed at the institution?  Yes   Do you receive any payment from the institution?  Yes
   Attach a ledger sheet from the institution(s) of your incarceration showing at least the past **six** months' transactions.

2. Are you currently employed?   ☒ Yes   ☐ No
   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer. (List both gross and net salary.)

   b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

3. In the past 12 twelve months have you received any money from any of the following sources?

   |   | Source | Yes | No |
   |---|---|---|---|
   | a. | Business, profession or other self-employment | ☐ Yes | ☒ No |
   | b. | Rent payments, interest or dividends | ☐ Yes | ☒ No |
   | c. | Pensions, annuities or life insurance payments | ☐ Yes | ☒ No |
   | d. | Disability or workers compensation payments | ☐ Yes | ☒ No |
   | e. | Gifts or inheritances | ☐ Yes | ☒ No |
   | f. | Any other sources | ☒ Yes | ☐ No |

   If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

2

see inclosed print out sheet of Inmate Transactions. I don't know when or who will send money. But I an sure someone will

4. Do you have **any** cash or checking or savings accounts?  ☐ Yes  ☐ No

   If "Yes," state the total amount. I an Not Sure Been in Jail for 3 years and an serving a 25 year sentence, I can not call home to ask my wife if my name appears on anything anymore.

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?  ☒ Yes  ☐ No

   If "Yes," describe the property and state its value.
   My Name may or may not appear. I been in Jail for 3 years and have a 25 year Sentence. I left everything to my wife and 3 small children ages 7, 6, 4.
   House they live in 650,000 and a one story tax prpyer, 300,000
   2002 or 2003 GMC SUV Truck

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support. (If children are dependents, please refer to them by their initials)
   I left them everything above. what would find is theirs.
   my wife   D. DeMartino
             J. DeMartino
             ...

I declare under penalty of perjury that the above information is true and correct.

I an willing to pay Court fees in instalement Thank you!

April 4, 2006        Vincent DeMartino
_____      _____
     Date              Signature of Applicant

**NOTICE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

ORDER OF THE COURT

The application is hereby denied.          The application is hereby granted. Let the applicant proceed without
APR 24 2006                                prepayment of costs or fees or the necessity of giving security thereof.
NANCY MAYER WHITTINGTON, CLERK             APR 24 2006
U.S. DISTRICT COURT                        NANCY MAYER WHITTINGTON, CLERK
_____    _____         U.S. DISTRICT COURT
United States Judge       Date             _____    _____
                                           United States Judge       Date

RECEIVED  RECEIVED  RECEIVED