**RECEIVED**
**MAY 19 2006**
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Vincent DeMartino
    Plaintiff

Honarable, Judge : R.J. Leon

-v-

Case # : 060879(RJL)

F.B.I., Washington DC et al;
    Defendants

        REQUEST for Discovery Pursuant
        To Federal Rules of Civil Procedure
        Rule # 26 (a)(1)(3),(b)(3),(f)

Comes now the Plaintiff Vincent DeMartino Pro Se , Hereby submitts to the defendants' counsel who is represented by the offce of the UNITED STATES ATTORNEY for the District of Columbia , An initial request for Discovery pursuant to federal rules of Civil Procedure , Rule # 26 (a)(1)(3) , (b)(3),(f) et seq. located in the defendants' possession at the following location ;

    1.) All Statements ,302 Forms ,DD5 Forms , and the notes outlining Vincent DeMartino being involved with ORGANIZED CRIME , located in Organized Crime Information Center ( Columbo Desk) Washington,DC, Southern District of New , Eastern District of New York ......

    2.) <u>ALL</u> **informant statements** in the possession of the US ATTORNEY's Office for the Eastern District of New York , Southern District of New York , US Bureau of Prisons ( Wash.DC) ,(USP Waymart) , (NERO) , and US PAROLE Commission ( Chevy Chase Maryland ).....

    3.) ALL , Documents purtaining to the Investigation of Attorney James LaRossa , attorney for Vincent DeMartino which is in the Possesion of US ATTORNEY'S Offices located in both Southern & Eastern District of New York, and Offices of the FBI located in New York, & Washington DC .............

1

4.) All Statements of William Cotulo Jr. , Joe Campanella, (CAmpy) Wilson Alfanador , and any other FBI 302's ,DD5 Forms and internal MEMO's created by ALL LAW ENFORCEMENT OFFICES in case # 03-CR-285(RJD)(EDNY) and any other Columbo Classified Investigation that the Name Vicent DeMartino appears .......... GIOVANNI FLORIDIA (John the Barber)

5.) All , notes of AUSA Notopulos (EDNY) , and acees to all her disciplinary files since she was **Terminated by the OFFICE of US ATTORNEY Eastern District of New York for " PERJURY " , violation of DR 7-102.A4 ,18 USC 1001,1622, 1623 .   and any material  there after** ......

**All requested material in the defendants' files  is material to this case and it's prosecution** ......

I swear pursuant to 28 USC 1746 .....

Date : May 16, 2006

Sworn to By

Vincent DeMartino
Vincent DeMartino#22044-05
USP Beaumont
P.O.Box 26035
Beaumont ,Texas   77720