```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA
```

VINCENT DeMARTINO,                )
Register No. 22044-053            )
USP Beaumont                      )
P.O. Box 26030                    )
Beaumont, TX 77720                )
                                  )
                                  )
     Pro Se Plaintiff,            )
                                  )
     v.                           )
                                  ) Civil Action No. 06-0879(RJL)
F.B.I., Washington, D.C.,         )
N.C.I.C Main Office               )
Executive Office of US            )
 Attorney's Office                )
F.B.I.  O.C. Div. (E.D.N.Y.)      )
F.B.I.  O.C. Div. (S.D.N.Y.)      )
Federal Bureau of Prisons,        )
 Washington, D.C.,                )
U.S. Probation Office             )
   (E.D.N.Y.),                    )
                                  )
          Defendants.             )
_____)

## PRAECIPE

The Clerk will please enter the appearance of Assistant United States Attorney Karen L. Melnik as counsel for the federal defendants in this action.

                          Respectfully submitted,

                          KENNETH L. WAINSTEIN
                          United States Attorney
                          D.C. Bar #451058

_____
KAREN L. MELNIK D.C. BAR #436452
Assistant United States Attorney
U.S. Attorney's Office for the
District of Columbia
Civil Division
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 307-0338 (O)
(202) 514-8780 (Fax)

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that service of the foregoing Defendants' Praecipe has been made via Electronic Case Filing and/or mail to plaintiff, Mr. Vincent DeMartino, Register No. 22044-053, USP Beaumont, P.O. Box 26030, Beaumont, TX 77720, on July 18, 2006.

_____
KAREN L. MELNIK D.C. BAR #436452
Assistant United States Attorney
U.S. Attorney's Office for the
District of Columbia
Civil Division
555 Fourth Street, N.W. #4112
Washington, D.C. 20530
(202) 307-0338(O)
(202) 514-8780 (Fax)