UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

AUG 9 – 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | | |
|---|---|---|
| VINCENT DeMARTINO | ) | |
| | ) | |
| Pro se Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 06-0879 (RJL) |
| | ) | |
| F.B.I., et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

ORDER

UPON CONSIDERATION of the Defendants' Motion For Enlargement of Time to File a Dispositive Motion, the grounds stated therefor and the entire record in this matter, it is by the Court this 4th day of Aug, 2006, hereby

ORDERED that the said motion be and hereby is granted and Defendants will have until August 24, 2006, to file a dispositive motion.

_____
UNITED STATES DISTRICT COURT JUDGE