**U.S. Department of Justice**
United States Marshals Service

## NOTICE AND ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT BY MAIL

United States District Court
for the
District of **Columbia**

TO:
N.C.I.C.
(Nat'l. Crime Information Ctr.
Post Office Box 4278
Clarksburg, W.V. 26302

Civil Action, File Number **06-879 RJL**

**Vincent Demartino**
V.
**Fed'l. Bureau of Investigation, et al**

The enclosed summons and complaint are served pursuant to the Federal Rules of Civil Procedure.

You MUST COMPLETE the acknowledgment part of this form below, AND RETURN COPIES 1 AND 2 to the sender within [...] pose. Keep copy 3 for your records.

[...] OWLEDGMENT ON ALL COPIES. If you are served on behalf of a corporation, [...] other entity, you must indicate under your signature your relationship to that entity. If [...] uthorized to receive process, you must indicate under your signature your authority.

[...] 2 of this form to the sender within ___ days, you (or the party on whose behalf you [...] ncurred in serving a summons and complaint in any other manner permitted by law.

[...] this form, you (or the party on whose behalf you are being served) must answer the [...] were sent. If you fail to do so, judgment by default will be taken against you for the

[...] otice and Acknowledgment of Receipt of Summons and Complaint By Mail was

Signature *(USMS Official)*

[...] OF RECEIPT OF SUMMONS AND COMPLAINT
[...] d a copy of the summons and of the complaint in the above captioned manner at

_____
Street Number and Street Name or P.O. Box No.

_____
City, State and Zip Code

_____
Signature

_____
Relationship to Entity/Authority to Receive

_____
Service of Process

_____
Date of Signature

Form USM-299
(Rev. 6/95)

Copy 4 - USMS District Suspense

**U.S. Department of Justice**
United States Marshals Service

## NOTICE AND ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT BY MAIL

United States District Court
for the
District of __Columbia__

TO:
U.S. Attorney General
DOJ
950 Pa. Ave., NW
Washington, D.C. 20530

Civil Action, File Number __06-879 RJL__

__Vincent Demartino__
V.
__FBI, et al__

The enclosed summons and complaint are served pursuant to the Federal Rules of Civil Procedure.

You MUST COMPLETE the acknowledgment part of this form below, AND RETURN COPIES 1 AND 2 to the sender within ____ days. An envelope has been enclosed for this purpose. Keep copy 3 for your records.

YOU MUST SIGN AND DATE THE ACKNOWLEDGMENT ON ALL COPIES. If you are served on behalf of a corporation, unincorporated association (including a partnership), or other entity, you must indicate under your signature your relationship to that entity. If you are served on behalf of another person and you are authorized to receive process, you must indicate under your signature your authority.

If you do not complete and return copies 1 and 2 of this form to the sender within ____ days, you (or the party on whose behalf you are being served) may be required to pay any expenses incurred in serving a summons and complaint in any other manner permitted by law.

If you do complete and return copies 1 and 2 of this form, you (or the party on whose behalf you are being served) must answer the complaint within ____ days of the date those documents were sent. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

I declare under penalty of perjury ... of Summons and Complaint By Mail was

8-17-06                    06-879 RJL

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
U.S. Atty General

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____   ☐ Agent   ☐ Addressee

B. Received by (Printed Name)     C. Date of Delivery
Aug 21 2006

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:    ☐ No

3. Service Type
   ☐ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)
7004 2510 0003 7140 4637

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

MS Official)

COMPLAINT
complaint in the above captioned manner at

and Street Name or P.O. Box No.

Zip Code

Relationship to Entity/Authority to Receive

Service of Process

Date of Signature           Form USM-299
                            (Rev. 6/95)

Copy 4 - USMS District Suspense