UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
SEP 5 - 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| VINCENT DeMARTINO          ) | |
| )                            | |
| Pro se Plaintiff,          ) | |
| )                            | |
| v.                         ) | Civil Action No. 06-0879 (RJL) |
| )                            | |
| F.B.I., et al.,            ) | |
| )                            | |
| Defendants.                ) | |
| )                            | |

## ORDER

UPON CONSIDERATION of the Defendants' Motion For Enlargement of Time to File a Dispositive Motion, the grounds stated therefor and the entire record in this matter, it is by the Court this 1st day of Sept 2006, hereby

ORDERED that the said motion be and hereby is granted and Defendants will have until September 25, 2006, to file a dispositive motion.

_____
UNITED STATES DISTRICT COURT JUDGE

copies to:

Vincent DeMartino
Register No. 22044-053
USP Beaumont, P.O. Box 26030
Beaumont, TX 77720

AUSA Karen L. Melnik
U.S. Attorney's Office for the District of Columbia
Civil Division
555 Fourth Street, N.W. Rm. E-4112
Washington, D.C. 20530