**U.S. Department of Justice**
United States Marshals Service

## NOTICE AND ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT BY MAIL

RECEIVED
SEP 15 2006

TO: NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT
U.S Probation Office
Eastern Distric of New York
75 Clinton Street
Brooklyn, NY  11201

United States District Court
for the
District of __Columbia__

Civil Action, File Number __06-879   RJL__

__Vincent Demartino__
V.
__Federal Bureau of Investigation, et al__

The enclosed summons and complaint are served pursuant to the Federal Rules of Civil Procedure.

You **MUST COMPLETE** the acknowledgment part of this form below, AND RETURN COPIES 1 AND 2 to the sender within _____ days. An envelope has been enclosed for this purpose. Keep copy 3 for your records.

YOU MUST SIGN AND DATE THE ACKNOWLEDGMENT ON ALL COPIES. If you are served on behalf of a corporation, unincorporated association (including a partnership), or other entity, you must indicate under your signature your relationship to that entity. If you are served on behalf of another person and you are authorized to receive process, you must indicate under your signature your authority.

If you do not complete and return copies 1 and 2 of this form to the sender within _____ days, you (or the party on whose behalf you are being served) may be required to pay any expenses incurred in serving a summons and complaint in any other manner permitted by law.

If you do complete and return copies 1 and 2 of this form, you (or the party on whose behalf you are being served) must answer the complaint within _____ days of the date those documents were sent. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

I declare, under penalty of perjury, that this Notice and Acknowledgment of Receipt of Summons and Complaint By Mail was mailed on this date.

___8/16/03___
Date of Signature

___[signature]___
Signature (USMS Official)

### ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT

I declare, under penalty of perjury, that I received a copy of the summons and of the complaint in the above captioned manner at

___75 Clinton ST___
Street Number and Street Name or P.O. Box No.

___Brooklyn  N.Y.___
City, State and Zip Code    ___NY - 11201___

___[signature]___
Signature

Relationship to Entity/Authority to Receive

___Former___
Service of Process

___8/28/06___
Date of Signature

Form USM-299 (Rev. 6/95)

Copy 1 - Clerk of Court