UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VINCENT DeMARTINO, ) | |
| ) | |
| Pro Se Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06CV0879 (RJL) |
| ) | |
| F.B.I., et al., ) | |
| ) | |
| Defendants. ) | |

**MOTION FOR AN ENLARGEMENT OF TIME**

Defendants in the above-captioned case hereby move, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, for an enlargement of time within which to file a dispositive motion to Plaintiff's Complaint. In support of this request, the defendants state as follows:

1. The defendants' answer is due to be filed on September 25, 2006. This Court previously granted two prior motions for an extension of time.

2. Plaintiff's Freedom of Information Act ("FOIA") and Privacy Act complaint involves the Federal Bureau of Investigation ("FBI") (one district office and headquarters), the Executive Office for the United States Attorneys ("EOUSA"), the Federal Bureau of Prisons ("BOP"), and the United States Probation Office for the Eastern District of New York.[1]

3. The undersigned Assistant has learned that all of the involved agencies have processed plaintiff's FOIA requests. The EOUSA and the New York Field Office

---

[1] Although the United States Probation Office is a named defendant, the United States Parole Commission is the proper agency to respond to Plaintiff's FOIA and Privacy Act claims.

of the FBI have completed their respective declarations, however, FBI Headquarters, BOP, and the United States Parole Commission have not yet completed their Vaughn Indexes.

4. The defendants are requesting an additional thirty days so that (1) the agencies may complete their declarations and Vaughn Indexes, and (2) the undersigned counsel can draft and file a dispositive motion.

5. The defendants are unable to comply with LCvR 7(m) as plaintiff is currently incarcerated.[2]

Wherefore the defendants request until October 25, 2006, to file a dispositive motion. A proposed Order accompanies this motion.

                                        Respectfully submitted,

                                        /s/
KENNETH L. WAINSTEIN, DC Bar #451058
United States Attorney

                                        /s/
RUDOLPH CONTRERAS, DC Bar #434122
Assistant United States Attorney

                                        /s/
KAREN L. MELNIK DC BAR # 436452
Assistant United States Attorney
555 4TH Street, N.W. Rm. E-4112
Washington, D.C. 20530
(202) 307-0338

---

[2] On February 15, 2005, Plaintiff received a sentence of twenty years incarceration. See U.S. v. DeMartino, Criminal Docket 1:03-cr-00285-RJD-1 (Eastern District of New York (Brooklyn)).

**CERTIFICATE OF SERVICE**

      I hereby certify that the foregoing Motion for Extension of Time was served by first-class mail on this __ day of September, 2006, upon:

      Vincent DeMartino
      Register No. 22044-053
      USP Beaumont, P.O. Box 26030
      Beaumont, TX 77720

      _____
      Karen L. Melnik D.C. Bar # 436452
      Assistant United States Attorney
      555 4th Street, N.W. Rm E4112
      Washington, D.C. 20530
      (202) 307-0338

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VINCENT DeMARTINO ) | |
| ) | |
| Pro se Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06-0879 (RJL) |
| ) | |
| F.B.I., et al., ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

ORDER

UPON CONSIDERATION of the Defendants' Motion For Enlargement of Time to File a Dispositive Motion, the grounds stated therefor and the entire record in this matter, it is by the Court this _____ day of _____, 2006, hereby

ORDERED that the said motion be and hereby is granted and Defendants will have until October 25, 2006, to file a dispositive motion.

_____
UNITED STATES DISTRICT COURT JUDGE

copies to:

Vincent DeMartino
Register No. 22044-053
USP Beaumont, P.O. Box 26030
Beaumont, TX 77720

AUSA Karen L. Melnik
U.S. Attorney's Office for the District of Columbia
Civil Division
555 Fourth Street, N.W. Rm. E-4112
Washington, D.C. 20530