**RECEIVED**

SEP 2 2 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Vincent DeMartino
Reg. No. 22044-053
USP Beaumont
P.O. Box 26030
Beaumont, Texas 77720

September 12, 2006

Clerk of the Court
United States DIstrict Court
District of Columbia
U.S. Courthouse
333 Constitution Ave., N.W.
Washington, D.C. 20001

      Re: <u>DeMartino v. F.B.I., et al.</u>
           Civil Action No. 06-CV-0879(RJL)

Dear Clerk:

    With regard to the above referenced civil action, I write to oppose the defendants 8/22/06 Motion for An Enlargement of Time, in which they request until September 25, 2006 to file a dispositive motion and answer to my complaint.

    <u>First</u>, this Court has previously granted a significant length of time to enable the defendants to complete the matters it is still claiming it needs time to complete. Defendants are simply not taking this matter seriously, and are thus acting in a lax manner towards completing the tasks it claims it needs to complete before answering plaintiff's complaint.

    <u>Second</u>, the defendants answer was due on August 24, 2006 per a previous grant of a significant amount of time at the request of the defendants. THat date has passed and plaintiff has received no order or other documentation reflecting that the defendants 8/22/06 motion has been granted. Thus, if the motion has not been granted, plaintiff opposes any extension and asks that the Court hold the defendants in default if no filing has been submitted by them per the 8/24/06 date previously set by the Court. If the Court has granted the defendants 8/22/06 motion, I oppose and object to any further extensions of time.

    Accordingly, please forward this correspondence to the proper judge for consideration so a record of my position can be established.

Clerk of Court
September 12, 2006
Page 2

    Thank you for your time and attention.

                                                Respectfully,

                                                VINCENT DeMARTINO

cc: Karen L. Melnik, AUSA
    U.S. Attorney's Office--D.C.
    555 4th Street, N.W., Rm E4112
    Washington, DC 20530