UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
SEP 29 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

VINCENT DeMARTINO )
)
   Pro se Plaintiff, )
)
v. ) Civil Action No. 06-0879 (RJL)
)
F.B.I., et al., )
)
   Defendants. )
)

ORDER

UPON CONSIDERATION of the Defendants' Motion For Enlargement of Time to File a Dispositive Motion, the grounds stated therefor and the entire record in this matter, it is by the Court this 29th day of Sep 2006, hereby

ORDERED that the said motion be and hereby is granted and Defendants will have until October 25, 2006, to file a dispositive motion.

                                         _____
                                         UNITED STATES DISTRICT COURT JUDGE