UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VINCENT DEMARTINO,<br><br>      Plaintiff,<br><br>      v.<br><br>F.B.I., et al.,<br><br>      Defendants. | Civil Action No. 06CV0879 (RJL) |

**ORDER**

Upon consideration of Defendants' Partial Motion for Summary Judgment, any Opposition thereto, and the entire record herein, it is hereby

ORDERED, that Defendant's Partial Motion for Summary Judgment is hereby GRANTED; it is further

ORDERED, that Plaintiff's FOIA claims against the Bureau of Prisons and the Executive Office for the United States Attorneys are hereby DISMISSED with prejudice. It is further

ORDERED, that Plaintiff's Privacy Act claims against all Defendants are hereby DISMISSED with prejudice. It is further

ORDERED, that Defendants shall file a status report no later than December 6, 2006, regarding whether Plaintiff has paid duplication fees to the F.B.I. and the Parole Commission.

_____
UNITED STATES DISTRICT JUDGE

Copies to:

Karen L. Melnik
Assistant United States Attorney
555 4th Street, N.W. Rm. E-4112
Washington, D.C. 20530

Vincent DeMartino
Register No. 22044-053
Beaumont U.S.P.
P.O. Box 26030
Beaumont, TX 77720