IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| Vincent DeMartino, | ) |
|  | ) |
| Plaintiff | ) |
|  | ) Civil Action No. 06CV0879 (RJL) |
| v. | ) |
|  | ) |
| Federal Bureau of Investigation, et al., | ) |
|  | ) |
| Defendants. | ) |

## **DECLARATION OF DAVID M. HARDY**

I, David M. Hardy, declare as follows:

(1)     I am currently the Section Chief of the Record/Information Dissemination Section ("RIDS"), Records Management Division ("RMD"), at Federal Bureau of Investigation Headquarters ("FBIHQ") in Washington, D.C. I have held this position since August 1, 2002. Prior to joining the FBI, from May 1, 2001 to July 31, 2002, I was the Assistant Judge Advocate General of the Navy for Civil Law. In that capacity, I had direct oversight of Freedom of Information ("FOIA") policy, procedures, appeals, and litigation for the Navy. From October 1, 1980 to April 30, 2001, I served as a Navy Judge Advocate at various commands and routinely worked with FOIA matters. I am also an attorney and have been licensed to practice law in the State of Texas since 1980.

(2)     In my official capacity as Section Chief, I supervise approximately 214 employees who staff a total of ten (10) units and a field operational service center unit whose collective mission is to effectively plan, develop, direct and manage responses to requests for access to FBI

records and information pursuant to the FOIA; Privacy Act; Executive Order 12958, as amended;

Presidential, Attorney General and FBI policies and procedures; judicial decisions and other

Presidential and Congressional directives. The statements contained in this declaration are based

upon my personal knowledge, upon information provided to me in my official capacity, and upon

conclusions and determinations reached and made in accordance therewith.

(3)    Due to the nature of my official duties, I am familiar with the procedures followed

by the FBI in responding to requests for information from its files pursuant to the provisions of

the FOIA, 5 U.S.C. 552, and the Privacy Act of 1974, 5 U.S.C. § 552a. Specifically, I am aware

of the treatment of the FOIA request of plaintiff Vincent DeMartino which seeks access to

records pertaining to himself and a shooting that occurred on July 16, 2001 in the Coney Island

section of Brooklyn, New York.

(4)    The purpose of this declaration is to provide the Court and plaintiff with the status

of plaintiff's FOIA/Privacy Act requests.

## CHRONOLOGY OF PLAINTIFF'S FIRST FOIA REQUEST TO FBI HEADQUARTERS

(5)    By letter dated February 20, 2005, plaintiff submitted a FOIA request to FBIHQ

for any records maintained at FBIHQ pertaining to "a shooting on July 16, 2001 at 2:30 p.m. at

West 32nd Street and Surf Avenue in Coney Island, New York ... 911 transcripts and or tapes, FBI

notes, FBI reports, Sprint reports, 302's, DD-5 reports, police officer on the scene reports, radio

transmission reports for the police, FBI, EMT workers, ambulance drivers, reports and

statements of witnesses at the scene, interviews with John Florida at the 60th Precinct as well as

all information on Vincent DeMartino and the investigation. All photographs of the scene and the area used in this investigation, all names and addresses of suspects and witnesses interviewed at the scene, the origin of the phone numbers of the 911 calls made in connection with this shooting. All information from Highway 2 Police regarding the stopping of a green van on the Belt Parkway shortly after the shooting." (See Exhibit A.)

(6)     By letter dated March 8, 2005, FBIHQ returned the request stating that plaintiff's letter did not contain sufficient information to conduct an accurate search of the central records system and provided a form requesting certain information required to conduct the search. The form was completed by plaintiff and received by FBIHQ on March 23, 2005. (See Exhibit B.)

(7)     An undated "Address Change Notification" was received by FBIHQ. This notification advised that as of April 1, 2005, plaintiff's address would be the U.S. Penitentiary Canaan, 2020 Canaan Road, Unit A-2, Waymart, PA 18742. (See Exhibit C.)

(8)     By letter dated April 12, 2005, FBIHQ sent a second form requesting additional information to conduct the search of the central records system to the plaintiff at his new address. (See Exhibit D.)

(9)     By letter dated April 13, 2005, FBIHQ acknowledged receipt of plaintiff's FOIPA request and assigned it FOIPA Request Number 1018449. This letter was sent to the plaintiff at his previous address. The letter was not forwarded to plaintiff's new address and returned to FBIHQ undelivered on April 26, 2005. (See Exhibit E.)

(10)     By separate letters dated May 6, 2005, sent to both plaintiff's old and new addresses, FBIHQ advised that a search of the automated indices to the Central Records System

at FBIHQ located no records responsive to his FOIPA request.  The FBI advised plaintiff of his right to file an administrative appeal to the Department of Justice ("DOJ"), Office of Information and Privacy ("OIP").  Plaintiff was further advised should he desire a check of our field office files to write directly to the appropriate field office(s).  (See **Exhibit F.**)

(11)    By letter dated May 24, 2005 to FBIHQ, plaintiff stated that he had not received any information to date.  Plaintiff also provided his current mailing address.  (See **Exhibit G.**)

(12)    By letter dated June 13, 2005 to FBIHQ, plaintiff acknowledged receipt of FBIHQ letter dated May 6, 2005 that stated no records had been located responsive to his request.  Plaintiff stated that he was enclosing "partial sprit reports from your office I need the whole conversation."  Plaintiff also asked for the addresses of FBI field offices so he could make direct FOIA requests.  (See **Exhibit H.**)

(13)    By letter dated June 13, 2005, plaintiff appealed to the OIP the FBI's "no records" response to his FOIPA request.  (See **Exhibit I.**)

(14)    By letter dated June 28, 2005, OIP acknowledged receipt of plaintiff's administrative appeal and assigned it Appeal Number 05-2118.  (See **Exhibit J.**)

(15)    By letter dated June 29, 2005, FBIHQ acknowledged receipt of plaintiff's June 13, 2005 FOIPA request and advised him that his request was being reopened and assigned FOIPA Request No. 1018449-001.  (See **Exhibit K.**)

(16)    By letter to FBIHQ dated July 12, 2005, plaintiff inquired about his FOIA request and enclosed a copy of his original FOIA request letter dated February 20, 2005.  Plaintiff advised FBIHQ to check under "Di" and "De" in the spelling of his last name DeMartino and of

his current mailing address. **(See Exhibit L.)**

      (17)   By letter to FBIHQ dated October 3, 2005, plaintiff inquired as to the status of his

FOIA request. Plaintiff also requested a fee waiver for his request. **(See Exhibit M.)**

      (18)   By letter addressed to OIP dated October 3, 2005, plaintiff inquired as to the

status of his appeal. **(See Exhibit N.)**

      (19)   By letter dated October 24, 2005, FBIHQ again advised plaintiff that his FOIA

request concerning a shooting that occurred on July 16, 2001 in the Coney Island section of

Brooklyn, New York does not contain enough descriptive information to permit a search of FBI

records. FBIHQ requested plaintiff to provide more specific information, such as complete

names of individuals, organizations or events, dates and places of birth and the approximate time

frame of the information sought, etc. **(See Exhibit O.)**

## CHRONOLOGY OF PLAINTIFF'S FOIA REQUEST
## TO THE NEW YORK FIELD OFFICE

      (20)   By letter dated June 16, 2005, plaintiff submitted a FOIPA request to the FBI's

New York Field Office (NYFO) for information pertaining to the shooting on July 16, 2001 in

the Coney Island section of Brooklyn, New York. The details of his request were the same as his

original February 20, 2005 FOIA request to FBIHQ. **(See Exhibit P.)**

      (21)   By letter dated July 6, 2005, FBIHQ acknowledged receipt of plaintiff's FOIPA

request to the NYFO and assigned it FOIPA Request Number 1023930-000. **(See Exhibit Q.)**

      (22)   By letter to the NYFO dated October 3, 2005, plaintiff inquired as to the status of

his FOIA request. **(See Exhibit R.)**

(23)    By letter dated October 20, 2005, FBIHQ advised plaintiff that the material he requested from the NYFO is located in an investigative file which is exempt from disclosure pursuant to Title 5, United States Code, Section 552, Subsection (b)(7)(A). Plaintiff was advised if this file were to be reviewed under FOIPA in the future, additional exemptions may be applied at that time. Plaintiff was advised of his right to file an administrative appeal for this denial to the DOJ, OIP. (See **Exhibit S.**)

