# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| VINCENT DeMARTINO, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil No. 06-CV-879 |
| v. | ) | |
| | ) | |
| F.B.I., et al., | ) | |
| | ) | |
| Defendants. | ) | |

## DECLARATION

I, PAMELA ROBERTS, declare as follows:

1. I am an Attorney for the United States Parole Commission, with offices at 5550 Friendship Boulevard, Chevy Chase, Maryland 20815.

2. The United States Parole Commission, a component of the U.S. Department of Justice, is a law enforcement agency whose principal function is the enforcement of criminal laws. The Commission, therefore, pursuant to the general exemptions of the Privacy Act, is exempt from the disclosure provisions of the Act. See 5 U.S.C. Sec. 552a(j)(2) and 28 C.F.R. Sec. 16.85. All disclosure requests submitted by the requesters for copies of their own records under the Privacy Act ("first party" requests) are processed under the Freedom of Information Act (FOIA).

3. Records of the U.S. Parole Commission are records compiled for law enforcement purposes within the meaning of 5 U.S.C. Sec. 552(b)(7).

4. I make the statements herein on the basis of personal knowledge as well as information acquired in the course of performing my official duties and from information contained in the

1

parole file of Vincent DeMartino, Register Number 22044-053.

5. Files are maintained in the U.S. Parole Commission's office for inmates and parolees. All materials pertaining to an inmate under the jurisdiction of the Parole Commission are placed in a parole file retrievable by an inmate's name and register number. A parole file is established for an inmate following his initial parole determination hearing and initially contains those materials considered at the inmate's initial parole hearing. Any materials concerning the inmate, received subsequent to the initial hearing, are placed in the file in chronological order.

6. Files are also maintained by U.S. Probation Offices that supervise parolees. Upon release on parole or mandatory release, the U. S. Probation Office serves as an agent of the Parole Commission in supervision of federal parolees. See 18 U.S.C. Sections 3655, 4202, 4203(b)(4). The Department of Justice rules and regulations apply to information maintained by the Probation Office in its capacity as agent of the Parole Commission. Files are identified by a parolee's name and documents in the file are kept in chronological order

7. One technician in the Parole Commission's Office of General Counsel is responsible for: 1) processing pre-hearing disclosure requests under 18 U.S.C. Sec. 4208 and 28 C.F.R. Sec. 2.55 from inmates; 2) processing first-party Freedom of Information Act (FOIA) requests from inmates and parolees under 28 C.F.R. Sec. 2.56; and 3) performing other administrative duties.

8. By letter dated November 28, 2005, Mr. DeMartino requested copies of all parole supervision records from 1998 through the period of time for which he was under supervision. (See Exhibit A.)

9. Plaintiff's request was received by the Parole Commission on December 22, 2005. On that date, the Commission returned the request because it failed to contain proper proof of identity.

(See Exhibit B.)

10. By letter dated January 3, 2006, plaintiff resubmitted his request with proper proof of identity. (See Exhibit C.)

11. By letter dated February 7, 2006, the Commission acknowledged receipt of plaintiff's request but advised him that there would be a delay in processing his request due to a backlog of unfilled requests and limited personnel resources.  (See Exhibit D.)

12. The Commission identified the U.S. Probation Office in the Eastern District of New York as the location of plaintiff's supervision file. By letter dated June 13, 2006, the Parole Commission requested that the U.S. Probation Officer in the Eastern District of New York provide the Commission with copies of plaintiff's requested records from the parole supervision file maintained under his name. (See Exhibit E.)

13. By letter dated July 2, 2006, plaintiff requested the status of his pending requested. (See Exhibit F.)

14. The Commission noted that it had not received a response from the U.S. Probation Office so that office was contacted by telephone. On August 29, 2006, U.S. Probation Officer Dave Williams advised the Commission that the number of documents responsive to plaintiff's request included a large volume of records.

