UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

VINCENT DEMARTINO, )
)
Plaintiff, )
v. ) Civ. No. 06-0879 (RJL)
)
FEDERAL BUREAU OF INVESTIGATION, )
et al.., )
Defendants. )
)

**DECLARATION OF JOHN F. BOSEKER**

I, John F. Boseker, declare the following to be a true and correct statement of facts:

1) I am an Attorney Advisor in the Executive Office for United States Attorneys ("EOUSA"), United States Department of Justice ("DOJ"). I am specifically assigned to the component of EOUSA designated to administer the Freedom of Information Act ("FOIA"), 5 U.S.C. §552 (1988), and the Privacy Act of 1974, 5 U.S.C.§552a(1988). I have been so employed since 1991.

2) Due to the nature of my official duties, I am personally familiar with FOIA/PA requests made to EOUSA, and the means by which it may determined whether or not a request was in fact made by Mr. DeMartino, as alleged in the above-captioned litigation.

3) My official duties include: having the authority to make final disclosure determinations on records requested by an individual using the FOIA/PA, to assure compliance with the provisions of the FOIA and PA and DOJ Regulation 28 CFR§16.3 et seq., and §16.40 et seq., as well as to defend EOUSA's position in litigating challenges to EOUSA's actions.

4) My official duties also include: acting as liaison between EOUSA and the components within the DOJ regarding FOIA/PA requests; reviewing requests for records sought

from EOUSA and /or the 94 U.S. Attorneys offices ("USAO's"); reviewing request-related correspondence; reviewing searches performed in response to requests; and reviewing responses made to those requests.

5) The statements that follow are made on the basis of my review of EOUSA's official files and records, my own personal knowledge, and the information I acquired in performing my official duties.

**BACKGROUND**

6) Upon Service of the above-captioned complaint, I made inquiry as to the existence and whereabouts of any FOIA/PA request made to EOUSA by Mr. DeMartino. A search of EOUSA's computer case tracking system (Oracle), made by inserting Mr. DeMartino's name, revealed only that he had made a request dated July 29, 1992, FOIA No. 92-1221, which was closed September-October 1992, without any administrative appeal occurring thereafter. The records were ultimately sent to the Federal Records Center ("FRC") for storage and ultimate disposal. FRC records indicate that this file was destroyed in 1999 pursuant to normal procedure. **Exhibits A and B attached.**

7) EOUSA has not received any other FOIA/PA request letter from Mr. DeMartino since that time referenced above according to the same search performed by the Oracle computer system. As such, EOUSA asserts that there is no cause of action against it in this case.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 21, 2006.

JOHN F. BOSEKER
Attorney Advisor, EOUSA



FOIA - QCLOSE
Action Window Help
CLOSING INFORMATION
FOUSAHO: 1992 - 1221
CLOSE REAS: FD REQTYP: PA PACITAM PACITAC
REQNAME: DEMARTINO INITIALS: JFB
FINAL LET DATE: 05-OCT-1992 MONTH OF CLOSING: SEP CLOSING YEAR: 1992
AUTHSIG: RLO PGS RLS PART: PGS RLS FULL:
PGS WHLD FULL: TOT PGS: FEE CHRG:
REF1: REF2: REF3: REF4: REF5: REF6:
Exem1 Exem2 EX3A: EX3B: EX3C: EX3D:
Exem4 Exem5 Exem6 Exem7a Exem7b Exem7c Exem7d
Exem7e Exem7f Exem8 Exem9 Exemd5 Exemj2 Exemk1
Exemk2 Exemk4 Exemk5 Exemk6 EXMOTH:
COMMENTS: NORECORDS(EDNY)
Enter value for REASON FOR CLOSING. Press F9 to see a list of values

- Closed - No appeal -

GOVERNMENT EXHIBIT
A
EOUSA

FOIA - REQMAIN - [REQUESTS]

Eousa No: 1992 1221 Received Date: 29-JUL-1992 Staff: JFB

Last Name: DEMARTINO First Name: VINCENT Middle Name:

Reqtype: PA Expedited Requested: N Expedited Granted:

Appeal: Fee: N PA Cited: Y PA Amended: Litigation:

Status Code: CLS Status Description: REQUEST CLOSED

On Behalf Of:

Subject: SELF

Referral From:

Referral Number: Consultation:

Comments:

ENTER <R> IF THIS FILE IS A REFERRAL
Record: 1/1

NATIONAL ARCHIVES AND RECORDS ADMINISTRATION
DISPOSAL APPROVED REPORT (22)
WASHINGTON NATIONAL RECORDS CENTER

PAGE 128

04 06 99

| F A R D | DISP CODE | DISP DATE | C T NTC | BEGINNING LOCATION | ENDING LOCATION | ACCESSION NUMBER | SUB CTY GRP COD | VOLUME | S P | B | A S | W D | DISPOSAL AUTHORITY | TYPE YEAR | BEGIN DATE | END DATE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | CONTR ADMIN FILE | | | |
| Y | D | 199901 | A | 17-40-11-4-2 | 17-40-11-7-2 | 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 | | 19.000 | S | | | | GRSN/14/11A3A FOIA REQ FILE | C | 199201 | 199212 |

GOVERNMENT
EXHIBIT

4-13-99

J. Smith

APR 16 1999