United States of America vs.

**DEFENDANT:** VINCENT A. DeMARTINO

**United States District Court** for EASTERN DISTRICT OF NEW YORK

DOCKET NO.

# JUDGMENT AND PROBATION/COMMITMENT ORDER

In the presence of the attorney for the government the defendant appeared in person on this date —

**COUNSEL**
- [ ] WITHOUT COUNSEL  However the court advised defendant of right to counsel and asked whether defendant desired counsel appointed by the court and the defendant thereupon waived assistance of counsel.
- [X] WITH COUNSEL  Charles F. Carnesi
(Name of Counsel)

**PLEA**
- [ ] GUILTY, and the court being satisfied that there is a factual basis for the plea,
- [ ] NOLO CONTENDERE,
- [ ] NOT GUILTY

**FINDING & JUDGMENT**

There being a finding/verdict of
- [ ] NOT GUILTY. Defendant is discharged
- [X] GUILTY. on cts. (1) & (4)

Defendant has been convicted as charged of the offense(s) of T-18 USC Secs. 371 & 2113(c) & 2

**SENTENCE OR PROBATION ORDER**

The court asked whether defendant had anything to say why judgment should not be pronounced. Because no sufficient cause to the contrary was shown, or appeared to the court, the court adjudged the defendant guilty as charged and convicted and ordered that: The defendant is hereby committed to the custody of the Attorney General or his authorized representative for imprisonment for a period of

Sentence on count (1) for FIVE (5) years.
Sentence on count (4) for TEN (10) years.
The sentence imposed in Ct.(4) shall be consecutive with sentence imposed in Ct (1) making the Total sentence of FIFTEEN (15) years.
Deft. is ordered to pay a Special Assessment of $100.00 pursuant to T-18 U.S.C. Section 3013.
Deft. advised of his right to appeal pursuant to Rule 32(a)(2).
On motion of Asst. U.S.Atty Laurence Shtasel the original and Superseding Indictment S-1 and S-2 are dismissed.

**ADDITIONAL CONDITIONS OF PROBATION**

In addition to the special conditions of probation imposed above, it is hereby ordered that the general conditions of probation set out on the reverse side of this judgment be imposed. The Court may change the conditions of probation, reduce or extend the period of probation, and at any time during the probation period within the maximum period of five years permitted by law, may issue a warrant and revoke probation for a violation occurring during the probation period.

**COMMITMENT RECOMMENDATION**

The court orders commitment to the custody of the Attorney General and recommends,

RECEIVED JUN 26 1986

COMMUNITY PROGRAMS
NEW YORK, NEW YORK

CENTRAL FILE

It is ordered that the Clerk deliver a certified copy of this judgment and commitment to the U.S. Marshal or other qualified officer.

CERTIFIED AS A TRUE COPY ON
THIS DATE 6-19-86

**SIGNED BY**
- [X] U.S District Judge
- [ ] U.S Magistrate

Henry Bramwell

Date June 19, 1986