# U.S. Department of Justice
# United States Parole Commission
### Chevy Chase, Maryland 20815



## Certificate of Parole

Know all Men by these Presents:

It having been made to appear to the United States Parole Commission that

__DEMARTINO, VINCENT ANTHONY__, Register No. __22044-053__, a prisoner in the __FCI-PETERSBURG__ is eligible to be PAROLED, and in that said prisoner substantially observed the rules of the institution, and in the opinion of the Commission said prisoner's release would not depreciate the seriousness of this offense or promote disrespect for the law, and would not jeopardize the public welfare, it is ORDERED by the said United States Parole Commission that said prisoner be PAROLED on __JANUARY 8__, 19 __91__ ; and that said prisoner is to remain within the limits of __EASTERN DISTRICT OF N.Y__ until __DECEMBER 8__, 20 __2000__ ;

Given under the hands and the seal of the United States Parole Commission this __18TH__ day of __JANUARY__, nineteen hundred and __91__.

UNITED STATES PAROLE COMMISSION.

By _Robert D. Mariano_
ROBERT D. MARIANO, PRE-RELEASE ANALYST
Initial Risk Category ____ SFS-6    GOOD

Advisor _____

Probation Officer __RALPH K. KISTNER, CUSPO, EASTERN DISTRICT OF NEW YORK__

I have read, or had read to me, the conditions of release printed on the reverse of this certificate and received a copy thereof, I fully understand them and know that if I violate any, I may be recommitted. I also understand that the law requires the Parole Commission to revoke my parole if I am found by the Commission to have possessed any illegal controlled substance. I also understand that special conditions may be added or modifications of any condition may be made by the Parole Commission upon notice required by law.

_Vincent A. DeMartino_
Vincent A. Demartino

WITNESSED: _S. L. Michniak_

Case Manager
(Title)

22044-053
(Register Number)

01-18-91
(Date)

UNITED STATES PAROLE COMMISSION

The above-named person was released on the __18th__ day of __January__ 1991 with a total of __3612__ days remaining to be served. BY: _Jacqueline Porter_, Inmate Systems Manager
FOR: Patrick Whalen, Warden
(Chief Executive Officer)