U.S. Department of Justice  **Notice of Action**
United States Parole Commission
Chevy Chase, MD 20815

---

Name         DEMARTINO, Vincent A.

Register Number         22044-053         Institution         New York

---

In the case of the above-named parole action was ordered:

evoke parole.

All of the time spent on parole shall be credited.

Continue to expiration.

**FINDINGS OF FACT:**

**CHARGE NO. 1:** CRIMINAL POSSESSION OF A WEAPON.

    **Basis:** Report from SUSPO Terenzi and testimony of Detective Ben Gozun, NYCPD.

**REASONS:**

Your parole violation behavior has been rated as Category Three severity because it involved possession of a weapon. Your salient factor score is 5. You have been in federal confinement as a result of your behavior for a total of 2 months as of March 2, 1992. Guidelines established by the Commission which consider the above factors indicate a guideline range of 18-24 months to be served before release for cases with good institutional adjustment and program achievement. After review of all relevant factors and information presented, a decision above the guidelines at this consideration is found warranted because your offense behavior involved the following aggravating factors: in addition to the weapon, police found a ski mask, gloves, and radio scanner programmed to pick up police transmissions. Also, you were with two other individuals who have been identified as being associated with organized crime and have significant criminal records.

As required by law, you have also been scheduled for a statutory interim hearing during March 1994.

**SALIENT FACTOR SCORE (SFS-81):** Your salient factor score items have been computed as shown below. For an explanation of the salient factor score items, see the reverse side of this form.

ITEM A[ 1 ]; B[ 1 ]; C[ 2 ] (   ); D[ 0 ]; E[ 0 ]; F[ 1 ]; Total[ 5 ]

*If five or more prior commitments, place an 'x' in the parenthesis in Item C.

---

Appeals Procedure:
\_\_\_\_\_ The above decision is appealable to the National Appeals Board under 28 C.F.R. 2.26;
\_\_\_\_\_ The above is an original jurisdiction decision, and is appealable to the Commission under 28 C.F.R. 2.27;
\_\_\_\_\_ THE ABOVE DECISION IS NOT APPEALABLE.

| May 6, 1992 | | X | sas |
|---|---|---|---|
| (Date of Notice) | (Region) | (National Commissioners) | (Docket Clerk) |

(  ) Inmate   (  ) Institution   (  ) Admin. Systems Manager   (  ) U.S. Probation Officer   (  ) FOIA



ADMINISTRATIVE REVIEW