U.S. Department of Justice    **NOTICE OF ACTION ON APPEAL**
United States Parole Commission
Chevy Chase, MD 20815

| | | | |
|---|---|---|---|
| NAME | DeMartino, Vincent | | |
| REGISTER NUMBER | 22044-053 | INSTITUTION | Brooklyn |

NATIONAL APPEALS BOARD/FULL COMMISSION: *The appeal by the above-named has been carefully examined by the National Appeals Board/Full Commission and the following has been ordered:*

Remand for a special reconsideration hearing on the next available docket.

RESPONSE:

Your case has been remanded for a special reconsideration hearing to review your continuance above the guidelines and the reasons given for that decision. You should be prepared to address the issue of whether a decision above the guidelines is warranted because you are a more serious parole risk than shown by your salient factor score. Information from law enforcement authorities indicates that you were a member of an organized crime hit squad that operated during the internal war of the Columbo crime family in 1991. You and two other alleged members of this team were arrested in December, 1991 and officers seized evidence similar to that used by other hit squads, including three loaded firearms, three police scanners, a book containing the frequency of police radio communications, and a ski mask. You possessed a book and papers containing the phone number of the hit squad leader (Cutolo) and the names and phone numbers of squad members.

*All decisions by the National Appeals Board/Full Commission on appeal are final.*

| December 2, 1994 | X | | nrt |
|---|---|---|---|
| (Date of Notice) | (National Appeals Board)   (Full Commission) | | (Docket Clerk) |
| ( ) Inmate | ( ) Institution | ( ) U.S. Probation Officer | ( ) Commission |

