U.S Department of Justice
United States Parole Commission
10220 North Executive Hills Boulevard
North Pointe Tower, Suite 700
Kansas City, MO 64153

**Notice of Action**

Name: DE MARTINO, Vincent Anthony

Register Number: 22044-053          Institution: FCI El Reno

In the case of the above-named parole action was ordered:

Reopen and advance continue to expiration. Parole effective NUNC PRO TUNC July 17, 1993 to the consecutive non-parolable sentence with the special added condition that you have no direct or indirect contact or association with any member of organized crime.

**REASONS:**

**Appeals Procedure:**
The above decision is appealable to the National Appeals Board under 28 C.F.R. 2.26.

June 28, 1995      North Central Region   Commissioner: Carol Pavilack Getty         Docket Clerk: [illegible]

EXHIBIT 6