

# U.S. Department of Justice
# United States Parole Commission

*7-5-95*
*FED EXP #*
*6478541576*

## Certificate of Re-Parole
(Nunc Pro Tunc)
### To The Consecutive Non-Parolable Sentence Only

Know all Men by these Presents:

It having been made to appear to the United States Parole Commission that **DEMARTINO, Vincent A.**, Register No. 22044-053, a prisoner in the **FCI El Reno** is eligible to be PAROLED, and in that said prisoner substantially observed the rules of the institution, and in the opinion of the Commission said prisoner's release would not depreciate the seriousness of this offense or promote disrespect for the law, and would not jeopardize the public welfare, it is ORDERED by the said United States Parole Commission that said prisoner be PAROLED on **July 17, 1993**, and that said prisoner is to remain within the limits of the **Eastern District of New York** until **November 5, 2001**.

Given under the hands and the seal of the United States Parole Commission this **July 5, 1995**.

UNITED STATES PAROLE COMMISSION

By: _____
Carol Wilson Muller, Senior Case Analyst

Initial Risk Category:  SFS - Fair (5)

Advisor: **Unknown**

Chief U.S. Probation Officer: **Stephen J. Rackmill, Eastern District of New York**

I have read, or had read to me, the conditions of release printed on the attached Conditions of Release form and received a copy thereof, I fully understand them and know that if I violate any, I may be recommitted. I also understand that the law requires the Parole Commission to revoke my parole if I am found by the Commission to have possessed any illegal controlled substance. I also understand that special conditions may be added or modifications of any condition may be made by the Parole Commission upon notice required by law.

_____     _____
              Name                                Reg. No.

Witnessed: _____     _____
              Name and Title                          Date

UNITED STATES PAROLE COMMISSION

The above-named person was released on the _____ day of _____, 19____ with a total of _____ days remaining to be served.

_____
Warden, FCI El Reno

This CERTIFICATE will become effective on the day of release indicated above. If the releasee fails to comply with any of the conditions listed on the attached page, the releasee may be summoned to a hearing or retaken on a warrant issued by a Commissioner of the U.S. Parole Commission and reimprisoned pending a hearing to determine if the release should be revoked.

