**U.S. DEPARTMENT OF JUSTICE**          **WARRANT APPLICATION**
UNITED STATES PAROLE COMMISSION

| | |
|---|---|
| Case Of . . . . . . . . . . . . . . . . . . . . DeMartino, Vincent | Date . . . . . . . . . . . . . . . . . . . . . . . . . . . . May 29, 1998 |
| Reg. No . . . . . . . . . . . . . . . . . . . . 22044-053 | Parole Termination Date . . . . . . . . . . . . . . 11-05-2001 |
| FBI No . . . . . . . . . . . . . . . . . . . . . 763958R8 | Violation Date . . . . . . . . . . . . . . . . . . . . . . 04-23-98 |
| Birth Date . . . . . . . . . . . . . . . . . . 07-07-55 | Released . . . . . . . . . . . . . . . . . . . . . . . . . . 07-16-93(Released |
| Race . . . . . . . . . . . . . . . . . . . . . . . White | to community on 11-17-97) |
| Sentence Length . . . . . . . . . . . . . . 15 years(orig.), 3,612 days(parole violator term) | |
| Original Offense . . . . . . . . . . . . . . Conspiracy; Bank Robbery; Possession of Stolen Property | |

You shall, unless you have been convicted of a new offense, be given a preliminary interview by an official designated by a Regional Commissioner to determine if there is probable cause to believe that you have violated the conditions of your release, and if so, whether to release you or hold you for a revocation hearing.

At your preliminary interview and any subsequent revocation hearing you may present documentary evidence and voluntary witnesses on your behalf, and, if you deny the charge(s) against you, you may request the presence of those who have given information upon which the charges are based. Such witnesses will be made available for questioning unless good cause is found for their non-appearance.

You may be represented by an attorney or other representative of your choice, or, if you are unable to pay for counsel, an attorney will be provided by the U.S. District Court if you fill out and promptly return a Form CJA-22 to a U.S. Probation Officer.

If, after a revocation hearing, you are found to have violated the conditions of your release the Commission may: (1) restore you to supervision, and, if appropriate, (a) reprimand you; (b) modify your conditions of supervision; or (c) refer you to a residential community treatment center for the remainder of your sentence; or (2) revoke your parole or mandatory release, in which case the Commission will also decide when to consider you for further release.

If you have been convicted of a new offense (committed while on parole) which is punishable by a term of imprisonment, you will not receive sentence credit for the time you spent on parole. Exception: for cases heard in the 9th Circuit beginning on October 22, 1990, the Commission will exercise discretion, in accordance with 28 C.F.R. 2.52 (Appendix), prior to ordering the forfeiture of sentence credit for the time spent on parole. If the Commission finds that you absconded or otherwise refused to submit to parole supervision, the Commission may order that you not receive credit toward service of your sentence for that amount of time. (If your original sentence was imposed for violation of the District of Columbia Criminal Code, you will not receive credit for time spent on parole regardless of whether or not you have been convicted of a crime.)

A special parole term violator whose parole is revoked shall receive no credit for time spent on parole.

**CHARGES:**

Charge No. 1 - (a)Association with Person Having Criminal Record; (b) Violation of Special Condition(Association with a Member of Organized Crime) On or about 04-23-98, 04-28-98 and 04-29-98, subject associated with Giovanni Cerbone, a person with a record of prior criminal convictions and an associate of the Colombo Organized Crime family. Subject was aware of Mr. Cerbone's criminal record and his affiliation with organized crime at the time the association took place. This charge is based on information contained in the letter dated 05-27-98 from USPO Kennedy.
(a)I ADMIT [ ] or DENY [ ] this charge.
(b)I ADMIT [ ] or DENY [ ] this charge.

Charge No. 2 - Falsifying Supervision Reports. Subject has falsified his required monthly supervision report to his USPO for the month(s) of April, 1998 by failing to disclose his contact with convicted felon Mr. Giovanni Cerbone. This charge is based on information contained in the letter dated 05-27-98 from USPO Kennedy.
I ADMIT [ ] or DENY [ ] this charge.

Preliminary Interview Is Required                        Warrant Recommended By:

                                                         /s/ Stephen J. Husk
Warrant Issued. . . . . . . . . . . . . . . . . . . . . . . . . May 29, 1998    Stephen J. Husk, Case Analyst
                                                         U.S. Parole Commission,
Probation Office Requesting Warrant..Eastern District of New York (1 - Main (Brooklyn))
( ) Commission         ( ) Inmate         ( ) Institution         ( ) USPO         ( ) Interviewing Officer         ( ) Chron

Vincent DeMartino Reg. No. 22044-053
Warrant Application
Page 1 of 1

EXHIBIT 8