**U.S. Department of Justice**
United States Parole Commission
5550 Friendship Boulevard
Chevy Chase, Maryland  20815-7201

**Notice of Action**

---

Name: DeMARTINO, Vincent A.                    Institution: Brooklyn MDC

Register Number: 22044-053

---

In the case of the above named the following parole action was ordered.

### LOCAL REVOCATION HEARING

Revoke parole.  All of the time spent on parole shall be credited.  Parole effective after the service of 2 months on 8/21/98.  In addition, you shall be subject to the Special Home Confinement/Electronic Monitoring Condition.  You shall participate in the Home Confinement Program for a period of 5 months. During this time you will remain at your place of residence except for employment and other activities approved in advance by your Probation Officer. You will maintain a telephone at your place of residence without "call forwarding, "call waiting," "call back/call block," a modem or a portable cordless telephone for the above period.  You will wear an electronic monitoring device and follow electronic monitoring procedures specified by your Probation Officer.  You may be required to pay the cost of home confinement based on ability to pay.  In addition, you shall not have any contact (direct or indirect) or association with any member of organized crime.

FINDINGS OF FACT:

The Commission finds as a fact that you violated the condition of release as indicated below:

Charge No. 1(b):  Violation of Special Condition (Association With a Member of Organized Crime).

Basis:  Testimony of USPO Kennedy, documentation submitted by USPO Kennedy and information in the Preliminary Interview supports that the preponderance of evidence standard that you were aware that Mr. Cerbon is a member of organized crime.

The Commission makes no findings concerning the following charges:

Charge No. 1(a):  Association With a Person Having a Criminal Record;

Charge No. 2:  Falsifying Supervision Reports.

Basis:  There is insufficient evidence to support that you had knowledge of the conviction for a person you associated with (Mr. Cerbon).

REASONS:

Your parole violation behavior has been rated as Category One severity because it involved administrative violations.  Your new salient factor score is 4.  As of 7/21/98, you have been in federal custody for 1 month.  Guidelines established by the Commission indicate a customary range of 8-12 months to be served before release.  After review of all relevant factors and information

---

Date: August 6, 1998

BOP-BRO                    Page 1 of 3



presented, a decision below the guidelines appears warranted because your violations were not long in duration and a community sanction is deemed appropriate and to impress upon you the need to remain fully compliant with this special condition.

<u>SALIENT FACTOR SCORE</u> (SFS-95):    Your salient factor score items have been computed as shown below. For an explanation of the salient factor score items, see the last page of this document.

SFS Total = 4    Item A = 0    B = 0    C = 2    D = 0    E = 0    F = 1    G = 1

### SFS ITEM EXPLANATION

**Item A. - Prior convictions/adjudications (adult or juvenile)**
None = 3; One = 2; Two or three = 1; Four or more = 0

**Item B. - Prior commitments of more than thirty days (adult or juvenile)**
None = 2; One or two = 1; Three or more = 0

**Item C. - Age at commencement of the current offense/prior commitments of more than thirty days (adult or juvenile)**
26 years or more and less than 5 prior commitments for Item B = 2; 2-25 years and less than 5 prior commitments for Item B = 1; 19 years or less = 0

**Item D. - Recent commitment free period (three years)**
No prior commitment of more than thirty days (adult or juvenile), or released to the community from last such commitment at least three years prior to the commencement of the current offense = 1; Otherwise = 0

**Item E. - Probation/parole/confinement/escape status violator this time**
Neither on probation, parole, confinement, or escape status at the time of the current offense; nor committed as a probation, parole, confinement or escape status violator this time = 1; Otherwise = 0

**Item F. - History of heroin/opiate dependence**
No history of heroin or opiate dependence = 1; Otherwise = 0

**Item G. - Older offenders**
If the offender was 41 years or more at the commencement of the current offense (and the total score from Items A-F above is 9 or less) = 1; Otherwise = 0

**Appeals Procedure:**
The above action is appealable to the National Appeals Board under 28 C.F.R. 2.26.

You may obtain appeal forms from your caseworker or U.S. Probation Officer and they must be filed with the Commission within thirty days of the date this Notice was sent. Copies of this Notice are sent to your institution and to your probation officer. In certain cases, copies may also be sent to the sentencing court. You are responsible for advising any others, if you so wish.

---

Date: August 6, 1998                                             Clerk: DLW

BOP-BRO                        Page 2 of 3                        DEMARTIN.220

cc:

Linda Sheffield
Attorney at Law
2786 North Decatur Road, Suite 210
Atlanta, GA  30033