**U.S. Department of Justice**  ● NOTICE OF ●TION ON APPEAL
United States Parole Commission
5550 Friendship Boulevard
Chevy Chase, Maryland 20815-7201

---

Name: DeMartino, Vincent

Register Number: 22044-053        Institution: U.S.P.O. New York

The National Appeals Board examined the appeal of the above named and ordered the following:

Modify the previous decision only to the extent of removing the provision that the parolee may be required to pay for home confinement/electronic monitoring. Otherwise the decision is affirmed.

**REASONS:**

The Commission does not accept your argument that you were denied adequate notice that the prohibited association extended to "associates" as well as "members" of organized crime. From the condition imposed, a reasonable parolee would understand the condition as an instruction not to associate with any known participant in an organized crime family, regardless of their precise status in the organization. According to the summary report of the preliminary interview, your probation officer had warned you not to associate with any person related to organized crime.

You are placed on notice that the special condition on prohibited association/contact includes "associates" of organized crime.

As noted above, the special condition on home confinement/electronic monitoring is modified to remove the provision that you may be required to pay for carrying out this condition.

All decisions by the National Appeals Board on appeal are final.

Date: November 6, 1998        National Appeals Board

USPO-NYE1        Page 1 of 1        DEMARTIN.220