

# Memorandum

| | |
|---|---|
| **Subject** | **Date** |
| ABEYANCE WARRANT | |
| Re: DeMartino, Vincent | November 6, 2001 |
| Reg. No. 22044-053 | |

| | |
|---|---|
| **To** | **From** |
| | *Lynne Jenkins* |
| David T. Williams | Lynne E. Jenkins |
| U.S. Probation Officer | Case Analyst |
| Eastern District of New York | U.S. Parole Commission |
| 75 Clinton Street | |
| Room 405 | |
| Brooklyn, NY  11201-4201 | |

The Commission has issued a warrant for the above-named parolee, <u>to be held in abeyance pending the outcome of criminal proceedings currently pending against that parolee.</u> The warrant is to be held in abeyance because the Commission desires that the parolee continue to be supervised, pending the outcome of the criminal proceedings, if the parolee is released to the community on bail or personal recognizance.

Please hold this abeyance warrant in your file and keep the Commission informed as to the outcome of the pending criminal proceedings, or other significant developments in the case. At the conclusion of the criminal proceedings (acquittal or conviction and sentence) notify the Commission for instructions as to the disposition of the abeyance warrant, together with your recommendation. The Commission may (1) withdraw the warrant altogether, (2) withdraw the warrant and issue a summons, or (3) request that you deliver the warrant to the U.S. Marshal (with instructions for the U.S. Marshal either to assume custody or to file a detainer at the parolee's place of confinement). <u>The warrant is not to be delivered to the U.S. Marshal unless the Commission affirmatively orders this action.</u>

A copy of the warrant application is attached. You may advise the parolee of the charges against him, but the warrant application is not to be served upon the parolee (unless and until the warrant and the warrant application are delivered to the U.S. Marshal for execution or the placement of a detainer). <u>You are to continue to supervise the parolee until the Full Term Date in a normal manner notwithstanding the issuance of this abeyance warrant. In the case of a mandatory releasee, active supervision should terminate at the full term date less 180 days.</u>

