```
H    PAR3H  540*23 *              SENTENCE MONITORING           *    12-06-2005
PAGE 001        *                 COMPUTATION DATA          *        15:12:25
                                  AS OF 12-06-2005
```

REGNO..: 22044-053 NAME: DEMARTINO, VINCENT

```
FBI NO..........: 763958R6        DATE OF BIRTH: 07-07-1955
ARS1............: CAA/A-DES
UNIT............: A2 UNIT         QUARTERS.....: Z05-158LAD
DETAINERS.......: NO              NOTIFICATIONS: NO
```

PRE-RELEASE PREPARATION DATE: 07-01-2024

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S CURRENT COMMITMENT.
THE INMATE IS PROJECTED FOR RELEASE:  01-01-2025 VIA GCT REL

------------------------CURRENT JUDGMENT/WARRANT NO: 050 ----------------------

```
COURT OF JURISDICTION..........: NEW YORK, EASTERN DISTRICT
DOCKET NUMBER..................: CR03-285-01(RJD)
JUDGE..........................: DEARIE
DATE SENTENCED/PROBATION IMPOSED: 01-27-2005
DATE COMMITTED.................: 03-24-2005
HOW COMMITTED..................: US DISTRICT COURT COMMITMENT
PROBATION IMPOSED..............: NO
```

```
                FELONY ASSESS  MISDMNR ASSESS  FINES        COSTS
NON-COMMITTED.: $300.00        $00.00          $20,000.00   $00.00

RESTITUTION...: PROPERTY:  NO  SERVICES:  NO        AMOUNT:  $00.00
```

------------------------CURRENT OBLIGATION NO: 010 ------------------------
OFFENSE CODE....: 547
OFF/CHG: CONSPIRACY TO COMMIT MURDER IN AID OF RACKETEERING,
     T18-1959(A)(5), COUNT 1, DOCKET # CR 03-285-01(RJD)

```
  SENTENCE PROCEDURE.............: 3559 PLRA SENTENCE
  SENTENCE IMPOSED/TIME TO SERVE.:    10 YEARS
  TERM OF SUPERVISION............:     3 YEARS
  DATE OF OFFENSE................: 07-16-2001
```

G0002      MORE PAGES TO FOLLOW . . .



```
5H     PAR3H  540*23 *                SENTENCE MONITORING              *     12-06-2005
PAGE 002           *                  COMPUTATION DATA                 *     15:12:25
                                      AS OF 12-06-2005

REGNO..: 22044-053 NAME: DEMARTINO, VINCENT


-----------------------CURRENT OBLIGATION NO: 020 -------------------------
OFFENSE CODE....:   547
OFF/CHG: ASSAULT WITH A DANGEROUS WEAPON IN AID OF RACKETEERING,
         T18-1959(A)(3), COUNT 2, DOCKET # CR 03-285-01(RJD)

 SENTENCE PROCEDURE.............: 3559 PLRA SENTENCE
 SENTENCE IMPOSED/TIME TO SERVE.:   180 MONTHS
 TERM OF SUPERVISION............:     3 YEARS
 RELATIONSHIP OF THIS OBLIGATION
  TO OTHERS FOR THE OFFENDER....: CC TO CT 1
 DATE OF OFFENSE................: 07-16-2001

-----------------------CURRENT OBLIGATION NO: 030 -------------------------
OFFENSE CODE....:   130
OFF/CHG: DISCHARGE OF A FIREARM  T18-924(C)(1)(A), COUNT 3,
         DOCKET # 03-285-01(RJD)

 SENTENCE PROCEDURE.............: 3559 PLRA SENTENCE
 SENTENCE IMPOSED/TIME TO SERVE.:    10 YEARS
 TERM OF SUPERVISION............:     5 YEARS
 RELATIONSHIP OF THIS OBLIGATION
  TO OTHERS FOR THE OFFENDER....: CS TO CTS 1&2
 DATE OF OFFENSE................: 07-16-2001

-----------------------CURRENT COMPUTATION NO: 050 -------------------------

COMPUTATION 050 WAS LAST UPDATED ON 08-12-2005 AT DSC AUTOMATICALLY

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
CURRENT COMPUTATION 050: 050 010, 050 020, 050 030




G0002      MORE PAGES TO FOLLOW . . .
```

```
5H    PAR3H  540*23 *          SENTENCE MONITORING          *    12-06-2005
PAGE 003         *            COMPUTATION DATA          *    15:12:25
                              AS OF 12-06-2005
```

REGNO..: 22044-053 NAME: DEMARTINO, VINCENT


```
DATE COMPUTATION BEGAN.........: 01-27-2005
AGGREGATED SENTENCE PROCEDURE...: AGGREGATE GROUP 800 PLRA
TOTAL TERM IN EFFECT............:     10 YEARS    180 MONTHS
TOTAL TERM IN EFFECT CONVERTED..:     25 YEARS
AGGREGATED TERM OF SUPERVISION..:      5 YEARS
EARLIEST DATE OF OFFENSE........: 07-16-2001
```

```
JAIL CREDIT....................:    FROM DATE       THRU DATE
                                   02-28-2003      01-26-2005
```

```
TOTAL PRIOR CREDIT TIME.........: 699
TOTAL INOPERATIVE TIME..........: 0
TOTAL GCT EARNED AND PROJECTED..: 1152
TOTAL GCT EARNED................: 108
STATUTORY RELEASE DATE PROJECTED: 01-01-2025
SIX MONTH /10% DATE.............: N/A
EXPIRATION FULL TERM DATE.......: 02-27-2028
```

```
PROJECTED SATISFACTION DATE.....: 01-01-2025
PROJECTED SATISFACTION METHOD...: GCT REL
```

REMARKS.......: 06.07.05: COMPUTATION CERTIFIED CORRECT AT THE DSC KJS
                COMP UPDATED TO REFLECT DIS GCT