RECEIVED

NOV 2 2 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBER

| | | |
|---|---|---|
| Vincent De Martino, | ) | |
| Pro Se Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 06Cv0879 (RJL) |
| F.B.I., et al., | ) | |
| Defendant. | ) | |
| | ) | |

## MOTION FOR AN ENLARGEMENT OF TIME

Pro Se Plaintiff in the above-captioned case hereby move, and asks the court for and Extention of time to file a replay motion. The Pro Se Plaintiff is requesting an additional (30) thirty day's to complete his reply to draft, research and file his motion in response to Defendants motion for a Summary Judgement et al.

Were as the Pro Se Plaintiff requests until December 28, 2006. To file his response and reply motion.
A proposed ORDER accompanies this request.

Respectfully Submitted,

Vincent DeMartino

Vincent De Martino # 22044-053
United states Penitentiary Beaumont
P.O. Box 26030
Beaumont, Texas. 77720.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Vincent De Martino     )
   Pro Se Plaintiff, )
                    )
  v.                 )  Civil Action No. 06-0879 (RJL)
                    )
F.B.I., et al.,        )
   Defendants.    )

## ORDER

     UPON CONSIDERATION of Pro Se Plaintiff's Motion for Enlargment of Time to file a reply Motion, the ground's stated therefore and the entire record in this matter, it is by the Court this _____ day of _____.2006 to file his reply brief.

_____
UNITED STATES DISTRICT COURT JUDGE

CERTIFICATE OF SERVICE

    I hereby certify that the foregoing Motion for Extension of Time was served by first-class mail on this 17th day of November, 2006, upon:

    Karen L. Melnik DC Bar #436452
Assistant United States Attorney
555-4th Street, N.W. RM. E_4112
Washington, D.C. 20530
    (202) 307-0338

    Rudolph Contreras, DC Bar # 434122
Assistant United States Attorney

    Kenneth L. Wainstein, D.C. Bar #451058
United States Attorney

*[signature: Vincent De Martino]*
Vincent De Martino
U.S.P. Beaumont
P.O. Box 26030
Beaumont, Texas 77720