UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

DEC 1 2 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

VINCENT DEMARTINO,                     )
                                       )
         Plaintiff,                    )
                                       )
    v.                                 )    Civil Action No. 06-0879 (RJL)
                                       )
F.B.I. *et al.*,                       )
                                       )
         Defendants.                   )

## ORDER

Plaintiff moves to enlarge the time for him to respond to defendants' motion for partial summary judgment. Defendants have not opposed the motion. Accordingly, it is

ORDERED that plaintiff's motion for an enlargement of time [Dkt. No. 24] is GRANTED. Plaintiff shall respond to defendants' motion by **December 28, 2006**.

SO ORDERED.

Date: 12/12/06

Richard J. Leon
United States District Judge