Vincent De Martino
22044-053

Cleark of the Court
United States District Court
District of Columbia
333-Constitution avenue N.W.
Washington,D.C. 20001

Fredom of Information Case NO: 06cv0879(RJL)

Dear Clerk,

Please be advised that I have moved and my **New ADDRESS** is Below. It is in reference to the above case.

I thank you for your time in this matter.

ALLENWOOD F.C.I.
P.O. BOX 2500
White Deer,P.A. 17887

Vincent De Martino
22044053

cc. AUSA
Karen L Melnik
US Attorney office DC
555-4th Street  N.W. Room E4112
Washington,DC 20530

**RECEIVED**

MAY 3 - 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT