FCI Allenwood
Vincent De Martino #22044-053
P.O Box 2000
White Deer, P.A. 17887

US Attorney
District of Columbia
555 - Fourth Street N.W. (Room E 4112)
Washington, D.C. 20530
ATT: Karen L. Melink

June 5, 2007

RE: 06 Cv 0879 (RJL)   Vincent De Martino
    (FOIA)                    Vs
Dear Melink,              Federal Bureau of Investigation, et, al

    Please be advised that I have moved and my " NEW " address is listed above. I thank you for your time in this matter.

Sincerly

*Vincent DeMartino*
Vincent De Martino 22044-053

RECEIVED

JUN 0 8 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

cc. Honouable Judge
    Richard J. Leon
    District Courthouse
    District of Columbia
    US Courthouse
    333 - Constitution Avenue N.W.
    Washington, D.C. 20001

cc File

cc.
Clerk of the Court