UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
SEP 2 7 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| VINCENT DEMARTINO, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06-0879 (RJL) |
| ) | |
| F.B.I. *et al.*, ) | |
| ) | |
| Defendants. ) | |

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is this 27 day of September 2007,

ORDERED that defendants' motion for partial summary judgment [Dkt. No. 22] is GRANTED; it is

FURTHER ORDERED, *sua sponte*, that the complaint against the United States Probation Office is dismissed; it is

FURTHER ORDERED that judgment is entered for the Bureau of Prisons and the Executive Office for United States Attorneys on the claims brought under the Freedom of Information Act and the Privacy Act; it is

FURTHER ORDERED that judgment is entered for the Federal Bureau of Investigation (including the National Crime Information Center) on the Privacy Act claim; and it is

FURTHER ORDERED that within thirty (30) days of this Order, defendants shall file a summary judgment motion with respect to the FOIA claim against the Federal Bureau of Investigation.

_____
RICHARD J. LEON
United States District Judge