UNITED STATES DISTRICT COURT
For The DISTRICT OF COLUMBIA

Vincent De Martino # 22044-053
Plaintiff
FCI-Allenwood
P.O. Box 2000
White Deer, P.A 17887

-Vs-

FBI, Washington, D.C
NCIC Main Off, Wash, D.C
Excutive office of U.S. Attorney's Off.
F.B.I O.C DIV (E.D.N.Y.)
F.B.I O.C DIV (S.D.N.Y)
Federal Bueau of Prisons, Washington, D.C.
U.S. Probation Off (E.D.N.Y)
Defendants

Case Number 1:06CV00879
Judge Richard J. Leon
Deck Type FOIA/Privacy Act
Date 10/04/2007

## DEFENDANT'S MOTION FOR RIPENESS

Comes now, Vincent De Martino, defandant pro-se, in the above entitled, styled, and numbered action, who would move this Court for a ruling in the above numbered action, as the defendants motion has been before this Court for ample time, for a consideration to have been made in regards to said action, and to fail to so move, would cause a severe miscarriage of justice and prejudice this defandant, as to the justice he so richly deserves to wit;

I.

All interested parties have been duly notified as to this action, and as such, this defandant would now so move this Court for its ruling on this issue now before it under the Doctrine of Ripness pursuant to the law in **Texas vs United States 140 Led 2d 406**, for to fail to so address this issue would serve as a miscarriage of justice, against this defandant, and as such this would furter prejudice this defandant, who deserves the aegis of justice, as does every defandant in these United States..

Respectfully sumitted on this, 4th day of Octerber, 2007

Vincent De Martino #22044-053
F.C.I. Allenwood
P.O. Box 2000    Unit (1A)
White Deer, P.A. 17887