UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|   |   |   |
|---|---|---|
| VINCENT DEMARTINO, | ) | |
| Plaintiff, | ) | |
| v. | ) | Civil Action No. 06CV0879 (RJL) |
| F.B.I., et al., | ) | |
| Defendants. | ) | |

**ORDER**

Upon consideration of Defendant's Motion for an Order Preserving Certain Exemptions, any Opposition thereto, and the entire record herein, it is hereby

ORDERED, that Defendant's Motion for an Order Preserving Certain Exemptions is hereby GRANTED; it is further that on or before January 31, 2008, Defendant shall file a Vaughn index and a Motion for Summary Judgment, regarding the documents from the FBI's New York Field Office withheld pursuant to FOIA Exemption 7(A).

_____
UNITED STATES DISTRICT JUDGE

Copies to:

Karen L. Melnik
Assistant United States Attorney
555 4th Street, N.W. Rm. E-4112
Washington, D.C. 20530

Vincent DeMartino
Register No. 22044-053
FCI Allenwood
P.O. Box 2000
White Deer, PA 17887