UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **VINCENT DEMARTINO,** | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil Action No. 06CV0879 (RJL) |
| **F.B.I., et al.,** | ) ) ) | |
| Defendants. | ) ) | |

**ORDER**

UPON CONSIDERATION of Defendant's motion for summary judgment in part, the grounds stated therefor, any opposition thereto, and the entire record herein, it is on this ___ day of _____, hereby:

ORDERED that Defendant's motion should be and hereby is GRANTED; and it is

FURTHER ORDERED that Plaintiff's FOIA and Privacy Act claims regarding responsive documents maintained by the FBI Headquarters is hereby DISMISSED WITH PREJUDICE.

_____
UNITED STATES DISTRICT JUDGE

cc:

Karen L. Melnik
Assistant U.S. Attorney
United States Attorney's Office
Judiciary Building, Rm. E 4112
555 Fourth Street, N.W.
Washington, D.C. 20530

Vincent DeMartino
Register No. 22044-053
FCI Allenwood
P.O. Box 2000
White Deer, PA. 17887