IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

VINCENT DEMARTINO,                          )
                                            )
          Plaintiff                         )
                                            )     Civil Action No. 06-cv-0879 (RJL)
          v.                                )
                                            )
FEDERAL BUREAU OF INVESTIGATION, et al.,)
                                            )
          Defendants.                       )
                                            )

# EXHIBIT A



VZCZCBQ0788
RR HQ
DE BQ 0110 1231904
ZNR UUUUU
R 031849Z MAY 83
FM FBI BROOKLYN-QUEENS (183E-3061) (P) (BQ-4)
TO DIRECTOR FBI ROUTINE
ATTN: PROPERTY CRIMES SECTION
BT
UNCLAS

CHANGED: [redacted] VINCENT DE MARTINO, AKA "CHICKIE" [redacted] ET AL; RICO (E); ITSMV; MAIL FRAUD; FBW; ITSP; (00:BQ).

b6 -2
b7C -2

TITLE MARKED "CHANGED" TO REFLECT CORRECT NAME OF [redacted] PREVIOUSLY MARKED [redacted]

b6 -2
b7C -2

RE BROOKLYN-QUEENS TELETYPE TO DIRECTOR, APRIL 29, 1983.

[redacted] (PROTECT IDENTITY) [redacted]

b6 -5
b7C -5
b7D

b6 -1
b7C -1

b6 -1
b7C -1

RECEIVED TELETYPE UNIT
3 MAY 83 20 04Z
FEDERAL BUREAU OF INVESTIGATION

183-6685-1

MAY 16 1983

5 4 JUL 8 1983

DEMARTINO-1

PAGE TWO DE BQ 0110 UNCLAS

WITH AND CONSENUALLY RECORDED [redacted]
[redacted] VINCENT DE MARTINO. [redacted]
[redacted]
[redacted] DE MARTINO. DE MARTINO STATED
[redacted]
[redacted]
[redacted] DE MARTINO ALSO MENTIONED
[redacted]
[redacted] BUT DID NOT ELABORATE.

b6 -5
b7C -5
b7D
b7F

[redacted] CONSENSUALLY
RECORDED [redacted] DE MARTINO. [redacted]
[redacted]
[redacted] NEW YORK.
[redacted] BY
DE MART[redacted] WHILE INSIDE WITH
DE MART[redacted]
[redacted]
[redacted] HOWEVER WAS NOT ABLE TO
[redacted] AT THAT TIME.

b6 -5
b7C -5
b7D
b7F

PAGE THREE DE BQ 0110 UNCLAS

ADDITIONALLY, [redacted] THAT DE MARTINO [redacted] IT SHOULD BE NOTED THAT [redacted] DE MARTINO AS TO [redacted] DE MARTINO [redacted]

b6 -5
b7C -5
b7D
b7F

[redacted] ADVISED THAT THE [redacted] WHILE ALL [redacted] STATED THAT HE [redacted] FOR DE MARTINO [redacted]

b6 -5
b7C -5
b7D
b7F

BROOKLYN-QUEENS WILL MONITOR [redacted]

b6 -5
b7C -5
b7D
b7F

PAGE FOUR DE BQ 0110 UNCLAS

ON MAY 3, 1983, ASSISTANT UNITED STATES ATTORNEY DAVID KIRBY, EASTERN DISTRICT OF NEW YORK, WAS APPRISED OF THE ABOVE CIRCUMSTANCES AS WELL AS [redacted] ASSISTANT UNITED STATES ATTORNEY KIRBY STATED THAT HE FORESEES NO ENTRAPMENT PROBLEMS.

b6 -5
b7C -5
b7D
b7F

BT

0110



VZCZCBQ0337
PP HQ NY
DE BQ 0104 1161751
ZNR EEEEE
R 261710Z APR 83
FM FBI BROOKLYN-QUEENS (183A-NEW) (P) (LIOC/HRA)
TO DIRECTOR FBI PRIORITY
ATTN: SUPV. [redacted] OC SECTION
FBI NEW YORK PRIORITY
ATTN: ASAC FRANK STOREY
BT
UNCLAS E F T O

VINCENT DE MARTINO, AKA "CHICKIE"; [redacted] [redacted] [redacted] RICO; (OO:BQ). b6 -2 b7C -2

b6 -1 b7C -1

RE SUPERVISOR [redacted] TELEPHONE CALL TO SUPERVISOR [redacted] ORGANIZED CRIME SECTION, FBIHQ, DATED APRIL 25, 1983.

AUTHORITY IS REQUESTED TO UTILIZE AN ELECTRONIC DEVICE TO

b6 -1 b7C -1

183-6685-2

183-6099-5

MAY 6 1983

4/28/83 emer. auth. granted by [redacted] Gen. Sect. ch.

b6 -1 b7C -1

DEMARTINO-5

PAGE TWO DE BQ Ø1Ø4 UNCLAS E F T O

RECORD AND/OR MONITOR PRIVATE CONVERSATIONS BETWEEN SOURCE AND VINCENT DE MARTINO, AKA "CHICKI" AND OTHER PERSONS YET UNKNOWN.

SOURCE ADVISED THAT IT WOULD BE [redacted] VINCENT DE MARTINO, AKA "CHICKI" [redacted] [redacted] SOURCE FURTHER ADVISED THAT DE MARTINO IS [redacted] [redacted] SOURCE STATED THAT [redacted] [redacted] DE MARTINO. SOURCE ADVISED THAT [redacted] FOR THE [redacted]

b6 -5
b7C -5
b7D
b7F

CAPTIONED SUBJECTS PURCHASED LATE MODEL WRECKED AUTOMOBILES FROM NEW JERSEY. THEY THEN HAVE THE VEHICLE IDENTIFICATION NUMBER (VIN) PLATES REMOVED BEFORE HAVING THE WRECKS DESTROYED. THE VIN PLATES ARE PLACED ON A STOLEN VEHICLE OF SIMILAR YEAR, MAKE AND COLOR. THE REGISTRATION PAPERS OF THE WRECKED VEHICLES FROM NEW JERSEY ARE SUBSTITUTED AS LEGITIMATE PAPERS FOR THE STOLEN VEHICLES WHICH ARE

RE-REGISTERED IN THE NEW YORK/LONG ISLAND AREA.

SOURCE [redacted] DE MARTINO [redacted] [redacted] IN AN EFFORT TO CONTINUE THIS OPERATION, INFORMANT WILL NEED TO WEAR BOTH A NAGRA AND TRANSMITTER TO OBTAIN STATEMENTS OF EVIDENTIUARY NATURE SO AS TO BE USED IN THE PROSECUTION OF NAMED SUBJECT AND OTHERS YET UNKNOWN. SOURCE IS WILLING TO TESTIFY IN FEDERAL COURT AGAINST ALL SUBJECTS IDENTIFIED AND WILL BE AGREEABLE TO [redacted] [redacted] AT THE CONCLUSION OF THIS OPERATION.

b2 -3
b7D
b7F

Source has also signed all appropriate consent forms. Electronic device will only be used in the presence of the consenting party.

STRIKE CHIEFS OPINION:

ON APRIL 25, 1983, [redacted] EASTERN DISTRICT OF NEW YORK, WAS CONTACTED CONCERNING THE USE OF A BODY RECORDER AND T-4 TRANSMITTER AND HE CONCURRED THAT ANY CONVERSATIONS THAT THE SOURCE HAS WITH CAPTIONED SUBJECTS BE RECORDED. [redacted] FURTHER STATED THAT THIS INVESTIGATION IS WARRANTED AND THAT THE USE OF THESE ELECTRONIC DEVICES DOES NOT CONSTITUE ENTRAPMENT.

b6 -3
b7C -3

PAGE FOUR DE BQ 0104 UNCLAS E F T O

[redacted] EMERGENCY AUTHORITY WAS GRANTED BY FBIHQ OFFICIALS DUE TO THE EXERGENT CIRCUMSTANCES. [redacted]

[redacted] DE MARTINO [redacted]

√ ADMINISTRATIVE:

[redacted] IS SOURCE DESCRIBED IN THE CONTEXT OF THIS TELETYPE AND WILL BE IMMEDIATELY [redacted]

[redacted]

BT

0104

b6 -5
b7C -5
b7D
b7F

b6 -1
b7C -1

Office of Enforcement Operations
Criminal Division

4/28/83

Director, FBI

FEDERAL GOVERNMENT

VINCENT DE MARTINO, ALSO KNOWN AS "CHICKIE"; ALSO KNOWN AS RACKETEER INFLUENCED AND CORRUPT ORGANIZATIONS

b6 -2
b7C -2

Attached is one copy of a communication which furnishes information concerning a current investigation. Exigent circumstances precluded a request for authorization in advance to utilize an electronic device to monitor and/or record private conversations with the consent of a party.

Under the provisions of Part III(b) of the Attorney General's Memorandum of September 22, 1982, to the Heads of Executive Departments and Agencies entitled, "Monitoring Private Conversations with the Consent of a Party," emergency monitoring was instituted under the authorization of an appropriate official of the FBI.

Monitoring of this conversation was authorized in the best interest of law enforcement in that it was expected to provide corroborative evidence and to protect the individuals utilizing the equipment.

183-6685-3

Further monitoring is expected in this matter and it is requested that your office approve the use of this equipment for a period of 30 days beginning the date on which you grant approval.

183-6094-6

Enclosures

6-3
MAY 6 1983

b6 -1
b7C -1
b7D

NOTE: emergency authority granted by Acting Section Chief OCS-CID. Brooklyn/Queens advised of authority same date.

