PAGE SIX DE NY 0165 UNCLAS SECTION 1 OF 2

AMOUNT OF NIGHT DEPOSITS THAT ARE MADE OVER THE WEEKEND. TO DATE,

INVESTIGATION HAS NOT DETERMINED THE ROLL OF EACH SUBJECT AT EACH

BANK ROBBERY.


THE SUBJECTS ARE DESCRIBED AS FOLLOWS:


NAME:

SEX:

RACE:

HEIGHT:

DATE OF BIRTH (DOB):

NYSID NUMBER:

b6 -2
b7C -2


NAME:              VINCENT DEMARTINO

SEX:               MALE

RACE:              WHITE

HEIGHT:            FIVE FEET ELEVEN INCHES

DOB:               JULY 7, 1955

NYSID NUMBER:      3810RSQH

FBI                761060-QB-6

BT

#0165

DEMARTINO-58

FORMS.TEXT HAS 1 DOCUMENT.

INBOX.1 (#2400)

TEXT: VZCZCNY0166

OO HQ AL BA BS BU NK NH NR PH

DE NY #0166 3450127

ZNY UUUUU

R 102247Z DEC 85

FM FBI NEW YORK (91A-25196) (P) (JTF-1)

TO DIRECTOR FBI IMMEDIATE

FBI ALBANY IMMEDIATE

FBI BALTIMORE IMMEDIATE

FBI BOSTON IMMEDIATE

FBI BUFFALO IMMEDIATE

FBI NEWARK IMMEDIATE

FBI NEW HAVEN IMMEDIATE

FBI NEW ROCHELLE IMMEDIATE

FBI PHILADELPHIA IMMEDIATE

BT

UNCLAS SECTION  2 OF  2

NAME:

SEX:

RACE:

b6 -2
b7C -2

DEMARTINO-59

PAGE TWO DE NY 0166 UNCLAS SECTION 2 OF 2

HEIGHT:

DOB:

NYSID NUMBER:

FBI NUMBER:

NAME:

SEX:

RACE:

HEIGHT:

DOB:

NYSID NUMBER:

FBI NUMBER:

b6 -2
b7C -2

RECEIVING OFFICES ARE REQUESTED TO CONSIDER CAPTIONED SUBJECTS

AS POSSIBLE SUSPECTS OF ANY UNSOLVED BANK ROBBERIES UTILIZING

SIMILAR MO.

INVESTIGATION CONTINUING. ARMED AND DANGEROUS.

BT

#0166

NNNN

-->

DEMARTINO-60

RECEIVED
TELETYPE UNIT

FORNS.TEXT HAS 1 DOCUMENT

INBOX.3 (#2613)

TEXT: VZCZCNYO118

14 DEC 95   1370

FEDERAL BUREAU
OF INVESTIGATION

OO HQ AL BA BS BU NK WH NR PH

DE NY #0118 3472033

ZNY UUUUU

R 132018Z DEC 85

FM FBI NEW YORK (91A-25196) (P) (JTF-1)

TO DIRECTOR FBI IMMEDIATE

FBI ALBANY IMMEDIATE

FBI BALTIMORE IMMEDIATE

FBI BOSTON IMMEDIATE

FBI BUFFALO IMMEDIATE

FBI NEWARK IMMEDIATE

FBI NEW HAVEN IMMEDIATE

FBI NEW ROCHELLE IMMEDIATE

FBI PHILADELPHIA IMMEDIATE

BT

UNCLAS SECTION  1 OF  2

b6 -1
b7C -1

VINCENT A. DEMARTINO,

CHASE MANHATTAN BANK, 8523 20TH AVENUE, BROOKLYN, NEW YORK; DECEMBER

9. 1985; BANK ROBBERY-A; OO: NEW YORK   DE-168

b6 -2
b7C -2

91-118829-X3

2 APR 25 1986

DEMARTINO-61



PAGE TWO DE NY 0118 UNCLAS SECTION 1 OF 2

CORRECTED COPY

FOR INFORMATION OF THE BUREAU, AT APPROXIMATELY 8:55 A.M., ON
MONDAY, DECEMBER 9, 1985, TWO (2) OF THE CAPTIONED SUBJECTS GAINED
ENTRY TO THE CHASE MANHATTAN BANK (CMB) PRIOR TO IT'S OPENING BY
THROWING GRANITE-LIKE BOLDERS THROUGH THE BANK WINDOW AND THEREAFTER
JUMPING THROUGH THE BLOWN OUT WINDOW. ONCE INSIDE, BOTH SUBJECTS
GAINED CONTROL OF THE CMB EMPLOYEES BY ORDERING EVERYONE TO THE
FLOOR AND THREATENING TO KILL ANYONE THAT MOVED. ONE OF THE
SUBJECTS (FLOORMAN) REMAINED ON THE FLOOR YELLING OUT THE COMMANDS,
WHILE THE OTHER SUBJECT (VAULTER) THEN VAULTED AN IRON RAILING ALONG
THE BANKING PLATFORM AND OVERPOWERED BANK EMPLOYEES AS HE MADE HIS
WAY BEHIND THE TELLERS COUNTER.

THE VAULTER WENT DIRECTLY TO THREE (3) LARGE CMB CANVASS BAGS
CONTAINING NIGHT DEPOSITS FROM THE WEEKEND AND "HOLDOVERS" (DEPOSITS
FROM FRIDAY, DECEMBER 6, 1985), AT WHICH TIME HE DRAGGED 2 OF THE
BAGS FROM BEHIND THE TELLERS COUNTER TO THE FLOORMAN. THE VAULTER
RETURNED TO THE TELLERS COUNTER, RETRIEVED THE THIRD BAG AND

2

DEMARTINO-62

PAGE THREE DE NY 0118 UNCLAS SECTION 1 OF 2

THEREAFTER FLED THE BANK WITH THE FLOORMAN IN AN UNKNOWN DIRECTION.

BOTH SUBJECTS WERE DESCRIBED AS BEING WHITE MALES, APPROXIMATELY

FIVE FEET SEVEN INCHES TO FIVE FEET NINE INCHES, ARMED WITH

HANDGUNS, WEARING SKI MASKS, GLOVES AND DARK CASUAL CLOTHES.

[    ] (PROTECT IDENTITY), [          ] NEW

YORK, TELEPHONE NUMBER [        ] ADVISED THAT AT [        ]

[          ] NEW YORK [          ]                          b6 -5

[          ]                                                b7C -5
                                                            b7D
FURTHER ADVISED [                    ]                      b7F

        IN VIEW OF THE ABOVE, MEMBERS OF THE JOINT BANK ROBBERY TASK

FORCE (JBRTF) IMMEDIATELY COMMENCED PHYSICAL SURVEILLANCE OF

PREMISES AT [          ] FACTS OF THE CASE WAS SIMULTANEOUSLY  b6 -2

BEING PRESENTED TO EASTERN DISTRICT OF NEW YORK (EDNY), IN ATTEMPT  b7C -2

3

DEMARTINO-63

PAGE FOUR DE NY 0118 UNCLAS SECTION 1 OF 2

TO OBTAIN SEARCH WARRANT FOR THE PREMISES AT [redacted]     b6 -2
b7C -2

AT APPROXIMATELY 11:30 A.M. [redacted] WAS OBSERVED LEAVING

THE PREMISES AT 71ST STREET, WALKING A FEW BLOCKS SOUTH OF THE     b6 -2

LOCATION AND DRIVING OFF IN A BLUE OLDSMOBILE TORNADO.     b7C -2

AT APPROXIMATELY 12:15 P.M., VINCENT A. DEMARTINO AND [redacted]     b6 -2

[redacted] WERE OBSERVED LEAVING THE PREMISES BOTH CARRYING BROWN PAPER     b7C -2

BAGS. DEMARTINO AND [redacted] WERE IN THE PROCESS OF GETTING INTO A

PARKED VEHICLE.

