NY 91A-25196

5.  Glass samples obtained from the Chase Manhattan Bank, 8523 20th Avenue, Brooklyn, New York.

6.  One (1) roll of bank surveillance film obtained from captioned bank.

For the information of the Bureau, at approximately 8:55 AM, on Monday, 12/9/85, two (2) of the captioned subjects gained entry to the Chase Manhattan Bank prior to its opening by throwing granite-like bolders through the bank window and thereafter jumping through the blownout window. Once inside, both subjects gained control of the Chase Manhattan Bank employees by ordering everyone to the floor and threatening to kill anyone that moved. One of the subjects (floorman) remained on the floor, yelling out the commands, while the other subject (vaulter) then vaulted an iron railing along the banking platform and overpowered bank employees as he made his way behind the tellers' counter.

The vaulter went directly to three (3) large Chase Manhattan Bank canvass bags containing night deposits from the weekend and "Holdovers" (deposits from Friday, 12/6/85), at which time he dragged two of the bags from behind the tellers' counter to the floorman. The vaulter returned to the tellers' counter, retrieved the three bags and thereafter fled the bank with the floorman in an unknown direction. Both subjects were described as being White Males, approximately five feet seven inches to five feet nine inches, armed with handguns, wearing ski masks, gloves and dark casual clothes.



Subsequent to the above-mentioned events, information was developed and captioned subjects were arrested at ☐ ☐ Brooklyn, New York. A search of that premise resulted in the seizure of the enclosed items.

b6 -2
b7C -2

For the information of the Bureau (ID/LFS), on the evening of 12/10/85, a forensic examination was conducted on the five weapons and the rounds loaded in those weapons by Detective ☐ of the Joint Bank Robbery Task Force (JBRTF) and they were then taken to the New York City Police Department (NYCPD) Laboratory where ballistics tests were performed.

b6 -3
b7C -3

NY 91A-25196

For the information of the Bureau, the trial date has been scheduled for 2/11/86 in the Southern District of New York (SDNY). It is therefore requested that the results of the foregoing examinations be furnished to the New York Office (NYO) in a most expeditious manner.

REQUEST OF THE BUREAU

ID/LFS is requested to examine all paper items for any latents of value and thereafter compare those latents to the enclosed major case prints of captioned subjects.

ID/LFS is also requested to break down the enclosed weapons and examine the internal parts of each weapon for any latents of value and thereafter compare those latents to the known fingerprints of captioned subjects.

The Laboratory Division/Microscopic Unit is requested to examine the enclosed clothing for any hairs and fibers of value which could be attributed to a common source and thereafter compare those hairs of value to the enclosed known hair samples of subjects.

The Laboratory Division/Special Photographic Unit is requested to conduct a photographic comparison of the clothing items seized with the enclosed bank surveillance film for any similarities.

The Laboratory Division/Mineralogy Unit is requested to compare the enclosed known glass specimens from the scene of captioned bank robbery with any particles of glass found on any of the enclosed items.

ARMED AND DANGEROUS.

- 3 -

DEMARTINO-109

## Inventory List

### Found in Electric Meter Closet:

1. Black plastic bag that contained U.S. currency.

2. White plastic bag marked "Bari Pork Store" that contained U.S. currency.

3. Brown paper bag containing a white plastic bag that contained U.S. currency.

4. One .32 caliber automatic, make "Tanfoglio Giuseppe", Serial Number C49133, with a fully loaded clip and a silencer in a yellow plastic bag wrapped in a peach-colored towel (found in ceiling).

### Found in Gas Meter Closet:

5. One 12 gauge shotgun "Ithaca", Model Number 37, Serial Number 371684003 and one box containing four Remington Buckshot shells, 12 gauge.

6. One white sock with red and black piping containing numerous .38 caliber, hollow point ammunition.

7. One brown paper bag containing a white plasit bag containing the following:

   a. One 9 mm automatic PT-92 "Taurus" Serial Number B27726.

   b. One clip of live ammunition.

   c. One .38 caliber revolver Special, Model RG38S "RG" Sport MS of Florida Serial Number - filed off, loaded with (mld) 5 ~~six~~ live rounds.

8. One white plastic bag marked "Top Tomato" containing a yellow plastic bag marked "Key" containing the following:

   a. Two plastic masks.

   b. One white house painters hat "Herman Klein"

46

    c.   One pair of driving gloves, leather and cloth.

    d.   One pair of white fram sunglasses.

    e.   One pair of silver handcuffs in box.

    f.   One pair of black handcuffs.

9.    One plastic container with cover containing a white jell.

<u>Found in rear yard of 18-61 71st Street, Brooklyn:</u>

10.    One white canvas bag marked "Bag Number 1, Chase Manhattan Bank" containing the following:

    a.   Thirty-four (34) miscellaneous pieces of paper (envelopes, paper, etc).

    b.   Twenty-nine (29) slips or pieces of register receipts.

    c.   Fifty-one (51) pieces of $1,000.00 money wrappers.

    c.   Seven (7) pieces of $2,000.00 money wrappers.

    d.   One (1) piece of $100.00 money wrapper

    e.   Four hundred and sixty-three (463) checks and/or deposit slips.

11.    One white canvas bag marked "Bag Number Two, Chase Manhattan Bank" containing the following:

    a.   Two crimped and sealed white Chase Manhattan Bank money bags.

    b.   Five (5) pieces of $2,000.00 money straps.

    c.   Four (4) pieces of $100.00 money straps.

    d.   Four (4) pieces of register receipts.

    e.  One (1) pink customer copy of receipt for $9,634.00.

    f.  Three (3) miscellaneous pieces of paper.

    g.  One (1) Chase Manhattan Bank coin section tag from Hoc-C-Town in the amount of $67,890.00.

    h.  One (1) dread noughty brown paper bag.

    i.  Eleven (11) Du Barry Jewel Box black plastic bags.

    j.  Thirty-eight (38) pennies.

    k.  One (1) dime.

    l.  Sixteen (16) brown Chase Manhattan Bank payroll deposit bags.

    m.  Fourteen (14) blue Chase Manhattan Bank payroll deposit bags.

Found in Basement Bathroom:

12.    One pair of jeans marked "Guess".

One pair of jeans marked "Cornishe".

One pair of jeans marked "Jordache".

One black leather jacket (Designer International-found 12/10/85).

One black sky mask found in left sleeve - one blue sky mask found in right sleeve containing two brown cloth gloves (one in each pocket).

One black and gray sweater marked "Coronet Casuel".

One plastic bag marked "I Love N.Y." containing:

    a.  One (1) pair brown cloth gloves.

    b.  One paper marked "Advent Wreath Explaination"

    c.  One "Morris Dept. Store" receipt, dated 12/9/85.

    d.  One (1) receipt, dated 12/9/85, totalling $51.95.

One pair of gray sneakers, size 8, "Puma".

One pair of white sneakers, size 10½, "Concepti".

One brown hat, size 7 3/8.

One shirt, gray and white check, size large "Career Club"..

One maroon jacket, size 44, "Members Only"

One pair "MBA" jogging shoes, size 10.