## CHRONOLOGY OF PLAINTIFF'S SECOND REQUEST TO FBI HEADQUARTERS

(24)    By undated letter to FBIHQ, plaintiff submitted a FOIA request for all records relating to Vincent A. DeMartino, aka. Chickie. Plaintiff's request specifically included "main" files and "see" references; including but not limited to, numbered and lettered subfiles, 1A envelopes, enclosures behind files (EBF's), Bulky Exhibits, control files, and "June" files." Plaintiff provided identifying information and his notarized signature dated December 6, 2005. (See **Exhibit T.**)

(25)    By letter dated September 21, 2006, FBIHQ advised plaintiff that 243 pages of records responsive to his request are available for release. Plaintiff was advised that pursuant to Title 28, Code of Federal Regulations, Sections 16.11 and 16.49, there is a fee of ten cents per page for duplication. No fees are accessed for the first 100 pages. Plaintiff was advised that upon receipt of his check or money order in the amount of $14.30 made payable to the FBI, the documents would be forwarded to him. Plaintiff was further advised that if payment was not received by the FBI within 45 days from the date of this letter, no documents would be released

and his request would be administratively closed.  (**See** **Exhibit U.**)

## STATUS OF PLAINTIFF'S REQUESTS

(26)    In his complaint filed May 10, 2006, plaintiff challenges "False & Inaccurate

Records" willfully & Knowing maintained by the defendants listed in this complaint, to draw &

support adverse decisions "AGAINST" Plaintiff Demartino..." Plaintiff requested relief in the

expungement of false inaccurate records from false FBI 302's. Plaintiff also requests access to

"all FBI 302 Forms generated by William Cutolo Jr. inreferance to James LaRossa and Vincent

DeMartino, this include all FBI , DEA , INTERPOL etc., documents".

(27)    The FBI has no record of receiving a Privacy Act amendment request from

plaintiff regarding the above information.

(28)    The Privacy Act, 5 U.S.C. §552a (d)(2), gives an individual the right to request

the FBI to amend any records pertaining to him which are believed to be inaccurate, irrelevant,

untimely, or incomplete.  The Act also requires the FBI to maintain all information relied upon to

make a determination about an individual with that degree of accuracy, relevancy, timeliness, and

completeness as to assure fairness in any determination affecting him.

(29)    A request to amend information from the files of the FBI must be made by the

individual who is the subject of the specific records to be amended and it must be submitted in

accordance with the amendment provisions of the Privacy Act, 5 U.S.C. §552a (d)(2)-(4).  A

letter seeking amendment or expungement of FBI records should indicate the particular record

involved, the nature of the action sought (amendment, correction, expungement), and the

justification for the requested action.

(30)     The processing of documents responsive to plaintiff's second request to FBIHQ

was completed on September 20, 2006.  A cost letter was sent to plaintiff on September 21,

2006.  These documents will be released to plaintiff upon receipt of duplication fees.[1]

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true

and correct, and that **Exhibits A through U** attached hereto are true and correct copies.

Executed this _____ day of October, 2006.

DAVID M. HARDY
Section Chief
Record/Information Dissemination
    Section
Records Management Division
Federal Bureau of Investigation
Washington, D.C.

---

[1]In accordance with Title 28, Code of Federal Regulations, Sections 16.11 and 16.49,
there is a fee of ten cents per page for duplication.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| Vincent DeMartino | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | )    Civil Action No. 06-CV-0879 (RJL) |
| Federal Bureau of Investigation, et al., | ) |
| | ) |
| Defendants. | ) |
| | ) |

# EXHIBIT A

FEBRUARY 20, 2005

FREEDOM OF INFORMATION OFFICER
FEDERAL BUREAU OF INVESTIGATIONS
J. EDGAR HOOVER BUILDING
935 PENNSYLVANIA AVE. NW
WASHINGTON D.C., 20530

RE: FREEDOM OF INFORMATION ACT REQUEST

DEAR SIR / MADAM:
          THIS IS A REQUEST UNDER THE FREEDOM OF INFORMATION AND
PRIVACY ACTS, 5 USC 552 AND 5 USC 552A.
I AM REQUESTING COPIES OF THE FOLLOWING DOCUMENTS / INFORMATION :
PERTAINING TO A SHOOTING ON JULY 16, 2001 AT 2:30 P.M. AT WEST 32ND
STREET AND SURF AVENUE IN CONEY ISLAND NEW YORK...
911 TRANSCRIPTS AND OR TAPES, F.B.I. NOTES, F.B.I. REPORTS,
SPRINT REPORTS, 302'S, DD-5 REPORTS, POLICE OFFICER ON THE SCENE
REPORTS, RADIO TRANSMISSION REPORTS FOR THE POLICE, F.B.I, E.M.T
WORKERS, AMBULANCE DRIVERS, REPORTS AND STATEMENTS OF WITNESSES AT
THE SCENE, INTERVIEWS WITH JOHN FLORIDA AT THE 60 TH PRECINCT
AS WELL AS ALL INFORMATION ON VINCENT DEMARTINO AND THE INVESTIGATION.
ALL PHOTOGRAPHS OF THE SCENE AND THE AREA USED IN THIS INVESTIGATION,
ALL NAMES AND ADDRESSES OF SUSPECTS AND WITNESSES INTERVIEWED AT
THE SCENE, THE ORIGIN OF THE PHONE NUMBERS OF THE 911 CALLS MADE
IN CONNECTION WITH THIS SHOOTING. ALL INFORMATION FROM HIGHWAY 2
POLICE REGARDING THE STOPPING OF A GREEN VAN ON THE BELT PARKWAY
SHORTLY AFTER THE SHOOTING.
I AM AWARE THAT I AM ENTITLED TO MAKE THIS REQUEST UNDER THE FREEDOM
OF INFORMATION ACT, AND IF YOUR AGENCY RESPONSE IS NOT SATISFACTORY,
I AM PREPARED TO MAKE AN ADMINISTRATIVE APPEAL. PLEASE INDICATE
TO ME THE NAME OF THE OFFICIAL TO WHOM SUCH AN APPEAL SHOULD BE ADDRESSED

IF YOUR AGENCY DECIDES THAT ONLY A SANITIZED COPY SHOULD BE SENT TO
ME, I REQUEST THAT I BE FURNISHED WITH THE REASON WHY THE DOCUMENTS
ARE SANITIZED AND THE NAMES OF THE PERSONS WHO ARE RESPONSIBLE FOR
THE DECISION AND THE OFFICIAL TITLES.

I AM AWARE THAT IF MY REQUEST IS DENIED, I AM ENTITLED TO KNOW THE
GROUNDS FOR DENIAL AND THE NAMES OF THE PERSONS WHO ARE RESPONSIBLE
FOR THE DECISION AND THEIR OFFICIAL TITLES.

I AM PRESENTLY INCARCERATED AT THE METROPOLITAN DETENTION CENTER
IN THE CITY OF BROOKLYN, NY.
IT WOULD BE GREATLY APPRECIATED IF YOU WOULD WAIVE THE FEES FOR THIS
FOIA REQUEST SINCE I AM INCARCERATED AND I NEED THIS INFORMATION TO
APPEAL MY CASE

SINCERELY,

VINCENT DEMARTINO
REGISTRATION # 22044-053
80 29TH STREET
BROOKLYN, NY 11232
SSN - 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

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Vincent DeMartino                           )
                                            )
          Plaintiff,                        )
                                            )
          v.                                )
                                            )      Civil Action No. 06-CV-0879 (RJL)
Federal Bureau of Investigation, et al.,    )
                                            )
          Defendants.                       )
                                            )

# EXHIBIT B

**U.S. Department of Justice**

**Federal Bureau of Investigation**

*Washington, D.C. 20535*

March 8, 2005

Mr. Vincent Demartino
**22044-053
80 29th Street
Brooklyn, NY  11232

Dear Mr. Demartino:

    Your Freedom of Information-Privacy Acts (FOIPA) request is being returned.  Your letter did not contain sufficient information to conduct an accurate search of the central records system at FBI Headquarters. The following information is necessary:

Full Name: _____

Current Address: _____

Date of Birth: _____ Place of Birth: _____

Daytime Telephone Number: _____

    You may also wish to provide prior addresses, employments, aliases, etc., which you believe may assist the FBI in locating the information you seek._____

_____

_____

    Under penalty of perjury, I hereby declare that I am the person named above and I understand that any falsification of this statement is punishable under the provisions of Title 18, United States Code (U.S.C.), Section 1001 by a fine of not more than $10,000 or by imprisonment of not more than five years, or both; and that requesting or obtaining any record(s) under false pretenses is punishable under the provisions of Title 5, U.S.C., Section 552a(1)(3) as a misdemeanor and by a fine of not more than $5,000.