15. On August 29, 2006, the Commission sent plaintiff a letter advising him that the Commission had estimated that the processing of his request would involve a fee amounting to more than $25. The Commission advised plaintiff that the letter served as notice pursuant to 28 C.F.R. Section 16.11(e) that his request would not be processed until he agreed to pay the anticipated fee. In the alternative, plaintiff was advised that he could submit a revised request limiting the scope of his

request.(See Exhibit G.)  The letter advised plaintiff that he had 30 days in which to submit a

response to the Commission.

16. As of this date, the Commission has not received a response from plaintiff in regard to the

August 29, 2006 letter.


I declare under penalty of perjury that the foregoing is true and correct.

Executed:  9/27/06

PAMELA ROBERTS
Attorney
U.S. Parole Commission

05-1/06

Date Nov 28, 2005
Sent To US Dept of Justice,
US Parole Commission
5550 Friendship Blvd
Bouleves
Cherry Chase Maryland
20815

USP Canaan
Vincent DeMartino #22044053
PO Box 300
Waymart PA 18472

RECEIVED
DEC 22 2005
LEGAL
U.S. PAROLE COMMISSION

→ RE: Freedom of Information Act Request.

Dear Sirs/Madam

This is a request under the Freedom of Information and Privacy Act,
5USC 552 and 5USC 552a.

I request that a copy of the following documents be provided to me:
All of my parole papers, Montly Reports from 98 to my
please finish of Parole. Enclouding by not limmit to Sing up sheets
log Book, Reports, investigations, ect all.
Thank you for your time in this matter for all information
and Documents you could send me Wile I was Being
Surpervised          Sincely Vincent,

I am aware that I am entitled to make this request under the Freedom
of Information Act, and if your request is not satisfatory, I am
prepared to make an administrative appeal. Please indicate to me the
name of the offical to whome such an appeal should be address.
If your agency decides that only a sanitized copy should be sent to
me, I request that I be furnished with the reason why the document(s)
is/are sanitized and the name(s) of the person's who are responsible
for the decision and thier official title's
I am aware that if my request is denied; I am entitled to know the
grounds for the denial and the name's of the person's who are respon-
sible for the decision and their official title's.
I am presently incarcerated at USP Canaan in the city of
>Box 300, Waymart PA state 18472 It would be greatly appreciated if you
would waive the fees for this FOIA request since I do not have funds
available to me because of my incarceration and I need the requested
information in order to appral my case.

USP Canaan.                              Sincerely
Name Vincent DeMartino                   Vincent
Address PO Box 300                       # 22044053        social security # 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
City Waymart PA 18472                    d.o.b 07/07/55

A



**U.S. DEPARTMENT OF JUSTICE**
**United States Parole Commission**

*5550 Friendship Boulevard*
*Chevy Chase, Maryland 20815-7201*
*Telephone: (301)492-5821*
*Facsimile: (301)492-5525*

December 22, 2005

Mr. Vincent A. Demartino
Reg. No. 22044-053
Canaan USP
P.O. Box 300
Waymart, PA  18472

Re:    Your Disclosure Request Received December 22, 2005

Dear Mr. Demartino:

The above-referenced disclosure request is being returned for failure to include the following:

Proof of identity – either by a notary public accompanied by the appropriate seal or by a case manager's signature accompanied by the case manager's stamp for administering an oath or an unsworn declaration under penalty of perjury as found at 28 U.S.C. 1746.