FOUR
ELSUR INDEX

APPROVED:

Director
Exec. AD-Adm.
Exec. AD-Inv.
Exec. AD-LES
Adm. Servs.
Crim. Inv.
Ident.
Inspection
Intell.
Laboratory
Legal Coun.
Off. of Cong. & Public Affs.
Rec. Mgnt.
Tech. Servs.
Training

Exec AD Adm.
Exec AD Inv.
Exec AD LES
Asst. Dir.:
Adm. Servs.
Crim. Inv.
Ident.
Insp.
Intell.
Lab.
Legal Coun.
Off. Cong. & Public Affs.
Rec. Mgnt.
Tech. Servs.
Training
Telephone Rm.
Director's Sec'y

MAIL ROOM

DEMARTINO-9

dated 5-2-83

VZCZCBQ0632

PP HQ

DE BQ 0131 1192237

ZNY UUUUU

R 292105Z APR 83

FM FBI BROOKLYN-QUEENS (183E-3061) (BQ-4)

TO DIRECTOR FBI PRIORITY

ATTN: GENERAL PROPERTY CRIMES PROGRAM,

ATTN: CRIMINAL INVESTIGATIVE DIVISION

BT

UNCLAS

RECEIVED TELETYPE UNIT 30 APR 83 02 42Z FEDERAL BUREAU OF INVESTIGATION

b6 -1
b7C -1

[redacted] VINCENT DE MARTINO, AKA "CHICK" [redacted] UNSUBS; RICO-ITSMV; MAIL FRAUD; FRAUD BY WIRE.

b6 -2
b7C -2

DE-54 V-24 DE-148 183-1685-3X

RE TELEPHONE CALL BETWEEN UNIT CHIEF [redacted] AND ASSISTANT SPECIAL AGENT IN CHARGE (ASAC) JAMES F. MURPHY, BROOKLYN-QUEENS MRA, APRIL 29, 1983.

b6 -1
b7C -1

28 SEP 28 1983

[redacted] MALE, DATE OF BIRTH [redacted] CONTACTED THE BROOKLYN-QUEENS MRA,

b6 -5
b7C -5
b7D
b7F

b6 -1
b7C -1

DEMARTINO-14

PAGE TWO DE BQ 0131 UNCLAS

LONG ISLAND ORGANIZED CRIME (LIOC) SQUAD AND ADVISED THAT FOR [redacted] VINCENT DE MARTINO. DE MARTINO, WHITE, MALE, DATE OF BIRTH JULY 7, 1955, [redacted]

NY

b6 -5
b7C -5
b7D
b7F

[redacted] DE MARTINO [redacted]

ON OR ABOUT [redacted] DE MARTINO [redacted] DE MARTINO, [redacted] DE MARTINO [redacted] DE MARTINO UNTIL [redacted] AFTER OBTAINING AUTHORITY FOR CONSENSUAL MONITORING, [redacted] AND DID A TELEPHONIC AND NON-TELEPHONIC CONSENSUAL MONITORING WITH DE MARTINO. IT IS NOTED THAT THE NAGRA MALFUNCTIONED AND NO RECORDING WAS

b6 -5
b7C -5
b7D
b7F

PAGE THREE DE BQ 0131 UNCLAS

OBTAINED. [redacted]

[redacted] AND DE MARTINO IN WHICH [redacted]

[redacted] DE MARTINO. DE MARTINO

[redacted]

b6 -5
b7C -5
b7D
b7F

FOR THE INFORMATION OF FBINQ, WHI [redacted]

[redacted] VINCENT DE MARTINO, [redacted]

CT ADVISED DE MARTINO [redacted]

WHICH INFORMATION [redacted] DE MARTINO

[redacted] DE MARTINO. [redacted] THAT DE

MARTINO [redacted]

[redacted] IS KNOWN TO BE A MADE MAN IN THE GAMBINO ORGANIZED CRIME FAMILY WHO HAS PREVIOUS ARRESTS FOR GRAND LARCENY AND CRIMINAL RECEIVING.

b6 -5
b7C -5
b7D
b7F

VINCENT DE MARTINO [redacted]

PAGE FOUR DE BQ 0131 UNCLAS

[redacted] BROOKLYN, NEW YORK,

[redacted]

ACTIVITIES. [redacted]

[redacted] DE MARTINO, [redacted] DE MARTINO

[redacted]

b6 -5
b7C -5
b7D
b7F

AS IS NOTED ABOVE, [redacted] DE MARTINO BY [redacted] DE MARTINO [redacted] BY REFERENCED TELEPHONE CONVERSATIONS, [illegible] AUTHORITY [redacted] DE MARTINO AT [redacted] [redacted] AT WHICH TIME THE [redacted] CONSENSUALLY MONITORED. PRIOR [illegible] AUTHORITY FOR MONITORING WAS OBTAINED ON [redacted]

b6 -5
b7C -5
b7D
b7F

[redacted] ADVISED THAT [redacted] ADVISED BY [redacted] THAT [redacted] WAS TESTIFYING BEFORE A FEDERAL GRAND JURY WITH REGARD TO A MAJOR INSURANCE SCAM WHICH INCLUDED BODY SHOPS, INSURANCE FIRMS, BROKERS AND SIGNIFICANT ORGANIZED CRIME FIGURES. IT IS NOTED THAT BROOKLYN-[illegible] [illegible] IS CURRENTLY CONDUCTING AN INVESTIGATION [redacted]

b6 -5
b7C -5
b7D
b7F

[redacted]

b6 -5
b7C -5
b7D
b7F

FBI HEADQUARTERS IS REQUESTED TO AUTHORIZE AN ADDITIONAL [redacted] DE MARTINO IN ORDER THAT THE FOLLOWING MIGHT BE ACCOMPLISHED:

1. [redacted] DE MARTINO [redacted] THE FBI IN IDENTIFYING [redacted] DE MARTINO.

b6 -5
b7C -5
b7D
b7F

2. BROOKLYN-QUEENS MRA WILL HAVE AN OPPORTUNITY TO FURTHER DEFINE THE RELATIONSHIP BETWEEN DE MARTINO [redacted] WITH THE INTENTION OF IDENTIFYING OTHER CRIMINAL INTERESTS THAT [redacted] MAY HAVE.

b6 -2
b7C -2

3. BROOKLYN-QUEENS MRA WILL HAVE AN OPPORTUNITY TO FURTHER DEVELOP THE OOJ CASE AGAINST [redacted] (PHONETIC) A MEMBER OF THE GRAND JURY HEARING OF [redacted] TESTIMONY.

b3 Rule 6(e)
b6 -2
b7C -2

PAGE SIX DE BQ 3131 UNCLAS

BT
3131

DEMARTINO-19

0-6 Rev. 4-26-78

049

DEPARTMENT OF JUSTICE
FEDERAL BUREAU OF INVESTIGATION
COMMUNICATION MESSAGE FORM

PAGE 1 OF 1

| DATE | CLASSIFICATION | PRECEDENCE |
|---|---|---|
| 5/2/83 | UNCLAS | PRIORITY |

0F0H3PP NYSDE HQ H0049 0H3YUSP 221556Z SEP 83

START HERE

FM FN DIRECTOR FBI

TO FBI NEW YORK PRIORITY

PERSONAL ATTENTION ASAC, BROOKLYN-QUEENS (183E-3061) (BQ-4)

BT

UNCLAS

b6 -2
b7C -2

[redacted] VINCENT DE MARTINO, AKA "CHICK"; [redacted] UNSUBS; RICO-ITSMV; MAIL FRAUD; FRAUD BY WIRE; OO: BROOKLYN-QUEENS.

REFERENCE BROOKLYN-QUEENS TELETYPE DATED APRIL 29, 1983.

BROOKLYN-QUEENS IS AUTHORIZED TO EXPEND UP TO AN ADDITIONAL [redacted] IN CAPTIONED MATTER. b2 -3

BT

DE-131 183-6685-3X1

DO NOT TYPE MESSAGE BELOW THIS LINE

DO NOT TYPE PAST THIS LINE

| APPROVED BY | DRAFTED BY | DATE | ROOM | TELE EXT |
|---|---|---|---|---|
| | LEB:lsg (5) | 5/2/83 | 5042/6 | [redacted] |

b2 -
b6 -
b7C -

1 - [redacted]
2 - [redacted]
L - Funding
1 - [redacted] Room 1388

SEP 22 1983

SEE NOTE PAGE 2

DEC 5 1983

2362Z
SEP 22

DO NOT FILE WITHOUT COMMUNICATIONS STAMP

DEMARTINO-20

FBI/DOJ

NOTE: By referenced teletype, copy attached, and prior telephonic authorization from Unit Chief [redacted] BQ requests [redacted] to subjects in this investigation [redacted] The [redacted] Prior consensual monitoring authority was granted by the Organized Crime Section.

b6 -1,5
b7C -1,5
b2 -3
b7D
b7F

APPROVED:

| | | |
|---|---|---|
| Director ______ | Adm. Servs. ______ | Laboratory ______ |
| Exec. AD-Adm. ______ | Crim. Inv. ______ | Legal Coun. ______ |
| Exec. AD-Inv. ______ | Ident. ______ | Off. of Cong. & Public Affs. ______ |
| Exec. AD-LES ______ | Inspection ______ | Rec. Mgnt. ______ |
| | Intell. ______ | Tech. Servs. ______ |
| | | Training ______ |

1 [redacted] b6 -1 b7C -1

AIRTEL

5/19/83

Director, FBI

SAC, Brooklyn-Queens (183E-3061) (BQ-4)

[redacted]

VINCENT DE MARTINO, AKA "CHICK";
[redacted] UNSUBS; RICO (B);
ITSMV; MP; FBW
OO: BROOKLYN-QUEENS

b6 -2 b7C -2

ReBQtel dated 4/26/83 entitled "Vincent De Martino, AKA "Chicki"; [redacted] and reBQtelcal to Bureau 4/25/83.