IN VIEW OF THE ABOVE, MEMBERS OF THE JBRTF ATTEMPTED TO

APPREHEND BOTH DEMARTINO AND [redacted] AT WHICH TIME BOTH SUBJECTS

FLED WEST ON 71ST STREET ON FOOT, DROPPING THE BROWN PAPER BAGS     b6 -2
b7C -2

CONTAINING AN UNDETERMINED AMOUNT OF UNITED STATES CURRENCY. BOTH

SUBJECTS WERE THEREAFTER APPREHENDED ON 71ST STREET. DUE TO

SUBJECTS FLIGHT AND ATTEMPT TO DISCARD EVIDENCE, MEMBERS OF THE

JBRTF THEN FORCIBLY ENTERED THE RESIDENCE TO PREVENT ANY FURTHER

DESTRUCTION OF EVIDENCE. UPON ENTERING THE RESIDENCE, [redacted]

WAS APPREHENDED. A SEARCH OF ONLY THE IMMEDIATE AREA SUBSEQUENT TO

4

DEMARTINO-64

PAGE FIVE DE NY 0118 UNCLAS SECTION 1 OF 2

[ ] ARREST PRODUCED AN ADDITIONAL BAG CONTAINING AN UNDETERMINED

AMOUNT OF UNITED STATES CURRENCY.    b6 -2
                                     b7C -2

    BASED ON THE ABOVE, EDNY WAS ADVISED OF THE ADDITIONAL

INFORMATION. CONSEQUENTLY, AT APPROXIMATELY 3:46 P.M., UNITED

STATES MAGISTRATE JOHN L. CADEN, EDNY, ISSUED A SEARCH WARRANT FOR

THE PREMISES AT [ ] BROOKLYN, NEW YORK. AT

APPROXIMATELY 1:10 P.M. [ ] RETURNED TO THE PREMISES AT    b6 -2

WHICH TIME [ ] WAS APPREHENDED DUE TO HIS EARLIER CONTACT WITH    b7C -2

THE INDIVIDUALS AT [ ] SUBSEQUENT TO THE BANK ROBBERY.

    ALL SUBJECTS UNCOOPERATIVE. NO STATEMENTS FURNISHED. SUBJECTS

APPEARED BEFORE UNITED STATES MAGISTRATE CADEN ON DECEMBER 9, 1985,

FOR ARRAIGNMENT. UNITED STATES MAGISTRATE CADEN RECOMMENDED ALL BE

REMANDED TO THE CUSTODY OF THE UNITED STATES MARSHALS AND SCHEDULED

DETENTION HEARING FOR DECEMBER 12, 1985.

    FOR INFORMATION OF RECEIVING OFFICES, CAPTIONED SUBJECTS

POSSIBLY RESPONSIBLE FOR FOUR OTHER NEW YORK BANK ROBBERIES

UTILIZING SAME MODUS OPERANDI (MO) RESULTING IN REPORTED LOST OF

5

DEMARTINO-65



PAGE SIX DE NY 0118 UNCLAS SECTION 1 OF 2

OVER $500,000.00. MO CONSIST OF 2 WHITE MALES FORCIBLY ENTERING
BANK JUST PRIOR TO BANK OPENING. FLOOR MAN TAKES CONTROL OF
EMPLOYEES WHILE VAULTER RETRIEVES ONLY THE NIGHT DEPOSIT BAGS. BANK
ROBBERIES COMMITTED ON MONDAYS DUE TO THE AMOUNT OF NIGHT DEPOSITS
THAT ARE MADE OVER THE WEEKEND. TO DATE INVESTIGATION HAS NOT
DETERMINED THE ROLE OF EACH SUBJECT AT EACH BANK ROBBERY NOR THE
EXACT LOSS OF CAPTIONED BANK ROBBERY.

THE SUBJECTS ARE DESCRIBED AS FOLLOWS:

NAME:

SEX:

RACE:

HEIGHT:                                          b6 -2
                                                 b7C -2
DATE OF BIRTH (DOB):

NYSID NUMBER:


NAME:          VINCENT DEMARTINO

SEX:           MALE

RACE:          WHITE

BT

#0118

6

DEMARTINO-66

NNNN

--->

7

DEMARTINO-67

FORMS.TEXT HAS 1 DOCUMENT

INBOX.4 (#2614)

TEXT VZCZCNYO119

OO HQ AL BA BS BU NK NH NR PH

DE NY #0119 3472033

ZNY UUUUU

R 132018Z DEC 85

FM FBI NEW YORK (91A-25196) (P) (JTF-1)

TO DIRECTOR FBI IMMEDIATE

FBI ALBANY IMMEDIATE

FBI BALTIMORE IMMEDIATE

FBI BOSTON IMMEDIATE

FBI BUFFALO IMMEDIATE

FBI NEWARK IMMEDIATE

FBI NEW HAVEN IMMEDIATE

FBI NEW ROCHELLE IMMEDIATE

FBI PHILADELPHIA IMMEDIATE

BT

UNCLAS SECTION 2 OF 2

  HEIGHT:              FIVE FEET ELEVEN INCHES

  DOB:                 JULY 7, 1955

  NYSID NUMBER:        3810850H

  FBI NUMBER:          763958 OR 6

DEMARTINO-68

PAGE TWO DE NY 0119 UNCLAS SECTION 2 OF 2

NAME:
SEX:
RACE:
HEIGHT:
DOB:
NYSID NUMBER:
FBI NUMBER:



b6 -2
b7C -2

NAME:
SEX:
RACE:
HEIGHT:
DOB:
NYSID NUMBER:
FBI NUMBER:

RECEIVING OFFICES ARE REQUESTED TO CONSIDER CAPTIONED SUBJECTS
AS POSSIBLE SUSPECTS OF ANY UNSOLVED BANK ROBBERIES UTILIZING
SIMILAR MO.

DEMARTINO-69

PAGE THREE DE NY 0119 UNCLAS SECTION 2 OF 2

INVESTIGATION CONTINUING. ARMED AND DANGEROUS.

BT

#0119

.NNNN

-->

DEMARTINO-70

**AIRTEL**

FEDERAL BUREAU OF INVESTIGATION

Director, FBI

To: ADIC, NEW YORK (91A-25196) (P) (JTF-1)                     Date  JAN 3  1986

Subject: VINCENT A. DiMARTINO;                                b6 -2
                                                              b7C -2

CHASE MANHATTAN BANK,
8523 20TH AVENUE,
BROOKLYN, NEW YORK;
12/9/85;
(BR-AA)
(OO:NY)

Attention: CRIMINAL INVESTIGATION DIVISION
☐ NBRRA Cancellation (attach administrative details)

TYPE:
☐ Robbery
☐ Burglary
☐ Larceny
☐ Hobbs Act - Financial Institution (attach FD-430a)
☐ 91A ☐ 91B ☐ 91C

ALL RECEIVING OFFICES REPORT POS.
ENTRY (check one)   INFO ONLY.
☒ New case
☐ Change or addition - complete applicable categories only
☐ Deletion - remove entry, no violation

Offense location:  ☒ HOBRA  ☐ RA territory

HOBRA code: 363    (see codes listed on back)

Institution victimized within 1 year prior this offense: ☐ Yes ☒ No

ReNY teletype to the Bureau dated
12/10/85.