One pair of brown cloth gloves.

One pair of black frame eyeglasses, Serial Number 101-43 in a sterling eyeglass case.

Five blue pinstick razors "Gillette" found in medicine cabinet.

One red and white eleven ounce can of Barbasol shavings cream found in medicine cabinet.

One pair of forged steel scissors found in medicine cabinet.

One blue metal hatchet found under stairs.

<u>Found on Dining Room Table</u>:

13.    Two hand-held scanners.

14.    Three brown paper bags.  Two marked "Waldbaums". One marked "Key Food".

15.    One, two (2) dollar bill, Serial Number B56719301A.

<u>Found behind chest of drawers in master bedroom</u>:

24.    Gym bag "Castre" blue and red containing:

        a.  Five double R Buck "Western" Buckshot shells.

        b.  One plastic bag.

DEMARTINO-113

    c.  One (1) shotgun "Winchester", Model
        1200, 12 gauge, with pistol grip,
        Serial Number 141714.

    d.  One (1) white plastic bag marked "Hitachi"
        containing one bullet proof vest, marked
        "Second Chance", Model Y.

25.  U.S. Currency in bill form found in chest of drawers
     by SA ☐                   b6 -1
                                              b7C -1

26.  One black leather jacket found in bedroom by SA ☐

**Found in back bedroom (under construction):**

27.  One small blue gun box containing:

    a.  Twelve (12) shotgun shells - 12 gauge.

    b.  Thirty-one (31) rounds of .32 caliber
        ammunition.

    c.  Five (5) rounds of .38 caliber ammunition.

    d.  Two (2) magazines - one for 380 caliber
        ammunition - one for 25 caliber ammunition.

    e.  One (1) cleaning rod.

28.  Two Chase Manhattan Bank white canvas bags containing
    two stone blocks.

29.  Light blue pillow containing:

    a.  Three (3) wigs.

    b.  Two (2) radio holders.

    c.  Two (2) radio transmitters.

    d.  Two (2) pairs of brown work gloves.

    e.  Three (3) pairs of handcuffs.

    f.  One (1) set of blue prints.

30.     Plastic bag containing four (4) pairs of tennis
        shoes-Sport treads, size 10; Addidas, size 6½;
        Pro Steps, size 7½; Pumas, size 8.

31.     One white see-thru envelope containing one (1)
        folded shoe box and brown paper bag.

        Items Numbered 16 through 23 were inadvertently
        misnumbered.

DEMARTINO-115

11-8-63)

# FEDERAL BUREAU OF INVESTIGATION
## LATENT FINGERPRINT SECTION WORK SHEET

Recorded: 2/19/86            rsm           Reference No: 91A-25196 (P) (VTF-1)
                                           FBI File No:  9A-118827
Received: 2/13/86                          Latent Case No: C-52991

Answer to: ADIC, NEW YORK

Examination requested by: ADDRESSEE

Copy to:

RE:      VINCENT A. DI MARTINO; b6 -2
                                 b7C -2
         CHASE MANHATTAN BANK
         8523 20TH AVENUE
         BROOKLYN, NEW YORK; 12/9/85; BR-A
Date of reference communication: Airtel 2/11/86
Specimens:
         8 cards bearing 8 transparent lifts

Result of examination:

                         b6 -1
                         b7C -1

Examination by:
Evidence noted by:        X

— 2-21-86 —

- No latent of value appear on the lifts.
- The specimens + an 1 envelope are enclosed

Enclosures (9)

Ans'd 3/26/86

                         b6 -1
                         b7C -1

Examination completed  7.30 AM   2-21-86   Dictated  2-21-86
                        Time      Date                 Date

DEMARTINO-116

Serial Removal Charge Out
4-2f (Rev. 2-11-65)

| INSTRUCT~~IONS~~ | | *iling Unit employee only upon the return of the item.* | |
|---|---|---|---|
| **Subject** | | b6 -2<br>b7C -2 | **2-26-86** |

**Type of Mail**

☐ Report

☐ Incoming letter

☐ Outgoing letter

☐ Memorandum

☐ Airtel

☐ Teletype

☐ Enclosure (describe)

*Latent*

☐ ~~Laboratory Work Sheet~~          1 pf          *LCN C 52991*

☐ Personnel Security Questionnaire (PSQ)

☐ Loyalty Form

☐ Other (describe)

| **Removed for** | **Removed by** | **Date of Removal** |
|---|---|---|
| ☐ Mr.<br>☐ Mrs.<br>☐ Miss<br>☐ Room   *10971* | b6 -1<br>b7C -1   *216* | *4-26-86* |

**Reason for Removal**

☐ For copying (If for another agency, list agency and date of request.)

☐ To send to

☐ To attach to

☐ For office use

☐ For change to another file

☐ Other (Specify)          *Court*

Complete File and Serial Number          *91-118829-6*

DEMARTINO-117

FBI/DOJ



(10-26-79)

# FEDERAL BUREAU OF INVESTIGATION
### Washington, D. C. 20537

## REPORT
of the

## LATENT FINGERPRINT SECTION
## IDENTIFICATION DIVISION

YOUR FILE NO.   91A-25196 (P) (JTF-1)                    2/26/86
FBI FILE NO.
LATENT CASE NO.  C-52991

TO: ADIC, New York

b6 -1
b7C -1

RE      ET AL;                         b6 -2
        CHASE MANHATTAN BANK           b7C -2
        8523 20TH AVENUE
        BROOKLYN, NEW YORK
        12/9/85;
        BR-A

REFERENCE:      Airtel 2/11/86
EXAMINATION REQUESTED BY: New York
SPECIMENS:      Eight lifts

            No latent prints of value appear on the lifts.

            The specimens and an identifying envelope are enclosed.

Enc. (9)
PJB:jer (4)

91-118829-6

MAIL ROOM    THIS REPORT IS FURNISHED FOR OFFICIAL USE ONLY
DEMARTINO-118

0-4a (Rev. 5-31-83)
**FEDERAL BUREAU OF INVESTIGA**
WASHINGTON, D. C.  20535

DATE:                          Re:

TO:    **3/25/86**

**Mr. Larry Shtasel**
**Assistant United States Attorney**
**Office of the United States Attorney**
**Eastern District of New York**
**Room 562**
**225 Cadman Plaza East**
**Brooklyn, New York  11201**

**VINCENT A. DI MARTINO;**                    b6 -2
                                              b7C -2

**CHASE MANHATTAN BANK,**
**8523 20TH AVENUE,**
**BROOKLYN, NEW YORK**
**12/9/85;**
**BR (A)**

**OO:  New York**

──────────────── Invoice of Contents ────────────────

Description of Contents:

FBI File #        91-A18829

Case #
60109034-6/P RQ VJ MG
60109034 P MG

**Nino photographs**

b6 -1
b7C -1

Your #
□ Return
Room  3443    241
Ext.