Signature_____ Date_____

    To initiate your FOIPA request, please returned the original request letter with the requested information. Please note that mail addressed to the FBI is delayed several weeks due to increased security procedures now in place.  You may fax your response directly to the RID Section at 202-324-3752.

                    Sincerely yours,

                    David M. Hardy
                    Section Chief
                    Record/Information
                      Dissemination Section
                    Records Management Division



**U.S. Department of Justice**

**Federal Bureau of Investigation**

*Washington, D.C. 20535*

March 8, 2005

Mr. Vincent Demartino
**22044-053
80 29th Street
Brooklyn, NY 11232

Dear Mr. Demartino:

Your Freedom of Information-Privacy Acts (FOIPA) request is being returned. Your letter did not contain sufficient information to conduct an accurate search of the central records system at FBI Headquarters. The following information is necessary: S/K    AKA

Full Name: _Vincent Anthony DeMartino AKA (Chickie)_

Current Address: _15851-89th St Howard beach_    _Metropolitan Detention Center_

Date of Birth: _07-07-55_ Place of Birth: _Brooklyn NY_

Daytime Telephone Number: _INCARCerAted : MAiling ADDRess → 80-29th St Bklyn NY 11232_

You may also wish to provide prior addresses, employments, aliases, etc., which you believe may assist the FBI in locating the information you seek. _____

_1449-66 St BKlyn,_    _Thank you for your time._

Under penalty of perjury, I hereby declare that I am the person named above and I understand that any falsification of this statement is punishable under the provisions of Title 18, United States Code (U.S.C.), Section 1001 by a fine of not more than $10,000 or by imprisonment of not more than five years, or both; and that requesting or obtaining any record(s) under false pretenses is punishable under the provisions of Title 5, U.S.C., Section 552a(1)(3) as a misdemeanor and by a fine of not more than $5,000.

Signature _Vincent DeMartino_    Date _March 14, 05_

To initiate your FOIPA request, please returned the original request letter with the requested information. Please note that mail addressed to the FBI is delayed several weeks due to increased security procedures now in place. You may fax your response directly to the RID Section at 202-324-3752.

Sincerely yours,

_David M. Hardy_
David M. Hardy
Section Chief
Record/Information
   Dissemination Section
Records Management Division



Name: Vincent DeMartino
Register #: 22044053
Metropolitan Detention Center
80 29th Street
Brooklyn, New York 11232

Opened & Inspected
MAR 23 2005
Mail Services #23

FOIPA

Freedom of Information office
Federal Bureau of Investigation
J. Edgar Hoover Building
935 Pennsylvania ave
Washington D.C 20530

Att: David M Hardy

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| Vincent DeMartino | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| Federal Bureau of Investigation, et al., | ) |
| | ) |
| | ) |
| Defendants. | ) |

Civil Action No. 06-CV-0879 (RJL)

# EXHIBIT C

## ADDRESS CHANGE NOTIFICATION

U S Department of Justice
Federal Bureau of investigation
935 Pennsylvania ave N.W
Washington Dc 20535    Room 6535
＊att。 David M Hardy

PLEASE BE ADVISED THAT AS OF April 1, 05 , MY ADDRESS WILL CHANGE.

THE OLD ADDRESS OF :

VINCENT DEMARTINO #22044-053
METROPOLITAN DETENTION CTR.
P.O. BOX 329002
BROOKLYN, NY 11232

## WILL NOW BE;

U.S Penitentiary Canaan
2020 Canaan Road    Unit A-2
Waymart, PA 18472
Vincent DeMartino
22044-053

## PLEASE MAKE A NOTE OF IT.   THANK YOU.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Vincent DeMartino                      )
                                       )
        Plaintiff,                     )
                                       )
        v.                             )
                                       )        Civil Action No. 06-CV-0879 (RJL)
Federal Bureau of Investigation, et al., )
                                       )
        Defendants.                    )
                                       )

# EXHIBIT D



**U.S. Department of Justice**

**Federal Bureau of Investigation**

*Washington, D.C. 20535*

April 12, 2005

Mr. Vincent DeMartino
**22044-053
United States Penitentiary - Canaan
2020 Canaan Road    Unit A - 2
Waymart, PA   18472

Dear Mr. DeMartino:

Your Freedom of Information-Privacy Acts (FOIPA) request is being returned. Your letter did not contain sufficient information to conduct an accurate search of the central records system at FBI Headquarters. The following information is necessary:

Full Name: _____

Current Address: _____

Date of Birth: _____ Place of Birth: _____

Daytime Telephone Number: _____

You may also wish to provide prior addresses, employments, aliases, etc., which you believe may assist the FBI in locating the information you seek. _____

_____

_____

Under penalty of perjury, I hereby declare that I am the person named above and I understand that any falsification of this statement is punishable under the provisions of Title 18, United States Code (U.S.C.), Section 1001 by a fine of not more than $10,000 or by imprisonment of not more than five years, or both; and that requesting or obtaining any record(s) under false pretenses is punishable under the provisions of Title 5, U.S.C., Section 552a(1)(3) as a misdemeanor and by a fine of not more than $5,000.

Signature_____ Date_____

To initiate your FOIPA request, please returned the original request letter with the requested information. Please note that mail addressed to the FBI is delayed several weeks due to increased security procedures now in place. You may fax your response directly to the RID Section at 202-324-3752.

Sincerely yours,

David M. Hardy
Section Chief
Record/Information
    Dissemination Section
Records Management Division

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|                                          |     |                                      |
| ---------------------------------------- | --- | ------------------------------------ |
| Vincent DeMartino                        | )   |                                      |
|                                          | )   |                                      |
| Plaintiff,                               | )   |                                      |
|                                          | )   |                                      |
| v.                                       | )   |                                      |
|                                          | )   | Civil Action No. 06-CV-0879 (RJL)    |
| Federal Bureau of Investigation, et al., | )   |                                      |
|                                          | )   |                                      |
| Defendants.                              | )   |                                      |
|                                          | )   |                                      |

# EXHIBIT E



**U.S. Department of Justice**

**Federal Bureau of Investigation**

*Washington, D.C. 20535*

*April 13, 2005*

MR VINCENT ANTHONY DEMARTINO
**22044-053
80 29TH STREET
BROOKLYN, NY 11232

Request No.: 1018449- 000
Subject: DEMARTINO, VINCENT ANTHONY

Dear Mr. DeMartino:

☒     This acknowledges receipt of your Freedom of Information-Privacy Acts (FOIPA) request to the FBI. The FOIPA number listed above has been assigned to your request.

☐     For an accurate search of our records, please provide the complete name, alias, date and place of birth for the subject of your request. Any other specific data you could provide such as prior addresses, or employment information would also be helpful. If your subject is deceased, please include date and proof of death.

☐     To make sure information about you is not released to someone else, we require your notarized signature or, in place of a notarized signature, a declaration pursuant to Title 28, United States Code 1746. For your convenience, the reverse side of this letter contains a form which may be used for this purpose.

☐     If you want the FBI's Criminal Justice Information System (CJIS) to perform a search for your arrest record, please follow the enclosed instructions in Attorney General Order 556-73. You must submit fingerprint impressions so a comparison can be made with the records kept by CJIS. This is to make sure your information is not released to an unauthorized person.

☒     We are searching the indices to our central records system at FBI Headquarters for the information you requested, and will inform you of the results as soon as possible.

☐     Processing delays have been caused by the large number of requests received by the FOIPA. We will process your request(s) as soon as possible.

Your request has been assigned the number indicated above. Please use this number in all correspondence with us. Your patience is appreciated.