Sincerely,

Tamisha Jackson
FOIA Technician

TNJ

β



06-48

Jan 3, 2006

Dear Tarnisha Jackson, I recived your letter
Dated Dec 22, 05. Saying you need Proof of my Identity
Please except this as my Declaration Under Penalty
of Perjury. For all my Parole papers, Montly Reports, Notes, Forms ect
Freedom of Information act Request enclosed. # 05-1102
    I declare Under Penalty of perjury under law of the United State
of America that the foregoing is true and Correct, to the best of my nolege
and that I am the person named above and I understand that any
falsification of this statement is punishable under the provisions of
.8 U.S.C Section 1001 by a fine of not more than $10,000 or by imprison-
ment of not more than five years or both and that requesting or
obtaining any record(s) under false pretenses is punishible under the
provisions of 5 U.S.C 522a:3 by a fine of not more than $5,000

Vincent DeMartino

USP CANAAN
Vincent DeMARtino
22044-053
PO Box 300
Waymart PA 18472

DoB 07/07/55
SS# 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

C



**U.S. DEPARTMENT OF JUSTICE**
**United States Parole Commission**

---

*5550 Friendship Boulevard*
*Chevy Chase, Maryland 20815-7201*
*Telephone: (301)492-5821*
*Facsimile: (301)492-5525*


February 7, 2006


Mr. Vincent A. Demartino
Reg. No. 22044-053
Canaan USP
P.O. Box 300
Waymart, PA  18472

Dear Mr. Demartino:

This office acknowledges the receipt of your letter dated January 3, 2006, which was received on January 13, 2006, requesting copies of records from the U.S. Parole Commission.

This office has a backlog of unfilled requests and limited personnel resources with which to process a large volume of FOIA requests.  The National Capital Revitalization Act of 1997 has more than doubled the Commission's caseload as of August 5, 2000.  However, Congress has continued the Commission's status as an abolished agency, and has not given the Commission the funding it expected to implement the Act in all respects.  Moreover, since August 5, 2000, the Commission's FOIA caseload has significantly increased because of the unprecedented use of the FOIA, in District of Columbia Code cases, as a substitute for prehearing discovery at parole and parole revocation hearings, which is not required by the applicable parole laws and rules of the District of Columbia. The Commission has not previously experienced such an unusual volume of FOIA requests in its federal cases.

For the above reasons, the agency is now operating under exceptional circumstances as defined in 5 U.S.C. 552(a)(6)(C), and will exercise due diligence in responding to your request.  Disclosure requests are processed in turn as soon as reasonably possible.  We may be unable, however, to process your request within the statutory time requirement.

D

In accordance with applicable fee schedules, you will be required to reimburse the United States if billable search and reproduction costs exceed $14.00. The Commission will inform you if reimbursement is required and will determine any fee waiver request at that time. In the absence of a fee waiver, you must make payment before the copies of the records you requested will be sent to you.

Any material submitted by you or your representative to the Parole Commission will not be reproduced with our response, unless you specifically request the same. Additionally, your file may contain documents that originated with the Bureau of Prisons. We do not interpret your request to include these documents as you may already have obtained them from the Bureau. If you wish to have the Bureau of Prisons documents in your parole file processed, please advise the undersigned. The Commission will then refer these documents to the Bureau of Prisons for processing and a direct response to you.

We regret any delay but assure you that your request will be processed as soon as possible. You may wish to modify the scope of your request to limit your request to only a few documents which may result in priority processing. See 28 C.F.R. 2.56(a)(1).

Sincerely,

Tamisha Jackson
FOIA Technician

TNJ



**U.S. DEPARTMENT OF JUSTICE**
**United States Parole Commission**

5550 Friendship Boulevard
Chevy Chase, Maryland 20815-7201
Telephone: (301)492-5821
Facsimile: (301)492-5525

June 13, 2006

David Williams
Supervising U.S. Probation Officer
Eastern District of New York
75 Clinton Street
Brooklyn, NY 11201

Re: **Vincent A. Demartino**
**Reg. No. 22044-053**

Dear Mr. Williams:

The U.S. Parole Commission has received a request for disclosure of documents under the Freedom of Information Act from the above-named subject. The subject has asked for copies of documents that would be contained in the supervision file.