On 5/2/83, Frederick D. Hess, Acting Director, Office of Enforcement Operations, Department of Justice, authorized use of electronic monitoring equipment in this matter for a period of 30 days to expire midnight 5/31/83. As you are aware, this equipment is only to be used when a consenting party is present.

183-6685-4

If it is anticipated that an extension of authority will be needed, insure teletype requesting such authority is received by the General Property Crimes Unit, FBIHQ, at least five working days prior to expiration. Each extension request should identify individuals expected to be monitored, briefly restate criminal activity and basis of FBI jurisdiction and furnish sufficient details to justify continued authority including a brief description of any monitored conversations during previously approved period. Restate consenting party's waiver to have his conversations monitored and willingness to testify. When a non-body device is being utilized state that no monitoring will occur except in the presence of a consenting party. Identify appropriate Attorney in each judicial district wherein monitoring is expected to occur, updating respective Attorney's concurrence and comments re entrapment. Identify each consenting party in administrative section.

MAILED 1
MAY 20 1983

183-6099

LEB/VHP:dem
(4)

ENCLOSURE ATTACHED

SEE NOTE PAGE TWO

JUN 8 1983

DEMARTINO-22

Exec AD Adm. Exec AD Inv. Exec AD LES Asst. Dir.: Adm. Servs. Crim. Inv. Ident. Insp. Intell. Lab. Legal Coun. Off. Cong. & Public Affs. Rec. Mgnt. Tech. Servs. Training Telephone Rm. Director's Sec'y MAIL ROOM

ELSUR INDEX

Airtel to SAC, Brooklyn-Queens (183E-3061) (BQ-4)
RE: [redacted]

b6 -2
b7C -2

Within 30 days of the expiration of this authorization, you are requested to advise FBIHQ whether the electronic monitoring equipment:

1. Aided in directing course of investigation.
2. Obtained direct evidence.
3. Was used - no information of value gained.
4. Furnished lead material.
5. Gave protection to Agent or person wearing recorder.
6. Was not used.

You should insure that all persons identified as having been monitored, are suitably included in the field office and FBIHQ ELSUR indices, commensurate with existing instructions as outlined in Bureau airtels to all offices dated April 12, 1977, June 8, 1977, and October 21, 1977, entitled, "Microphone and Telephone Surveillances." Strict administrative controls must be established to insure these requirements are met.

b6 -1
b7C -1

NOTE: See Bulet to AD, Office of Enforcement Operations, dated 4/28/83, attached. No Bureau markings are to be placed on the attached communications. ReBOtelcal was from Supervisor [redacted] [redacted] to FBIHQ Supervisor [redacted]

TO: AD, Office of Enforcement Operations

Dated 4/28/83 signed by
Frederick D. Hess on 5/2/83

Captioned, [redacted] VINCENT DE MARTINO, AKA "CHICK"; [redacted] [redacted] UNSUBS; RICO (E);

b6 -2
b7C -2

NO BUREAU MARKINGS ARE TO BE PLACED ON THE ATTACHED COMMUNICATIONS AS SAME MAY BE USED

DEMARTINO-24

183-6685-4

# Memorandum

To : Office of Enforcement Operations
Criminal Division

Date 4/28/83

From : Director, FBI

Subject : VINCENT DE MARTINO, ALSO KNOWN AS "CHICKI"; [redacted] ALSO KNOWN AS [redacted] RACKETEER INFLUENCED AND CORRUPT ORGANIZATIONS

b6 -2
b7C -2

Attached is one copy of a communication which furnishes information concerning a current investigation. Exigent circumstances precluded a request for authorization in advance to utilize an electronic device to monitor and/or record private conversations with the consent of a party.

Under the provisions of Part III(b) of the Attorney General's Memorandum of September 22, 1982, to the Heads of Executive Departments and Agencies entitled, "Monitoring Private Conversations with the Consent of a Party," emergency monitoring was instituted under the authorization of an appropriate official of the FBI.

Monitoring of this conversation was authorized in the best interest of law enforcement in that it was expected to provide corroborative evidence and to protect the individuals utilizing the equipment.

Further monitoring is expected in this matter and it is requested that your office approve the use of this equipment for a period of 30 days beginning the date on which you grant approval.

Enclosures

Approved:
(Pursuant to the Authority of the Attorney General 9-22-80)
Frederick L. Hess
Acting Director
Office of Enforcement Operations
Date: [illegible]

DEMARTINO-29



UNITED STATES DEPARTMENT OF JUSTICE
FEDERAL BUREAU OF INVESTIGATION

**AIRTEL**

DATE: JUN 2 0 1983

TO : DIRECTOR, FBI
(ATTN: PROPERTY CRIMES SECTION)

FROM : BROOKLYN-QUEENS MRA (183E-3061) (P) (BQ-4)

SUBJECT: [redacted]
[redacted]
VINCENT DEMARTINO, aka
"Chick";
[redacted]
UNSUBS;
RICO (E)
ITSMV; MF; FBW
(OO:BQ)

b6 -2
b7C -2

Re Bureau airtel to BQ, dated 5/19/83.

Several consensual records made during authorized period of time and direct evidence obtained as well as providing protection to cooperating witness.

It is not anticipated that a further extension will be required at the present time.

All persons monitored have been properly indexed.

183-6685-5

JUN 24 1983

2-Bureau
1-BQ (183E-3061)

RPM:ng
(4)

JUL 27 1983

AUG 16 1983

DEMARTINO-30

FD-516 (Rev. 12-15-80)
**ACCOMPLISHMENT REPORT**
(Submit within 30 days from date of accomplishment)

Date SEP 19 1983

TO: DIRECTOR, FBI

Bureau File Number

FROM: SAC, BROOKLYN-QUEENS

183E-3061
Field Office File Number

BQ-4
Squad or RA Number

SUBJECT:
VINCENT DE MARTINO;
UNSUBS,
RICO, ITSMV,
MAIL FRAUD - FRAUD BY WIRE

b6 -2
b7C -2

NY

**Investigative Assistance or Techniques Used**

Were any of the investigative assistance or techniques listed below used in connection with accomplishment being claimed? [X] No [ ] Yes - If Yes, rate each used as follows:
1 = Used, but did not help
2 = Helped, but only minimally
3 = Helped, substantially
4 = Absolutely essential

| | Rating | | Rating | | Rating | | Rating |
|---|---|---|---|---|---|---|---|
| 1. Acctg Tech Assistance | | 6. ELSUR - Title III | | 11. Lab Div Field Support | | 16. Surveil. Sqd Asst | |
| 2. Aircraft Assistance | | 7. Hypnosis Assistance | | 12. Pen Registers | | 17. SWAT Team Action | |
| 3. Computer Assistance | | 8. Ident Div Assistance | | 13. Photographic Coverage | | 18. Telephone Toll Records | |
| 4. Consensual Monitoring | | 9. Informant Information | | 14. Polygraph Assistance | | 19. Undercover Operation | |
| 5. ELSUR - FISC | | 10. Lab Div Exams | | 15. Show Money Usage | | 20. Visual Invest. Analysis (VIA) | |

| A. Preliminary Judicial Process (Number of subjects) | Complaints | Informations | Indictments |
|---|---|---|---|
| | | | |

| B. Arrests, Locates & Summonses (Number of subjects) | Subject Priority (See Reverse) A | B | C |
|---|---|---|---|
| FBI Arrests - | | | |
| FBI Locates - | | | |

Criminal Summons ______
Number of Subjects of FBI Arrests Who Physically Resisted ______
Number of Subjects of FBI Arrests Who Were Armed ______

**D. Recoveries, Restitutions, Court Ordered Forfeitures or Potential Economic Loss Prevented (PELP)**

| Property or PELP Type Code * | Recoveries | Restitutions | Court Ordered Forfeitures | Potential Economic Loss Prevented |
|---|---|---|---|---|
| 4 | $ 10,500 | $ | $ | $ |
| | $ | $ | $ | $ |
| | $ | $ | $ | $ |
| | $ | $ | $ | $ |
| | $ | $ | $ | $ |

C. Release of Hostages (Number of Hostages Released)
Hostages Held By Terrorists ______; All Other Hostage Situations ______

| E. Civil Matters | Government Defendant | Government Plaintiff |
|---|---|---|
| Amount of Suit | $ | $ |
| Settlement or Award | $ | $ Enter AFA Payment Here |

F. Final Judicial Process: Judicial District ______ District / State (Use two letter state abbreviations per U.S. Post Office Guide. For Example - The Northern District of Texas as NO TX; The District of Maine as ME in the state field only.)