INSTITUTION TYPE:
☒ Commercial Bank
☐ Mutual Savings Bank

☐ Savings and Loan
☐ Credit Union

REGULATORY AGENCY:
☐ FDIC
☐ Comptroller of the Currency
☐ Federal Reserve System
☐ Federal Home Loan Bank Board
☐ National Credit Union Admin.

OCCURRENCE - indicate both Day and Time:
Day:  ☒ Mon.  ☐ Tues.  ☐ Wed.  ☐ Thurs.
Time: ☒ 6-9 AM  ☐ 9-11 AM  ☐ 11 AM - 1 PM
      ☐ 1-3 PM  ☐ 3-6 PM  ☐ 6 PM - 6 AM
      ☐ Unknown

SECURITY DEVICES:                Yes  No          Activated  Yes  No      Functioned   Yes  No
Alarm System                                      Activated                Functioned
Surveillance camera              Yes  No          Taken                    Bait moneys rec'd
Bait moneys submitted            Yes  No          On duty                  Armed
Bank guard                       Yes  No          Taken                    Functioned
Currency dye/gas pack            Yes  No
Bullet resistant enclosure       Yes  No                                                      b7E -2
                                                                                         ☐ Unknown
SUBJECTS: Number known involved        4          or if unknown, check ☐ Unknown

LOOT TAKEN: ☒ Yes ☐ No          Recovery - FBI or Local
☒ Cash         Amount  $ 275,000. (EST) $152,000  CHECKS
☐ Securities   Face value $                        ☐ Unknown   Securities - Face value   $184,000  $ 9,000 Checks
☐ Other property  Value  $  152000                 ☐ Unknown   Other property            $16000

TELLER STATIONS INVOLVED:
☒ Counter  ☐ Drive-in/Walk-up  ☒ Cage  ☐ ATM
Other areas:
☐ Vault/Safe  ☐ Office area  ☐ Safe Deposit Vault/Area
☒ Night depository  ☐ Armored truck/counter  ☐ Courier  ☐ Other

MODUS OPERANDI:
☐ Firearm used
☐ Hand gun
☐ Tear gas   ☐
☐ Foot getaway
☐ Vehicle getaway                                   b7E -2

VIOLENCE: ☐ Yes ☒ No
☐ Shooting  ☐ Assault  ☐ Explosion  ☐ Other
Specify number each:
                        ☐ Injury    ☐ Death    ☐ Hostage
Customer
Employee
Employee family
Subject
Law Officer
Bank Guard
Other

INSTITUTION/COMMUNITY CHARACTERISTICS - Check one type each column.
Facility type:        Facility location:        Population:
☐ Main office         ☒ Commercial district     ☐ Under 1,000        ☐ 25 - 50,000       ☐ 500,000 - 1 mil.
☐ Branch office       ☐ Shopping center         ☐ 1 - 5,000          ☐ 50 - 100,000      ☐ Over 1 mil.
☐ Remote facility     ☐ Residential/Commercial  ☐ 5 - 10,000         ☐ 100 - 250,000
☐ Other               ☐ Other                   ☐ 10 - 25,000        ☐ 250 - 500,000

SOLUTION: Complete only upon identification of all subjects.  Complete justification for solution credit must be set forth in accompanying administrative.
Solution by: ☐ FBI  ☐ Police  ☒ Joint  ☒ Total number of subjects:  4
Solution factors: ☒ Law Enforcement Response  ☐ Extended Investigation  ☐ Defensive action by employee, guard, etc.
Elapsed time - violation to solution:  ☒ Response  ☐ Same day  ☐ 1-5 days  ☐ 6-30 days  ☐ 1-3 mos.  ☐ 3-6 mos.  ☐ 6-12 mos.
Narcotics Userid Involved: ☐ Yes ☒ No    Total number Users:
Subject(s) previously on: ☐ in Fed. or State court for BR, BB, or BL.  ☐ Yes  ☒ No    Number prev. completed
Interjurisdictional aspect: ☐ in _____ ☐ Interstate aspect: ☐ Yes  ☐ No    Multiple BR, BB, or BL activity:  ☐ Yes ☐ No
Indemand information conveyed to _____ ☐ Yes ☒ No

b7D

☐ Surveillance _____
☐ Copy of demand note enclosed.
☐ Surveillance/arrest photos enclosed.

1 - New York

LFJ:mlf
(12)

1 - Albany          1 - Buffalo        1 - New Rochelle
1 - Baltimore       1 - Newark           (91-19096 Sub A)
1 - Boston          1 - New Haven      1 - Philadelphia

FD-430
(1 enclosure)

DEMARTINO-71

2 MAY 1 1986

VINCENT A. DIMARTINO;

b6 -2
b7C -2

CHASE MANHATTAN BANK,
8523 20TH AVENUE,
BROOKLYN, NEW YORK;
DECEMBER 9, 1985;
BANK ROBBERY-A
OFFICE OF ORIGIN:  NEW YORK
NEW YORK FILE NUMBER:  91A-25196
NEW YORK CITY POLICE DEPARTMENT
MAJOR CASE NUMBER:  371/100

        On Monday, December 9, 1985, at approximately 8:55 AM,
two granite-like rocks were thrown through the window of
captioned bank.  Immediately thereafter two armed Unknown
Subjects (UNSUBS) wearing ski masks and dark clothing entered the
bank.  One of the UNSUBS (floorman) gained control of the bank
employees by ordering everyone to the floor or they would be
shot.  The other UNSUB (vaulter) vaulted an iron rail along the
banking platform and overpowered bank employees as he was making
his way behind the tellers' counter.  Once behind the tellers'
counter, the vaulter went directly to the night deposit bags
which were then carried by the vaulter to the area near the
floorman.  Once all the night deposit bags were retrieved, both
of the UNSUBS fled the bank in an unknown direction.

        Information received subsequent to the bank robbery
determined that three White males were seen getting out of a
small white car each carrying a large canvas bag in the premises
at                    Brooklyn, New York.  As a result of the
above, a physical surveillance was immediately instituted at

        At approximately 11:35 AM,                    exits the
premises, walks a few blocks away, gets into a blue Toronado and
sped away.  At approximately 12:15 PM, VINCENT DIMARTINO and
                 enter the premises each carrying a brown paper bag
containing an undetermined amount of United States currency.        b6 -2
DIMARTINO and          were thereafter arrested by members of the    b7C -2
Joint Bank Robbery Task Force (JBRTF).  Subsequent to the
arrest of DIMARTINO and           members of the JBRTF entered the
premises at which time           was arrested.

91- 118029-1

ENCLOSURE

1

DEMARTINO-72

A search of the premises at [          ] resulted in
the seizure of clothing matching the description of the UNSUBS
that was worn in the bank, bank money bags, deposit slips,
cancelled checks, weapons, ammunition, all items relating to the       b6 -2
captioned bank robbery.                                                 b7C -2

At approximately 1:10 PM, [      ] returned to [          ]
[      ] at which time he was also arrested.

The above mentioned individuals are described as
follows:

| | |
|---|---|
| Name: | VINCENT DIMARTINO |
| Sex: | Male |
| Race: | White |
| Age: | 30 years |
| Height: | 6'1" |
| Weight: | 240 pounds |
| Date of Birth: | July 7, 1955 |

Name:
Sex:
Race:
Age:
Height:
Weight:
Date of Birth:

Name:
Sex:
Race:
Age:
Height:
Weight:
Date of Birth:

b6 -2
b7C -2

DEMARTINO-73

Name:
Sex:
Race:
Age:
Height:
Weight:
Date of Birth:

b6 -2
b7C -2

All of the above mentioned individuals will remain in
the custody of the United States Marshal pending a detention
hearing which was scheduled for December 12, 1985.