□ Mail Room:  1B327, TL 152
  (registered mail)

□ PSM - Supply Unit, 1B353
  (not registered)

3-25-86

Shipping #  GN-1   WT-1
Shipping Method  FX - 844783962

──────────────── Hazardous Materials Only ────────────────

Weight of Hazardous Materials:

Packaged By
              Signature

Date

amc
JMA:amc (5)                      3/25/86

DEMARTINO-119

0-4a (Rev. 5-31-83)
FEDERAL BUREAU OF INVESTIGATION
WASHINGTON, D. C.  20535

DATE:    2/12/86                    Re:

TO:      ADIC, New York

                                    ET AL;                              b6 -2
                                    CHASE MANHATTAN BANK                b7C -2
                                    8523 20TH AVENUE
                                    BROOKLYN, NEW YORK
                                    12/9/85;
                                    ER (A)

——————————————— Invoice of Contents ———————————————

Description of Contents:                          FBI File *— — 91- 118829

                                                  Case #    C-52901

                                    b2 -2
                                    b6 -1
                                    b7C -1     Your #   91A-25196 (P)
                                                          (JTF-1)
        Numerous miscellaneous weapons, magazines, cartridge clips, part of Q1, Q2, Q36
           part of Q7 and Q8, Q40, Q45 and Q48
        One sock, Q4                              Room /0955  TL  324
        Gym bag, Q37
        Plastic bag, Q39                          Ext
        One cleaning rod and barrel of handgun, Q47 and Q48    ☐ Mail Room:  1B327, TL 152
        Numerous other miscellaneous items
                                                  (registered mail)

        PART OF Q8 (REVOLVER) RETURNED TO LAB FOR    ☐ PSM - Supply Unit, 1B353
    EXAM + DISPO  2-2-86  TJH
                                                  (not registered)
    Shipping #   AN 3  WUT-127   2-14-86
    Shipping Method   FX-844782363

——————————————— Hazardous Materials Only ———————————————

Weight of Ha
Packaged By                                       b6 -1
Date  2-12-86                                      b7C -1

                                2/12/86

  2 APR 25 1986    FEDERAL EXPRESS

                                    DEMARTINO-120                    FBI/DOJ

0-4a (Rev. 5-31-83)
**FEDERAL BUREAU OF INVESTIGATION**
WASHINGTON, D. C.  20535

DATE:       2/12/86                    Re:

TO:         ADIC, New York         b6 -2          ET AL;
                                    b7C -2         CHASE MANHATTAN BANK
                                                   8523 20TH AVENUE
                                                   BROOKLYN, NEW YORK
                                                   12/9/85;
                                                   BR (A)

─────────────────────── Invoice of Contents ───────────────────────

Description of Contents:                          FBI File ┌ ─ ─ 91-118829

                                                  Case # ___ C-52951 ___

                                                  Your # ___ 91A-25196 (P) ___
                                                             (JTF-T)
        128 cartridges, part of Q1, Q5, part of Q7 and Q8, Q43 and Q44 (674 grains)
        Twenty-one shotgun shells, Q3, Q38 and Q42 (23.63 drams)   Room 10955  η 334

                                      b2 -2       Ext. ___
                                      b6 -1       ☐ Mail Room:  1B327, Tl. 152
                                      b7C -1
                                                  (registered mail)

              2-14-86                             ☐ PSM - Supply Unit, 1B353

Shipping # ___ ON-1  WT-6 ___                     (not registered)

Shipping Method ___ FX - 395629345 ___

─────────────────────── Hazardous Materials Only ───────────────────────

Weight of Hazardous Materials ___                 b6 -1

Packaged ___                                      b7C -1

Date 2-12-86

                                        2/12/86

2 APR 25 1986    **FEDERAL EXPRESS**

                                        **DEMARTINO-121**            FBI/DOJ

7-1b



**REPORT**
of the
**FBI**
**LABORATORY**

## FEDERAL BUREAU OF INVESTIGATION
## WASHINGTON, D. C. 20535

1    b6 -1
     b7C -1

To: ADIC, New York (91A-25196) (JTF-1)          March 10, 1986

                          b6 -2
VINCENT A. DiMARTINO;     b7C -2      FBI FILE NO.    91-118829 - 7

                                                     60224083 S TL
                                     LAB. NO.

Re: CHASE MANHATTAN BANK
    8523 20TH AVENUE
    BROOKLYN, NEW YORK;
    12/9/85
    BR-A

    OO: New York

Examination requested by:    Addressee

Reference:                   Communication dated February 21, 1986

Examination requested:       Number Restoration

Specimens received:          February 24, 1986

**Specimen:**

K1   .38 caliber, RG Industries revolver, serial number obliterated

**Result of examination:**

        The obliterated serial number of K1 was restored
and was determined to be "244948".

        This submitted evidence will be returned to you
under separate cover by registered mail.

TL #241

91-118829-7

b6 -1
b7C -1

7 MAR 18 1986

æ dsd
JC:dsd #30 (4)

DEMARTINO-122

7-2 (5-12-82)





RECORDED
2/25/86
aec #7

**FEDERAL BUREAU OF INVESTIGATION**
**UNITED STATES DEPARTMENT OF JUSTICE**

*Laboratory Work Sheet*

2/24/86

b6 -1
b7C -1

To:    ADIC, New York (91A-25196) (JTF-1)

VINCENT A. DIMARTINO;          b6 -2
                               b7C -2

FBI FILE NO.    91-118829

LAB. NO.    60224083 S TL

Re:    CHASE MANHATTAN BANK
       8523 20TH AVENUE
       BROOKLYN, NEW YORK;
       12/9/85
       BR-A

YOUR NO.

Examination by:

       OO:    New York

Examination requested by:    Addressee

Reference:    Communication dated February 21, 1986

Examination requested:    Number Restoration

Specimens received:    February 24, 1986

       Specimen:

       K1 .38 caliber RG Industries revolver, *serial number obliterated.*

NYC agent
notified via teletype
of results 11 AM 3/3/86

b6 -1
b7C -1     _Dictation_

The obliterated SN of K₁ was _restored_ & determined
to be "244948".

K₁ ret N.Y. 3/11/86
R.M.# R315932009

7-16
3-6-86
 addc dsd #30

DEMARTINO-123

FBI/DOJ

FD-36 (Rev.8-26-82)

**FBI**

| TRANSMIT VIA: | PRECEDENCE: | CLASSIFICATION: |
|---|---|---|
| ☐ Teletype | ☐ Immediate | ☐ TOP SECRET |
| ☐ Facsimile | ☐ Priority | ☐ SECRET |
| ☒ AIRTEL | ☐ Routine | ☐ CONFIDENTIAL |
| | | ☐ UNCLAS E F T O |
| | | ☐ UNCLAS   1/7/86 |
| | | Date |

TO:      DIRECTOR, FBI
         (ATTN:  ID/LFS, LABORATORY DIVISION,
         MICROSCOPIC ANALYSIS UNIT, LABORATORY
         DIVISION, SPECIAL PHOTOGRAPHIC UNIT
         AND LABORATORY DIVISION,MINERALOGY UNIT)

FROM:    ADIC, NEW YORK (91A-25196) (P) (JTF-1)          b6 -1
                                                         b7C -1

SUBJECT:
         VINCENT A. DI MARTINO;   b6 -2
                                  b7C -2
         CHASE MANHATTAN BANK,
         8523 20TH AVENUE,
         BROOKLYN, NEW YORK
         12/9/85
         BR (A)
         (OO:  NY)

         Personally Delivered By

         ☒ Mail Back

         60109034


         ReNYtel to the Bureau, dated 12/10/85.