Sincerely yours,

David M. Hardy
Section Chief,
Record/Information
   Dissemination Section
Records Management Division

**U.S. Department of Justice**
Federal Bureau of Investigation

*935 Pennsylvania Avenue, NW*
*Washington, D.C. 20535-0001*

Official Business
Penalty for Private Use $300



UNITED STATES POSTAGE

U.S. OFFICIAL MAIL
PENALTY FOR
PRIVATE USE $300

PITNEY BOWES

02 1A
0004202234
MAILED FROM ZIP CODE 20535

$ 00.37⁰

APR 13 2005



NIXIE    112  0 1        00 04/18/05

RETURN TO SENDER
REFUSED
UNABLE TO FORWARD

BC: 205350001        *0231-03509-13-42

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| Vincent DeMartino | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | Civil Action No. 06-CV-0879 (RJL) |
| Federal Bureau of Investigation, et al., | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

# EXHIBIT F



**U.S. Department of Justice**

**Federal Bureau of Investigation**

*Washington, D.C. 20535*

May 6, 2005

MR VINCENT ANTHONY DEMARTINO
**22044-053
80 29TH STREET
BROOKLYN, NY 11232

Request No.: 1018449- 000
Subject: DEMARTINO, VINCENT ANTHONY

Dear Mr Demartino:

This is in response to your Freedom of Information-Privacy Acts (FOIPA) request noted above.

To promptly respond to our requests, we concentrate on identifying main files in the Central Records System at FBI Headquarters. No records pertinent to your FOIPA request were located by a search of the automated and manual indices.

You may file an administrative appeal by writing to the Co-Director, Office of Information and Privacy, United States Department of Justice, Flag Building, Suite 570, Washington, D.C. 20530, within sixty days from receipt of this letter. The envelope and the letter should be clearly marked "Freedom of Information Appeal" or "Information Appeal." Please cite the FOIPA number assigned to your request so that it may be easily identified.

Should you desire a check of our field office files, you must write directly to the appropriate field office(s).

Sincerely yours,

David M. Hardy
Section Chief,
Record/Information
   Dissemination Section
Records Management Division



**U.S. Department of Justice**

**Federal Bureau of Investigation**

*Washington, D.C. 20535*

May 6, 2005

MR VINCENT ANTHONY DEMARTINO
**22044-053
POST OFFICE BOX 300
WAYMART, PA 18472

Request No.: 1018449- 000
Subject: DEMARTINO, VINCENT ANTHONY

Dear Mr Demartino:

This is in response to your Freedom of Information-Privacy Acts (FOIPA) request noted above.

To promptly respond to our requests, we concentrate on identifying main files in the Central Records System at FBI Headquarters. No records pertinent to your FOIPA request were located by a search of the automated and manual indices.

You may file an administrative appeal by writing to the Co-Director, Office of Information and Privacy, United States Department of Justice, Flag Building, Suite 570, Washington, D.C. 20530, within sixty days from receipt of this letter. The envelope and the letter should be clearly marked "Freedom of Information Appeal" or "Information Appeal." Please cite the FOIPA number assigned to your request so that it may be easily identified.

Should you desire a check of our field office files, you must write directly to the appropriate field office(s).

Sincerely yours,

David M. Hardy
Section Chief,
Record/Information
  Dissemination Section
Records Management Division

**U.S. Department of Justice**
Federal Bureau of Investigation

*935 Pennsylvania Avenue, NW*
*Washington, D.C. 20535-0001*

Official Business
Penalty for Private Use $300



UNITED STATES POSTAGE
U.S. OFFICIAL MAIL
PENALTY FOR
PRIVATE USE, $300

PITNEY BOWES

02 1A            $ 00.37⁰
0004202234     JUN 08 2005
MAILED FROM ZIP CODE 20535



18472 9999

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Vincent DeMartino                    )
                                     )
        Plaintiff,                   )
                                     )
        v.                           )
                                     )    Civil Action No. 06-CV-0879 (RJL)
Federal Bureau of Investigation, et al.,  )
                                     )
                                     )
        Defendants.                  )

# EXHIBIT G

May 24, 2005

Dear Sirs/Madam
            This is a follow up letter. I sent a letter on Febury 20, 2005 asking under the Freedom of Information Privacy Act. 5 USC 552 and 5 USC 552A. About information on a shooting Attempted Murder in the 60 pct in Brooklyn on July 16, 2001, at 2:30 pm at West 32nd Street and Surf ave in Coney Island Brooklyn. FBI /60 pct Case. At the time I was being housed at M.D.C 80 - 29th Street in Brooklyn, N.Y. 11232. I sent out a letter informing your office in March I was being moved to a New address and give the address. U.S.P. CANAAN. PO Box 300, WAymart. P.A. 18472. along with my name and number Vincent DeMartino #22044053. I have still not recived any information to date. I an just making sure you have my request and my new address. Thanking you once again in advance for your time in this most inportant matter. Please let me know your working on it. I enclose a S.A.S.E. for your convence. Also on all letter's sent to me Please put on envelope. Legal Mail: Open only in presence of Inmate. Thank you.
                                    Vincent

NYSID # 3810850H
D.O.B. 07/07/55
Date of Arrest 2.28-03
Case # 03-CR 285-01

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Vincent DeMartino                    )
                                     )
        Plaintiff,                   )
                                     )
        v.                           )
                                     )    Civil Action No. 06-CV-0879 (RJL)
Federal Bureau of Investigation, et al.,  )
                                     )
                                     )
        Defendants.                  )
                                     )

# EXHIBIT H

June 13, 2005

Request # 1018449-000

Dear Mr David M. Hardy

I recived your letter on June 8, 2005, Its dated May 6, 2005 I think thats a typo. Anyway you said there is no records pertinent to my FOIPA. How do I get what you have? Also I an enclosing partal sprit reports from your office I need the whole conversation. Thank you for your time in this most important matter. Also you told me to If I desire a check of your field office ~~file~~ files I must write directly to the appropriate field office (s). Can you please be so kind and considerate to give me there address. Thanking once again for your time in this Most important matter

Sincerly
Vincent

P.S.
    I hope papers enclose help I just recived them again. Thank you.

USP Canaan
V DeMartino
22044053
PO Box 300
Waymart PA 18472

Legal Mail

U. S Department of Justice
Federal Bureau of Investigation
935 Pennsylvania ave N.W
Washington D.C 20535-0001

David M. Hardy
Section Chief Record/Information
Dissemination Section
Records Management Division

Opened & Inspected
JUN 2005
Mail Services #23

Legal Mail

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Vincent DeMartino                      )
                                       )
            Plaintiff,                 )
                                       )
        v.                             )
                                       )        Civil Action No. 06-CV-0879 (RJL)
Federal Bureau of Investigation, et al., )
                                       )
                                       )
            Defendants.                )

# EXHIBIT I

-ADMINISTRATIVE     APPEAL -

████████████████

Vincent De Martino
22044-053 Unit A2
P.O.Box 300
Waymart,P.A. 18472

FREEDOM OF INFORMATION APPEAL"

"INFORMATION APPEAL"

June 13,2005

Co-Director Office of Information and Privacy
United States Department of Justice
Flag Building Suit 570
Washington,D.C.20530

    Re: Freedom Of Information Act 6 U.S.C 552(A),Act 5,USC 552,
5USC552A, FOIPA, *FOLA*
          Dear Mr/Ms Co-Director

                              This is an appeal under Freedom
Of Information Act 6 U.S.C.552 A, 5USC 552, 5 USC 552A.FOIPA.*FOLA.*

On Febuary 20,2005 I requested doument's Under Freedom Of
Information act 6 USC 552a, 5USC552, 5USC 552a,FOIL, FOILPA.
My request was assigned the following identification number
Request number 1018449-000 See letter enclosed Dated May 6,
2005 which should read June 6,2005 TYPO? On JUNE 8,2005 I
recive a responce to my requst in a letter singed by DAVID
M.HARDY. Section Chief Record/Information Dissemination
Section Records Managent Division I am writing to obtain a
percise determination of why my request has been denied.The
document's that are being witheld must be disclosed under the
Act 6 USC552 A,5 USC552, 5 usc 552a, FOLA,FOLPA.Because
thy are EXCULPATORY to my case and under the law's above.
I expect a final ruling on my appeal within 20 working day's
the time specified in the statute.Enclosed are copy's of
partial sprint report's (911) tapes I need the whole conversation
Thanking you for your consideration of this appeal.

                              SINCERLY
                              *Vincent De Martino*
                              --------------------------
                              Vincent De Martino

OFFICE OF INFORMATION
AND PRIVACY

JUN 2 2 2005

RECEIVED

Inmate Number 22044-053
United States Penitentiary Cannan
P.O.Box 300
Waymart.P,A.18472.