The Commission requests that your office provide copies of the materials identified by the requester that are contained in the supervision segment of the file. (A copy of the request is enclosed.) Although Probation Office files are not generally subject to disclosure under the Freedom of Information Act, the supervision segments of the Probation Office file are subject to such disclosure. Therefore, your assistance is requested.

In providing documents to the Commission, please note any information which, in your opinion, should not be disclosed. A brief explanation of the disclosure exemptions is being enclosed for your review.

The materials, when received from you, will be carefully reviewed in accordance with the above-noted exemptions. You will be contacted if any questions arise during the response preparation. As the Commission's response is due as soon as possible, please inform this office if you anticipate any significant delay in transmitting the documents.

You will be sent a copy of the Commission's formal response to the subject's request for your records.

Please send the copied materials to the U.S. Parole Commission, Office of General Counsel, Attn: , 5550 Friendship Boulevard, Chevy Chase, MD 20815.

Sincerely,

*Eagan Vago*

E

Ryan Vago
Student Intern

Enclosures – 1 page

U.S.P. BEAUMONT
Vincent De Martino # 22044-053
P.O. Box 26030
Beaumont,Texas.77720.

U.S. Deparment of Justice
United States "PAROLE COMMISION"
5550-Friendship Boulevard                                    JUL 18 2006
Chevy Chase,Maryland.20815-7201.
                                                  July 2,2006

        Dear Ms.Tarnisha Jackson,
            " F.O.I.A. Technician"

            I sent your office a "FREEDOM of Information Act
Request Form".
On November 28,2005.And a follow up letter on January 13,2006.
Which your office recived.You recived it on January 13,2006.
I have your letter dated Febery 7,2006.

        "WERE I REQUEST ALL COPY'S OF ALL MY RECORD'S
        FROM  U.S. POROLE COMMISSION:

Enclouding but not limmiting to my monthly report's,Sing up
sheet's,Investorgation's,ECT,ALL.. From 1998 to my release.
(Finish of Parole).For all Information and Document's your
office could send me wile I was being Surpervised.I am aware
that if my request is denied I am entiled to know the ground's
for the denial and the name's of the person's who are responsible
for the decision and their official title's.Under the FOIA.To
this date I still have not recived anything.But your letter
explaining your office is under a Backlog.I just wanted to make
sure I am still on your Backlog list and will be reciving my
(paper's) request soon.I also would like to give your office my
NEW ADDRESS:I am persently incarcerated at U.S.P. BEAUMONT
P.O. Box 26030,Beaumont,Texas 77720.
My last address was USP cannan- p.o. box 300, waymart,PA 18472.

Thanking You in advance Very much for your time in this most
inportant matter.I hope to here from your office soon. Thank you.

                        Sincerely
                        Vincent De Martino
                        Vincent De Martino # 22044-053
                        Date of Birth 07/07/1955

F



**U.S. DEPARTMENT OF JUSTICE**
**United States Parole Commission**

*5550 Friendship Boulevard*
*Chevy Chase, Maryland 20815-7201*
*Telephone: (301)492-5821*
*Facsimile: (301)492-5525*

August 29, 2006

Mr. Vincent A. Demartino
Reg. No. 22044-053
Canaan USP
3057 Eastern Turnpike
Waymart, PA  18472

Re:     Your Pending Disclosure Request

Dear Mr. Demartino:

This is in regard to your pending Freedom of Information Act (FOIA) request of November 28, 2005.

We have estimated that the processing of your request will involve a fee amounting to more than $25.00. In accordance with 28 C.F.R. §16.11(e), this letter serves as notice that your request will not be processed until you agree to pay the anticipated fee. Please do not submit payment at this time, but only a letter stating your agreement to pay the fee once the exact amount is determined.

In the alternative, you may submit a new request limiting the scope of your request to avoid the incurrence of a fee.

You must respond to this letter within 30 days of the date of the letter or your request will be considered withdrawn. Please forward your response to the FOIA Unit at the address listed above.

Sincerely,

Daniel W. Powell
Student Intern

DWP