Subject 1 - Name - Subject's Description Code * -

[ ] Pretrial Diversion [ ] Dismissed [ ] Acquitted
- Convictions - Enter conviction and sentence data in space at right. If more than four sections are involved, limit to the four most relevant.
[ ] Felony [ ] Misdemeanor [ ] Plea [ ] Trial

| Title | Section | Counts | In-Jail Term Yrs | Mos | Suspended Yrs | Mos | Probation Yrs | Mos | Fine |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | $ |
| | | | | | | | | | $ |
| | | | | | | | | | $ |
| | | | | | | | | | $ |

Subject 2 - Name - Subject's Description Code * -

[ ] Pretrial Diversion [ ] Dismissed [ ] Acquitted
- Convictions - Enter conviction and sentence data in space at right. If more than four sections are involved, limit to the four most relevant.
[ ] Felony [ ] Misdemeanor [ ] Plea [ ] Trial

| Title | Section | Counts | In-Jail Term Yrs | Mos | Suspended Yrs | Mos | Probation Yrs | Mos | Fine |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | $ |
| | | | | | | | | | $ |
| | | | | | | | | | $ |
| | | | | | | | | | $ |

183-6685-6

Subject 3 - Name - Subject's Description Code * -

[ ] Pretrial Diversion [ ] Dismissed [ ] Acquitted
- Convictions - Enter conviction and sentence data in space at right. If more than four sections are involved, limit to the four most relevant.
[ ] Felony [ ] Misdemeanor [ ] Plea [ ] Trial

| Title | Section | Counts | In-Jail Term Yrs | Mos | Suspended Yrs | Mos | Probation Yrs | Mos | Fine |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | $ |
| | | | | | | | | | $ |
| | | | | | | | | | $ |
| | | | | | | | | | $ |

SEP 22 1983

Attach additional forms if reporting final judicial process on more than three subjects.

Remarks:
On 9/12/83, a 1980 Chev., VIN 1Z37KA1440678 was recovered wanted on NYCPD Alarm 68091, 122 Pct. (valued at $6,000). as established by Red Book.

On 9/15/83, a 1979 Chev., VIN 2J37Y92534442, was recovered wanted on NYCPD Alarm 84679, 61 Pct. (valued $4,500). as established by Red Book.

2 - Bureau
3 - Field Office (1- 183E-3061) (1- 66-8492) (1- IAU, NYO)

* See codes on reverse side. Subject description codes in Section F are required only when reporting a conviction.

JE:dc
(6)

FD-515 (Rev. 9-24-82)
ACCOMPLISHMENT REPORT
(Submit within 30 days from date of accomplishment)

Date OCT 11 1983

TO: DIRECTOR, FBI

FROM: SAC, BROOKLYN-QUEENS

SUBJECT:

[redacted] b6 -2 b7C -2

VINCENT DE MARTINO;

[redacted]

UNSUBS

RICO, ITSMV, MAIL FRAUD, FRAUD BY WIRE

Bureau File Number:

Field Office File Number: 183E-3061

Squad or RA Number: BQ-4

- X if a joint FBI/DEA (or other Federal Agency**) operation.
- X if case involves corruption of a public official (Federal, State or Local).

**Investigative Assistance or Techniques Used**

Were any of the investigative assistance or techniques listed below used in connection with accomplishment being claimed? [X] No [ ] Yes - If Yes, rate each used as follows:
1 = Used, but did not help
2 = Helped, but only minimally
3 = Helped, substantially
4 = Absolutely essential

| | Rating | | Rating | | Rating | | Rating |
|---|---|---|---|---|---|---|---|
| 1. Acctg Tech Assistance | | 6. ELSUR - Title III | | 11. Lab Div Field Support | | 16. Show Money Usage | |
| 2. Aircraft Assistance | | 7. Hypnosis Assistance | | 12. Pen Registers | | 17. Surveil. Squad Asst | |
| 3. Computer Assistance | | 8. Ident Div Assistance | | 13. Photographic Coverage | | 18. SWAT Team Action | |
| 4. Consensual Monitoring | | 9. Informant Information | | 14. Polygraph Assistance | | 19. Telephone Toll Records | |
| 5. ELSUR - FISC | | 10. Lab Div Exams | | 15. Search Warrants Executed | | 20. Undercover Operation | |
| | | | | | | 21. Visual Invest. Analysis (VIA) | |

**A. Preliminary Judicial Process (Number of subjects)**

| Complaints | Informations | Indictments |
|---|---|---|
| | | |

**B. Arrests, Locates, Summonses & Subpoenas (No. of subjects)**

| Subject Priority (See Reverse) | A | B | C |
|---|---|---|---|
| FBI Arrests - | | | |
| FBI Locates - | | | |

Number of Subjects of FBI Arrests Who Physically Resisted ______
Number of Subjects of FBI Arrests Who Were Armed ______
Criminal Summons ______ Subpoenas Served ______

**C. Release of Hostages (Number of Hostages Released)**

Hostages Held By Terrorists ______ ; All Other Hostage Situations ______

**D. Recoveries, Restitutions, Court Ordered Forfeitures or Potential Economic Loss Prevented (PELP)**

| Property or PELP Type Code * | Recoveries | Restitutions | Court Ordered Forfeitures | Potential Economic Loss Prevented |
|---|---|---|---|---|
| 4 | $ 5,000.00 | $ | $ | $ |
| | $ | $ | $ | $ |
| | $ | $ | $ | $ |
| | $ | $ | $ | $ |
| | $ | $ | $ | $ |

**E. Civil Matters**

| | Government Defendant | Government Plaintiff |
|---|---|---|
| Amount of Suit | $ | $ |
| Settlement or Award | $ | $ |

Enter AFA Payment Here

**F. Final Judicial Process:** Judicial District ______ District ______ State (Use two letter state abbreviations per U.S. Post Office Guide. For Example - The Northern District of Texas as ND TX; The District of Maine as ME in the state field only.)

Subject 1 - Name - Subject's Description Code * -

[ ] Pretrial Diversion [ ] Dismissal [ ] Acquittal

- Convictions - Enter conviction and sentence data in space at right. If more than four sections are involved, limit to the four most relevant.

[ ] Felony [ ] Misdemeanor [ ] Plea [ ] Trial

| Conviction Title | Section | Counts | In-Jail Term Yrs | Mos | Suspended Yrs | Mos | Probation Yrs | Mos | Fine |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | $ |
| | | | | | | | | | $ |
| | | | | | | | | | $ |
| | | | | | | | | | $ |

Subject 2 - Name - Subject's Description Code * -

[ ] Pretrial Diversion [ ] Dismissal [ ] Acquittal

- Convictions - Enter conviction and sentence data in space at right. If more than four sections are involved, limit to the four most relevant.

[ ] Felony [ ] Misdemeanor [ ] Plea [ ] Trial

| Conviction Title | Section | Counts | In-Jail Term Yrs | Mos | Suspended Yrs | Mos | Probation Yrs | Mos | Fine |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | $ |
| | 183-6685-7 | | | | | | | | $ |
| | | | | | | | | | $ |
| | | | | | | | | | $ |

Subject 3 - Name - Subject's Description Code * -

[ ] Pretrial Diversion [ ] Dismissal [ ] Acquittal

- Convictions - Enter conviction and sentence data in space at right. If more than four sections are involved, limit to the four most relevant.

[ ] Felony [ ] Misdemeanor [ ] Plea [ ] Trial

| Conviction Title | Section | Counts | In-Jail Term Yrs | Mos | Suspended Yrs | Mos | Probation Yrs | Mos | Fine |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | $ |
| | | | | | | | | | $ |
| | | | | | | | | OCT 20 1983 | $ |
| | | | | | | | | | $ |

Attach additional items if reporting final judicial process on more than three subjects.

Remarks: On 10/11/83, a 1980 Oldsmovile Cutlass, VIN 3G69FAD490445, reported stolen on 10/5/83, 61 Pct., was recovered. (Red Book value $5,000.00).

2 - Bureau
1 - Field Office (1- 183E-3061) (1- 66-8492) (1- IAU, NYO)

* See codes on reverse side. Subject description codes in Section F are required only when reporting a conviction.
** Identify the other Federal Agency(ies) in the Remarks Section.

JE:dac

GPC

FD-515 (Rev. 9-24-82)
ACCOMPLISHMENT REPORT
(Submit within 30 days from date of accomplishment)

Date OCT 6 1983

TO: DIRECTOR, FBI

FROM: SAC, BROOKLYN-QUEENS

SUBJECT: [redacted] VINCENT DE MARTINO; [redacted] UNSUBS RICO, ITSMV, MAIL FRAUD - FRAUD BY WIRE

b6 -2
b7C -2

Bureau File Number:
Field Office File Number: 183E-3061
Squad or RA Number: BQ-4

☐ - X if joint FBI/DEA (or other Federal Agency **) operation.
☐ - X if case involves corruption of a public official (Federal, State or Local).

Investigative Assistance or Techniques Used

Were any of the investigative assistance or techniques listed below used in connection with accomplishment being claimed? ☒ No ☐ Yes - If Yes, rate each used as follows:
1 = Used, but did not help
2 = Helped, but only minimally
3 = Helped, substantially
4 = Absolutely essential

| | Rating | | Rating | | Rating | | Rating |
|---|---|---|---|---|---|---|---|
| 1. Acctg Tech Assistance | | 6. ELSUR - Title III | | 11. Lab Div Field Support | | 16. Show Money Usage | |
| 2. Aircraft Assistance | | 7. Hypnosis Assistance | | 12. Pen Registers | | 17. Surveil. Sqd Asst | |
| 3. Computer Assistance | | 8. Ident Div Assistance | | 13. Photographic Coverage | | 18. SWAT Team Action | |
| 4. Consensual Monitoring | | 9. Informant Information | | 14. Polygraph Assistance | | 19. Telephone Toll Records | |
| 5. ELSUR - FISC | | 10. Lab Div Exams | | 15. Search Warrants Executed | | 20. Undercover Operation | |
| | | | | | | 21. Visual Invest - Analysis (VIA) | |

| A. Preliminary Judicial Process (Number of subjects) | Complaints | Informations | Indictments |
|---|---|---|---|
| | | | |

| B. Arrests, Locates, Summonses & Subpoenas (No. of subjects) | Subject Priority (See Reverse) A | B | C |
|---|---|---|---|
| FBI Arrests - | | | |
| FBI Locates - | | | |

Number of Subjects of FBI Arrests Who Physically Resisted ______
Number of Subjects of FBI Arrests Who Were Armed ______
Criminal Summons ______ Subpoenas Served ______

D. Recoveries, Restitutions, Court Ordered Forfeitures or Potential Economic Loss Prevented (PELP)

| Property or PELP Type Code * | Recoveries | Restitutions | Court Ordered Forfeitures | Potential Economic Loss Prevented |
|---|---|---|---|---|
| 4 | $ 12,900 | $ | $ | $ |
| | $ | $ | $ | $ |
| | $ | $ | $ | $ |
| | $ | $ | $ | $ |
| | $ | $ | $ | |

C. Release of Hostages (Number of Hostages Released)

Hostages Held By Terrorists ______ ; All Other Hostage Situations ______

| E. Civil Matters | Government Defendant | Government Plaintiff |
|---|---|---|
| Amount of Suit | $ | $ |
| Settlement or Award | $ | $ |

Enter AFA Payment Here

F. Final Judicial Process: Judicial District ______ District ______ State
(Use two letter state abbreviations per U.S. Post Office Guide. For Example - The Northern District of Texas as ND TX; The District of Maine as ME in the state field only.)