Investigation continuing.

DEMARTINO-74

FORMS TEXT HAS 1 DOCUMENT

INBOX 14 (#2895)

TEXT  VZCZCNYO118

OO HQ AL BA BS BU NK NH NR PH

DE NY #0118 3501318

ZNY UUUUU

R 132018Z DEC 85

FM FBI NEW YORK (91A-25196) (P) (JTF-1)

TO DIRECTOR FBI IMMEDIATE

FBI ALBANY IMMEDIATE

FBI BALTIMORE IMMEDIATE

FBI BOSTON IMMEDIATE

FBI BUFFALO IMMEDIATE

FBI NEWARK IMMEDIATE

FBI NEW HAVEN IMMEDIATE

FBI NEW ROCHELLE IMMEDIATE

FBI PHILADELPHIA IMMEDIATE

BT

UNCLAS SECTION 1 OF 2

VINCENT A. DEMARTINO

CHASE MANHATTAN BANK  8523 20TH AVENUE  BROOKLYN  NEW YORK  DECEMBER

9 1985  BANK ROBBERY  A  OO  NEW YORK

RECEIVED
TELETYPE UNIT
18 DEC 85  19 31
FEDERAL BUREAU
OF INVESTIGATION

b6 -1
b7C -1

b6 -2
b7C -2

V-145

91-118829-2

DEMARTINO-75

PAGE TWO DE NY 0118 UNCLAS SECTION 1 OF 2

CORRECTED COPY

FOR INFORMATION OF THE BUREAU AT APPROXIMATELY 8:55 A.M. ON
MONDAY, DECEMBER 9, 1985, TWO (2) OF THE CAPTIONED SUBJECTS GAINED
ENTRY TO THE CHASE MANHATTAN BANK (CMB) PRIOR TO IT'S OPENING BY
THROWING GRANITE-LIKE HOLDERS THROUGH THE BANK WINDOW AND THEREAFTER
JUMPING THROUGH THE BLOWN OUT WINDOW. ONCE INSIDE BOTH SUBJECTS
GAINED CONTROL OF THE CMB EMPLOYEES BY ORDERING EVERYONE TO THE
FLOOR AND THREATENING TO KILL ANYONE THAT MOVED. ONE OF THE
SUBJECTS (FLOORMAN) REMAINED ON THE FLOOR YELLING OUT THE COMMANDS
WHILE THE OTHER SUBJECT (VAULTER) THEN VAULTED AN IRON RAILING ALONG
THE BANKING PLATFORM AND OVERPOWERED BANK EMPLOYEES AS HE MADE HIS
WAY BEHIND THE TELLERS COUNTER.

THE VAULTER WENT DIRECTLY TO THREE (3) LARGE CMB CANVASS BAGS
CONTAINING NIGHT DEPOSITS FROM THE WEEKEND AND "HOLDOVERS" (DEPOSITS
FROM FRIDAY DECEMBER 6, 1985), AT WHICH TIME HE DRAGGED 2 OF THE
BAGS FROM BEHIND THE TELLERS COUNTER TO THE FLOORMAN. THE VAULTER
RETURNED TO THE TELLERS COUNTER, RETRIEVED THE THIRD BAG AND

2

DEMARTINO-76

PAGE THREE DE NY 0118 UNCLAS SECTION 1 OF 2

THEREAFTER FLED THE BANK WITH THE FLOORMAN IN AN UNKNOWN DIRECTION

BOTH SUBJECTS WERE DESCRIBED AS BEING WHITE MALES  APPROXIMATELY

FIVE FEET SEVEN INCHES TO FIVE FEET NINE INCHES, ARMED WITH

HANDGUNS, WEARING SKI MASKS GLOVES AND DARK CASUAL CLOTHES.

[redacted] (PROTECT IDENTITY), [redacted] NEW

YORK  TELEPHONE NUMBER [redacted] ADVISED THAT AT [redacted]

[redacted]

[redacted] NEW YORK, [redacted]          b6 -5
                                          b7C -5
[redacted]                                b7D
                                          b7F
FURTHER ADVISED [redacted]

[redacted]

[redacted]

[redacted]

IN VIEW OF THE ABOVE MEMBERS OF THE JOINT BANK ROBBERY TASK

FORCE (JBRTF) IMMEDIATELY COMMENCED PHYSICAL SURVEILLANCE OF     b6 -2
                                                                b7C -2
PREMISES AT [redacted] FACTS OF THE CASE WAS SIMULTANEOUSLY

BEING PRESENTED TO EASTERN DISTRICT OF NEW YORK (EDNY). IN ATTEMPT

3

DEMARTINO-77

PAGE FOUR DE NY 0118 UNCLAS SECTION 1 OF 2

TO OBTAIN SEARCH WARRANT FOR THE PREMISES AT

AT APPROXIMATELY 11 30 A.M. WAS OBSERVED LEAVING b6 -2
THE PREMISES AT 71ST STREET, WALKING A FEW BLOCKS SOUTH OF THE b7C -2
LOCATION AND DRIVING OFF IN A BLUE OLDSMOBILE TORNADO.

AT APPROXIMATELY 12 15 P.M., VINCENT A. DEMARTINO AND b6 -2
WERE OBSERVED LEAVING THE PREMISES BOTH CARRYING BROWN PAPER b7C -2
BAGS. DEMARTINO AND WERE IN THE PROCESS OF GETTING INTO A
PARKED VEHICLE.

IN VIEW OF THE ABOVE MEMBERS OF THE JBRTF ATTEMPTED TO b6 -2
APPREHEND BOTH DEMARTINO AND AT WHICH TIME BOTH SUBJECTS b7C -2
FLED WEST ON 71ST STREET ON FOOT DROPPING THE BROWN PAPER BAGS
CONTAINING AN UNDETERMINED AMOUNT OF UNITED STATES CURRENCY. BOTH
SUBJECTS WERE THEREAFTER APPREHENDED ON 71ST STREET. DUE TO
SUBJECTS FLIGHT AND ATTEMPT TO DISCARD EVIDENCE, MEMBERS OF THE
JBRTF THEN FORCIBLY ENTERED THE RESIDENCE TO PREVENT ANY FURTHER
DESTRUCTION OF EVIDENCE. UPON ENTERING THE RESIDENCE,
WAS APPREHENDED. A SEARCH OF ONLY THE IMMEDIATE AREA SUBSEQUENT TO

4

PAGE FIVE DE NY 0118 UNCLAS SECTION 1 OF 2

[____] ARREST PRODUCED AN ADDITIONAL BAG CONTAINING AN UNDETERMINED    b6 -2
AMOUNT OF UNITED STATES CURRENCY.    b7C -2

BASED ON THE ABOVE, EDNY WAS ADVISED OF THE ADDITIONAL
INFORMATION. CONSEQUENTLY, AT APPROXIMATELY 3:46 P.M. UNITED
STATES MAGISTRATE JOHN L. CADEN, EDNY, ISSUED A SEARCH WARRANT FOR
THE PREMISES AT [_____] BROOKLYN, NEW YORK. AT.
APPROXIMATELY 1:10 P.M., [_____] RETURNED TO THE PREMISES AT    b6 -2
WHICH TIME [_____] WAS APPREHENDED DUE TO HIS EARLIER CONTACT WITH    b7C -2
THE INDIVIDUALS AT [_____] SUBSEQUENT TO THE BANK ROBBERY.