         Enclosed for the Bureau are the following items:

         1.  Major case prints of [                  ] VINCENT A.
DI MARTINO, [                              ]    b6 -2
                                               b7C -2
         2.  Inventory of enclosed items.

         3.  New York City Police Department (NYCPD) Laboratory
Examination report of ballistics tests performed on enclosed
weapons.

         4.  Hair samples of [            ] VINCENT A.
DI MARTINO, [                          ]    b6 -2
                                            b7C -2
         6-Bureau (Encs.  )
            (1-ID/LFS)
            (1-Laboratory Division/Microscopic Analysis Unit)
            (1-Laboratory Division/Special Photographic Unit)
            (1-Laboratory Division/Mineralogy Unit)
         1-New York  LFJ:akf  (8)

Approved: _____    Transmitted _____  Per _____
                                 (Number)      (Time)

* U.S. Government Printing Office: 1986-431-813/6249

b6 -1
b7C -1

DEMARTINO-124



KI 60224083



60224083

60224083

K₁ - ARC - grinding in 2 areas - designated H.2.

In area 1, the #"33142" was restored - zip code of RG Industries is "33142"

AREA 1 (Conc HNO₃ 25% HCl)

RESTORED

| 3 | 3 | 1 | 4 | 2 |
|---|---|---|---|---|

ARC grinding area in SW area (area 2)

25% HCl, Conc. H₂NO₃

area 2

Restored

| 2 | 1 | 4 | 4 | 4 | 8 |
|---|---|---|---|---|---|

4.6 X DEMARTINO-125

1



NEW MAIL JUST ARRIVED: INBOX.255

FORMAT THAT HAS 1 DOCUME

INBOX.160 (#7592)

TEXT: VZCZCNYQ138

OO HQ

DE NY #0138 0502308

ZNY UUUUU

R 192148Z FEB 86

FM FBI NEW YORK (91A-25196) (P) (JTF-1)

TO DIRECTOR FBI (91-118829) IMMEDIATE

BT

UNCLAS

RECEIVED

VINCENT A. DI MARTINO;                                      b6 -1
                                                            b7C -1
CHASE MANHATTAN BANK, 8523 20TH AVENUE, BROOKLYN, NEW YORK; DECEMBER

9, 1985; BR-A; (OO:NEW YORK).        b6 -2
                                     b7C -2

        RENYTEL TO BUREAU, DATED DECEMBER 13, 1985.

                    (PROTECT IDENTITY) HEREAFTER AND IN ALL FUTURE        b6 -5
                                                                         b7C -5
COMMUNICATIONS REFERRED TO AS THE                                        b7D
                                                                         b7F

        ON FEBRUARY 17, 1986,              TELEPHONICALLY CONTACTED SPECIAL

AGENT (SA)

            b6 -1,5
            b7C -1,5
            b2 -3
            b7D
            b7F

    2 APR 25 1986

                                DEMARTINO-126

PAGE ██ DE NY 0138 UNC██S

REITERATED TO SA _____ (AS

b6 -1,5
b7C -1,5
b7D
b7F

SET OUT IN REFERENCED TELETYPE)

MORE SPECIFICALLY,

SA _____ THEREAFTER ADVISED

REQUIRED IN CAPTIONED CASE AT WHICH TIME

b6 -1,5
b7C -1,5
b7D
b7F

_____ ADVISED THAT

b6 -5
b7C -5
b7D
b7F

DEMARTINO-127

PAGE THREE DE NY 0138 UNCLAS



b6 -5
b7C -5
b7D
b7F

b6 -5
b7C -5
b7D
b7F

ADVISED THAT

b6 -5
b7C -5
b7D
b7F



PAGE     R DE NY 0138 UN AS

b6 ~5
b7C -5
b7D
b7F

b6 -5
b7C -5
b7D
b7F

    THE BUREAU IS BEING ADVISED OF THE ABOVE-MENTIONED INFORMATION

IN THE EVENT TRIAL COMMENCES FEBRUARY 21, 1986.  SUPPRESSION HEARING

IS SCHEDULED FOR FEBRUARY 20, 1986, AT 10:00 AM.  UNITED STATES

DISTRICT JUDGE (USDJ)  BRAMWELL, EDNY, ADVISED TRIAL WOULD

TENTATIVELY COMMENCE FEBRUARY 21, 1986.  ASSISTANT UNITED STATES

ATTORNEY (AUSA) SHTAYSEL, EDNY, PRESENTED A LETTER TO USDJ BRAMWELL,

FEBRUARY 19, 1986, REQUESTING TRIAL BE DELAYED AT LEAST A WEEK TO

PAGE FIVE DE NY 0138 UNCLAS

RESOND TO MOTION SUBMITTED BY DEFENSE. TO DATE, USDJ BRAMWELL HAS

NOT RESPONDED.

b2 -3
b6 -5
b7C -5
b7D
b7F

THE BUREAU IS REQUESTED TO REVIEW THE

IN THE EVENT ADDITIONAL

IT IS THE OPINION OF THE NYO THAT                    CAPTIONED

SUBJECTS

OF CAPTIONED

b6 -5
b7C -5
b7D
b7F

SUBJECTS.  RECOVERED WEAPONS INCLUDING AN AUTOMATIC HANDGUN WITH 10"

SILENCER GIVE RISE TO SUSPICION OF CRIMES OTHER THAN BANK ROBBERY.

ARMED AND DANGEROUS.

BT

#0138

NNNN

-->

DEMARTINO-130



FORMS TEXT HAS 1 DOCUMENT

INBOX 21 (#5317)

TEXT VZCZCNYO138

PP HQ

DE NY #0138 0562246

ZNR UUUUU

R 252230Z FEB 86

FM FBI NEW YORK (91A-25196) (P) (JTF-1)

TO DIRECTOR FBI (91-118829) PRIORITY

BT

UNCLAS

VINCENT A. DI MARTINO

CHASE MANHATTAN BANK, 8523 20TH AVENUE, BROOKLYN, NEW YORK, DECEMBER

9, 1985; BR-A; (OO:NEW YORK).

91-118829-8X

RENYTEL TO BUREAU, DATED FEBRUARY 19, 1986 AND TELCAL BETWEEN

SSA____ AND SPECIAL AGENT (SA) ____ FEBRUARY 20, 1986.

REFERENCED TELETYPE ADVISED OF ____ IN CAPTIONED

CASE.

b6 -1
b7C -1

b6 -2
b7C -2

b6 -1
b7C -1

b6 -5
b7C -5
b7D
b7F

b6 -1
b7C -1

No Action
NY Office is
Contemplating other
Memo of Payment
3/7/86

DEMARTINO-131

PAGE TWO DE NY 0138 UNCLAS

IN ADDITION TO THREATENING INFORMATION SET OUT IN REFERENCED

TELETYPE, THE NYO RECEIVED SOURCE INFORMATION CONCERNING SUBJECT        b6 -2

_____ BEING HIGHLY SUPPORTIVE BY COLOMBO FAMILY IN THEIR EFFORTS TO        b7C -2

PLACE _____ BACK IN THE STREETS.