Social Security Number 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
F.B.I. Number 763958R6
Date Of Birth July 07,1955

P.S Please forward the appropriate file office (s)
address so field office files can be sent to me.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Vincent DeMartino                          )
                                           )
            Plaintiff,                     )
                                           )
        v.                                 )
                                           )        Civil Action No. 06-CV-0879 (RJL)
Federal Bureau of Investigation, et al.,   )
                                           )
            Defendants.                    )
                                           )

# EXHIBIT J



**U.S. Department of Justice**

Office of Information and Privacy

_____

_Telephone: (202) 514-3642_                    _Washington, D.C. 20530_

**JUN 2 8 2005**

Mr. Vincent De Martino
Register No. 22044-053
United States Penitentiary
P.O Box 300
Waymart, PA 18472

     Re: Request No. 1018449-000

Dear Mr. De Martino:

     This is to advise you that your administrative appeal from the action of the Federal Bureau of Investigation on your request for information from the files of the Department of Justice was received by this Office on June 22, 2005.

     The Office of Information and Privacy, which has the responsibility of adjudicating such appeals, has a substantial backlog of pending appeals received prior to yours. In an attempt to afford each appellant equal and impartial treatment, we have adopted a general practice of assigning appeals in the approximate order of receipt. Your appeal has been assigned number **05-2118.** Please mention this number in any future correspondence to this Office regarding this matter.

     We will notify you of the decision on your appeal as soon as we can. The necessity of this delay is regretted and your continuing courtesy is appreciated.

                  Sincerely,

                  Priscilla Jones
                  Chief, Administrative Staff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| Vincent DeMartino | ) |
|  | ) |
| Plaintiff, | ) |
|  | ) |
| v. | ) |
|  | ) Civil Action No. 06-CV-0879 (RJL) |
| Federal Bureau of Investigation, et al., | ) |
|  | ) |
|  | ) |
| Defendants. | ) |
|  | ) |

# EXHIBIT K

**U.S. Department of Justice**

**Federal Bureau of Investigation**

*Washington, D.C. 20535*

June 29, 2005

MR VINCENT ANTHONY DEMARTINO
**22044-053
UNIT A-2
2020 CANAAN ROAD
WAYMART, PA 18472

Request No.: 1018449- 001
Subject:DEMARTINO, VINCENT ANTHONY

Dear Mr. Demartino:

⊠  This acknowledges receipt of your Freedom of Information-Privacy Acts (FOIPA) request to the FBI. The new FOIPA number listed above has been assigned to your request as your case has been reopened.

☐  For an accurate search of our records, please provide the complete name, alias, date and place of birth for the subject of your request. Any other specific data you could provide such as prior addresses, or employment information would also be helpful. If your subject is deceased, please include date and proof of death.

☐  To make sure information about you is not released to someone else, we require your notarized signature or, in place of a notarized signature, a declaration pursuant to Title 28, United States Code 1746. For your convenience, the reverse side of this letter contains a form which may be used for this purpose.

☐  If you want the FBI's Criminal Justice Information System (CJIS) to perform a search for your arrest record, please follow the enclosed instructions in Attorney General Order 556-73. You must submit fingerprint impressions so a comparison can be made with the records kept by CJIS. This is to make sure your information is not released to an unauthorized person.

⊠  We are searching the indices to our central records system at FBI Headquarters for the information you requested, and will inform you of the results as soon as possible.

☐  Processing delays have been caused by the large number of requests received by the FOIPA. We will process your request(s) as soon as possible.

Your request has been assigned the number indicated above. Please use this number in all correspondence with us. Your patience is appreciated.

Sincerely yours,

David M. Hardy
Section Chief,
Record/Information
   Dissemination Section
Records Management Division

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Vincent DeMartino                      )
                                       )
          Plaintiff,                   )
                                       )
          v.                           )
                                       )      Civil Action  No.  06-CV-0879 (RJL)
Federal Bureau of Investigation, et al., )
                                       )
                                       )
          Defendants.                  )
                                       )

# EXHIBIT L

FREE OF INFORMATION OFFICE

Freedom of Information
Federal Bureau of Investagation
J,Edgur Hoover Building
935~Pennsylvania ave N.W.
Washington,D.C.20530
Att: <u>LINDIA Y.WILLIAMS</u>                              JULY 12,2005

RE: Freedom of Information act 5 USC 552,
5 USC 552A,FOLPA,FOLA

Dear Ms Lindia Y Williams
                    On Feberary 20,2005 I requested docements
under Freedom of Information act
                    (SEE Enclosed letter Dated Feburay 20,2005)
Also check under "Di" in De Martino for some reason the prison
and FBI put paper's under Di miss spelling my last name whitch
is "De Martino" proper way.Please check "De" and "Di" in
De Martino thank you.
I sent a letter to your office around March or April informing
your office of my address change.I got a return recipt yesterday
JULY 11,2005 (see enclosed return recipt).Post office saying
return to sender.Attempted Not know Unable to Forward with your
              sinenger on it(top right) 3/3/05. Not your
              falt.I am just writing you again to inform
              you of my new address for your convience
              and mine.

I hope this clear's thing's up and I can recive my most inportant
paper's. I am writing to obtain a percise determination now of
what's going on due to the mix up in my address.

    My new address is: UNITED STATES PENITENTIARY CANAAN
                        Vincent De Martino #22044-053
                        POBox 300,Waymart,PA 18472.
The old address was Metroplitan Dentention Center.
80-29 street,bklyn,N,Y,11232. Please make the proper changer's
of my address and forward all paper's that I am still requesting
they are EXCULPATORY to my case and under the law's above I am
intitle to them.Sorry for the mix up and any inconvince it may
have cause you or your office. I am sorry.Thanking you for your
time and conceration in this most inportant matter

                              Sincerly
                        Vincent De Martino
                        22044-053
                        P.O.Box 300
                        Waymart,PA 18472
                        FBI# 763958R6
                        U.S.P.Canna

FEBRUARY 20, 2005

FREEDOM OF INFORMATION OFFICER
FEDERAL BUREAU OF INVESTIGATIONS
J. EDGAR HOOVER BUILDING
935 PENNSYLVANIA AVE.  NW
WASHINGTON D.C., 20530

RE: FREEDOM OF INFORMATION ACT REQUEST

DEAR SIR / MADAM:
        THIS IS A REQUEST UNDER THE FREEDOM OF INFORMATION AND
PRIVACY ACTS, 5 USC 552 AND 5 USC 552A.
I AM REQUESTING COPIES OF THE FOLLOWING DOCUMENTS / INFORMATION :
PERTAINING TO A SHOOTING ON JULY 16, 2001 AT 2:30 P.M. AT WEST 32ND
STREET AND SURF AVENUE IN CONEY ISLAND NEW YORK...
911 TRANSCRIPTS AND OR TAPES, F.B.I. NOTES, F.B.I. REPORTS,
SPRINT REPORTS, 302'S, DD-5 REPORTS, POLICE OFFICER ON THE SCENE
REPORTS, RADIO TRANSMISSION REPORTS FOR THE POLICE. F.B.I, E.M.T
WORKERS, AMBULANCE DRIVERS, REPORTS AND STATEMENTS OF WITNESSES AT
THE SCENE, INTERVIEWS WITH JOHN FLORIDA AT THE 60 TH PRECINCT
AS WELL AS ALL INFORMATION ON VINCENT DEMARTINO AND THE INVESTIGATION.
ALL PHOTOGRAPHS OF THE SCENE AND THE AREA USED IN THIS INVESTIGATION,
ALL NAMES AND ADDRESSES OF SUSPECTS AND WITNESSES INTERVIEWED AT
THE SCENE, THE ORIGIN OF THE PHONE NUMBERS OF THE 911 CALLS MADE
IN CONNECTION WITH THIS SHOOTING, ALL INFORMATION FROM HIGHWAY 2
POLICE REGARDING THE STOPPING OF A GREEN VAN ON THE BELT PARKWAY
SHORTLY AFTER THE SHOOTING.
I AM AWARE THAT I AM ENTITLED TO MAKE THIS REQUEST UNDER THE FREEDOM
OF INFORMATION ACT, AND IF YOUR AGENCY RESPONSE IS NOT SATISFACTORY,
I AM PREPARED TO MAKE AN ADMINISTRATIVE APPEAL.  PLEASE INDICATE
TO ME THE NAME OF THE OFFICIAL TO WHOM SUCH AN APPEAL SHOULD BE ADDRESSED

IF YOUR AGENCY DECIDES THAT ONLY A SANITIZED COPY SHOULD BE SENT TO
ME, I REQUEST THATI BE FURNISHED WITH THE REASON WHY THE DOCUMENTS
ARE SANITIZED AND THE NAMES OF THE PERSONS WHO ARE RESPONSIBLE FOR
THE DECISION AND THE OFFICIAL TITLES.