Subject 1 - Name - Subject's Description Code * -

☐ Pretrial Diversion ☐ Dismissed ☐ Acquitted
- Convictions - Enter conviction and sentence data in space at right. If more than four sections are involved, limit to the four most relevant.
☐ Felony ☐ Misdemeanor ☐ Plea ☐ Trial

| Conviction Title | Section | Counts | In-Jail Term Yrs | Mos | Suspended Yrs | Mos | Probation Yrs | Mos | Fine |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | $ |
| | | | | | | | | | $ |
| | | | | | | | | | $ |
| | | | | | | | | | $ |

Subject 2 - Name - Subject's Description Code * -

☐ Pretrial Diversion ☐ Dismissed ☐ Acquitted
- Convictions - Enter conviction and sentence data in space at right. If more than four sections are involved, limit to the four most relevant.
☐ Felony ☐ Misdemeanor ☐ Plea ☐ Trial

| Conviction Title | Section | Counts | In-Jail Term Yrs | Mos | Suspended Yrs | Mos | Probation Yrs | Mos | Fine |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | $ |
| | | | | | | | | | $ |
| | | | | | | | | | $ |
| | | | | | | | | | $ |

183-6685-8

Subject 3 - Name - Subject's Description Code * -

☐ Pretrial Diversion ☐ Dismissed ☐ Acquitted
- Convictions - Enter conviction and sentence data in space at right. If more than four sections are involved, limit to the four most relevant.
☐ Felony ☐ Misdemeanor ☐ Plea ☐ Trial

| Conviction Title | Section | Counts | In-Jail Term Yrs | Mos | Suspended Yrs | Mos | Probation Yrs | Mos | Fine |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | $ |
| | | | | | | | | | $ |
| | | | | | | | | | $ |
| | | | | | | | | | $ |

10 OCT 13 1983

Attach additional forms if reporting final judicial process on more than three subjects.

Remarks:

On 9/29/83, a 1980 Pontiac, VIN 2X87TAN139824 was recovered wanted on NYCPD Alarm #7111, 122 Pct. 1/27/83 (Red Book value $8,000).

On 9/30/83, a 1979 Pontiac, VIN 2J37Y92534442 was recovered wanted on NYCPD Alarm #84679, 61 Pct. 10/17/82 (Red Book Value $4,900).

4 - Bureau
3 - Field Office (1- 183E-3061) (1- 66-8492) (1- IAU, NYO)

* See codes on reverse side. Subject description codes in Section F are required only when reporting a conviction.
** Identify the other Federal Agency(ies) in the Remarks Section.

JE:dac
(6)

THREE

FBI/DOJ

DEMARTINO-33

FD-515 (Rev. 9-24-82)
ACCOMPLISHMENT REPORT
(Submit within 30 days from date of accomplishment)

Date OCT 13 1983

TO: DIRECTOR, FBI

b6 -2
b7C -2

FROM: SAC, BROOKLYN-QUEENS

SUBJECT: [redacted]

VINCENT DE MARTINO; [redacted]
UNSUBS
RICO, ITSMV,
MAIL FRAUD -
FRAUD BY WIRE

Bureau File Number: 
Field Office File Number: 183E-3061
Squad or RA Number: BQ-4

☐ - X if a joint FBI/DEA (or other Federal Agency **) operation.
☐ - X if case involves corruption of a public official (Federal, State or Local).

Investigative Assistance or Technique Used

Were any of the investigative assistance or techniques listed below used in connection with accomplishment being claimed? ☒ No ☐ Yes - If Yes, rate each used as follows:
1 = Used, but did not help
2 = Helped, but only minimally
3 = Helped, substantially
4 = Absolutely essential

| | Rating | | Rating | | Rating | | Rating |
|---|---|---|---|---|---|---|---|
| 1. Acctg Tech Assistance | | 6. ELSUR - Title III | | 11. Lab Div Field Support | | 16. Show Money Usage | |
| 2. Aircraft Assistance | | 7. Hypnosis Assistance | | 12. Pen Registers | | 17. Surveil. Sqd Asst | |
| 3. Computer Assistance | | 8. Ident Div Assistance | | 13. Photographic Coverage | | 18. SWAT Team Action | |
| 4. Consensual Monitoring | | 9. Informant Information | | 14. Polygraph Assistance | | 19. Telephone Toll Records | |
| 5. ELSUR FISC | | 10. Lab Div Exams | | 15. Search Warrants Executed | | 20. Undercover Operation | |
| | | | | | | 21. Visual Invest. Analysis (VIA) | |

| A. Preliminary Judicial Process (Number of subjects) | Complaints | Informations | Indictments |
|---|---|---|---|
| | | | |

| B. Arrests, Locates, Summonses & Subpoenas (No. of subjects) | Subject Priority (See Reverse) A | B | C |
|---|---|---|---|
| FBI Arrests - | | | |
| FBI Locates - | | | |

Number of Subjects of FBI Arrests Who Physically Resisted ______
Number of Subjects of FBI Arrests Who Were Armed ______
Criminal Summons ______ Subpoenas Served ______

D. Recoveries, Restitutions, Court Ordered Forfeitures or Potential Economic Loss Prevented (PELP)

| Property or PELP Type Code * | Recoveries | Restitutions | Court Ordered Forfeitures | Potential Economic Loss Prevented |
|---|---|---|---|---|
| 4 | $ 8,250 | $ | $ | $ |
| | $ | $ | $ | $ |
| | $ | $ | $ | $ |
| | $ | $ | $ | $ |
| | $ | $ | $ | $ |

C. Release of Hostages: (Number of Hostages Released)
Hostages Held By Terrorists ______; All Other Hostage Situations ______

| E. Civil Matters | Government Defendant | Government Plaintiff |
|---|---|---|
| Amount of Suit | $ | $ |
| Settlement or Award | $ | $ |

Enter AFA Paperwork Here 6

F. Final Judicial Process: Judicial District ______ District ______ State (Use two letter state abbreviations per U.S. Post Office Guide. For Example - The Northern District of Texas as ND TX; The District of Maine as ME in the state field only.)

Subject 1 - Name - Subject's Description Code * -

☐ Pretrial Diversion ☐ Dismissed ☐ Acquitted

- Convictions - Enter conviction and sentence data in space at right. If more than four sections are involved, list to the four most relevant.

☐ Felony ☐ Misdemeanor ☐ Plea ☐ Trial

| Conviction Title | Section | Counts | In-Jail Term Yrs | Mos | Suspended Yrs | Mos | Probation Yrs | Mos | Fine |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | $ |
| | | | | | | | | | $ |
| | | | | | | | | | $ |
| | | | | | | | | | $ |

183-6685-9

Subject 2 - Name - Subject's Description Code * -

☐ Pretrial Diversion ☐ Dismissed ☐ Acquitted

- Convictions - Enter conviction and sentence data in space at right. If more than four sections are involved, list to the four most relevant.

☐ Felony ☐ Misdemeanor ☐ Plea ☐ Trial

| Conviction Title | Section | Counts | In-Jail Term Yrs | Mos | Suspended Yrs | Mos | Probation Yrs | Mos | Fine |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | $ |
| | | | | | | | | | $ |
| | | | | | | | | | $ |
| | | | | | | | | | $ |

OCT 13 1983

Subject 3 - Name - Subject's Description Code * -

☐ Pretrial Diversion ☐ Dismissed ☐ Acquitted

- Convictions - Enter conviction and sentence data in space at right. If more than four sections are involved, list to the four most relevant.

☐ Felony ☐ Misdemeanor ☐ Plea ☐ Trial

| Conviction Title | Section | Counts | In-Jail Term Yrs | Mos | Suspended Yrs | Mos | Probation Yrs | Mos | Fine |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | $ |
| | | | | | | | | | $ |
| | | | | | | | | | $ |
| | | | | | | | | | $ |

Attach additional forms if reporting final judicial process on more than three subjects.

Remarks: On 9/28/83, a 1978 Cadillac Seville, VIN 6S69B8Q496553: was recovered, wanted on NYCPD Alarm #8439, 120 Pct., date of theft 2/1/83 (Red Book value $8,250).

2 - Bureau
- Field Office (1- 183E-3061) (1- 66-8492) (1- IAU, NYO)

* See codes on reverse side. Subject description codes in Section F are required only when reporting a conviction.
** Identify the other Agency(ies) in the Remarks Section.