ALL SUBJECTS UNCOOPERATIVE. NO STATEMENTS FURNISHED. SUBJECTS
APPEARED BEFORE UNITED STATES MAGISTRATE CADEN ON DECEMBER 9, 1985
FOR ARRAIGNMENT. UNITED STATES MAGISTRATE CADEN RECOMMENDED ALL BE
REMANDED TO THE CUSTODY OF THE UNITED STATES MARSHALS AND SCHEDULED
DETENTION HEARING FOR DECEMBER 12, 1985.

FOR INFORMATION OF RECEIVING OFFICES, CAPTIONED SUBJECTS
POSSIBLY RESPONSIBLE FOR FOUR OTHER NEW YORK BANK ROBBERIES
UTILIZING SAME MODUS OPERANDI (MO) RESULTING IN REPORTED LOST OF

PAGE SIX DE NY 0118 UNCLAS SECTION 1 OF 2

OVER $500,000.00. MO CONSIST OF 2 WHITE MALES FORCIBLY ENTERING

BANK JUST PRIOR TO BANK OPENING. FLOOR MAN TAKES CONTROL OF

EMPLOYEES WHILE VAULTER RETRIEVES ONLY THE NIGHT DEPOSIT BAGS. BANK

ROBBERIES COMMITTED ON MONDAYS DUE TO THE AMOUNT OF NIGHT DEPOSITS

THAT ARE MADE OVER THE WEEKEND. TO DATE INVESTIGATION HAS NOT

DETERMINED THE ROLE OF EACH SUBJECT AT EACH BANK ROBBERY NOR THE

EXACT LOSS OF CAPTIONED BANK ROBBERY.

THE SUBJECTS ARE DESCRIBED AS FOLLOWS

NAME:

SEX

RACE:                                            b6 -2
                                                 b7C -2
HEIGHT

DATE OF BIRTH (DOB):

NYSID NUMBER

NAME:                    VINCENT DEMARTINO

SEX                      MALE

RACE:                    WHITE

BT

#0118

DEMARTINO-80

FORMS TEXT HAS 1 DOCUMENT

INBOX 15 (#2896)

TEXT VZCZCNY0119

OO HQ AL BA BS BU NK NH NR PH

DE NY #0119 3501318

ZNY UUUUU

R 132018Z DEC 85

FM FBI NEW YORK (91A-25196) (P) (JTF-1)

TO DIRECTOR FBI IMMEDIATE

FBI ALBANY IMMEDIATE

FBI BALTIMORE IMMEDIATE

FBI BOSTON IMMEDIATE

FBI BUFFALO IMMEDIATE

FBI NEWARK IMMEDIATE

FBI NEW HAVEN IMMEDIATE

FBI NEW ROCHELLE IMMEDIATE

FBI PHILADELPHIA IMMEDIATE

BT

UNCLAS SECTION 2 OF 2

    HEIGHT             FIVE FEET ELEVEN INCHES

    DOB:             JULY 7, 1955

    NYSID NUMBER      3810850H

    FBI NUMBER:       763958 OR 6

*1*

DEMARTINO-81



PAGE TWO DE NY 0119 UNCLAS SECTION 2 OF 2

NAME:

SEX

RACE:

HEIGHT

DOB:

NYSID NUMBER                                          b6 -2
                                                     b7C -2
FBI NUMBER:


NAME

SEX

RACE

HEIGHT:

DOB

NYSID NUMBER:

FBI NUMBER

RECEIVING OFFICES ARE REQUESTED TO CONSIDER CAPTIONED SUBJECTS

AS POSSIBLE SUSPECTS OF ANY UNSOLVED BANK ROBBERIES UTILIZING

SIMILAR MO.

DEMARTINO-82

PAGE THREE DE NY 0119 UNCLAS SECTION 2 OF 2

INVESTIGATION CONTINUING. ARMED AND DANGEROUS.

BT

#0119

NNNN

>

DEMARTINO-83

TRANSMIT VIA:
☑ Teletype
☐ Facsimile
☒ AIRTEL

PRECEDENCE:
☐ Immediate
☐ Priority
☐ Routine

CLASSIFICATION:
☐ TOP SECRET
☐ SECRET
☐ CONFIDENTIAL
☐ UNCLAS E F T O
☐ UNCLAS
Date    1/8/86

TO:        DIRECTOR, FBI
           (ATTN:  FBI LABORATORY/SPECIAL
           PHOTOGRAPHIC UNIT)

                                                    b6 -1
                                                    b7C -1
FROM:      ADIC, NEW YORK (91A-25196) (P) (JTF-1)

SUBJECT:
           VINCENT ASUDI MARTINO;        b6 -2
                                         b7C -2

           CHASE MANHATTAN BANK
           8523 20TH AVENUE,
           BROOKLYN, NEW YORK
           12/9/85
           BR (A)
           (OO:  NY)

           60109035

                 ReNYtel to the Bureau, dated 12/10/85 and NYairtel
           to the Bureau, dated 1/7/86.
                 Enclosed for the Bureau is one bank surveillance
           photograph taken during the commission of the above-captioned
           robbery.

                 For the information of the Bureau, the original
           roll of bank surveillance film from this robbery is enclosed
           with referenced New York airtel to the Bureau, dated 1/7/86.

                 On 1/8/86, measurements were taken at this bank
           for height comparison and the measurements were noted on the
           enclosed photograph and are enumerated below.

                 The bank surveillance camera is described as a
           Diebold, D.D. Auto, 1:2.8, F=28mm, ☰, Serial Number 793934

           ③ Bureau (Encs. 1)
              (1-FBI Laboratory/Special
              Photographic Unit)
           1-New York   JEB:akf   (5)

Approved: _____    Transmitted _____    Per _____
                             (Number)    (Time)

FEB 25 1986

12 JAN 27 1986

DEMARTINO-84



NY 91A-25196

It should be noted that the dark floor area on the right of the photograph is covered by a rug which is raised one-half inch above the tile floor which is the light-colored area on the left side of the floor. The camera is 97 inches above the rug area of the floor.

The measurements taken are as follows:

1. Top of Railing - 36½ inches

2. Top of Two Drawer Cabinet - 28½ inches

3. White Tellers' Counter Ledge - 43½ inches

4. Floor Stanchion - 40½ inches

5. Customer Service Counter - 40½ inches

6. Window Sill - 40 3/4 inches

7. Customer Service Counter - 40 3/4 inches

8. Customer Service Counter (bottom edge) - 31 5/8 inches

## REQUEST OF THE BUREAU

FBI Laboratory/Special Photographic Unit is requested to conduct analysis of the enclosed photograph utilizing the measurements noted above to determine the height of the two masked robbers.

It is also requested to expeditiously contact SA [        ] New York Office, Extension [        ] with the results of the above examination, since trial in this matter in scheduled for February, 1986.

b6 -1
b7C -1

ARMED AND DANGEROUS.

- 2 -

F-126 (Rev. 3-19-82)

**FBI LABORATORY**
Washington, D. C.

Date _1/9/86_
Time _4:57 pm_

## EVIDENCE ACKNOWLEDGMENT

Received from _DET_

b6 -3
b7C -3 _____ of the

_FBE-NY (JTF-1)_
**(Department or Agency)**

_NYO_

(Address)                                          (Phone Number)

_____ box(es), _____ bag(s), _/_ envelope(s), _____ vial(s), _____ object(s)
of sealed evidence for examination in connection with case number _91A-25796_
entitled _____

Evidence Should Be
☑ Mailed Back
☐ Picked Up By
    Contributer

This evidence will remain in the custody of the FBI Laboratory while the examinations are being conducted. Following
completion of the examinations, a report containing the results of the examinations and the disposition of the evidence will be
forwarded to your department. If evidence is picked up personally, your representative should identify it with the Laboratory
case number(s) assigned in the FBI Laboratory report.