_____ ASSISTANT UNITED STATES

ATTORNEY (AUSA) SHTAYSEL, EASTERN DISTRICT OF NEW YORK (EDNY), AND

CASE AGENT _____

                                                                        b6 -5
                                                                        b7C -5
                                                                        b7D
                                                                        b7F

_____ THIS INFORMATION IS INCORRECT.

                                                                        b6 -5
                                                                        b7C -5
                                                                        b7D
                                                                        b7F

DEMARTINO-132

PAGE THREE DE NY 0138 UNCLAS

b6 -5
b7C -5
b7D
b7F

OF CASE AGENT AND AUSA SHTAYSEL,

TELEPHONICALLY ADVISED AN

b2 -3
b6 -5
b7C -5
b7D
b7F

TELEPHONE        FURTHER ADVISED

REITERATED THAT

DEMARTINO-133

PAGE FOUR DE NY 0138 UNCLAS

      BASED ON THE ABOVE,

b2 -3
b6 -5
b7C -5
b7D
b7F

      IT IS THEREFORE REQUESTED FBIHQ

ADDENDUM

      NYO ADMINISTRATORS WERE ADVISED IN DEPTH OF SITUATION AND

CONCUR THAT IS BOTH MANAGERIALLY AND

      ARMED AND DANGEROUS.

BT

#0138

DEMARTINO-134

NNNN

0-4a (Rev. 5-31-83)
**FEDERAL BUREAU OF INVESTIGATION**
WASHINGTON, D. C. 20535

DATE: March 10, 1986                Re:

TO:   ADIC, New York (91A-25196) (JTF-1)

VINCENT A DIMARTINO;            b6 -2
                                b7C -2
CHASE MANHATTAN BANK
8523 20TH AVENUE
BROOKLYN, NEW YORK;
12/9/85
BR-A

OO:   New York

MAILED 19.
MAR 11 1986

R315932009 _____ Invoice of Contents _____

Description of Contents:          FBI File # __91-118829__

   K1                             Case # _60224083_ S_ TL_

                                  Your #. _____
                                  ☑ Return to _____
                     b6 -1        Room _378_  TL _241_
                     b7C -1
                                  Ext. _____

                                  ☐ Mail Room:  1B327, TL 152

                                     (registered mail)

                                  ☐ PSM - Supply Unit, 1B353

                                     (not registered)

Shipping # _____

Shipping Method _____

_____ Hazardous Materials Only _____

ght of Hazardous Materials: _____

aged By _____
              Signature

Date _____

          dsd
     JJC:dsd (4)              3/10/86

57 APR29 1986                 DEMARTINO-135

4-528

91 - 118829 - 9

## CHANGED TO

Filed as copy of

91 - 118829 - 10

Conc /vh

MAY 29 1986

DEMARTINO-136

FD-36 (Rev. 8-26-82)

FBI

TRANSMIT VIA:
☐ Teletype
☐ Facsimile
☒ AIRTEL

PRECEDENCE:
☐ Immediate
☐ Priority
☐ Routine

CLASSIFICATION:
☐ TOP SECRET
☐ SECRET
☐ CONFIDENTIAL
☐ UNCLAS E F T O
☐ UNCLAS

Date  3/3/86

TO:        DIRECTOR, FBI (91-118829)
           (ATTENTION: ID/LFS,                    )          b6 -1
                                                             b7C -1

FROM:      ADIC, NEW YORK (91A-25196) (P) (JTF-1)

SUBJECT:

           VINCENT A DIMARTINO;
                                                b6 -2
                                                b7C -2
           CHASE MANHATTAN BANK
           8523 20TH AVENUE
           BROOKLYN, NEW YORK
           12/9/86
           BR-A
           (OO: NY)

           Re ID/LFS Latent Case No. C-52991, dated 2/12/86

           Enclosed for the ID/LFS are the following items:

           1.  One (1) brown paper bag.

b6 -1      2.  One (1) black plastic bag.
b7C -1
           3.  Two (2) white plastic bags.                   b6 -2
                                                             b7C -2

           For information, enclosed items were inadvertently not
transported to the ID/LFS with other evidence obtained as a result
of search at                         Brooklyn, New York, 12/9/85. Enclosed
items contained United States Currency that was secreted behind sheet
rock.

3 - Bureau        (7- PACKAGE COPY, ENCLS 4.)
   (2 - ID/LFS)
1 - New York
LFJ/lj
(6)

Approved: _____  Transmitted _____  Per _____
                           (Number)    (Time)                          b6 -1
                                                                       b7C -1
                           * U.S. Government Printing Office

COPY OF SER 10
KEEP ATTACHED

DEMARTINO-137

New York (91A-25196)

### REQUEST OF THE BUREAU

The ID/LFS is requested to examine the enclosures for any latents of value and thereafter compare those latents to the known fingerprints of captioned subjects.

### ADMINISTRATIVE

Suppression Hearing has been postponed untill March 6, 1986, at which time United States District Judge HENRY BRAMWELL will set a date for trial.

### ARMED AND DANGEROUS

(2)

DEMARTINO-138

FORMS TEXT HAS 1 DOCUMENT

INBOX.4 (#9429)

TEXT: VZCZCNYO167

PP HQ

DE NY #0167 0720117

ZNY UUUUU

R 122426Z MAR 86

FM FBI NEW YORK (91A-25196) (P) (JTF-1)

TO DIRECTOR FBI (91-118829) PRIORITY

BT

UNCLAS

RECEIVED
TELETYPE UNIT

13 MAR 86  20  29

FEDERAL BUREAU
OF INVESTIGATION

b6 -1
b7C -1

VINCENT D. MARTINO                              CHASE

b6 -2
b7C -2

MANHATTAN BANK, 8523 20TH AVENUE, BROOKLYN, NEW YORK, DECEMBER 9,

1985; BR-A; OO:NEW YORK.

RENYTELETYPE TO THE BUREAU, DATED MARCH 6, 1986.

FOR INFORMATION OF THE BUREAU

b6 -1
b7C -1

91-118829

b2 -3
b6 -5  IT IS REQUESTED THE BUREAU WIRE $5,000.00 FOR ADDITIONAL
b7C -5
b7D
b7F   Bulk of expenses incurred in

WIRE NOT NECESSARY PER SSA

DEMARTINO-139

b6 -1
b7C -1

PAGE TWO DE NY 0167 UNCLAS.

b2 -3
b6 -5
b7C -5
b7D
b7F

ARMED AND DANGEROUS.