I AM AWARE THAT IF MY REQUEST IS DENIED, I AM ENTITLED TO KNOW THE
GROUNDS FOR DENIAL AND THE NAMES OF THE PERSONS WHO ARE RESPONSIBLE
FOR THE DECISION AND THEIR OFFICIAL TITLES.

I AM PRESENTLY INCARCERATED AT THE METROPOLITAN DETENTION CENTER
IN THE CITY OF BROOKLYN, NY.
IT WOULD BE GREATLY APPRECIATED IF YOU WOULD WAIVE THE FEES FOR THIS
FOIA REQUEST SINCE I AM INCARCERATED AND I NEED THIS INFORMATION TO
APPEAL MY CASE.

SINCERELY,

                VINCENT DEMARTINO
                REGISTRATION # 22044-053
                80 29TH STREET
                BROOKLYN, NY 11232
                SSN - 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

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Vincent DeMartino                          )
                                           )
          Plaintiff,                       )
                                           )
          v.                               )
                                           )        Civil Action No. 06-CV-0879 (RJL)
Federal Bureau of Investigation, et al.,   )
                                           )
                                           )
          Defendants.                      )
                                           )

# EXHIBIT M

Oct 3, 2005

Dear Linda Y Williams

I am writing you again Asking for my Docements under the Freedom of Information. I wrote you in February 20, 2005, Then again in July 12, 2005. Now today I am looking for the Tape and any and all Docements of Shooting on July 16, 2001 in Coney Island Brooklyn at 230 in afternoon on Surf and and West 31, 32, 33. street. Interview with John Flordia ect all.
I am still presently Incarcerated at

United States Penitentiary Canaan
    Vincent DeMartino
    22044-053
    PO Box 300
    Waymart, PA. 18472.
It still would be Greatly Appreciated if you would waive the fees for this FOIA request since I am incarcerated and I need this information to appeal my Case.

            Sincerely
            Vincent
            S

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete
  item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse
  so that we can return the card to you.
- Attach this card to the back of the mailpiece,
  or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by ~~_____~~ LINDA YULLIAMS   B. Date of Delivery 2/3/0

C. Signature

X _Lindy Willim_   ☐ Agent   ☐ Addressee

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☒ No

1. Article Addressed to:

Freedom of Information Officer
Federal Bureau of Investigation
J. Edgar Hoover Bldg.
935 Pennsylvania Ave NW
Washington, D.C
20530

3. Service Type
   ☐ Certified Mail   ☐ Express Mail
   ☐ Registered   ☒ Return Receipt for Merchandise
   ☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Copy from service label)

PS Form 3811, July 1999    _Legal Mail_    Domestic Return Receipt    102595-99-M-1789

```
        NIXIE      112      1        39 04/01/0.
                  RETURN TO SENDER
               ATTEMPTED - NOT KNOWN
                  UNABLE TO FORWARD
        BC: 11232150380      *2309-00365-29-25
```

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Vincent DeMartino          )
                           )
        Plaintiff,         )
                           )
        v.                 )
                           )          Civil Action No.  06-CV-0879 (RJL)
Federal Bureau of Investigation, et al.,  )
                           )
                           )
        Defendants.        )
                           )

# EXHIBIT N

Request No 1018449.000
Assigned number 05-2118

Oct 3, 2005

Dear Priscilla Jones "Chief Administrative Staff)

I am still looking for my Freedom of Information. Act 6 USC 552(A), act 5 USC 552, 5USC 552A, FOIPA, FOIA. Last I was told I was on a substantial backlog that was in June 28, 2005, Your letter. I need the Conpleate Tape 911 and any and all Documents I am still incarcerated at
United States Penitentiary Canaan
Vincent DeMartino # 22 044-053
PO Box 300, Waymat. PA 18472.
Its the Shooting on July 16, 2001, at 230 afternoon on Surf ave. West 31, 32, 33 Streets in Coney Island Brooklyn.
It would be greatly appreciated if you would waive the fees for this FOIA request since I am incarcerated and I need this information to appeal my case. Thanking you for your time in this matter
Sincely
Vincent



USP Canaan
Vincent DeMartino
22044053
POBox 300
Waymart PA
18472

Legal
Mail

DEPARTMENT OF JUSTICE

OCT 1 3 2005

"Chief Administrative Staff"
Priscilla Jones.
Co Director office of Information and Privacy
United States Department of Justice
Flag Building   Suit 570
Washington DC   20530

Legal
Mail

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| Vincent DeMartino | ) |
| | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| Federal Bureau of Investigation, et al., | ) |
| | ) |
| | ) |
| Defendants. | ) |
| | ) |

Civil Action No. 06-CV-0879 (RJL)

# EXHIBIT O



U.S. Department of Justice

Federal Bureau of Investigation

*Washington, D.C. 20535*

October 24, 2005

Mr. Vincent DeMartino
**22044053
Post Ofice Box 300
Waymart, PA 18472

Dear Mr. DeMartino:

This is in response to your Freedom of Information Act (FOIA) request, concerning a shooting that occured on July 16, 2001 at 2:30pm at Surf Avenue and West 31, 32, 33 street in Coney Island Brooklyn, New York.

The FOIA provides for access to Government records where the records sought are "reasonably described" [Title 5, United States Code, Section 552(a)(3)(A)]. Your letter does not contain enough descriptive information to permit a search of our records. In accordance with Title 28, Code of Federal Regulations, Part 16.3(b), please provide us more specific information. Any information that would help locate the records with a reasonable amount of effort would be appreciated, such as complete names of individuals, organizations or events, dates and places of birth and the approximate time frame of the information sought, etc.

Sincerely yours,

David M Hardy/jr

David M. Hardy
Section Chief
Record/Information
 Dissemination Section
Records Management Division

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Vincent DeMartino                    )
                                     )
        Plaintiff,                   )
                                     )
    v.                               )
                                     )        Civil Action  No.  06-CV-0879 (RJL)
Federal Bureau of Investigation, et al.,  )
                                     )
                                     )
        Defendants.                  )
                                     )

# EXHIBIT P

June 16, 2005

Freedom of Information office
Federal Bureau of Investigation
26 Federal Plaza 23rd Floor.
New York, New York 10278-0004

RE: Freedom of Information Act Request.
and (Foips) (F.O.i L) law.

Dear Sir/Madan
This is a request
Under instruction from Federal Bureau of
Investigation, U.S. Department of Justice Washingto
D.C. Mr. David M. Hardy. Section Chief Record
Information Dissemination Section Records
Management Division. See enclosed letter
I am requesting copies of the Followi
Documents. Information Pertaining to a shootin
on July 16, 2001 at 2:30 p.m. at West 32nd Street
and Surf ave in Coney Island, Brooklyn. 911 tap
911 Transcripts compleate Conversation, FBI Notes, FB
Reports, Speirit Reports, 302's, DD5, Reports, Police offici
on the scene Reports, Before and after FBI took the
Case. Radio transmissions reports for the police
F.B.I, EMT, workers, Ambulance drivers, reports and
statements of witness at the scene. Interviews
with John Floria at the 60th police precinct +1
as well as all information on Vincent DeMarti
and the investigation. All photographs of the scen
and the area used in the investigation. All
names and address of suspects and witnes
interview at the scean. The origin of the
↘2

- 2 -

phone numbers of the 911 callers made in connection with this shooting. All information from the Highway 2 police regarding the Stopping of a Green Van on the Belt Parkway shortly after the shooting. I am aware that I am entitled to Make this request Under the Freedom of Information Act 5USC 552A, 5USC 552, 5 USC 552A, FOIL, FoIpA. and if your agency response is not satisfactory I am prepared to make an appeal. Please indicate to me the names of the officers (Agents) to whom such an appeal should be address. If Your Agency decides that only a sanitized copy should be sent to me. I request that I be furnished with the reason why the documents are sanitized and the names of the person(s) who are responsible for the decision and the office titles. I am aware that in my request is denied. I am entitled to know the grounds for denial and the names of the person Who are responsible for the decision and there official titles. I am presently incarcerated at U.S.P Canaan, P.O Box 300, Waymart, PA 18472. It would be greatly apreciated if you would waive the fees for this F.O.I.A. request since I am incarcera and I need this information to appeal my case.