JE:dc
(6)

DEMARTINO-34

FD-515 (Rev. 9-24-82)
ACCOMPLISHMENT REPORT
(Submit within 30 days from date of accomplishment)

Date MAR 26 1984

TO: DIRECTOR, FBI

FROM: SAC, BQ (183E-3061)

SUBJECT: [redacted]
VINCENT DE MARTINO; [redacted]
RICO (E)
(OO:BQ)

b6 -2
b7C -2

Bureau File Number:

Field Office File Number: 183E-3061

Squad or RA Number: BQ-4

Investigative Assistance or Techniques Used: No

F. Final Judicial Process:

Subject 1 - Name - VINCENT DE MARTINO — Subject's Description Code: 8A

| Convictions | Title | Section | Counts | In-Jail Term Yrs | In-Jail Term Mos | Suspended Yrs | Suspended Mos | Probation Yrs | Probation Mos | Fine |
|---|---|---|---|---|---|---|---|---|---|---|
| X Felony, X Plea | | (Local) | | 1 | 00 | | | | | |

Subject 2 - Name - [redacted]

b6 -2
b7C -2

| Convictions | Title | Section | Counts | In-Jail Term Yrs | In-Jail Term Mos | Suspended Yrs | Suspended Mos | Probation Yrs | Probation Mos | Fine |
|---|---|---|---|---|---|---|---|---|---|---|
| X Felony, X Plea | | (Local) | | | 5 | | | | | |

183-6685-10

Subject 3 - Name -

16 APR 1984

Remarks: The above local convictions are claimed, inasmuch as totality of all evidence used by local authorities in prosecution of this matter were consensually recorded FBI taped conversations and FD-302s.

1 - BQ 183E-3061 1 - BQ SUPV. (BQ-4) 1-[redacted] (66-8492)
1 - IAU Unit RPM:nmg (6)

(2) - Bureau
1 - Field Office

b6 -2
b7C -2

57 JUL 31 1984

THREE

DEMARTINO-33

FBI/DOJ

BQ 183E-3061

FD-515 continued

This matter was extensively discussed with AUSA, EDNY, who declined prosecution in extortion and auto theft matter in favor of local prosecution. Resultingly, all 302s, tapes and other investigative efforts were furnished to local prosecutors causing the above guilty pleas and sentences.

No further investigation being conducted in this matter.

UNITED STATES DEPARTMENT OF JUSTICE
FEDERAL BUREAU OF INVESTIGATION

AIRTEL

DATE: JAN 3 1986

TO : DIRECTOR, FBI
(ATTN: IDENT. DIV./LATENT FINGERPRINT SECTION)

FROM : ADIC, NEW YORK (91A-24641)(P)(JTF-1)

SUBJECT: UNSUB;
MANUFACTURERS HANOVER TRUST
819 GRAND STREET
BROOKLYN, NEW YORK,
10/16/84
BR-A
OO:NY

CHC-#0925 1/14/86 JLC

b6 -1
b7C -1

ReID/LFS Rpt. to NY, 3/26/85, captioned as above.

At approximately 10:00 AM on 10/16/84, one unknown white male (UNSUB) entered the above captioned federally insured financial institution and approached the victim teller.

The victim teller complied with the UNSUB's demands to fill the bag with money, but then ran to the rear of the bank, rather than return the bag of money to the UNSUB. The UNSUB then vaulted the bandit barrier and retrieved the bag containing the money. During the robbery, the UNSUB displayed a large revolver.

RE-TBI 91-112598-5

On 12/9/85, members of the JBRTF arrested the following individual along with others subsequent to a separate bank robbery. The NYO believes the below-named individual may be responsible for the captioned bank robbery.

| | |
|---|---|
| Name: | VINCENT DE MARTINO |
| Sex: | Male |
| Race: | White |
| DOB: | 7/7/55 |
| NYSID #: | 3810850H |
| FBI #: | 763958 or 763956 |

2/19
10 JAN 6 1986

4-Bureau
(1-ID/LFS)
1-New York

PEL:jjc
(6)

91-112598

2 APR 29 1986

DEMARTINO-37

NY 91A-24631

REQUEST OF THE BUREAU

Identification Division/Latent Fingerprint Section is requested to compare latent fingerprints of value previously submitted in the above captioned case with the known fingerprints of VINCENT DE MARTINO. Latent case number in this investigation is C-40975.

1-336 (Rev. 10-26-79)

# FEDERAL BUREAU OF INVESTIGATION

Washington, D. C. 20537

## REPORT

of the

## LATENT FINGERPRINT SECTION
## IDENTIFICATION DIVISION

YOUR FILE NO. 91A-24641 (P) (JTF-1) 4/11/86
FBI FILE NO. 91-112598
LATENT CASE NO. C-40975

TO: ADIC, New York

RE: UNSUB;
MANUFACTURERS HANOVER TRUST
819 GRAND STREET
BROOKLYN, NEW YORK, NY
10/16/84;
BR-A

REFERENCE: Airtel 1/3/86
EXAMINATION REQUESTED BY: New York
SPECIMENS:

The previously reported latent prints in this case are not the fingerprints or palm prints of VINCENT ANTHONY DE MARTINO, FBI #763958R6 (not FBI #763958 or FBI #763956).

CAE/mec (4)

MAILED 13
APR 10 1986
FBI

91-112598-6

APR 18 1986

58 AUG 13 1986

MAIL ROOM

DEMARTINO-39

THIS REPORT IS FURNISHED FOR OFFICIAL USE ONLY

1-36 (Rev. 11-6-63)

FEDERAL BUREAU OF INVESTIGATION
LATENT FINGERPRINT SECTION WORK SHEET

Recorded: 1/14/86 jcc
Reference No: 91A-24641(P) (JTF-1)
FBI File No: 91-112598 — 6
Latent Case No: C-40975

Received: 1/6/86

Answer to: ADIC, New York

Examination requested by: Addressee

Copy to:

RE: UNSUB;
MANUFACTURERS HANOVER TRUST
819 GRAND STREET
BROOKLYN, NEW YORK
10/16/84
BR-A

Date of reference communication: Airtel 1/3/86

Specimens:

Named Suspect:
VINCENT (Anthony) DE MARTINO, W/M, DOB: 7/7/55, (FBI# not 763 958 or 763 956)
FBI# 763-958-R6

Prev rep'd: 9 fgpts
3 pp
2 impd

Result of examination:

— 2-4-86 [initials]
Reg to computer for jacket & master print

— 4/4/86 —
Prev rep'd lat prts this case not ident fgpts & pps DeMartino

Examination by: Edelen
Evidence noted by:

Examination completed 1 45 Time 4/4/86 Date Dictated 4/4/86 Date

DEMARTINO-40

[handwritten notations in margin]




UNITED STATES DEPARTMENT OF JUSTICE
FEDERAL BUREAU OF INVESTIGATION

AIRTEL

DATE: ,986

TO : DIRECTOR, FBI
(ATTN: IDENT. DIV./LATENT FINGERPRINT SECTION)

FROM : ADIC, NEW YORK (91A-24641)(P)(JTF-1)

SUBJECT: UNSUB;
MANUFACTURERS HANOVER TRUST
819 GRAND STREET
BROOKLYN, NEW YORK
10/16/84
BR-A
OO:NY

ReID/LFS Rpt. to NY, 3/26/85, captioned as above.

At approximately 10:00 AM on 10/16/84, one unknown white male (UNSUB) entered the above captioned federally insured financial institution and approached the victim teller.

The victim teller complied with the UNSUB's demands to fill the bag with money, but then ran to the rear of the bank, rather than return the bag of money to the UNSUB. The UNSUB then vaulted the bandit barrier and retrieved the bag containing the money. During the robbery, the UNSUB displayed a large revolver.

b6 -1
b7C -1

On 12/9/85, members of the JBRTF arrested the following individual along with others subsequent to a separate bank robbery. The NYO believes the below-named individual may be responsible for the captioned bank robbery.

| | |
|---|---|
| Name: | VINCENT DE MARTINO |
| Sex: | Male |
| Race: | White |
| DOB: | 7/7/55 |
| NYSID #: | 3810850H |
| FBI #: | 763958 or 763956 |

④-Bureau
(1-ID/LFS)
1-New York

PEL:jjc
(6)

91-112598

CARBON COPY

DEMARTINO-41

NY 91A-24631

REQUEST OF THE BUREAU

Identification Division/Latent Fingerprint Section is requested to compare latent fingerprints of value previously submitted in the above captioned case with the known fingerprints of VINCENT DE MARTINO. Latent case number in this investigation is C-40975.

UNITED STATES DEPARTMENT OF JUSTICE
FEDERAL BUREAU OF INVESTIGATION

**AIRTEL**

DATE: 9/22/86

TO : DIRECTOR, FBI (91-112598)

FROM : ADIC, NEW YORK (91A-24641) (C) (JTF-1)

SUBJECT: UNSUB;
MANUFACTURERS HANOVER TRUST COMPANY,
819 GRAND STREET,
BROOKLYN, NEW YORK, N.Y.
OCTOBER 16, 1984;
BR-A;
OO:NY

Re ID/LPS report to New York, captioned as above, dated 4/11/86.

Referenced communication advised New York that the latent prints previously submitted were not the fingerprints of suspect VINCENT A. DI MARTINO, FBI number 763958RG, submitted for comparision.

On 10/16/84, one unknown white male robbed the captioned Federal Insured financial institution at gunpoint.

All suspects arrested for New York bank robberies since 10/16/84, have been canvassed for information relative to the captioned matter with negative results.

A review was conducted of all bank robberies withi[n the] last four years for similarly described individuals or fo[r] individuals using a similar modus operandi, with negative results.

All logical investigation in this matter has been conducted with negative results.