Director
Federal Bureau of Investigation

FBI/DOJ

DEMARTINO-86

FD-36 (Rev. 8-26-82)

**FBI**

TRANSMIT VIA:
- ☒ Teletype
- ☐ Facsimile
- ☒ AIRTEL

PRECEDENCE:
- ☐ Immediate
- ☐ Priority
- ☐ Routine

CLASSIFICATION:
- ☐ TOP SECRET
- ☐ SECRET
- ☐ CONFIDENTIAL
- ☐ UNCLAS E F T O
- ☐ UNCLAS

Date   2/21/86

TO:      DIRECTOR, FBI (91-118829)
         (ATTN. LABORATORY DIVISION, FIREARMS AND TOOLMARKS UNIT)

FROM:    ADIC, NEW YORK (91A-25196) (P) (JTF-1)

SUBJECT:
         VINCENT A. DIMARTINO;                 60224083
                                         b6 -2
         CHASE MANHATTAN BANK            b7C -2
         8523 20TH AVENUE
         BROOKLYN, NEW YORK
         12/9/85
         BR-A
         (OO: NY)

         Re NYtelcall to SSA [          ] Firearms Unit, 2/21/86,    b6 -1
FBI Laboratory Report Number 60109034,35 dated 2/18/86 and ID/LFS   b7C -1
Latent Case Number C-52991 dated 2/12/86. 91-118829

         Enclosed for the Firearms and Toolmarks Unit is a .38
caliber revolver Special, Model RG38S "RG" Sport MS of Florida
serial number-filed off.

         Referenced telcall between SA [          ] and      b6 -1
SSA [        ] discussed the possibility of captioned units attempting   b7C -1
to restore the filed-off serial number

REQUEST OF THE BUREAU             91-118829 - 4

         The Firearms and Toolmarks Unit is requested to examine
the enclosed weapon in attempt successfully restore the serial
number.  It is also requested the results of this examination    b6 -1
be telephonically reported to SA [        ] NYO. (FTS [        ])   b7C -1
                                                                   b2 -2

              ARMED AND DANGEROUS

③- Bureau                                    30. FEB 27 1986
   (1- Firearms Unit)
   (1- Toolmarks Unit)
   New York (7) LFJ/lj

① PRE-AGE COPY

Approved: _____  Transmitted _____  Per _____
                   (Number)  (Time)

☆ U.S. Government Printing Office: 1984-421-812/6248

1 39 MAY 20 1986              DEMARTINO-87

E V I D E N C E

FEDERAL BUREAU OF INVESTIGATION
WASHINGTON, D.C.

FEDERAL BUREAU OF INVESTIGATION
WASHINGTON, D.C.

6 pics

DEMARTINO 68

FILE # 60224083

CONTENTS: LAB WORKSHEET ITEMS

DO NOT STAMP OR HANDLE AS ENCLOSURE

6 pics
10 % neg.

No. _6022 4083_____

**Name**_____

**Order**_____

**Remarks**_____

**Retouched**_____

**Order Finished**_____

**Reorder**_____

DEMARTINO-89



DEMARTINO-90

60224083                    4.6x



KI  G0224083



DEMARTINO-92



60224083



60224083



60224083

FD-36 (Rev. 8-26-82)

FBI

TRANSMIT VIA:                PRECEDENCE:             CLASSIFICATION:
☐ Teletype                   ☐ Immediate             ☐ TOP SECRET
☐ Facsimile                  ☐ Priority              ☐ SECRET
☒ AIRTEL                     ☐ Routine               ☐ CONFIDENTIAL
                                                     ☐ UNCLAS E F T O
                                                     ☐ UNCLAS
                                              Date    2/11/86

TO:        DIRECTOR, FBI
           ATTN:ID/LFS,_____   (Latent Case No. 52991)   b6 -1
                                                                   b7C -1

FROM:      ADIC, NEW YORK (91A-25196) (P) (JTF-1)

SUBJECT:   _____
           VINVENT A. DI MARTINO;
           _____              b6 -2
                                        b7C -2
           CHASE MANHATTAN BANK
           8523 20TH AVENUE
           BROOKLYN, NEW YORK
           12/9/85
           BR-A
           (OO: NY)

           ReNYtelcall to Examiner _____ 2/10/86.   b6 -1
                                                              b7C -1

           Enclosed for the ID/LFS are eight (8) latent prints of
unknown value obtained from the rounds of ammunition that were
loaded in the weapons previously submitted to the ID/LFS.

REQUEST OF THE BUREAU

           ID/LFS is requested to compare the enclosed latents
(if of value) to the known fingerprints of captioned subjects.

     b6 -1          ARMED AND DANGEROUS
     b7C -1                                  91-118829-5

② Bureau (Encs. 8)
1-ID/LFS
1-New York LFJ/lj (4)

Approved: _____   Transmitted _____   Per _____
                                   (Number)     (Time)

I-336 (Rev. 10-28-79)





# FEDERAL BUREAU OF INVESTIGATION

Washington, D. C. 20537

## REPORT
of the
## LATENT FINGERPRINT SECTION
## IDENTIFICATION DIVISION

YOUR FILE NO.    91A-25156 (P) (JTF-1)                2/12/86
FBI FILE NO.
LATENT CASE NO.   C-52091

TO: ADIC, New York

8
not

RE:                             b6  -2
       ET AL;                                        b7C -2
       CHASE MANHATTAN BANK
       9523 203RD AVENUE
       BROOKLYN, NEW YORK
       12/9/85;
       BR (A)

REFERENCE:      Airtel 1/7/86
EXAMINATION REQUESTED BY: New York
SPECIMENS:      Numerous miscellaneous weapons, magazines, cartridge clips,
                cartridges and shotgun shells, Q1, Q2, Q3, Q5, Q6, Q7, Q9,
                Q38, Q40, Q42, Q43, Q44, Q45 and Q46 (processed prior to
                receipt)
                One sock, Q4
                Gym bag, Q37
                Plastic bag, Q39
                One cleaning rod and barrel of a handgun, Q47 and Q48 (processed
                prior to receipt)
                Numerous other miscellaneous items
                Major case prints of                    FBI              VINCENT A.   b6  -2
                DE MARTINO (DI MARTINO), FBI #765658M1                               b7C -2
                FBI            and                       FBI

                This report confirms and supplements Fmsals on 1/29/86 and
2/10/86.

91-118829-5X

        The results of the requested laboratory examinations and a
further description of the specimens will be furnished in a separate
Laboratory report.

                                          (Continued on next page)

PJB:ac
54   OCT 05

MAIL ROOM    THIS REPORT IS FURNISHED FOR OFFICIAL USE ONLY

                                          DEMARTINO-97

ADIC, New York                                2/12/86

The specimens were examined and forty-six latent fingerprints, two latent palm prints and one latent impression, which is either a fingerprint or palm print, of value were developed on two food stamp redemption certificates, one traveler's cheque, eight deposit slips, six checks, a piece of paper, an envelope, a piece of money strap, a shoe box and a brown paper bag.