BT

#0167

NNNN

DEMARTINO-140



**REPORT**
of the

**FBI**
LABORATORY



**FEDERAL BUREAU OF INVESTIGATION**
**WASHINGTON, D. C. 20535**

1 - Mr. Malone
1 - _____
              b6 -1
              b7C -1

To: ADIC, New York (91A-25196) (JTF-1)                 March 5, 1986



VINCENT A. DI MARTINO;                 FBI FILE NO. 91-118839 -

                                       LAB. NO.   50109034 S/P RQ VJ MG QY
              b6 -2
              b7C -2
Re: CHASE MANHATTAN BANK,
8523 20TH AVENUE,
BROOKLYN, NEW YORK
12/9/85;
BR (A)

        OO:   New York

Examination requested by:      Addressee

Reference:                     Communication dated January 7, 1986

Examination requested:         Microscopic Analyses - Mineralogy - Photographic -
                               Fingerprint - Firearms

Specimens received             January 9, 1986

        Result of examination:

                This report confirms and supplements the FBI Laboratory
        report in this case dated February 13, 1986.  For a detailed
        listing of the evidence, please refer to that report.

                The weapon(s) depicted in some of the photographs
        developed from the Q66 film is consistent in all observable
        characteristics with the Q6 revolver.  However, the detail
        of these photographs is not sufficient for identification
        purposes.              91-118839-10X1

                For the disposition of the evidence in this case,
        please refer to the above report.


                                                    CC MAY 15 1986


        MPM:Bhy (5) #55


DEMARTINO-141

601090345

b6 -1
b7C -1

The weapons depicted in some of the photographs developed from the 1866 film is consistent in all observable characteristics with the Q8 revolver. However, the detail of these photographs is not sufficient for identification purposes.

RECORDED
1/13/86
sh #40

**FEDERAL BUREAU OF INVESTIGATION**
**UNITED STATES DEPARTMENT OF JUSTICE**

Laboratory Work Sheet

1/9/86
MALONE

b2 -2
b6 -1
b7C -1

Kin 10517

To: ADIC, New York (91A-25196) (JTF-1)

VINCENT A. DI MARTINO;

b6 -2
b7C -2

Re: CHASE MANHATTAN BANK,
8523 20TH AVENUE,
BROOKLYN, NEW YORK
12/9/85;
BR (A)

OO: New York

FBI FILE NO. 91-118129 -1071

LAB. NO. 60109034 S/P RQ VJ MG

YOUR NO.
b6 -1
b7C -1

A/S to
'/21 exam
separate report
& ret'n to contrib
1-30-86 ab

Examination requested by:   Addressee

Reference:   Communication dated January 7, 1986

Examination requested:   Microscopic Analyses - Mineralogy - Photographic -
Fingerprint

Specimens received:   January 9, 1986

Q4, Q7-Q36, Q
Q49, Q51 to m
1/28

Specimens:   Item from electric meter closet
Q1   .32 caliber automatic, "Tanfoglio Guiseppe,"
Serial Number C49133, with a fully loaded clip
and a silencer (4)
Items from gas meter closet
Q2   12 gauge shotgun, "Ithaca," Model Number 37,
Serial Number 371684003 (5)

Q3   Box containing four Remington Buckshot shells,
12 gauge (5)

Q4   Sock (6)

Q5   Numerous .38 caliber, hollow point ammunition (6)
and box

Q6   9 mm automatic PT-92 "Taurus," Serial Number B27726
(7a)

Q7   Clip of live ammunition (7b)

Q8   .38 caliber revolver Special, Model RG38S "RG" Sport
MS of Florida serial number - filed off, loaded with
six live rounds (7c)

Q6 & 
Q66 phot: 
rec'd 2/14 
RT'd 3/14

(notes over)

Q1, Q2, Q3, 
Q5-Q8, 
Q37-Q40, 
Q42-Q48

b6 -1
b7C -1

36 pks

71 sl

Mounted

Q1, Q2, Q3, Q8, Q9, Q37-Q41, Q42-Q48 (over)
+ K1 + all pbxs to VJ 1/29/86
ret'd ? ho

DEMARTINO-143

$Q_8$ - .38 Special cal.
Rohm revolver,
Model RG38S
marked trigger guard
QRS 81R    S.N. obliterated.

Larry
Gary
FSLC —H)
NCIC —t)
ENWTF 4)

(3/14/06)



Q9-Q10        Plastic masks (8a)

Q11           Hat (8b)

Q12-Q13       Gloves (8c) — *scraped together*

*Items from basement bathroom :*

Q14           Pair of jeans marked "Guess" (12)

Q15           Pair of jeans marked "Cornishe" (12)

Q16           Pair of jeans marked "Jordache" (12)

Q17           Jacket (12)

Q18           Black ski mask (12)

Q19           Blue ski mask (12)

Q20-Q21       Pair of gloves (12) — *scraped together*

Q22           Sweater (12)

Q23           Plastic bag marked "I Love N.Y."

Q24-Q25       Pair of gloves (12a) — *. . . together*

Q26-Q27       Pair of tennis shoes (12) — *scraped together*

Q28-Q29       Pair of tennis shoes (12) *scraped together*

Q30           Hat (12)

Q31           Shirt (12)

Q32           Jacket (12)

Q33-Q34       Pair of shoes (12)/ "I ♥ N.Y"
Q34a          *Plastic bag (12)*
Q35-Q36       Pair of gloves (12)

*Items from bedroom (master) :*

Q37           Gym bag (24)

Q38           *Five double R Buck "Western" Buckshot shells (24a)*

Q39           Plastic bag (24b)

Q40           One (1) shotgun "Winchester", Model 1200, 12 gauge,
              with pistol grip, Serial Number 141714 (24c)

Page 2                                                  (over)
60109034 S/P RQ

**DEMARTINO-145**

*Scraped/bag*

Q41    White plastic bag marked "Hitachi" containing one
bullet proof vest, marked "Second Chance," Model
Y (24a)

*Items from back bedroom* :

Q42    Shotgun shells (27a)

Q43    Thirty-one (31) rounds of .32 caliber ammunition
(27b)

Q44    Five (5) rounds of .38 caliber ammunition (27c)

Q45-Q46    Two (2) magazines (27d)

Q47    Cleaning rod (27e)

~~Q48-Q49    Chase Manhattan Bank white canvas bags containing
two crime blocks (28)~~

Q50    Pillowcase (29)

Q51-Q53    Wigs (29a)

Q54-Q57    Two (2) pairs of gloves (29d)    *Q56- NBH*

Q58-Q59    Sport treads tennis shoes (30) — *Scraped together*

Q60-Q61    Adidas tennis shoes (30). *scraped together*

Q62-Q63    Pro steps tennis shoes (30L *scraped together*

Q64-Q65    Pumas tennis shoes (30)- *scraped together*

*Miscellaneous items*

Q66    Roll of bank surveillance film (6)

Q67    *Jacket (26)*

K1    Glass sample from bank window (5)

K2    Head hair sample from [ ] (4)

K3    Pubic hair sample from [ ] (4)

K4    Chest hair sample from [ ] (4)

K5    Limb hair sample from [ ] 4)

K6    Head hair sample from [ ] 4)