Sincerely
Vincent DeMartino
Vincent De MARTINO    #220440
R/S

U.S.P Canaan
P.O Box 300 PA 18472

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| Vincent DeMartino | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| Federal Bureau of Investigation, et al., | ) |
| | ) |
| | ) |
| Defendants. | ) |

Civil Action No. 06-CV-0879 (RJL)

# EXHIBIT Q



**U.S. Department of Justice**

**Federal Bureau of Investigation**

*Washington, D.C. 20535*

July 6, 2005

MR. VINCENT ANTHONY DEMARTINO
**22044-053
UNIT A-2
2020 CANAAN ROAD
WAYMART, PA 18472

Request No.: 1023930- 000
Subject: DEMARTINO, VINCENT

ANTHONY

Dear Mr. Demartino:

☒ This acknowledges receipt of your Freedom of Information-Privacy Acts (FOIPA) request to the FBI New York Field Office. The FOIPA number listed above has been assigned to your request.

☐ For an accurate search of our records, please provide the complete name, alias, date and place of birth for the subject of your request. Any other specific data you could provide such as prior addresses, or employment information would also be helpful. If your subject is deceased, please include date and proof of death.

☐ To make sure information about you is not released to someone else, we require your notarized signature or, in place of a notarized signature, a declaration pursuant to Title 28, United States Code 1746. For your convenience, the reverse side of this letter contains a form which may be used for this purpose.

☐ If you want the FBI's Criminal Justice Information System (CJIS) to perform a search for your arrest record, please follow the enclosed instructions in Attorney General Order 556-73. You must submit fingerprint impressions so a comparison can be made with the records kept by CJIS. This is to make sure your information is not released to an unauthorized person.

☐ We are searching the indices to our central records system at FBI Headquarters for the information you requested, and will inform you of the results as soon as possible.

☐ Processing delays have been caused by the large number of requests received by the FOIPA. We will process your request(s) as soon as possible.

Your request has been assigned the number indicated above. Please use this number in all correspondence with us. Your patience is appreciated.

Sincerely yours,

David M. Hardy
Section Chief,
Record/Information
 Dissemination Section
Records Management Division

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Vincent DeMartino                    )
                                     )
        Plaintiff,                   )
                                     )
        v.                           )
                                     )        Civil Action No. 06-CV-0879 (RJL)
Federal Bureau of Investigation, et al.,  )
                                     )
        Defendants.                  )
                                     )

# EXHIBIT R

Oct 3, 2005

Dear Sirs/Madam

I wrote you on June 16, 2005
As of yet I did not recive a response.
I an looking for all and any information
your office has on a Shooting July 16, 2001
at 2:30 afternoon at Surf ave and West 31, 32, 33.
Street. in Coney Island Brooklyn. I was
request to write your office Under instruction
from Mr David M. Hardy. Federal Bureau of
Investigation, US Department of Justice Washington
D.C. This all falls under Freedom of Information
act. 6USC 552(A), 5USC 552, 5USC 552A, FoiL, FolpA.
Thanking you in advance for all the help you can
pervide. This is Exculportory to my case.

Sincely
Vincent

U.S. P Canaan
Vincent DeMartino
22044053
PoBox 300
Waymart PA 18472.



Date: 10-04-05

This enclosed letter was processed through special mailing procedures for forwarding to you. The letter has been neither opened nor inspected. If the writer raises a question or problem over which this facility has jurisdiction, you may wish to return the material for further information or clarification. If the writer enclosed correspondence for forwarding to another address, please return the enclosure to the above address.

United States Penitentiary, Canaan
Waymart, PA 18472

22047053
PoBox 300
by must PA
18472

Freedom of Information Office
Federal Bureau of Investigation
26 Federal Plaza    23ª Floor
New York NY 10278-0004

Legal Mail

ITEM PROCESSED BY NYO FBI
AND RENDERED SAFE ON _____ 10/6/__
BY _____ Dj

Legal Mail

10278-0004

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Vincent DeMartino                    )
                                     )
        Plaintiff,                   )
                                     )
        v.                           )
                                     )        Civil Action No. 06-CV-0879 (RJL)
Federal Bureau of Investigation, et al.,  )
                                     )
        Defendants.                  )
                                     )

# EXHIBIT S



**U.S. Department of Justice**

**Federal Bureau of Investigation**

*Washington, D.C. 20535*

MR VINCENT ANTHONY DEMARTINO                                October 20, 2005
**22044-053
POST OFFICE BOX 300
WAYMART, PA 18472

Request No.:  1018449- 001
Subject: DEMARTINO, VINCENT ANTHONY

Dear Mr. Demartino:

This is in reference to your Freedom of Information-Privacy Acts (FOIPA) request for information pertaining to the above subject.

The material you requested is located in an investigative file which is exempt from disclosure pursuant to Title 5, United States Code, Section 552, subsection (b)(7)(A).  For an explanation of this exemption see enclosed Form OPCA-16a.  Please note if this file is reviewed under FOIPA in the future, additional exemptions may be applied at that time.

You may appeal this denial by writing to the Co-Director, Office of Information and Privacy, United States Department of Justice, Flag Building, Suite 570, Washington, D.C., 20530, within sixty days from receipt of this letter.  The envelope and the letter should be clearly marked "Freedom of Information Appeal" or "Information Appeal."  Please cite the FOIPA number assigned to your request so that it may easily be identified.

Sincerely yours,

David M. Hardy
Section Chief,
Record/Information
   Dissemination Section
Records Management Division

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Vincent DeMartino                        )
                                         )
        Plaintiff,                       )
                                         )
        v.                               )
                                         )        Civil Action No. 06-CV-0879 (RJL)
Federal Bureau of Investigation, et al., )
                                         )
                                         )
        Defendants.                      )
                                         )

# EXHIBIT T



F.B.I.

FOI/PA Unit Record/Information Dissemination Section

FOI/PA NO: _____

"Send Everything To"
U.S.P. Canaan
% Vincent DeMartino #22044-053
PoBox 300
Waymart, PA. 18472

To whom it may concern:

I request a complete and thorough search of all filing systems and locations for all records maintained by your agency pertaining to myself; including, but not limited to, files and documents captioned in (or whose captions include) my name in the title. This request specifically includes "main" files and "see references;" including, but not limited to, numbered and lettered subfiles, 1A envelopes, enclosures behind files (EBF's), Bulky Exhibits, control files, and "June" files. I want all records to be produced with the administrative markings and all reports to include the administrative pages.

I wish to be sent copies of "see reference" cards, abstracts, search slips (including search slips used to process this request), file covers, multiple copies of the same document (if they appear in a file), and taped any electronic surveillance. Please search: "DO NOT FILE" files, SAC safes, special file rooms, and offices of FBI officials. I want all pages released regardless of the extent of excision, even if all that remains are the stationary headings or administrative markings.

In addition to a search of General Indexes, please search the ELSUR Index.

Please search for records under the following names:

Vincent A DeMartino AKA Chickie

Vincent DeMartino AKA Chickie

Vincent DiMartino AKA Chickie

Vincent A DiMartino AKA Chickie

Please place any "missing" files pertaining to this request on "special locate," and advise me that you have done this.

If documents are denied in part or in whole, please specify which exemption(s) is (are) claimed for each passage or whole document denied. Please provide a complete itemized inventory and detailed factual justification for total or partial denial of documents. Specify the number of pages in each document(s) and the total number of pages pertaining to this request. For "classified" material denied please include the following information: the classification (confidential, secret, or top secret); identity of the classifier; date or event for automatic declassification, classification review, or downgrading; if applicable, identity of official authorizing extension of automatic declassification review past six years; and, if applicable, the reason for extended classification past six years.

Agency Facility _____
Control Number _____

PRIVACY ACT STATEMENT: In accordance with 28 CFR Section 16.41, personal data sufficient to identify the individual submitting requests by mail under the Privacy Act of 1974, 5 U.S.C. Section 552a, is required. The purpose of this solicitation is to ensure that the records of individuals who are the subject of U.S. Department of Justice systems of records are not wrongfully disseminated by the Department. Failure to furnish this information will result in no action being taken on the request by the System Manager. False information on this form may subject the requester to criminal penalties under 18 U.S.C. Section 1001 and or 5 U.S.C. Section 552a(i)(3).

FULL NAME OF REQUESTER[1]  Vincent De Martino % U.S.P CANAAN.

CURRENT ADDRESS  PO Box 300, Waymart. P.A. 18472

DATE OF BIRTH  July 07/07/55

PLACE OF BIRTH  U.S.A. Brooklyn.