91-112598-7

2 - Bureau
1 - New York

SEP 29 1986

PEL:hb
(4)

b6 -1
b7C -1

DEMARTINO-43

NY 91A-24641

In view of the above, no further investigation is being conducted by the New York Office and this matter is being placed in a closed status.

Should any additional pertinent information come to the attention of the New York Office this investigation will be reopened and the Bureau will be kept advised.



FD-36 (Rev. 8-29-82)

FBI

TRANSMIT VIA:
- ☐ Teletype
- ☐ Facsimile
- ☒ AIRTEL

PRECEDENCE:
- ☐ Immediate
- ☐ Priority
- ☐ Routine

CLASSIFICATION:
- ☐ TOP SECRET
- ☐ SECRET
- ☐ CONFIDENTIAL
- ☐ UNCLAS E F T O
- ☐ UNCLAS

Date 1/7/86

TO: DIRECTOR, FBI
(ATTN: ID/LFS, LABORATORY DIVISION, MICROSCOPIC ANALYSIS UNIT, LABORATORY DIVISION, SPECIAL PHOTOGRAPHIC UNIT AND LABORATORY DIVISION, MINERALOGY UNIT)

FROM: ADIC, NEW YORK (91A-25196) (P) (JTF-1)

b6 -2
b7C -2

SUBJECT: [redacted]
VINCENT A. DI MARTINO;
[redacted]
CHASE MANHATTAN BANK,
8523 20TH AVENUE,
BROOKLYN, NEW YORK
12/9/85
BR (A)
(OO: NY)

Personally Delivered By: [redacted]

b6 -1
b7C -1

☒ Mail Back

60109034

b6 -1
b7C -1

Re [redacted] airtel to the Bureau, dated 12/10/85.

Enclosed for the Bureau are the following items:

1. Major case prints of [redacted] VINCENT A. DI MARTINO, [redacted]

b6 -2
b7C -2

2. Inventory of enclosed items.

91-118829-X

3. New York City Police Department (NYCPD), Laboratory Examination report of ballistics tests performed on enclosed weapons.

4. Hair samples of [redacted] VINCENT A. DI MARTINO, [redacted] and [redacted]

10 JAN 16 1986

b6 -2
b7C -2

6-Bureau (Encs. )
(1-ID/LFS)
(1-Laboratory Division/Microscopic Analysis Unit)
(1-Laboratory Division/Special Photographic Unit)
(1-Laboratory Division/Mineralogy Unit)
1-New York LFJ:akr (8)

ORIGINAL
Copy & Specs Detached

Approved: ______ Transmitted ______ (Number) (Time) Per ______

Supervisor

b6 -1
b7C -1

47 JUL 2 1986

DEMARTINO-45

NY 91A-25196

5. Glass samples obtained from the Chase Manhattan Bank, 8523 20th Avenue, Brooklyn, New York.

6. One (1) roll of bank surveillance film obtained from captioned bank.

For the information of the Bureau, at approximately 8:55 AM, on Monday, 12/9/85, two (2) of the captioned subjects gained entry to the Chase Manhattan Bank prior to its opening by throwing granite-like bolders through the bank window and thereafter jumping through the blowout window. Once inside, both subjects gained control of the Chase Manhattan Bank employees by ordering everyone to the floor and threatening to kill anyone that moved. One of the subjects (floorman) remained on the floor, yelling out the commands, while the other subject (vaulter) then vaulted an iron railing along the banking platform and overpowered bank employees as he made his way behind the tellers' counter.

The vaulter went directly to three (3) large Chase Manhattan Bank canvass bags containing night deposits from the weekend and "Holdovers" (deposits from Friday, 12/6/85), at which time he dragged two of the bags from behind the tellers' counter to the floorman. The vaulter returned to the tellers' counter, retrieved the three bags and thereafter fled the bank with the floorman in an unknown direction. Both subjects were described as being White Males, approximately five feet seven inches to five feet nine inches, armed with handguns, wearing ski masks, gloves and dark casual clothes.

Subsequent to the above-mentioned events, information was developed and captioned subjects were arrested at [redacted] [redacted] Brooklyn, New York. A search of that premise resulted in the seizure of the enclosed items.

b6 -2
b7C -2

For the information of the Bureau (ID/LFS)., on the evening of 12/10/85, a forensic examination was conducted on the five weapons and the rounds loaded in those weapons by Detective [redacted] of the Joint Bank Robbery Task Force (JBRTF) and they were then taken to the New York City Police Department (NYCPD) Laboratory where ballistics tests were performed.

b6 -3
b7C -3

NY 91A-25196

For the information of the Bureau, the trial date has been scheduled for 2/11/86 in the Southern District of New York (SDNY). It is therefore requested that the results of the foregoing examinations be furnished to the New York Office (NYO) in a most expeditious manner.

REQUEST OF THE BUREAU

ID/LFS is requested to examine all paper items for any latents of value and thereafter compare those latents to the enclosed major case prints of captioned subjects.

ID/LFS is also requested to break down the enclosed weapons and examine the internal parts of each weapon for any latents of value and thereafter compare those latents to the known fingerprints of captioned subjects.

The Laboratory Division/Microscopic Unit is requested to examine the enclosed clothing for any hairs and fibers of value which could be attributed to a common source and thereafter compare those hairs of value to the enclosed known hair samples of subjects.

The Laboratory Division/Special Photographic Unit is requested to conduct a photographic comparison of the clothing items seized with the enclosed bank surveillance film for any similarities.

The Laboratory Division/Mineralogy Unit is requested to compare the enclosed known glass specimens from the scene of captioned bank robbery with any particles of glass found on any of the enclosed items.

ARMED AND DANGEROUS.

NEW MAIL JUST ARRIVED: INBOX.5
FORMS.TEXT HAS 1 DOCUMENT

INBOX.1 (#9754)

TEXT: VZCZCNY0147

PP HQ

DE NY #0147 3472304

ZNY UUUUU

R 132241Z DEC 85

FM FBI NEW YORK (91A-25196) (P) (JTF-1)

TO DIRECTOR FBI PRIORITY

BT

UNCLAS

b6 -1
b7C -1

[redacted] VINCENT A. DEMARTINO; [redacted] CHASE MANHATTAN BANK, 8523 20TH AVENUE, BROOKLYN, NEW YORK; DECEMBER 9, 1985; BANK ROBBERY-A; OO: NEW YORK

b6 -2
b7C -2

REFERENCE NEW YORK TELETYPE TO THE BUREAU, DATED DECEMBER 10, 1985.

91-118829

REFERENCED NEW YORK TELETYPE INADVERTENTLY TRANSMITTED WITHOUT TYPOGRAPHICAL CORRECTIONS HAVING BEEN MADE. CORRECTED TELETYPE TRANSMITTED FORTHWITH.

DEC 26 1985

JUL 02 1986

PAGE TWO DE NY 0147 UNCLAS

FOR INFORMATION OF THE BUREAU, ON DECEMBER 12, 1985, CAPTIONED SUBJECTS APPEARED BEFORE UNITED STATES MAGISTRATE JOHN L. CADEN, EASTERN DISTRICT OF NEW YORK (EDNY) FOR DETENTION HEARING. AS A RESULT OF HEARING, VINCENT DEMARTINO [redacted] WERE REMANDED TO THE CUSTODY OF THE UNITED STATES MARSHALS. [redacted] WAS PLACED ON $250,000 PERSONAL RECOGNIZANCE BOND (PRB), COSIGNED BY MOTHER AND SISTER. EACH DEFENDANT WAS REPRESENTED BY PRIVATE ATTORNEYS. DEMARTINO REPRESENTED BY CHARLES CARNESSI. [redacted] REPRESENTED BY [redacted] REPRESENTED BY [redacted] [redacted] REPRESENTED BY [redacted]

b6 -2,4
b7C -2,4

DETECTIVE (DET) [redacted] NEW YORK CITY POLICE DEPARTMENT (NYCPD), JOINT BANK ROBBERY TASK FORCE (JBRTF), WHO IS EXTREMELY KNOWLEDGEABLE OF THE ITALIAN DOMINATED BENSONHURST AREA, DEVELOPED SOURCE INFORMATION THAT DETERMINED [redacted] IS KNOWN IN THE STREETS AS [redacted] (PHONETIC) AND [redacted] IS KNOWN AS [redacted] [redacted] DET [redacted] INVESTIGATION FURTHER DETERMINED NYCPD, BROOKLYN SOUTH HOMICIDE TASK FORCE CONSIDERS [redacted] AS SUSPECT OF TWO HIT-TYPE ORGANIZED CRIME MURDERS. NO FURTHER INFORMATION

b6 -2,3
b7C -2,3

PAGE FOUR DE NY 0147 UNCLAS

ON DECEMBER 11, 1985, [redacted] NYCPD, TELEPHONICALLY CONTACTED NYO AND ADVISED SA [redacted] THAT [redacted] PROTECT IDENTITY, CONTACTED HIM AND ADVISED OF SITUATION. CHIEF [redacted] FURTHER ADVISED [redacted] [redacted]. CHIEF [redacted] FURTHER ADVISED [redacted] [redacted] AND THAT HIS COOPERATION IN ANY INVESTIGATION WILL [redacted]

b6 -1,3,5
b7C -1,3,
b7D
b7F

AFTER THE LENGTHY TELEPHONIC CONVERSATION BETWEEN SA [redacted] AND [redacted] [redacted] PRESENT WITH [redacted] AT TIME OF CONVERSATION), [redacted] AGREED TO MEET WITH SA [redacted] AND DET [redacted] AT THE CHIEF'S OFFICE, AT THE [redacted] ON [redacted] AT [redacted]

b6 -1,3,5
b7C -1,3,5
b7D
b7F

ON [redacted] THE ABOVE MENTIONED INDIVIDUALS, INCLUDING [redacted] [redacted] [redacted]

THE FOLLOWING IS A SUCCINCT SUMMARY OF INTERVIEW:

AVAILABLE.