One latent palm print developed on a piece of a $100.00 money strap, part of your item 11C, from a white canvas bag, marked "Bag Number Two, Chase Manhattan Bank," has been identified as a palmar impression of _____ FBI _____                                       b6 -2
                                                                          b7C -2

Three latent fingerprints and one latent palm print developed on a white shoe box and a brown paper bag, parts of your item 31, have been identified as finger and palmar impressions of _____ FBI _____ as follows:

     One fingerprint on a white shoe box marked
     "MENS - WHITE - BOAT - SLIP-ON"                                      b6 -2
     Two fingerprints and one palm print on a                            b7C -2
     brown paper bag marked _____
     submitted with white shoe box.

The remaining latent prints are not the finger or palm prints of _____ DE MARTINO or _____

The major case prints of _____ DE MARTINO _____                  b6 -2
are being retained and a copy of their identification records will be    b7C -2
furnished separately.  The remaining specimens are being returned under
separate cover.

Page 2
LC #C-52991

DEMARTINO-98

2-2 (5-12-82)

**FEDERAL BUREAU OF INVESTIGATION**
**UNITED STATES DEPARTMENT OF JUSTICE**

RECORDED
1/13/86
sh #40

1/9/86
MALONE

b6 -1
b7C -1

Laboratory Work Sheet
sam

**Recorded** 1/21/86          **Received** 1/21/86

**Note: Trial**

To: ADIC, New York (91A-25196) **(P)(JTF-1)**

VINCENT A. DI MARTINO;    b6 -2
                         b7C -2

FBI FILE NO. *91- 11000*

Re: CHASE MANHATTAN BANK,
8523 20TH AVENUE,
BROOKLYN, NEW YORK
12/9/85;
BR (A)

LAB. NO.    60109034 S/P RQ VJ MG

YOUR NO.    LC# C-52991

Examination by: 

OO:  New York

b6 -1
b7C -1

Examination requested by:    Addressee        **Noted by:**

Reference:        **Airtel**        dated January 7, 1986

Examination requested:    Microscopic Analyses - Mineralogy - Photographic -
Fingerprint

Specimens received:    January 9, 1986

Specimens:

Q1    handgun (32 caliber automatic, "Tanfoglio Guiseppe," CARTRIDGE
Serial Number C49133, with a fully loaded clip
and a silencer (4) + 4 .32 CALIBER CARTRIDGES (STN)

Q2    12 gauge shotgun, "Ithaca," Model Number 37,
Serial Number 371684003 (5)

Q3    Box containing four Remington Buckshot shells,
12 gauge (5)

Q4    Sock (6)

Q5    Numerous .38 caliber, (hollow point) ammunition (6) (.38 SPL)
SIXTY-SIX    CARTRIDGES

Q6    handgun (9 mm automatic PT-92 "Taurus," Serial Number B27726)
(7a)

Q7    CARTRIDGE Clip of live ammunition (7b)    b6 -1
         9/3 = 9MM LUGER CARTRIDGES    b7C -1

Q8    handgun (38 caliber revolver Special, Model Number RG38S "RG" Sport
MS of Florida serial number - filed off, loaded with
five live rounds (7c)    FIVE .38 Cal. CARt.

Page 1

Advised

1/29 10AM    b6 -2
             b7C -2

DEMARTINO-99

| Q9-Q10 | Plastic masks (8a) |
|---|---|
| Q11 | Hat (8b) |
| Q12-Q13 | Gloves (8c) |
| Q14 | Pair of jeans marked "Guess" (12) |
| Q15 | Pair of jeans marked "Cornishe" (12) |
| Q16 | Pair of jeans marked "Jordache" (12) |
| Q17 | Jacket (12) |
| Q18 | Black ski mask (12) |
| Q19 | Blue ski mask (12) |
| Q20-Q21 | Pair of gloves (12) |
| Q22 | Sweater (12) |
| Q23 | Plastic bag marked "I Love N.Y." |
| Q24-Q25 | Pair of gloves (12a) |
| Q26-Q27 | Pair of tennis shoes (12) |
| Q28-Q29 | Pair of tennis shoes (12) |
| Q30 | Hat (12) |
| Q31 | Shirt (12) |
| Q32 | Jacket (12) |
| Q33-Q34 | Pair of shoes (12) |
| Q35-Q36 | Pair of gloves (12) |
| Q37 | Gym bag (24) |
| Q38 | Five double R Buck "Western" Buckshot shells (24a) |
| Q39 | Plastic bag (24b) |
| Q40 | One (1) shotgun "Winchester", Model 1200, 12 gauge, with pistol grip, Serial Number 141714 (24c) |

Page 2
60109034 S/P RQ

(over)

DEMARTINO-100

Q41     White plastic bag marked "Hitachi" containing one
        bullet proof vest, marked "Second Chance," Model
        Y (24a)

Q42     12- Shot gun shells (27a) (12 GA) (around point to receipt)

Q43     Thirty-one (31) rounds of .32 caliber CARTRIDGES
        (27b) (31 mentioned in Inventory list) (s+w);
        (around point to receipt)

Q44     Five (5) rounds of .380 caliber CARTRIDGES (27c) (380 a-c)
        (around point to receipt)

Q45-Q46 Two (2) magazines (27d) (around point to receipt)

Q47     Cleaning rod (27e) (proc prior to receipt)

48      Barrel of a handgun (proc prior to receipt)

Q48-Q49 Chase Manhattan Bank white canvas bags containing
        two stone blocks (28)

Q49 · not used

Q50     Pillowcase (29)

Q51-Q53 Wigs (29a)

Q54-Q57 Two (2) pairs of gloves (29d)

Q58-Q59 Sport treads tennis shoes (30)

Q60-Q61 Adidas tennis shoes (30)

Q62-Q63 Pro steps tennis shoes (30)

Q64-Q65 Pumas tennis shoes (30)

Q66     Roll of bank surveillance film (6)

K1      Glass sample from bank window (5)

K2      Head hair sample from [          ] (4)

K3      Pubic hair sample from [          ] 4)

K4      Chest hair sample from [          ] 4)

K5      Limb hair sample from [          ] 4)

K6      Head hair sample from [          ] 4)       b6 -2
                                                    b7C -2
K7      Pubic hair sample from [          ] 4)

DEMARTINO-101

K8          Limb hair sample from VINCENT DI MARTINO (4)

K9          Head hair sample from VINCENT DI MARTINO (4)

K10         Pubic hair sample from VINCENT DI MARTINO (4)

K11         Limb hair sample from [          ] (4)

K12         Head hair sample from [          ] (4)        b6 -2
                                                           b7C -2
K13.        Pubic hair sample from [          ] (4)

ALSO SUBMITTED:

    ~~White~~ plastic bag ~~marked "Bari Pork Store" that~~ containing various bags
    ~~contained U.S. currency~~ (2)

    Brown paper bag containing a white plastic bag
    that contained U.S. currency (3)

    Sunglasses (8d)

    Pair of silver handcuffs (8e)

    Pair of black handcuffs (8f)

    Plastic container containing white jell (9)

    Thirty-four (34) miscellaneous pieces of paper
    (10a)

    Twenty-nine (29) slips or pieces of register
    receipts (10b)

    Fifty-one (51) pieces of $1,000.00 money wrappers
    (10c)

    Seven (7) pieces of $2,000.00 money wrappers (10c)

    One (1) piece of $100.00 money wrapper (10d)

    Four hundred and sixty-three (463) checks and/or
    deposit slips (10e)/or find stamp adoption certificates
    THREE
    ~~Two~~ crimped and sealed white Chase Manhattan Bank
    money bags (11a)

    Five (5) pieces of $2,000.00 money straps (11b)