K7    Pubic hair sample from [ ] (4)

b6 -2
b7C -2

DEMARTINO-146

~~K8~~        Limb hair sample from VINCENT DI MARTINO (4)

~~K9~~        Head hair sample from VINCENT DI MARTINO (4)

~~K10~~       Pubic hair sample from VINCENT DI MARTINO (4)

~~K11~~       Limb hair sample from [              ] (4)

~~K12~~       Head hair sample from [              ] (4)   b6 -2

~~K13~~       Pubic hair sample from [              ] (4)   b7C -2

ALSO SUBMITTED:

*Plastic bag containing various bags*

~~White plastic bag marked "Park Pork Store" that contained U.S. Currency (2)~~   (5)

Brown paper bag containing a white plastic bag that contained U.S. currency (3)

Sunglasses (8d)

Pair of silver handcuffs (8e)

Pair of black handcuffs (8f)

Plastic container containing white jell (9)

Thirty-four (34) miscellaneous pieces of paper (10a)

Twenty-nine (29) slips or pieces of register receipts (10b)

Fifty-one (51) pieces of $1,000.00 money wrappers (10c)

Seven (7) pieces of $2,000.00 money wrappers (10c)

One (1) piece of $100.00 money wrapper (10d)

*Change back to a real*

~~Four hundred and sixty-three (463) checks and/or deposit slips (10e)~~

~~Roll~~ crimped and sealed white Chase Manhattan Bank money bags (11a)

Five (5) pieces of $2,000.00 money straps (11b)

Page 4
60109034 S/P RQ                                        (over)

Four (4) pieces of $100.00 money straps (11c)

Four (4) pieces of register receipts (11d)

One (1) pink customer copy of receipt for $9,634.00 (11e)

Three (3) miscellaneous pieces of paper (11f)

One (1) Chase Manhattan Bank coin section tag from Hoc-C-Town in the amount of ~~$~~ (11g) ~~$~~ 67,840.00

One (1) dread noughty brown paper bag (11h)

One (1) Du Barry Jewel Box black plastic bags (11i)

Thirty-eight (38) pennies (11j)

One (1) dime (11k)

Sixteen (16) brown Chase Manhattan Bank payroll deposit bags (11L)

Fourteen (14) blue Chase Manhattan Bank payroll deposit bags (11m)

Paper marked "Advent Wreath Explaination" (12b)

"Morris Dept. Store" receipt, dated 12/9/85 (12c)

One (1) receipt, dated 12/9/85, totalling $51.95 (12d)

Pair of black frame eyeglasses, Serial Number 101-43 in a sterling eyeglass case (12)

Five blue pinstick razors "Gillette" (12)

Can of Barbasol shaving cream (12)

Pair of forged steel scissors (12)

One blue metal hatchet (12)

Two hand-held scanners (13)

Three brown paper bags (14)

One, two (2) dollar bill, Serial Number B56719301A (15)

Page 5
60109034 S/P RQ                                    (over)

DEMARTINO-148

Two (2) radio holders (29b)

Two (2) radio transmitters (29c)

Three (3) pairs of handcuffs (29e)

One (1) set of blue prints (29f)

One white see-thru envelope containing one (1)
folded shoe box and brown paper bag

Major case prints of ⬚

Major case prints of VINCENT A. DI MARTINO

Major case prints of ⬚

Major case prints of ⬚

b6 -2
b7C -2

2 Chase Manhattan Bank white
canvas bags containing
2. stone blocks (28)

1 Chase Manhattan inside canvas
bag

Plastic bag w/ folded box + brown
paper bag

1-336 (Rev. 10-28-79)





# FEDERAL BUREAU OF INVESTIGATION
Washington, D. C. 20537

## REPORT
of the
## LATENT FINGERPRINT SECTION
## IDENTIFICATION DIVISION

YOUR FILE NO.    S9A-25196 (P) (JTF-1)              3/14/86
FBI FILE NO.     91-118629
LATENT CASE NO.  G-52931

TO: ADIC, New York

RE    
                                    b6 -2
                                    b7C -2
LT AL;
CHASE MANHATTAN BANK
1523 20TH AVENUE
BROOKLYN, NEW YORK
2/7/86;
BR-A

REFERENCE:                Airtel 3/3/86
EXAMINATION REQUESTED BY: New York
SPECIMENS:                One brown paper bag
                          One black plastic bag
                          Two white plastic bags

          No latent prints of value appear or were developed on the
enclosed specimens.

     Enc. (4)

     PJB:dls
     (4)
                                        91-118829-11

                                                       b6 -1
                                                       b7C -1

2 MAY    1986

MAIL ROOM    THIS REPORT IS FURNISHED FOR OFFICIAL USE ONLY    DEMARTINO 150

1-36 (Rev. 11-6-83)



# FEDERAL BUREAU OF INVESTIGATION
## LATENT FINGERPRINT SECTION WORK SHEET

Recorded: 3/4/86          rsm          Reference No: 91A-25196 (P) (JTF-1)
                                       FBI File No: 91-118829 —
Received: 3/4/86                       Latent Case No: C-52991

Answer to: ADIC, NEW YORK

Examination requested by: ADDRESSEE

Copy to:

RE:     VINCENT A DIMARTINO;          b6 -2
                                      b7C -2

        CHASE MANHATTAN BANK,
        8523 20TH AVENUE
        BROOKLYN, NEW YORK; 12/9/85; BR-A

Date of reference communication: Airtel 3/3/86
Specimens:

        1 brown paper bag
        1 black plactic bag
        2 white plastic bags

Note: **EXPEDITE**
Result of examination:                Examination by:              b6 -1
                                      Evidence noted by:      X    b7C -1

— 3-7-86 jb —

- processed speci least — no lats of val
- processed paper bag (uw) — no lats of val

— 3-10-86 jb —

- processed paper bag (SN) - no lats of val         b6 -1
- processed plastic bags (56) - no lats of val      b7C -1
- processed plastic bags (NP) (6P) +(6P) no lats of val
- The spec examined.

Examination completed 9:13 AM  3-10-86   Dictated 3-10-86 jb
                       Time    Date               Date

Enclosures (4)
jb
                                      DEMARTINO-151        FBI/DOJ

O-93 (Rev. 4-26-78)

DEPARTMENT OF JUSTICE
FEDERAL BUREAU OF INVESTIGATION
COMMUNICATION MESSAGE ROOM

1023

| PAGE 1 OF 1 | | |
|---|---|---|
| DATE 3/14/86 | CLASSIFICATION UNCLAS | PRECEDENCE PRIORITY |

*F1023*PP NYIDE HQ #1023 0770000$YUSP 171808Z MAR 86

FM DIRECTOR, FBI {91-118829}

TO FBI NEW YORK {91A-25196} PRIORITY

BT

b6 -2
b7C -2

UNCLAS

VINCENT D. MARTINO;

CHASE MANHATTAN BANK, 8523 20TH AVENUE, BROOKLYN, NEW YORK;

DECEMBER 9, 1985; BANK ROBBERY {A}; OO:  NEW YORK

RE NYTEL TO THE BUREAU DATED MARCH 12, 1986.