EMPLOYEE IDENTIFICATION NUMBER if applicable _____
(or Social Security Number)[2]  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

I certify that I am the person named above and I understand that any falsification of this statement is punishable under the provisions of 18 U.S.C. Section 1001 by a fine of not more than $10,000 or by imprisonment of not more than five years or both, and that requesting or obtaining any record(s) under false pretenses is punishable under the provisions of 5 U.S.C. 552a(i)(3) by a fine of no more than $5,000.

Signature[3]  Vincent. DeMart—

Subscribed and sworn to before me this  6  day of  DECEMBER  19 2005

Signature of Notary  Margaret M. T—

My Commission Expires  07-22-2009

(Include Notary
Seal or Stamp
in this Space)

NOTARIAL SEAL
Margaret M. Trently, Notary Public
City of Honesdale, Wayne County
My commission expires July 22, 2009

The bottom portion of this form to be completed by requester when he or she requests that information relating to himself or herself be released to another person.

Further, pursuant to 5 U.S.C. 552a(b) I authorize the U.S. Department of Justice or any of its component organizations to release any and all information relating to me to _____ (attorney or other designee).

Signature[3] _____

[1] Name of individual who is the subject of the record sought.

[2] Providing your social security number is voluntary. You are asked to provide your social security number only to facilitate the identification of records relating to you. Without your social security number, the Department may be unable to locate any or all records pertaining to you.

[3] Signature of individual who is the subject of the record sought.

FORM DOJ-361

## FOIA ADMINISTRATIVE AND LEGAL
## CONTACTS AT FEDERAL AGENCIES

The Office of Information and Privacy (OIP) is the principle contact point within the executive branch for advice and policy guidance on matters pertaining to the administration of the Freedom of Information Act. Through OIP's FOIA Counselor service, experienced FOIA advisers are available to respond to FOIA-related inquiries at (202) 514-3642 (514-FOIA).

For inter-agency contact purposes, the following list contains the principle FOIA administrative and legal contacts for a limited number of federal agencies dealing with FOIA matters.* In some instances (e.g., the Justice Department), all major agency components are listed individually under the agency. In other instances (e.g., the Food and Drug Administration), major agency components are listed separately. In still other instances, where no components are listed, it is the agency's preference that all FOIA contacts be made through its main office.

All telephone numbers are listed by local area code, which can be dialed in the federal long distance system. Where both the administrative and legal contacts (marked "A" and "L," respectively) are at the same address, the common address follows the name of the legal contact. OIP should be notified whenever there is a change in an administrative or legal contact or any change in title, telephone number, or address.

BUREAU OF ALCOHOL, TOBACCO & FIREARMS
Dorothy A. Chambers (202) 927-8480
Chief, Disclosure Division, Rm. 8430
650 Massachusetts Avenue, N.W.
Washington, D.C. 20226

UNITED STATES CUSTOMS SERVICE
Lynette D. Carter (202) 927-1805(A)
Paralegal Specialist, ORR
Lee H. Kramer (202) 927-1251(L)
Senior Attorney, ORR
Washington, D.C. 20229

UNITED STATES SECRET SERVICE
Gary L. Edwards (202) 435-6370(A)
FOIA/PA Officer
1800 G Street, N.W., 2nd Floor
Washington, D.C. 20223

INTERNAL REVENUE SERVICE
Thomas Marusin (202) 622-6250(A)
Director, Freedom of Information
Office of Disclosure
John B. Cummings (202) 622-4560(L)
Assistant Chief of Counsel
1111 Constitution Avenue, N.W.
Washington, D.C. 20436

JUSTICE DEPARTMENT
Patricia J. Harris (301) 436-1018(A)
FOIA/PA Section, Rm. 115 LOC
Justice Management Division
Washington, D.C. 20530-0001

Richard L. Huff (202) 514-FOIA(L)
Daniel J. Metcalfe
Co-Directors, Suite 570 FLAG
Office of Information and Privacy
Washington, D.C. 20530-0001

Antitrust Division
Ann Lea Harding (202) 514-2692(A)
FOIA/PA Officer, Suite 200 LPB
Washington, D.C. 20530

Bureau of Prisons
Elizabeth M. Edson (202) 514-6655(A)
Chief, FOIA/PA Section, Rm 738 HOLC
Washington, D.C. 20534

Civil Division
James M. Kovakas (202) 514-2319(A)
FOIA/PA Office, Rm. 808, 901 E St.
Anne L. Weismann (202) 524-3395(L)
Assistant Branch Director
Federal Programs Branch, Rm. 1034, 901 E. St.
Leonard Schattman (202) 514-3441(L)
Assistant Director
Appellate Staff, Rm. 9004 PHB
Washington, D.C. 20530

*see law librarian for a complete list of all agencies

~~in passing several items~~ "black out" the material rather than "white out" or "cut out." I expect, ~~as provided by the Freedom of Information Act,~~ that the remaining nonexempt portions of the document(s) will be released.

As I expect to appeal any denials, please specify the office and address to which such an appeal should be directed.

I believe my request qualifies for a waiver of fees since the release of requested information would primarily benefit the general public and be "in the public interest;" notwithstanding the fact that I am an indigent person, and need these materials to perfect an appeal of what I perceive as an unjust conviction.

I consider our correspondence privileged because I am a prisoner and subject to the rules of the Bureau of Prisons. I request that you comply with Bureau of Prisons Program Statement #5265.8 (13), captioned "SPECIAL MAIL sec. 540.18 par. (a)," which states: a) The Warden shall open incoming special mail only in the presence of the inmate for inspection for physical contraband and the qualification of any enclosures as apeceal mail. The correspondence may not be read or copied if the sender is adequately identified on the envelope, and the front of the envelope is marked "SPECIAL MAIL – OPEN ONLY IN THE PRESENCE OF INMATE."

Therefore, I request that you mark your mail to me "SPECIAL MAIL – OPEN ONLY IN PRESENCE OF INMATE."

If a fee waiver is not granted, please consult me before proceeding if the fee is in excess of $100.00. I reserve the right to recover any money paid for fees not waived.

Please send a memo (copy to me) to the appropriate units in your office to assure that no record related to this request is destroyed. Please advise of any destruction of records and include the date of, and authority for, such destruction.

I wish to make it clear that I want all records in your office "identifiable with my request," even though reports based on those records have been sent to some type of "headquarter's," and even though there may be duplication between two sets of files. PLEASE DO NOT REFER ME TO HEADQUARTER'S.

I can be reached at the above address. Please write to me if there are any questions related to my request, or if you might need any additional information from me.

I expect a response to this request within ten working days, as provided for in the Freedom of Information Act.

Respectfully submitted,

Vincent DeMartino

Subscribed and sworn to before me on this 6 day of DECEMBER, 19 2005

Margaret M. Trently
Notary

-2-

NOTARIAL SEAL
Margaret M. Trently, Notary Public
City of Honesdale, Wayne County
My commission expires July 22, 2009

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Vincent DeMartino | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| Federal Bureau of Investigation, et al., | ) |
| | ) |
| | ) |
| Defendants. | ) |
| | ) |

Civil Action No. 06-CV-0879 (RJL)

# EXHIBIT U



**U.S. Department of Justice**


**Federal Bureau of Investigation**

*Washington, D.C. 20535*

Mr. Vincent Anthony DeMartino                                         September 21, 2006
Register No. 22044-053
USP Beaumont
United States Penitentary
Post Office Box 26030
Beaumont, Texas 77720

                                        Request No.:  1018449- 002
                                        Subject: DEMARTINO, VINCENT ANTHONY

Dear Mr. DeMartino:

        The records which you requested have been processed, and the documents are available for
release.

        Pursuant to Title 28, Code of Federal Regulations, Sections 16.11 and 16.49, there is a fee of ten
cents per page for duplication.  No fees are assessed for the first 100 pages.  Upon receipt of your check or
money order, payable to the Federal Bureau of Investigation, these documents will be forwarded to you.

Number of pages: 243  Amount due: **$14.30**

        (To insure proper identification of your request, please return this letter or include the FOIPA
request number with your payment.)

        Please be advised, if the FBI does not receive payment within **forty-five (45) days** from the date of
this letter, no documents will be released and your request will be administratively closed.


                                        Sincerely yours,


                                        David M. Hardy
                                        Section Chief,
                                        Record/Information
                                           Dissemination Section
                                        Records Management Division