ON DECEMBER 10, 1985, SPECIAL AGENT (SA) [redacted] JBRTF, TELEPHONICALLY CONTACTED [redacted] PROTECT IDENTITY, AT [redacted] TO POSSIBLY OBTAIN [redacted] NOT AVAILABLE. [redacted] FBI, NEW YORK [redacted] SA [redacted] THROUGH TO SA [redacted] SA [redacted] FURTHER REQUESTED [redacted] SA [redacted] ATTEMPTED TO [redacted] BY ADVISING, [redacted] AND THAT [redacted] THEREAFTER ADVISED [redacted] NYCPD, DISCUSS HIS SITUATION WITH HIM; AND WOULD THEREAFTER CONTACT SA [redacted]

b6 -1,5
b7C -1,5
b7D
b7F

PAGE FIVE DE NY 0147 UNCLAS

CAPTIONED SUBJECTS.

b6 -5
b7C -5
b7D
b7F

NO QUESTIONS RELATING TO PURPOSE OF INTERVIEW WAS TO UPON CONCLUSION OF INTERVIEW, IN SA AND DET

b6 -1,3,5
b7C -1,3,5
b7D
b7F

INVESTIGATION CONTINUING.

ARMED AND DANGEROUS.

BT

#0147

NNNN

-->

DEMARTINO-52



RECEIVED TELETYPE UNIT

FORMS.TEXT HAS 1 DOCUMENT

11 DEC 85 19 43

INBOX.1 (#2399)

FEDERAL BUREAU OF INVESTIGATION

TEXT VZCZCNY0165

PP HQ AL BA BS BU NK NH NR PH

DE NY #0165 3450127

ZNY UUUUU

R 102247Z DEC 85

FM FBI NEW YORK (91A 25196) (P) (JTF 1)

TO DIRECTOR FBI IMMEDIATE

FBI ALBANY IMMEDIATE

FBI BALTIMORE IMMEDIATE

FBI BOSTON IMMEDIATE

FBI BUFFALO IMMEDIATE

FBI NEWARK IMMEDIATE

FBI NEW HAVEN IMMEDIATE

FBI NEW ROCHELLE IMMEDIATE

FBI PHILADELPHIA IMMEDIATE

BT

UNCLAS SECTION 1 OF 2

b6 -1
b7C -1

V-145
DE-219 91-118129-X2

[redacted] VINCENT A. DEMARTINO [redacted]

b6 -2
b7C -2

CHASE MANHATTAN BANK, 8523 20TH AVENUE, BROOKLYN, NEW YORK; DECEMBER 9, 1985; BANK ROBBERY-A; OO: NEW YORK

10 DEC 18 1985

b6 -1
b7C -1

DE-219 P. 618

08 JUL 2 1986

DEMARTINO-53

FOR INFORMATION OF THE BUREAU, AT APPROXIMATELY 8:55 A.M., ON MONDAY DECEMBER 9, 1985, TWO (2) OF THE CAPTIONED SUBJECTS GAINED ENTRY TO THE CHASE MANHATTAN BANK (CMB) PRIOR TO IT'S OPENING BY THROWING GRANITE-LIKE BOLDERS THROUGH THE BANK WINDOW AND THEREAFTER JUMPING THROUGH THE BLOWN OUT WINDOW. ONCE INSIDE, BOTH SUBJECTS GAINED CONTROL OF THE CMB EMPLOYEES BY ORDERING EVERYONE TO THE FLOOR AND THREATENING TO KILL ANYONE THAT MOVED. ONE OF THE SUBJECTS (FLOORMAN) REMAINED ON THE FLOOR YELLING OUT THE COMMANDS, WHILE THE OTHER SUBJECT (VAULTER) AND THEN VAULTED AND IRON RAILING ALONG THE BANKING PLATFORM AND OVERPOWERED BANK EMPLOYEES AS HE MADE HIS WAY BEHIND THE TELLERS COUNTER.

THE VAULTER WENT DIRECTLY TO THREE (3) LARGE CMB CANVASS BAGS CONTAINING NIGHT DEPOSITS FROM THE WEEKEND AND "HOLDOVERS" (DEPOSITS FROM FRIDAY, DECEMBER 6, 1985), AT WHICH TIME HE DRUGGED 2 OF THE BAGS FROM BEHIND THE TELLERS COUNTER TO THE FLOORMAN. THE VAULTER RETURNED TO THE TELLERS COUNTER, RETRIEVED THE 3 BAGS AND THEREAFTER FLED THE BANK WITH THE FLOORMAN IN AN UNKNOWN DIRECTION. BOTH SUBJECTS WERE DESCRIBED AS BEING WHITE MALES, APPROXIMATELY FIVE

FEET SEVEN INCHES TO FIVE FEET NINE INCHES, ARMED WITH HANDGUNS, WEARING SKI MASKS, GLOVES AND DARK CASUAL CLOTHES.

(PROTECT IDENTITY), NEW YORK, TELEPHONE NUMBER ADVISED THAT AT NEW YORK FURTHER ADVISED

b6 -5
b7C -5
b7D
b7F

IN VIEW OF THE ABOVE, MEMBERS OF THE JOINT BANK ROBBERY TASK FORCE (JBRTF) IMMEDIATELY COMMENCED PHYSICAL SURVEILLANCE OF PREMISES AT FACTS OF THE CASE WAS SIMULTANEOUSLY BEING PRESENTED TO EASTERN DISTRICT OF NEW YORK (EDNY), IN ATTEMPT TO OBTAIN SEARCH WARRANT FOR THE PREMISES AT

b6 -2
b7C -2

AT APPROXIMATELY 11:30 A.M., [redacted] WAS OBSERVED LEAVING THE PREMISES AT 71ST STREET, WALKING A FEW BLOCKS SOUTH OF THE LOCATION AND DRIVING OFF IN A BLUE OLDSMOBILE TORNADO.

b6 -2
b7C -2

AT APPROXIMATELY 12:15 P.M. VINCENT A. DEMARTINO AND [redacted] [redacted] WERE OBSERVED LEAVING THE PREMISES BOTH CARRYING BROWN PAPER BAGS. DEMARTINO AND [redacted] WERE IN THE PROCESS OF GETTING INTO A PARKED VEHICLE.

b6 -2
b7C -2

IN VIEW OF THE ABOVE, MEMBERS OF THE JBRTF ATTEMPTED TO APPREHEND BOTH DEMARTINO AND [redacted] AT WHICH TIME BOTH SUBJECTS FLED WEST ON 71ST STREET ON FOOT, DROPPING THE BROWN PAPER BAGS CONTAINING AND UNDETERMINED AMOUNT OF UNITED STATES CURRENCY. BOTH SUBJECTS WERE THEREAFTER APPREHENDED ON 71ST STREET. DUE TO SUBJECTS FLIGHT AND ATTEMPT TO DISCARD EVIDENCE, MEMBERS OF THE JBRTF THEN FORCEABLE ENTERED THE RESIDENCE TO PREVENT ANY FURTHER DESTRUCTION OF EVIDENCE. UPON ENTERING THE RESIDENCE, [redacted] WAS APPREHENDED. A SEARCH OF ONLY THE IMMEDIATE AREA SUBSEQUENT TO [redacted] ARREST PRODUCED AN ADDITIONAL BAG CONTAINING AN UNDETERMINED AMOUNT OF UNITED STATES CURRENCY.

b6 -2
b7C -2

PAGE FIVE DE NY 0165 UNCLAS SECTION 1 OF 2

BASED ON THE ABOVE, EDNY WAS ADVISED OF THE ADDITIONAL INFORMATION CONSUBSEQUENTLY AT APPROXIMATELY 3 46 P.M., UNITED STATES MAGISTRATE JOHN L. CADEN, EDNY, ISSUED A SEARCH WARRANT FOR THE PREMISES AT [redacted] BROOKLYN NEW YORK. AT APPROXIMATELY 1:10 P.M. [redacted] RETURNED TO THE PREMISES AT WHICH TIME [redacted] WAS APPREHENDED DUE TO HIS EARLIER CONTACT WITH THE INDIVIDUALS AT [redacted] SUBSEQUENT TO THE BANK ROBBERY.

b6 -2
b7C -2

ALL SUBJECTS UNCOOPERATIVE. NO STATEMENTS FURNISHED. SUBJECTS APPEARED BEFORE UNITED STATES MAGISTRATE CADEN ON DECEMBER 9, 1985, FOR ARRAIGNMENT. UNITED STATES MAGISTRATE CADEN RECOMMENDED ALL BE REMANDED TO THE CUSTODY OF THE UNITED STATES MARSHALS AND SCHEDULED DETENTION HEARING FOR DECEMBER 12, 1985. FOR INFORMATION AT RECEIVING OFFICES, CAPTIONED SUBJECTS POSSIBLY RESPONSIBLE, FOUR OTHER NEW YORK BANK ROBBERIES UTILIZING SAME MODUS OPERANDI (MO) RESULTING IN REPORTED LOST OF OVER $500,000.00. MO CONSIST OF 2 WHITE MALES FORCEABLE ENTERING BANK JUST PRIOR TO BANK OPENING. FOUR MAN TAKES CONTROL OF EMPLOYEES WHILE VAULTER RETRIEVES ONLY THE NIGHT DEPOSIT BAGS. BANK ROBBERIES COMMITTED ON MONDAYS, DUE TO THE