Page 4                                                (over)
60109034 S/P RQ

DEMARTINO-102

Four (4) pieces of $100.00 money straps (11c)

Four (4) pieces of register receipts (11d)

One (1) pink customer copy of receipt for $9,634.00 (11e)

Three (3) miscellaneous pieces of paper (11f)

One (1) Chase Manhattan Bank coin section tag from Hoc-C-Town in the amount of ~~$11,210.00~~ (11g) →$62,890.00

One (1) dread noughty brown paper bag (11h)

~~Eleven~~ one (11) Du Barry Jewel Box black plastic bags (11i)

Thirty-eight (38) pennies (11j)

One (1) dime (11k)

Sixteen (16) brown Chase Manhattan Bank payroll deposit bags (11L)

Fourteen (14) blue Chase Manhattan Bank payroll deposit bags (11m)

Paper marked "Advent Wreath Explaination" (12b)

"Morris Dept. Store" receipt, dated 12/9/85 (12c)

One (1) receipt, dated 12/9/85, totalling $51.95 (12d)

Pair of black frame eyeglasses, Serial Number 101-43 in a sterling eyeglass case (12)

Five blue pinstick razors "Gillette" (12)

Can of Barbasol shaving cream (12)

Pair of forged steel scissors (12)

One blue metal hatchet (12)

Two hand-held scanners (13)

Three brown paper bags (14)

One, two (2) dollar bill, Serial Number B56719301A (15)

Page 5                                                            (over)
60109034 S/P RQ

DEMARTINO-103

→ ~~U.S. Currency in bill form (24a)~~

✓ Two (2) radio holders (29b)

✓ Two (2) radio transmitters (29c)

✓ Three (3) pairs of handcuffs (29e)

✓ One (1) set of blue prints (29f)

b6 -2
b7C -2

✓ One white see-thru envelope containing one (1) folded shoe box and brown paper bag

✓ Major case prints of [                    ] FBI [          ]

✓ Major case prints of VINCENT A. (DI MARTINO) FBI 763 958 16
*DE MARTINO*

✓ Major case prints of [                    ] FBI [          ]

✓ Major case prints of [                    ] FBI [          ]

~~NYCPD Laboratory Examination Report~~

✓ 2 Chase Manhattan Bank white canvas bags containing Two stone blocks (28)

✓ 1 Chase Manhattan Bank canvas bag

✓ 1 Plastic bag w/ folded book + brown paper bag (31)

— 1-22-86 gb —

- processed A/s items from - no lifts of val
- processed A/s paper items (NIN)
- processed A/s paper items (50) - no add'l lifts of val
— 1-23-86 gb —

- took 2 ind strips subscription outfacts, 1 travelers cheque, 8 deposit slips, + 6 checks to photo

Page 6
60109034 S/P RQ

Examination Completed 1:00 PM   2-10-86   Dictated 2-10-86 gb
　　　　　　　　　　Time　　　　　Date　　　　　　　Date
DEMARTINO-104

— 1-7-86 pb —

-33 lat fgpts + 1 lat imp of vol devel (UIN) on two food stamps redemption certificates, one travelers cheque, eight deposit slips, and six checks, parts of your item 10E, found in rear yard of 18-61. 71st street, Brooklyn, as follows:

-1 fgpt on food stamps redemption certificate, dated 12/7, in the amount of $ 2155.00

-3 fgpts + 1 imp on food stamps redemption certificate, dated 12/7, in the amount of $2080.00

-2 fgpts on an American Express Travelers Cheque # HD 147-174-266, in the amount of $50.00

-1 fgpt on a Chase Manhattan Bank deposit slip, dated 12-6-85, in the amount of $ 470.00

-5 fgpts on a Chase Manhattan Bank deposit slip, dated 12-7, in the amount of $ 8380.00

-3 fgpts on a Chase Manhattan Bank deposit slip, dated 12-7, in the amount of $ 975.23

-1 fgpt on a Chase Manhattan Bank deposit slip, dated 12-7, in the amount of $ 8567.00

-2 fgpts on a Chase Manhattan Bank deposit slip, dated 12-7, in the amount of $ 553.85

-3 fgpts on a Chase Manhattan Bank deposit slip, dated 12-7 in the amount of $ 861.51

-3 fgpts on a Chase Manhattan Bank deposit slip, dated 12-7, in the amount of $ 1776.54

-2 fgpts on a Chase Manhattan Bank deposit slip, dated 12-7, in the amount of $ 2155.00

-1 fgpt on a State of New York, Department of Health, WIC Program check # 617861214

-1 fgpt on a State of New York, Department of Health, WIC Program check # 605389258.

-1 fgpt on a State of New York, Department of Health, WIC Program check # 599244426.

-1 fgpt on a New York Telephone Company check # 03079072, in the amount of $ 148.04, payable to

b6  -4
b7C

DEMARTINO-105

30 of 1

— 1-28-86 pb —

- 1 fgpt on a Citibank check # 1833, dated 12.2.85, payable to the Dept. signed [ ] drawn on the Citibank, N.A. ave. of the americas, at 45th st. New York NY.

b6 -4
b7C -4

- 2 fgpts on a Team Fair Supermarket Sutter Ave. check # 15668, dated 12-6-85, payable to [ ] in the amount of $590.49 drawn on the Chase Manhattan Bank, N.A. Brooklyn, New York.

— 1-30-86 pb —

- 10 lat fgpts of val devel (NIN) on a piece of paper and on envelope, parts of your item 10 A, found in rear yard of 18-61 71st Street, Brooklyn as follows

9 fgpts on a piece of paper, designated # 1 in LFPS

1 fgpt on an envelope, designated # 2 in LFPS

b6 -1
b7C -1

- 1 lat PP of val devel (NIN) on a piece of $100.00 money strap, part of your item 11 C from one white canvas bag marked "bag Number Two, Chase Manhattan Bank" - 10 F 1

[ ], FBI [ ]

b6 -2
b7C -2

— 1-31-86 pb —

- 3 lat fgpts + 1 lat PP of val devel (NIN) on a white shoe box and "brown paper bag, parts of your item 31 as follows:

1 fgpt on a white shoe box m "P" MENS - WHITE - BOAT - SLIP- ON"

[ ] FBI # [ ]

b6 -2
b7C -2

3 fgpts + 1 LL on a brown paper bag M I [ ] with white shoe box - 10 [ ], 10 # [ ] fgpts +19 [ ] FBI # [ ]

- No add lat pts of val devel (NIN) on remaining A/s paper items
- processed A/s items (non-porous) (SG) - no add lats of val
- processed A/s items (non-porous) (GA-(BP) (NP) - no add lats of val
- lat fgpt + PP of [ ]

b6 -4
b7C -4

— 2-6-86 pb —

- processed Q1-Q5, Q37-Q40, Q43-Q45 lats - no lats of val
- processed Q1-Q5, Q37-Q40, Q43-Q45 (SG) - no lat of val
- processed Q1-Q5, Q37-Q40, Q42-Q45 (NIN), (GP) + (BP) no lat of val
- advised SA [ ] NY of 5 #s on [ ]

b6 -2
b7C -2

2-10-86 pb

b6 -1
b7C -1

DEMARTINO-106

— 2-7-86 jB —

- the remaining latent prints are not the finger or palm prints of [ ] De Martino, or [ ]

- The r/c prints of [ ] De Martino, [ ] are being retained and a copy of their identification record will be furnished separately. The remaining specimens are being returned under separate cover.

b6 -2
b7C -2

DEMARTINO-107