NEW YORK REQUEST FOR AN ADDITIONAL #5,000 FOR CASE FUND

EXPENDITURE UNDER SAC AUTHORITY IS GRANTED.

IN THE EVENT IT APPEARS FUNDS IN THE NEW YORK FIELD SUPPORT

ACCOUNT {FSA} WILL BE INSUFFICIENT AT THE TIME ADDITIONAL

EXPENSES ARE INCURRED, SUBMIT A REQUEST TO FBIHQ FOR AN ADVANCE

TO INCREASE THE FSA.  THAT REQUEST SHOULD BE SUBMITTED BY

TELETYPE USING THE FSA CAPTION, DIRECTED TO THE ATTENTION OF

THE BUDGET AND ACCOUNTING SECTION, ADMINISTRATIVE SERVICES

DIVISION, ROOM 6035, FBIHQ. |

91-118829- 11X

| APPROVED BY | DRAFTED BY TEB:CEG | DATE 3/14/86 | ROOM 5046/U | TELE EXT |
|---|---|---|---|---|

1 -
1 -
1 -

1 -
1 -
1 - EXPENDITURE OF FUNDS FOLDER

b2 -2
b6 -1
b7C -1

SEE NOTE PAGE 3

FEDERAL BUREAU OF INVESTIGATION
COMMUNICATIONS CENTER
MAR 19 1986

FEDERAL BUREAU OF INVESTIGATION
COMMUNICATIONS CENTER
MAR 20 1986

5 MAY 29 1986

DO NOT FILE WITHOUT COMMUNICATION

DEMARTINO-152

FBI/DOJ

PAGE 2

BT

I

DEMARTINO-153

NOTE:  REFERENCED NEW YORK TELETYPE REQUESTED APPROVAL OF AN
ADDITIONAL [        ] TO BE APPLIED TO THE CASE FUND IN CAPTIONED
MATTER.  THIS TELETYPE AUTHORIZES AN ADDITIONAL [        ] CASE FUND      b2 -3
EXPENDITURE UNDER SAC AUTHORITY.  INCLUDING THIS REQUEST, A
CUMULATIVE TOTAL OF UP TO [        ] WILL HAVE BEEN AUTHORIZED FOR
CASE FUND EXPENDITURE UNDER SAC AUTHORITY.

        SSA [            ] NEW YORK, ADVISED THAT THE INITIAL
$5,000 CASE FUND IS NEARLY EXHAUSTED.  A FIRM TRIAL DATE HAS BEEN      b2 -3
SET FOR APRIL 1, 1986.                                                  b6 -1,
                                                                       b7C -1
                                                                       b7D
                                                                       b7F

                                                                       b6 -5
                                                                       b7C -5
                                                                       b7D
                                                                       b7F

        NEW YORK HAS BEEN INSTRUCTED TO ENSURE THAT ALL
EXPENSES ARE AUTHORIZED UNDER SAC AUTHORITY, AND THAT EXPENSES
ARE MINIMIZED.

        IF APPROVED, NEW YORK DOES NOT REQUIRE A WIRE TRANSFER
OF FUNDS AT THIS TIME.



1-223 (Rev. 2-20-80)

## FEDERAL BUREAU OF INVESTIGATION
## LATENT FINGERPRINT SECTION
## IDENTIFICATION DIVISION

Date _4-16-86_

ST 24

*(To be used in lieu of correspondence covering evidence submission to the L. F. P. S.)*

Submitting Agency _ADIC NEW YORK (91A-25196 (P) (JTF-1)_

Delivered by _SA_ _____     b6 -1
                                      b7C -1.  Accepted By _____

To be used for telephone request

                                                        Time _____

Requesting Agency _____

Requested by _____                 Accepted By _____

Examiner _____

Victim _ET AL_
        _CHASE MANHATTAN BANK_           FBI FILE NO. _91-118829_
Offense _8523 20TH AVENUE_
        _BROOKLYN NEW YORK_              LATENT CASE NO. _C-52991_
        _12-9-85_

Place and date _BR (A)_

Suspects _____ FBI# _____
         _VINCENT A. DEMARTINO, FBI# 263958 RL_       b6 -2
         _____ FBI# _____         b7C -2
         _____ FBI# _____

Report to be directed to _ADIC NEW YORK_

b6 -1
b7C -1  _____
Copies to _____                  b6 -1
                                           b7C -1

Evidence to be returned to _SA_ _____   _(BcK-UP)_

Date of hearing, grand jury, trial or reason why expeditious handling is necessary _TRIAL 4-21-86_

### EVIDENCE / BRIEF FACTS                   (THIS SPACE FOR BLOCKING)

$30,406.00 (2) US currency                  91-118829-12

                                            APR 23 1986

D-  2 MAY 8 1986              *(over)* DEMARTINO-155              FBI/DOJ

1-450 (3-16-76)




Federal Bureau of Investigation
Identification Division
Latent Fingerprint Section
Washington, D. C.   20537

Date __4 18 86__
Time __9:30 A7__
Accepted by: _____

### EVIDENCE ACKNOWLEDGEMENT

b6 -1
b7C -1

Received from __S.A__ _____ of the __ADIC__ _____
(Department or Agency)
_____
(Address)

__16__ sealed envelope(s), box(es), bag(s) of evidence for examination in connection with case number __C= 52 991__

entitled __Containing #30,406.00 in US. currency__

This evidence will remain in the custody of the Latent Fingerprint Section while the examination is being conducted. Following completion of the examination, a report containing the results of the examination and the disposition of the evidence will be forwarded to your department.

Director
Federal Bureau of Investigation

## DEMARTINO-156

FBI/DOJ

1-336 (Rev. 10-26-79)



# FEDERAL BUREAU OF INVESTIGATION
Washington, D. C. 20537

## REPORT
of the
## LATENT FINGERPRINT SECTION
## IDENTIFICATION DIVISION

YOUR FILE NO.    91A-25196 (P) (JTF-1)              4/18/86
FBI FILE NO.     91-118629
LATENT CASE NO.  C-52991

TO:    ADIC, New York

RE:

ET AL;
CHASE MANHATTAN BANK
8523 20TH AVENUE
BROOKLYN, NEW YORK
12/9/85;
BR (A)

b6 -2
b7C -2

REFERENCE:            Specimens delivered 4/16/86
EXAMINATION REQUESTED BY:   New York
SPECIMENS:            $32,786.00 in U.S. currency
                     Four money wrappers

        This report confirms and supplements information furnished by
telephone call on 4/17/86.

        The specimens were examined and one latent fingerprint of value
was developed on a money wrapper.

b6 -2          The latent fingerprint is not a fingerprint of _____
b7C -2         _____ or VINCENT ANTHONY DEMARTINO, FBI #762958P6

        The specimens are being retained in the LFPS until called for by
a representative from your department.

RJB:mop
(4)

91-118829-13

APR 28 1986

MAILED 15
APR 21 1986

2 MAY 8 1986
MAIL ROOM

b6 -1
b7C -1

THIS REPORT IS FURNISHED FOR OFFICIAL USE
DEMARTINO-157