1-36 (Rev. 11-6-63)

FEDERAL BUREAU OF INVESTIGATION
LATENT FINGERPRINT SECTION WORK SHEET

Recorded:    4/16/86              rsm         Reference No: 91A-25196 (P) (JTF-1)
                                              FBI File No: 91-118829- 13
Received:    4/16/86                          Latent Case No: C-52991

Answer to:   ADIC, NEW YORK

Examination requested by:  ADDRESSEE

Copy to:

RE:          ┌──────────────┐
             ET AL;
             CHASE MANHATTAN BANK
             8523 20TH AVENUE          b6 -2
             BROOKLYN, NEW YORK        b7C -2
             12/9/85; BR (A)

Date of reference communication: Personally delivered to LFPS on 4/16/86 by
Specimens:                                      SA ┌─────────────────────┐      b6 -1
             $32,782.00                                                          b7C -1
             $30,406.00 in U.S. Currency +4 money wrappers

             Named subject:
                          ┌──────────┐ FBI# ┌──────────┐    b6 -2
                                                          b7C -2
             Named suspects:
                   VINCENT A. DEMARTINO, FBI# 763 958 R6

             ┌────────────────────────┐ FBI# ┌──────────────┐
             ┌────────────────────┐ FBI# ┌────────────────┐

MONEY
  Note:  TRIAL 4/21/86
Result of examination:                          Examination by:  ┌─────────────┐  b6 -1
                                                Evidence noted b                  b7C -1

                     — 4-16-86 jb —

- processed specs lines — no lats of val
- processed specs (NIN) lat val

                     — 4-17-86 jb —

- hand one money wrapper to photo
- 1 lat fgpt of val devel (NIN) on one $500.00 money wrapper, part of exhibit 8B
- no lat pts of val were developed on the remaining specs.

Examination completed  8:45 AM    4-17-86    Dictated  4-17-86 jb
                        Time        Date                  Date

                                    DEMARTINO-158

(Rev. 5-31-83)

~~~DERAL BUREAU OF INVESTIGATION~~~
~~~SHINGTON, D. C.  20535~~~

E:   2/18/86                    Re:

ADIC, New York (91A-25196) (JTF-1)

**VINCENT A. DI MARTINO;**

b6 -2
b7C -2

**CHASE MANHATTAN BANK,**
**8523 20TH AVENUE,**
**BROOKLYN, NEW YORK**
**12/9/85;**
**BR (A)**

FEB 18 1986

OO:   New York

————————————————— Invoice  of  Contents —————————————————

Description of Contents:

~~~~~~ Q8 a Q36, Q41, Q50 - Q66,

Q67 and KI - K3

ALSO SUBMITTED surveillance photograph

*photograph developed from Q66 film*

*to ECC*
*2/18/86*

FBI File # ~~91-118829~~

Case # ~~60109034 S/P RQ~~ VJ
                                    MG
        60109035 P MG

Your # _____ ~~A4PM~~

☒ Return to *Maetone*

Room *3931 E* ~~241~~

Ext. *X4353*

☐ Mail Room:  1B327, TL 152

   (registered mail)

☐ PSM - Supply Unit, 1B353

   (not registered)

Shipping # _____

Shipping Method _____

————————————————— Hazardous Materials Only —————————————————

Weight of Hazardous Materials:

Packaged By _____
                    Signature

Date _____

*amc*
MPM:amc (4)

2/18/86

4 ? JUN 2  1996

FBI/DOJ

1-417 (Rev. 10-13-82)

## Memorandum

```
                                                                    Exec AD Adm. ____
                                                                    Exec AD Inv. ____
                                                                    Exec AD LES ____
                                                                    Asst. Dir.: ____
To    :                          b6 -1          Date    5/5/86      Adm. Servs. ____
                                 b7C -1                             Crim. Inv. ____
                                                                    Ident. ____
From  :                                                             Insp. ____
                                                                    Intell. ____
                                 b6 -2                              Lab. ____
Subject :  ET AL;                b7C -2                             Legal Coun. ____
           CHASE MANHATTAN BANK                                     Off. Cong. &
           8523 20TH AVENUE                                          Public Affs. ____
           BROOKLYN, NEW YORK, 12/9/85; BR-A                        Rec. Mgnt. ____
                                                                    Tech. Servs. ____
                    LATENT PRINT TESTIMONY    b6 -1                 Training ____
                                              b7C -1                Telephone Rm. ____
   Name of Specialist(s)                                            Director's Sec'y ____
```

Location    New York, New York _____ Date    4/29/86

Testified:    ☒ Yes    ☐ No (If no explain in Remarks:)

Type of Court:  ☒ Federal    ☐ State
                ☐ Other (specify _____ )

Judge    Henry Bramwell

Prosecuting Attorney    AUSA Larry Shtasel

Defense Attorney _____ Charles Carnesi _____    b6 -4
                        and _____                 b7C -4

Trial by:    ☒ Jury    ☐ Judge    ☐ Other (type _____ )

Specimen(s) retained by court    None

To be returned by _____

Results of Trial    Still in progress    **91-118829—**
                                         b6 -1
Will be advised by    SA _____       b7C -1

Arrived in Washington    Date    4/30/86    Time    3:30 p.m.

Remarks:    Specialist _____ testified that one latent palm print
developed on a piece of a $100.00 money strap, part of Item 11C, from a
white canvas bag, marked "BAG NUMBER TWO, CHASE MANHATTAN BANK," was
identified as a palmar impression of _____ FBI _____    b6 -1,2
Specialist _____ also testified that three latent fingerprints and    b7C -1,2
one latent palm print developed on a white shoe box and a brown paper
bag, parts of Item 31, were identified as finger and palmar impressions
of ____ FBI _____

Bufile #91-118829
LC #C-52991
PJB:dls    (3)                        DEMARTINO-160

1 39 JUN 2 1986

7-1b

REPORT
of the

FBI
LABORATORY

FEDERAL BUREAU OF INVESTIGATION
WASHINGTON, D. C. 20535

1 - Mr. Malone
1 -
b6 -1
b7C -1

To:    ADIC, New York (91A-25196) (JTF-1)              February 18, 1986

VINCENT A. DI MARTINO;                FBI FILE NO.    91-118829

                          b6 -2
                          b7C -2        LAB. NO.       60109034 S/P RQ VJ MG
Re:    CHASE MANHATTAN BANK,                          60109035 P MG
       8523 20TH AVENUE,
       BROOKLYN, NEW YORK
       12/9/85;
       BR (A)

       OO: New York

Examination requested by:    Addressee

Reference:    Communications dated January 7, 1986 and
              January 8, 1986

Examination requested:    Microscopic Analyses - Mineralogy - Photographic -
                          Fingerprint

Specimens received    January 9, 1986

Specimens received January 9, 1986, under cover of communication
dated January 7, 1986 (60109034 S/P RQ VJ MG):

**ITEM FROM ELECTRIC METER CLOSET:**

Q1        .32 caliber automatic, "Tanfoglio Guiseppe,"
          Serial Number C49133, with a fully loaded clip
          and a silencer (4)

Q1a       Towel

**ITEMS FROM GAS METER CLOSET:**

91-118829 — 14

Q2        12 gauge shotgun, "Ithaca," Model Number 37,
          Serial Number 371684003 (5)

Q3        Box containing four Remington Buckshot shells,
          12 gauge (5)

Q4        Sock (6)

Q5        Numerous .38 caliber, hollow point ammunition and box (6)

Q6        9 mm automatic PT-92 "Taurus," Serial Number B27726
          (7a)

Q7        Clip of live ammunition (7b)

Page 1                                                          (over)
ENCL: MRM:lmc (53)  #93

4 7 JUL 2 1986                          DEMARTINO-161                FBI/DOJ

Q8          .38 caliber revolver Special, Model RG38S "RG" Sport
            MS of Florida serial number - filed off, loaded with
            six live rounds (7c)

Q9-Q10      Plastic masks (8a)

Q11         Hat (8b)

Q12-Q13     Gloves (8c)

ITEMS FROM BASEMENT BATHROOM:

Q14         Pair of jeans marked "Guess" (12)

Q15         Pair of jeans marked "Cornishe" (12)

Q16         Pair of jeans marked "Jordache" (12)

Q17         Jacket (12)

Q18         Black ski mask (12)

Q19         Blue ski mask (12)

Q20-Q21     Pair of gloves (12)

Q22         Sweater (12)

Q23         Plastic bag marked "I  N.Y."

Q24-Q25     Pair of gloves (12a)

Q26-Q27     Pair of tennis shoes (12)

Q28-Q29     Pair of tennis shoes (12)

Q30         Hat (12)

Q31         Shirt (12)

Q32         Jacket (12)

Q33-Q34     Pair of shoes (12)

Q34a        Plastic bag with "I  N.Y."

Q35-Q36     Pair of gloves (12)

ITEMS FROM BEDROOM (MASTER):

Q37         Gym bag (24)

Page 2                                                    (over)
60109034 S/P RQ

DEMARTINO-162

Q38        Five double R Buck "Western" Buckshot shells (24a)

Q39        Plastic bag (24b)

Q40        One (1) shotgun "Winchester", Model 1200, 12 gauge,
           with pistol grip, Serial Number 141714 (24c)

Q41        White plastic bag marked "Hitachi" containing one
           bullet proof vest, marked "Second Chance," Model
           Y (24d)

ITEMS FROM BACK BEDROOM:

Q42        Shotgun shells (27a)

Q43        Thirty-one (31) rounds of .32 caliber ammunition
           (27b)

Q44        Five (5) rounds of .38 caliber ammunition (27c)

Q45-Q46    Two (2) magazines (27d)

Q47        Cleaning rod (27e)

Q48        Barrel of Automatic

Q49        Not used

Q50        Pillowcase (29)

Q51-Q53    Wigs (29a)

Q54-Q57    Two (2) pairs of gloves (29d)

Q58-Q59    Sport treads tennis shoes (30)

Q60-Q61    Adidas tennis shoes (30)

Q62-Q63    Pro steps tennis shoes (30)

Q64-Q65    Pumas tennis shoes (30)

MISCELLANEOUS ITEMS:

Q66        Roll of bank surveillance film (6)

Q67        Jacket (26)

K1         Glass sample from bank window (5)

K2         Head hair sample from ⬚⬚⬚⬚⬚⬚ (4)        b6 -2
                                                      b7C -2
K3         Pubic hair sample from ⬚⬚⬚⬚⬚⬚ (4)        (over)

Page 3
60109034 S/P RO

DEMARTINO-163

K4      Chest hair sample from [          ] (4)

K5      Limb hair sample from [          ] (4)

K6      Head hair sample from [          ] (4)

K7      Pubic hair sample from [          ] (4)

K8      Limb hair sample from VINCENT DI MARTINO (4)    b6 -2

K9      Head hair sample from VINCENT DI MARTINO (4)    b7C -2

K10     Pubic hair sample from VINCENT DI MARTINO (4)

K11     Limb hair sample from [          ] (4)

K12     Head hair sample from [          ] (4)

K13     Pubic hair sample from [          ] (4)

ALSO SUBMITTED:

Plastic bag containing various bags (2)

Brown paper bag containing a white plastic bag that contained U.S. currency (3)

Sunglasses (8d)

Pair of silver handcuffs (8e)

Pair of black handcuffs (8f)

Plastic container containing white jell (9)

Thirty-four (34) miscellaneous pieces of paper (10a)

Twenty-nine (29) slips or pieces of register receipts (10b)

Fifty-one (51) pieces of $1,000.00 money wrappers (10c)

Seven (7) pieces of $2,000.00 money wrappers (10c)

One (1) piece of $100.00 money wrapper (10d)

Four hundred and sixty-three (463) checks and/or deposit slips (10e)

Three crimped and sealed white Chase Manhattan Bank money bags (11a)

Five (5) pieces of $2,000.00 money straps (11b)

Five (5) pieces of $2,000.00 money straps (11b)

Four (4) pieces of $100.00 money straps (11c)

Four (4) pieces of register receipts (11d)

One (1) pink customer copy of receipt for $9,634.00 (11e)

Three (3) miscellaneous pieces of paper (11f)

One (1) Chase Manhattan Bank coin section tag from Hoc-C-Town in the amount of $67,890.00 (11g)

One (1) dread noughty brown paper bag (11h)

One Du Barry Jewel Box black plastic bags (11i)

Thirty-eight (38) pennies (11j)

One (1) dime (11k)

Sixteen (16) brown Chase Manhattan Bank payroll deposit bags (11L)

Fourteen (14) blue Chase Manhattan Bank payroll deposit bags (11m)

Paper marked "Advent Wreath Explaination". (12b)

"Morris Dept. Store" receipt, dated 12/9/85 (12c)

One (1) receipt, dated 12/9/85, totalling $51.95 (12d)

Pair of black frame eyeglasses, Serial Number 101-43 in a sterling eyeglass case (12)

Five blue pinstick razors "Gillette" (12)

Can of Barbasol shaving cream (12)

Pair of forged steel scissors (12)

One blue metal hatchet (12)

Two hand-held scanners (13)

Three brown paper bags (14)

One, two (2) dollar bill, Serial Number B56719301A (15)

Page 5
60109034 S/P RQ                                            (over)

DEMARTINO-165

Two (2) radio holders (29b)

Two (2) radio transmitters (29c)

Three (3) pairs of handcuffs (29e)

One (1) set of blue prints (29f)

One white see-thru envelope containing one (1) folded shoe box and brown paper bag

Major case prints of ▢

Major case prints of VINCENT A. DI MARTINO

Major case prints of ▢                              b6 -2
                                                    b7C -2
Major case prints of ▢

Two (2) Chase Manhattan Bank white canvas bags containing two (2) stone blocks (28)

One (1) Chase Manhattan Bank canvas bag

Plastic bag with folded box and brown           b6 -1
paper bag                                        b7C -1

Specimen personally delivered by ▢ on January 9, 1986, under cover of communication dated January 8, 1986 (60109035 P MG):

ALSO SUBMITTED:

One bank surveillance photograph from captioned robbery

Result of examination:                              b6 -2
                                                    b7C -2

One brown head hair was found in the debris from specimens Q12 and Q13. This hair exhibits the same individual microscopic characteristics as the head hairs of ▢ Accordingly, this hair is consistent with having originated from ▢

Brown head hairs were found on specimen Q32. These hairs exhibit the same individual microscopic characteristics as the head hairs of VINCENT DI MARTINO. Accordingly, these hairs are consistent with having originated from DI MARTINO.

Page 6                                              (over)
60109034 S/P RQ

b6 -2
b7C -2

One brown head hair was found on specimen Q67. This hair exhibits the same individual microscopic characteristics as the head hairs of [          ] Accordingly, this hair is consistent with having originated from [          ]

It is pointed out that hair comparisons do not constitute a basis for absolute personal identification.

No hairs like the hairs of the suspects were found on or in specimens Q1 through Q11, Q14 through Q31, Q33 through Q48 and Q50 through Q65.

Foreign textile fibers of various types and colors were removed from the submitted items and have been preserved for possible future comparison.

Particles of glass found in the debris removed from specimens Q1A, Q14, Q60 and Q61 did not originate from the K1 source of glass.

No glass was found in the debris removed from specimens Q4, Q5, Q11 through Q13, Q15 through Q36, Q41, Q50 through Q59, Q62 through Q65 and Q67.

The ski masks (Q18 and Q19), the Corniche jeans (Q15), the Puma tennis shoes (Q26 and Q27), the Concept I tennis shoes (Q28 and Q29) and the leather jackets (Q17 and Q67) appear similar to the same collection of clothing worn by the bank robbers depicted in the bank robbery film. In addition, limited defects were noted in the Concept I tennis shoes (Q28 and Q29) and the Corniche jeans (Q15) that were also noted in the respective shoes and jeans worn by the bank robbers.

It was noted that the leather jacket (Q17) has tears which are not depicted in the bank robbery film. If the jacket is the jacket in the film, the jacket was torn after the bank robbery.

There was not anything else noted that would eliminate the above collection of items as being the same collection of items worn by the bank robbers in the bank robbery film.

The above items of submitted evidence have been photographed and the photographs retained in the Laboratory.

Attempts to determine the height of the bank robbers in the bank robbery film were not successful.

Page 7
60109034 S/P RQ

(over)

You are being advised of the results of the fingerprint examinations of specimens Q1 through Q3, Q5 through Q8, Q37 through Q40, Q42 through Q48 and the ALSO SUBMITTED items and the disposition of those items by a separate report. Specimens Q4, Q9 through Q36, Q41, Q50 through Q65, Q67, K1 through K13 and the ALSO SUBMITTED surveillance photograph are being returned under separate cover by registered mail.

Page 8
60109034 S/P RQ

DEMARTINO-168

Dret

60709034  S/P RQ VJ MG
60189035  P  MG

One brown head hair was found in the debris from spec's Q12 and Q13. This hair exhibits the same individual microscopic characteristics as the head hairs of ⬛⬛⬛ Accordingly this hair is consistent with having originated from ⬛⬛⬛

Brown head hairs were found on spec. Q32. These hairs exhibit the same individual microscopic characteristics as the head hairs of Vincent Di Martino. Accordingly, these hairs are consistent with having originated from Di Martino.

b6 -2
b7C -2

One brown head hair was found on spec. Q67. This hair exhibits the same individual microscopic characteristics as the head hairs of ⬛⬛⬛ Accordingly this hair is consistent with having originated from ⬛⬛⬛

It is pointed out that hair comparisons do not constitute a basis for absolute personal identification.

No hairs like the hairs of the suspects were found on or in spec's. Q1-Q11, Q14-Q31, Q35-Q48, and Q50-Q65.

Foreign textile fibers of various types and colors were removed from the submitted items and have been preserved for poss. future comparison.

DEMARTINO-169

Dict.
(cont'd)

60109034
60109035

dict.—

b6 -1
b7C -1

You are being advised of the results of the fingerprint exams. of spec's Q1-Q3, Q5-Q8, Q37-Q40, Q42-Q48 and the AIS items and the dispo. of those items by a sep. rep. Spec's Q4, Q9-Q36, Q41, Q50-Q65, Q67, and K1-K13 are being ret'd under sep. cover by reg. mail. and the also submitted surveillance photograph

DEMARTINO-170



9-2 (5-12-82)

1/31

**RECORDED**
1/13/86
sh #40

**FEDERAL BUREAU OF INVESTIGATION**
**UNITED STATES DEPARTMENT OF JUSTICE**

Laboratory Work Sheet

1/9/86
MALONE

b2 -2
b6 -1
b7C -1

Km 10917

To: ADIC, New York (91A-25196) (JTF-1)

VINCENT A. DI MARTINO;          b6 -2
                                b7C -2

Re: CHASE MANHATTAN BANK,
8523 20TH AVENUE,
BROOKLYN, NEW YORK
12/9/85;
BR (A)

OO:  New York

FBI FILE NO. 91-118129-14

LAB. NO.    60109034 S/P RQ VJ MG

YOUR NO.

Examination by:

Km 3443

Q4, Q9-Q36, Q41,
Q5DQ07 to MG
1/28

Examination requested by:        Addressee

Reference:                       Communication dated January 7, 1986

Examination requested:           Microscopic Analyses – Mineralogy – Photographic –
                                 Fingerprint

Specimens received:              January 9, 1986

Specimens:

Item from electric meter Closet

Q1      .32 caliber automatic, "Tanfoglio Guiseppe"
        Serial Number C49133, with a fully loaded clip
        and a silencer (4)

Q1A-Towel   Items from gas meter closet

Q2      12 gauge shotgun, "Ithaca," Model Number 37,
        Serial Number 371684003 (5)

36 pbxs
71 sl
Mounted 1/8/86

Q3      Box containing four Remington Buckshot shells,
        12 gauge (5)

Q4      Sock (6)
7-1b
2/18/86
inFm: ame

Q5      Numerous .38 caliber, hollow point ammunition (6) 2nd box

Q6      9 mm automatic PT-92 "Taurus," Serial Number B27726
        (7a)

Q7      Clip of live ammunition (7b)

Q8      .38 caliber revolver Special, Model RG38S "RG" Sport
        MS of Florida serial number – filed off, loaded with
        six live rounds (7c)

Q1,Q2,Q3,
Q5 Q4
Q37-Q42 Q48

Q1,Q2,Q3,Q5-Q8,Q37-Q40, Q42-Q48 (over) – )
ↆK1 ↆall pbxs to VJ 1/29/86
DEMARTINO 1Ct'd 7 Sha--

b6 -1
b7C -1

FBI/DOJ

Q9-Q10    Plastic masks (8a)

Q11    Hat (8b)

Q12-Q13    Gloves (8c)    — *scraped together*

*Items from basement bathroom :*

Q14    Pair of jeans marked "Guess" (12)

Q15    Pair of jeans marked "Cornishe" (12)

Q16    Pair of jeans marked "Jordache" (12)

Q17    Jacket (12)

Q18    Black ski mask (12)

Q19    Blue ski mask (12)

Q20-Q21    Pair of gloves (12)    — *scraped together*

Q22    Sweater (12)

Q23    Plastic bag marked "I ♥ N.Y."

Q24-Q25    Pair of gloves (12a)    — *scraped together*

Q26-Q27    Pair of tennis shoes (12)    — *scraped together*

Q28-Q29    Pair of tennis shoes (12)    *Scraped together*

Q30    Hat (12)

Q31    Shirt (12)

Q32    Jacket (12)

Q33-Q34    Pair of shoes (12)    *"I ♥ N.Y."*

Q34a    *Plastic bag w/ "I ♥ N.Y."*

Q35-Q36    Pair of gloves (12)

*Items from bedroom (master) :*

Q37    Gym bag (24)

Q38    Five double R Buck "Western" Buckshot shells (24a)

Q39    Plastic bag (24b)

Q40    One (1) shotgun "Winchester", Model 1200, 12 gauge, with pistol grip, Serial Number 141714 (24c)

*Scraped together*

Page 2
60109034 S/P RQ                                      (over)

DEMARTINO-172

*Scraped w/ bag*

Q41    White plastic bag marked "Hitachi" containing one
       bullet proof vest, marked "Second Chance," Model
       Y (24q)

*Items from back bedroom :*

Q42    ~~Shotgun shells (27a)~~

Q43    Thirty-one (31) rounds of .32 caliber ammunition
       (27b)

Q44    Five (5) rounds of .38 caliber ammunition (27c)

Q45-Q46    Two (2) magazines (27d)

*Sealed together*

Q47    Cleaning rod (27e)

Q48 *Vorigel of Automat*    ~~Chase Manhattan Bank white canvas bags containing
       two crane blocks (28)~~

Q49 *Not Used*

Q50    Pillowcase (29)

Q51-Q53    Wigs (29a)

Q54-Q57    Two (2) pairs of gloves (29d)    *Q56-N/H*

Q58-Q59    Sport treads tennis shoes (30) — *scraped together*

Q60-Q61    Adidas tennis shoes (30) — *Scraped together*

Q62-Q63    Pro steps tennis shoes (30) *— scraped together*

Q64-Q65    Pumas tennis shoes (30) *— Scraped together*

*Miscellaneous Items*

Q66    Roll of bank surveillance film (6)

Q67    *Jacket (2b)*

K1     Glass sample from bank window (5)

K2     Head hair sample from                    4)

K3     Pubic hair sample from                   (4)

K4     Chest hair sample from                   4)     b6 -2
                                                       b7C -2
K5     Limb hair sample from                    4)

K6     Head hair sample from                    4)

K7     Pubic hair sample from                   (4)

Page 3                                               (over)
60109034 S/P RQ

DEMARTINO-173

K8      Limb hair sample from VINCENT DI MARTINO (4)

K9      Head hair sample from VINCENT DI MARTINO (4)

K10     Pubic hair sample from VINCENT DI MARTINO (4)

K11     Limb hair sample from [          ] (4)

K12     Head hair sample from [          ] (4)        b6 -2
                                                      b7C -2
K13     Pubic hair sample from [          ] (4)

ALSO SUBMITTED:

~~White plastic bag marked "Bain Fork Store" that contained U.S. currency. (2)~~   *plastic bag containing various bags* (2)

Brown paper bag containing a white plastic bag that contained U.S. currency (3)

Sunglasses (8d)

Pair of silver handcuffs (8e)

Pair of black handcuffs (8f)

Plastic container containing white jell (9)

Thirty-four (34) miscellaneous pieces of paper (10a)

Twenty-nine (29) slips or pieces of register receipts (10b)

Fifty-one (51) pieces of $1,000.00 money wrappers (10c)

Seven (7) pieces of $2,000.00 money wrappers (10c)

One (1) piece of $100.00 money wrapper (10d)

*change back to original*
~~Four hundred and sixty-three (463) checks and/or deposit slips (10e)~~

Three crimped and sealed white Chase Manhattan Bank money bags (11a)

Five (5) pieces of $2,000.00 money straps (11b)

Page 4                                              (over)
60109034 S/P RQ

DEMARTINO-174

Four (4) pieces of $100.00 money straps (11c)

Four (4) pieces of register receipts (11d)

One (1) pink customer copy of receipt for $9,634.00 (11e)

Three (3) miscellaneous pieces of paper (11f)

One (1) Chase Manhattan Bank coin section tag from Hoc-C-Town in the amount of ~~$~~ (11g) $67,890.00

One (1) dread noughty brown paper bag (11h)

~~One (11)~~ Du.Barry Jewel Box black plastic bags (11i)

Thirty-eight (38) pennies (11j)

One (1) dime (11k)

Sixteen (16) brown Chase Manhattan Bank payroll deposit bags (11L)

Fourteen (14) blue Chase Manhattan Bank payroll deposit bags (11m)

Paper marked "Advent Wreath Explaination" (12b)

"Morris Dept. Store" receipt, dated 12/9/85 (12c)

One (1) receipt, dated 12/9/85, totalling $51.95 (12d)

Pair of black frame eyeglasses, Serial Number 101-43 in a sterling eyeglass case (12)

Five blue pinstick razors "Gillette" (12)

Can of Barbasol shaving cream (12)

Pair of forged steel scissors (12)

One blue metal hatchet (12)

Two hand-held scanners (13)

Three brown paper bags (14)

One, two (2) dollar bill, Serial Number B56719301A (15)

Page 5
60109034 S/P RQ                                              (over)

DEMARTINO-175

Two (2) radio holders (29b)

Two (2) radio transmitters (29c)

Three (3) pairs of handcuffs (29e)

One (1) set of blue prints (29f)

One white see-thru envelope containing one (1) folded shoe box and brown paper bag

Major case prints of

Major case prints of VINCENT A. DI MARTINO

Major case prints of

Major case prints of

b6 -2
b7C -2

2 Chase Manhattan Bank White canvas bags containing 2 stone blocks (28)

1 Chase Manhattan Bank canvas bag

Plastic bag w/ folded box + brown paper bag

Page 6
60109034 S/P RQ

DEMARTINO-176

60109034  s/p  RQ VJ MG

Q1  No Exam

Q1 A  Towel, Bath-size, Rose-colored, white band w/
Rose embroidery, worn & soiled, label; Royal family/
by Cannon / 100% Cotton Loop yarn / Base Warp and
filling yarn / 65% Polyester - 35% Cotton (color). . . (unsealed
in yellow plastic bag, INIT- correis)

Q2-Q3  No Exam

Q4  Sock, white w/ black and red stripes (athletic-
type), Q5 inside, worn & soiled, no labels (sealed
in clear plastic bag w/ Q5, INIT-base) NO H

Q5  No Exam  (see Q4)

Q6-Q8  No Exam

(Q9-Q13 unsealed together in yellow plastic bag)

Q9 Plastic mask, mustache, white powdery cheeks &
chin, "DON POST MASK..." on bottom of chin,
black elastic strap in back (INIT-rt cheek) No H

Q10 Plastic mask, same description as Q9 (INIT-rt cheek)
No H

DEMARTINO-177

G0109034 S RQ VJ m6

Q11 Hat, white, painter-type, "Herman Klein / 4404
New Utrecht Avenue / Brooklyn, New York 11219 /
854-9090" printed in blue on front, "Paragon /
Paints / Long Island City, N.Y." printed in blue
on back, no other tags, soiled (INIT-rin)

Q12 Glove, black, left hand, driving (?), soiled, label,
ARIS / ISOTONER / One Size / 81% Antron Nylon / 19%
Spandex ... (INIT-tape on edge, scraped w/ Q13)

Q13 Glove, rt. hand, apparel-mate to Q12 (same
description except tag is just washing instructions
(see Q12) (Q14-Q16, Q20-Q22 together in plastic bag)
Q14 Jeans, blue, cut all the way down on left
leg, 2 front pockets, 2 rear pockets - rt. w/
"GUESS ▽ ?" label, zipper & "Guess ▽" button in
front, very faded, label: Guess / For MEN
by Georges Marciano ... 100% Cotton (INIT-waist)

Q15 Jeans, black, 2 front + 2 rear pockets --
rt. w/ "Corniche" label, zipper & "Corniche Jeans"
worn & soiled, no tags or labels (INIT-waist)

Q16 Jeans, blue, 2 front & 2 rear pockets - DETACHING "Jordache"
label, zipper & "Jordache" button in front, tag; J-8,
tag; 100% Cotton / Size 38 / length 2 ... (INIT-waist)

60109034 s/p RQ VJMG

(Q17-Q19 together in unsealed white plastic bag)

Q17 Jacket, black, leather-type, zipper around collar, zipper up front w/ snap at top and bottom, torn or cut down rt side to pocket torn left back shape, 2 pockets ½ on each side in front, snap over one on each side, worn & soiled, tag ... 100% Polyester / tag: Outer Shell : 100% Leather / Lining : 100% Rayon ... , tag; 42 / label; designer international ; (INIT-tape at neck)

Q18 Ski mask, black, pull-on, 2 eyes and one mouth, fairly good condition, no labels, (INIT-tape btwn. eyes)

Q19 Ski mask, Navy, same description as Q18 (see Q18)

Q20 Glove, left hand, brown, work-type, soiled, no labels (INIT-tape at finger)

Q21 Glove, rt. hand, apparent mate to Q20 (same description) (see Q20)

DEMARTINO-179

6010903 FS/FRQ KT MG

Q22 Sweater, pullover, black, gray sleeves & down each side, gray trim at neck, 2 snaps at neck; label; Coronet Casuals ... tag; Unisex/9/small/ Knit; 93% Polyester/7% Rayon ... (INIT-label at neck)

(Q23-Q32 together in sealed plastic bag)

Q23 Bag, white, plastic w/ "I ♡ NY" on each side, handles, soiled, no other labels (INIT-btwn "N + Y")

Q24 Glove, brown, left hand work-type, soiled, tag 100% Cotton (INIT-tape on finger)

Q25 Glove, rt. hand, apparent mate to Q24, no tag, (see Q24)

Q26 Shoe, left foot, tennis-type, gray w/ white trim, "Puma/Ralph Sampson" on , "Puma Ralph Sampson" on outside, "Puma" on inner sole & tongue, white laces (INIT-heel)

Q27 Shoe, right foot, apparent male to Q26 (same description) (see Q26.)

Q28 Shoe, left foot, tennis-type, white, green at heel, "Conapt I" on sole, inner sole, and tongue, white laces (INIT-heel)

DEMARTINO-180

(00109034-S/P R9 KMG

Q29 Shoe, rt. foot, apparent mate to Q28 (same description) (see Q28)

Q30 Hat, dress-type, tweed, basically brown & white w/ gold, blue and red threads, brown button on one side, brown lining, soiled, tag; 7⅜ (INIT-inside rim)

Q31 Shirt, plaid; white, blue, gold and red, long sleeves-each w/ button, 7 buttons down front (6th button - white, all rest-gray) collar, soiled, torn-left side bottom, label; 16-L-16½ / Career Club / ... (INIT-neck)

Q32 Jacket, winter type, purple, strap w/ snap over each shoulder, strap around collar (round) w/ 2 snaps, 2 waist pockets, left breast pocket, left inside pocket, quilted lining, "Members Only" label on breast pocket, worn & soiled, tag; Shell / Exterior Body Lining / Doublure / 65% Polyester - / 35% Cotton / Sleeve Lining / Doublure / 100% Nylon / Padding / Rembourrures / 100% Polyester / Knit / Tricot / 100% Nylon ... Metal tag; Members Only, tag; 44, label; Members Only ... (INIT - label)

DEMARTINO-181

60109034 S/P R2 VJ MG

(Q33-Q36 inside Q34a)

Q33 Shoe, <u>left foot</u>, tennis-type, black w/ 4 gray stripes, 3 velcro straps, (10) on inner sole, heel of sole missing "National Basketball Association / NBA / choice of the Pros" label on tongue, soiled (INIT-stripe)

Q34 Shoe, <u>right foot</u>, apparent mate to Q33 (same description) (see Q34)

Q34a Plastic bag, same description as Q23 (INIT-side)

Q35 Glove, left hand, brown, work type, worn & soiled, <u>No tag or label</u> (INIT-tape on finger)

Q36 Glove, right hand, apparent mate to Q35 (same description (INIT-tape on finger)

Q37-Q40 <u>No Exam</u>

Q41 Bullet-proof vest, white, 2 straps over shoulders, 2 elastic straps across chest, velcro open back (like a pocket), worn + soiled, label; Second Chance ... 65% Dacron Polyester & 35% Cotton, label (Second / Model Y (sealed inside of "Hitachi" bag inside <u>sealed clean</u> plastic bag), INIT near label)

DEMARTINO-182

60109034 S/P RQ KT ME

Q42-Q48  No Exam

Q49  Not used

Q50 Pillowcase, lt. blue, worn & soiled, no tag or label, (contained Q51-Q57)  (INIT-rim)

Q51 Wig, gray-colored, lt. blue lacy lining, tag; A'modacrylic Fiber (sealed in clear plastic bag w/ Q52, Q53, INIT-near tag)

Q52 Wig, DK. Brown, Black lining, no tags (see Q51)

Q53 Wig, dirty blond, lacy tan lining, label; Bicentennial [TM(collection/ 1976/ 100% Modacrylic Fiber / Hairpiece ... tag; .. 100% ELura/ modacrylic Fiber .. (see Q51)

Q54 Glove, work glove, brown, right hand (Sealed in clear plastic bag W/ Q55-Q57, INIT-tag on finger)

Q55 Same as Q54, rt hand also (see Q54)
Q56 Same as Q54, left hand (see Q54)
Q57 Apparent mate to Q56, rt hand (see Q54)

**DEMARTINO-183**

Q58-65 All tennis-types!                    601090:34 SRQVANG

Q58 Shoe, left foot, "slip on" - no laces, white,
"SPORTTREADS" on innersole , "10" on inside
heel, fairly good condition, no other labels
(sealed in clear plastic bag w/ Q59, INIT-heel)

Q59 Shoe, right foot, apparent mate to Q58 (same
description)      (see Q58)

Q60 Shoe, left foot, white w/ 3 off-white stripes, off-
white laces, "adidas" on heel and tongue,
label on innersole; ad.das / Superstar /. Upper: Leathy
.. Sole: Rubber .. 6½ (sealed in clear plastic
bag, INIT-heel)

Q61 Shoe, right foot, apparent mate to Q60 (same
description)      (see Q60)

Q62 Shoe, left foot, hightops, off-white, off-white
laces, soiled & stained (3 tar), "P.S / Pro steps",
label on tongue; P S Pro Steps. . . (7½) on heel
w/ "Pro Steps" label, tay; .. 7½/Leather Upper/
Balance man made Materials... (sealed in
clear plastic bag w/ Q63, INIT-heel)

Q63 Shoe, left foot, apparent mate to Q62 (same
description)   (see Q62)

DEMARTINO-184

60109034 S/P RQ VT MS

Q64 Shoe, left foot, white w/ off-white trim
"Puma" on heel and outersole, "Puma Basket" on
side, animal on heel, "Puma" label on tongue,
writing on innersole illegible except- 8 soiled
(sealed in clear plastic bag w/ Q65, INIT-heel)

Q65 Shoe, rt. foot, apparent mate to Q64
(same description) (see Q64)

Q66 No Exam

Q67 Jacket, black, leather, same description as
Q17 except: hood coming out of zipper at
neck, tears inside instead of outside, soiled,
(sealed in clear plastic bag)

DEMARTINO-185

60109034-5

K2 Head hair samples from _____
Received sealed in 2 white envelopes. (Plucked + cut)

K3 Pubic hair samples from _____
Received sealed in 2 white envelopes (Plucked + cut)

K4 Chest hair samples from _____    b6 -2
Received sealed in 2 white envelopes (Plucked + cut).    b7C -2

K5 Limb hair samples from _____
Received sealed in 3 zip lock bags + in white
envelope; NoTe: Leg hair Brush, no hairs were in
zip lock bag.

K6 Head hair samples from _____
Received sealed in 3 zip lock bags + in white
envelope;

K7 Pubic hair samples from _____
Received sealed in 3 zip lock bags + in white
envelope;

K8 Limb hair samples from Vincent Di Martino;
Received sealed in 3 zip lock bags + in white
envelope;

K9 Head hair samples from Vincent Di Martino;
Received sealed in 3 zip lock bags + in white
envelope;

DEMARTINO-186

60109034-S

K10 Pubic hair samples from Vincent DiMartino;
Received sealed in 3 zip lock bags + in white
envelope.

K11 Limb hair samples from
Received sealed in 3 zip lock bags + in white
envelope.

b6 -2
b7C -2

K12 Head hair samples from
Received sealed in 3 zip lock bags + in white
envelope.

K13 Pubic hair samples from
Received sealed in 3 zip lock bags + in white
envelope.

DEMARTINO-187

<u>NOTES</u>

60109034 RQ

HAIR

K2 _[redacted]_ *Num la-dll. PNo, C.C., cut, ldv.* ←→"
M - *ab-lln, dll dusl, ll dll ll mdl-il, sia...*
*...red., cli. sig., rcol. ll...*
*...hug, crav-fan, sn she, sn OO'd'prtlkm...*"

K3 _[redacted]_ *Num dl l. PNo. C.C., ph hp, ddv.*

b6 -2
b7C -2

K4 _[redacted]_ *Sew. l. P No, C.C., NSPS*

K5 _[redacted]_ *C few dh NR, C.C., NSPS*

K6 _[redacted]_ *Num l. dll. l NNa, C.C., cut, ldv. ←→"*

K7 _[redacted]_ *Num la-dll. l NNa, C.C., ph hp, ddv*

K8 (DiMartino) *Sew. l. NNa C.C., NSPS*

K9 (Raffa___) *Num l. NNa, C.C., cut hp, ldv ←→"*
M - *ab-m, ll did, ll ndl, nams*
*cut red, cli. sig, rcal, ndl*
*P - md hug, md fan; PD, sn obs, ____*

DEMARTINO-188

NOTES

HAIR                                      60109034

K10 (DiMartino) Num. ll.dbl. PN. CC, ddv.

b6  -2
b7C -2

K11 [redacted]  Num. l. NN. CC, NSFC

K12 [redacted]  Num. l. NN. CC, cut tip, dd.v. → 2⅛"
M. alt. lla, ll. dst., bl. mtl., perm...
...med, cl., p.p, colo. mdd...
...med. med. fin. Bn. Blk., PPD. Bn. 063/a

K13 [redacted]  Num. dk l. P.N. CC, dt tip, dd.v.

O1 - NH
O1A - A few blond NN. C.O. ≠ K2, K6, K9, K12
O2 - O10 - NH
* O11 - 1 l. N, NSFC
* O12 - O13 - 1 l. NN, CC. = K2, ≠ K6, K9, K12
✓ O14 - A few l. NN. CC. ≠ K2, K6, K9, K12
A few l. N, NSFC

✓ O15 - 1 l. P.N. CC ≠ K6, K7, K9, K13
Sev. l. N., CC, NSFC

O16 - A few l. N, CC, NSFC

DEMARTINO-189

NOTES

60109034

HAIR

O17- 2 h N's, CC, NSFC
O18- 1 h DD, c.c., NSFC
O19- 2h N's, cc, NSFC
O20-O21- NH
O22- ____ , Af h HN's, c.o. ± K₇ K₁, K₉, K₁₂
O23- J h N's, NSFC
O24-O25- 1 h N, c.o, NSFC
O26-O27- Animal N's
O28-O29- 2 h N's, c.c, NSFC
O30- 1 h H, NSFC
O31- a few h N's, CC, NSFC
✱O32- a few h N's, c.c. + N's, ± K₂, K₀, K₁₂
        a few h N's, c.c. + K₃, K₀, K₉ K₂
O33-O34- a few h N's, c.c. ± K₂, K₀, K₉, K₁₂
O34A- 1 h H, NSFC
O35-O36- 1 h H, c.c., NSFC
O37-O40- NH
O41- a few h N's, c.c. ± K₃, K₀, K₉, K₁₂
O42- NH
O43- NH
O44-O48- NH
O49 ____
O50- a few h N's, NSFC
O51- 1 h N, c.c, NSFC
        Run with Pb
O52- NH
O53- NH

**DEMARTINO-190**

NOTES

HAIR                                          60109034

O54 - A few li No, c.c, NSFC
O55 - 1 li M, C.C, NSFC
O5C - NA
O57 - 1 li li H li, c.o. ≠ K₃, K₆, K₉, K₁₂
O58 ⊕ - 1 li H, NSFC
O60 - NA
O61 - NH
O62 - O63 - A few li No, c.c, NSFC ≠ K₇ K₆, K₉ K₁₂
        A few li N li, C.C, NSFC
        A few li li li, C.C, K₁₂?

O64.O65 - 2 li No, NSFC
O66
        1 li li li C.C, - K₁₂, ≠ K₃, K₆, K₉

DEMARTINO-191

60109034

<u>Dictation</u>

Particles of glass found in the debris removed from specimens Q1A, Q14, Q60 & Q61 did not originate from the K1 source of glass.

No glass was found in the debris removal from specimens Q4, Q5, Q11 through Q13, Q15 through Q36, Q41, Q50 through Q59, Q 62 through Q65 & Q67.

7-2 (5-1-82)



*Class 60/70 7*



RECORDED
1/13/86
sh #40

**FEDERAL BUREAU OF INVESTIGATION
UNITED STATES DEPARTMENT OF JUSTICE**

*Laboratory Work Sheet*

1/9/86
MALONE

b6 −1
b7C −1

To: ADIC, New York (91A-25196) (JTF-1)

VINCENT A. DI MARTINO;

FBI FILE NO. 91 - 116 . . . 14

LAB. NO.    60109034 S/P RQ VJ MG

YOUR NO.

Re: CHASE MANHATTAN BANK,
8523 20TH AVENUE,
BROOKLYN, NEW YORK
12/9/85;
BR (A)

b6 −2
b7C −2

Examination by:

OO:  New York

Examination requested by:     Addressee

Reference:     Communication dated January 7, 1986

Examination requested:     Microscopic Analyses - Mineralogy - Photographic -
Fingerprint

Q1-Q8, Q3T-Q40, Q42-Q4T

Specimens received:     January 9, 1986   K1 and all photo's
real 1/29 from RQ
rtd 1/31

Specimens:

Q1     .32 caliber automatic, "Tanfoglio Guiseppe,"
Serial Number C49133, with a fully loaded clip
and a silencer (4)

Q14     Towel

Q2     12 gauge shotgun, "Ithaca," Model Number 37,
Serial Number 371684003 (5)

Q3     Box containing four Remington Buckshot shells,
12 gauge (5)

Q4     Sock (6)

Q5     Numerous .38 caliber, hollow point ammunition (6)

Q6     9 mm automatic PT-92 "Taurus," Serial Number B27726
(7a)

Q7     Clip of live ammunition (7b)

Q8     .38 caliber revolver Special, Model RG38S "RG" Sport
MS of Florida serial number - filed off, loaded with
six live rounds (7c)

Page 1                                              (over)

DEMARTINO-193

F91/003

Q9-Q10      Plastic masks (8a)

Q11         Hat (8b)

Q12-Q13     Gloves (8c)

Q14         Pair of jeans marked "Guess" (12)

Q15         Pair of jeans marked "Cornishe" (12)

Q16         Pair of jeans marked "Jordache" (12)

Q17         Jacket (12)

Q18         Black ski mask (12)

Q19         Blue ski mask (12)

Q20-Q21     Pair of gloves (12)

Q22         Sweater (12)

Q23         Plastic bag marked "I Love N.Y."

Q24-Q25     Pair of gloves (12a)

Q26-Q27     Pair of tennis shoes (12)

Q28-Q29     Pair of tennis shoes (12)

Q30         Hat (12)

Q31         Shirt (12)

Q32         Jacket (12)

Q33-Q34     Pair of shoes (12)

Q35-Q36     Pair of gloves (12)

Q37         Gym bag (24)

Q38         Five double R Buck "Western" Buckshot shells (24a)

Q39         Plastic bag (24b)

Q40         One (1) shotgun "Winchester", Model 1200, 12 gauge,
            with pistol grip, Serial Number 141714 (24c)

Page 2                                          (over)
60109034 S/P RQ

DEMARTINO-194



Q41    White plastic bag marked "Hitachi" containing one
       bullet proof vest, marked "Second Chance," Model
       Y (24a)

Q42    Shotgun shells (27a)

Q43    Thirty-one (31) rounds of .32 caliber ammunition
       (27b)

Q44    Five (5) rounds of .38 caliber ammunition (27c)

Q45-Q46    Two (2) magazines (27d)

Q47    Cleaning rod (27e)

Q48-Q49    Chase Manhattan Bank white canvas bags containing
           two stone blocks (28)

Q50    Pillowcase (29)

Q51-Q53    Wigs (29a)

Q54-Q57    Two (2) pairs of gloves (29d)

Q58-Q59    Sport treads tennis shoes (30)

Q60-Q61    Adidas tennis shoes (30)

Q62-Q63    Pro steps tennis shoes (30)

Q64-Q65    Pumas tennis shoes (30)

Q66    Roll of bank surveillance film (6)

K1     Glass sample from bank window (5)

K2     Head hair sample from [                    ] (4)

K3     Pubic hair sample from [                   ] (4)

K4     Chest hair sample from [                   ] (4)

K5     Limb hair sample from [                    ] (4)    b6 -2

K6     Head hair sample from [                    ] (4)    b7C -2

K7     Pubic hair sample from [                  ] (4)

Page 3
60109034 S/P RQ                                              (over)

DEMARTINO-195

K8          Limb hair sample from VINCENT DI MARTINO (4)

K9          Head hair sample from VINCENT DI MARTINO (4)

K10         Pubic hair sample from VINCENT DI MARTINO (4)

K11         Limb hair sample from ⬚(4)

K12         Head hair sample from ⬚(4)    b6 -2

K13         Pubic hair sample from ⬚(4) b7C -2

ALSO SUBMITTED:

White plastic bag marked "Bari Pork Store" that
contained U.S. currency (2)

Brown paper bag containing a white plastic bag
that contained U.S. currency (3)

Sunglasses (8d)

Pair of silver handcuffs (8e)

Pair of black handcuffs (8f)

Plastic container containing white jell (9)

Thirty-four (34) miscellaneous pieces of paper
(10a)

Twenty-nine (29) slips or pieces of register
receipts (10b)

Fifty-one (51) pieces of $1,000.00 money wrappers
(10c)

Seven (7) pieces of $2,000.00 money wrappers (10c)

One (1) piece of $100.00 money wrapper (10d)

Four hundred and sixty-three (463) checks and/or
deposit slips (10e)

Two crimped and sealed white Chase Manhattan Bank
money bags (11a)

Five (5) pieces of $2,000.00 money straps (11b)

Page 4                                              (over)
60109034 S/P RQ

DEMARTINO-196

Four (4) pieces of $100.00 money straps (11c)

Four (4) pieces of register receipts (11d)

One (1) pink customer copy of receipt for $9,634.00 (11e)

Three (3) miscellaneous pieces of paper (11f)

One (1) Chase Manhattan Bank coin section tag from Hoc-C-Town in the amount of $67,890.00 (11g)

One (1) dread noughty brown paper bag (11h)

Eleven (11) Du Barry Jewel Box black plastic bags (11i)

Thirty-eight (38) pennies (11j)

One (1) dime (11k)

Sixteen (16) brown Chase Manhattan Bank payroll deposit bags (11L)

Fourteen (14) blue Chase Manhattan Bank payroll deposit bags (11m)

Paper marked "Advent Wreath Explaination" (12b)

"Morris Dept. Store" receipt, dated 12/9/85 (12c)

One (1) receipt, dated 12/9/85, totalling $51.95 (12d)

Pair of black frame eyeglasses, Serial Number 101-43 in a sterling eyeglass case (12)

Five blue pinstick razors "Gillette" (12)

Can of Barbasol shaving cream (12)

Pair of forged steel scissors (12)

One blue metal hatchet (12)

Two hand-held scanners (13)

Three brown paper bags (14)

One, two (2) dollar bill, Serial Number B56719301A (15)

Page 5                                                          (over)
60109034 S/P RQ

DEMARTINO-197

U.S. Currency in bill form (24a)

Two (2) radio holders (29b)

Two (2) radio transmitters (29c)

Three (3) pairs of handcuffs (29e)

One (1) set of blue prints (29f)

One white see-thru envelope containing one (1)
folded shoe box and brown paper bag

Major case prints of 

Major case prints of VINCENT A. DI MARTINO

Major case prints of

Major case prints of

b6 .-2
b7C -2

NYCPD Laboratory Examination Report

Page 6
60109034 S/P RQ

1-30-86

New York, NY                                    60109034

- Items Q1-Q2, Q6-Q8, Q40 appear to have
  been dusted for prints - no exam.
-        Items Q3, Q37-Q39, Q42-Q45 - No exam
- Items Q1A, Q4-Q5, Q11, Q13-Q36, Q41, Q50-Q65, Q67
  prev. scraped by RQ - no'l. debris in separately
  sealed pbx's.

K1 Glass samples from bank windows - rec'd
in sealed plastic bag within envelope.
Two pieces of plate glass, clear, colorless
Thicknesses   K1A = .2214  } fluor on 1 side } same
    "         K1B = .2206  }                   R.I.

Q1A Towel - FAGN?     7 part. noted - all o.s.

Q4 Sock
Q5 Numerous .38 caliber, buildout pt. ammun.
   Debris rec'd in one pbx for Q4-Q8.
   No glass noted in debris

Q11 Hat - No glass noted

Q12-Q13 Gloves - No glass noted

Q14 Pair of jeans marked "Guess" - 1 part. - o.s.

Q15 Pair of shoes marked "Corvette" - no glass
DEMARTINO-199 noted

60109034

Q16. Pair of jeans marked "Jordache - no glass

Q17 Jacket - no glass noted

Q18 Black ski mask - no glass noted

Q19 Blue ski mask - no glass noted

Q20-Q21 Pair of gloves - no glass noted

Q22 Sweater - no glass noted

Q23 Plastic bag marked "I love N.Y." - no glass

Q24-Q25 Pair of gloves - no glass noted

Q26-Q27 Pair of tennis shoes - no glass noted

Q28-Q29 Pair of tennis shoes - no glass noted

Q30 Hat - no glass noted

Q31 Shirt - no glass noted

Q32 Jacket - no glass noted

Q33-Q34 Pair of shoes - no glass noted
Q34A - no glass

DEMARTINO-200

60109054

Q35-Q36 Pair of gloves - no glass noted

Q41 white plastic bag... - no glass noted

Q50 Pillowcase - no glass noted

Q51-Q53 W.gs - no glass noted

Q54-Q57 - Two (2) pairs of gloves - no glass

Q58-Q59 Sport treads tennis shoes - no glass

Q60-Q61  Adidas tennis shoes - 2 part. - O.S.

Q62-Q63  Pro-steps tennis shoes - no glass

Q64-Q65 Puma tennis shoes - no glass

Q67 Jacket - no glass noted

DEMARTINO-201

7-63 (3-29-55)

1-30-96

New York, NY                                          60109034

| | 65° | 70° | 75° | 80° | | |
|---|---|---|---|---|---|---|
| K1 From Scene | 596 | 546 | 511 | 481 | | |
| Q1A Towel (7) | 588 | 541 | 505 | 477 | O.S. | |
| Q1A Jeans (1) | 584 | 535 | 502 | 477 | O.S. | |
| Q60-Q61 Tennis Shoes (1) | 629 | 572 | 528 | 477 | O.S. | |
| (1) | 522 | 494 | O.S. | | | |

DEMARTINO-202

F01/00J

FD-36 (Rev. 8-26-82)

FBI

1/9

TRANSMIT VIA:
☐ Teletype
☐ Facsimile
☒ AIRTEL

PRECEDENCE:
☐ Immediate
☐ Priority
☐ Routine

CLASSIFICATION:
☐ TOP SECRET
☐ SECRET
☐ CONFIDENTIAL
☐ UNCLAS E F T O
☐ UNCLAS     1/7/86
Date

TO:       DIRECTOR, FBI
          (ATTN: ID/LFS, LABORATORY DIVISION,
          MICROSCOPIC ANALYSIS UNIT, LABORATORY
          DIVISION, SPECIAL PHOTOGRAPHIC UNIT
          AND LABORATORY DIVISION, MINERALOGY UNIT)

From:     ADIC, NEW YORK (91A-25196) (P) (JTF-1)     b6 -1
                                                      b7C -1

SUBJECT:  VINCENT A DI MARTINO;
                                        b6 -2
                                        b7C -2

          CHASE MANHATTAN BANK,
          8523 20TH AVENUE,
          BROOKLYN, NEW YORK
          12/9/85
          BR (A)
          (OO: NY)

          Personally Delivered By

          ☒ Call Back

          60109034

          ReNYtel to the Bureau, dated 12/10/85.

          Enclosed for the Bureau are the following items:

          1.   Major case prints of                    VINCENT A.   b6 -2
DI MARTINO,                                                          b7C -2

          2.   Inventory of enclosed items.

          3.   New York City Police Department (NYCPD) Laboratory
Examination report of ballistics tests performed on enclosed
weapons.

          4.   Hair samples of              VINCENT A.
DI MARTINO,
                                            b6 -2
                                            b7C -2

6-Bureau (Encs.  )
   (1-ID/LFS)
   (1-Laboratory Division/Microscopic Analysis Unit)
   (1-Laboratory Division/Special Photographic Unit)
   (1-Laboratory Division/Mineralogy Unit)
1-New York LFJ:akf    (8)

Approved: _____  Transmitted _____  Per _____
                              (Number)    (Time)

                    * U.S. Government Printing Office: 1984-431-512/6249

          7-16
b6 -1  2/8/86
b7C -1               DEMARTINO-203

NY 91A-25196

5.  Glass samples obtained from the Chase Manhattan Bank, 8523 20th Avenue, Brooklyn, New York.

6.  One (1) roll of bank surveillance film obtained from captioned bank.

For the information of the Bureau, at approximately 8:55 AM, on Monday, 12/9/85, two (2) of the captioned subjects gained entry to the Chase Manhattan Bank prior to its opening by throwing granite-like bolders through the bank window and thereafter jumping through the blownout window.  Once inside, both subjects gained control of the Chase Manhattan Bank employees by ordering everyone to the floor and threatening to kill anyone that moved.  One of the subjects (floorman) remained on the floor, yelling out the commands, while the other subject (vaulter) then vaulted an iron railing along the banking platform and overpowered bank employees as he made his way behind the tellers' counter.

The vaulter went directly to three (3) large Chase Manhattan Bank canvass bags containing night deposits from the weekend and "Holdovers" (deposits from Friday, 12/6/85), at which time he dragged two of the bags from behind the tellers' counter to the floorman.  The vaulter returned to the tellers' counter, retrieved the three bags and thereafter fled the bank with the floorman in an unknown direction.  Both subjects were described as being White Males, approximately five feet seven inches to five feet nine inches, armed with handguns, wearing ski masks, gloves and dark casual clothes.

Subsequent to the above-mentioned events, information was developed and captioned subjects were arrested at              Brooklyn, New York.  A search of that premise resulted in the seizure of the enclosed items.

b6 -2
b7C -2

For the information of the Bureau (ID/LFS), on the evening of 12/10/85, a forensic examination was conducted on the five weapons and the rounds loaded in those weapons by Detective              of the Joint Bank Robbery Task Force (JBRTF) and they were then taken to the New York City Police Department (NYCPD) Laboratory where ballistics tests were performed.

b6 -3
b7C -3

- 2DEMARTINO-204

NY 91A-25196

For the information of the Bureau, the trial date
has been scheduled for 2/11/86 in the Southern District of
New York (SDNY). It is therefore requested that the results
of the foregoing examinations be furnished to the New York
Office (NYO) in a most expeditious manner.

REQUEST OF THE BUREAU

ID/LFS is requested to examine all paper items
for any latents of value and thereafter compare those latents
to the enclosed major case prints of captioned subjects.

ID/LFS is also requested to break down the enclosed
weapons and examine the internal parts of each weapon for any
latents of value and thereafter compare those latents to the
known fingerprints of captioned subjects.

The Laboratory Division/Microscopic Unit is requested
to examine the enclosed clothing for any hairs and fibers of
value which could be attributed to a common source and there-
after compare those hairs of value to the enclosed known hair
samples of subjects.

The Laboratory Division/Special Photographic Unit
is requested to conduct a photographic comparison of the clothing
items seized with the enclosed bank surveillance film for any
similarities.

The Laboratory Division/Mineralogy Unit is requested
to compare the enclosed known glass specimens from the scene
of captioned bank robbery with any particles of glass found
on any of the enclosed items.

ARMED AND DANGEROUS.

- 3 -

FD-515 (Rev. 6-8-85)
**ACCOMPLISHMENT REPORT**
(Submit within 30 days from date of accomplishment)

TO: DIRECTOR, FBI
ADIC, NEW YORK
XXX

FROM:

SUBJECT:
VINCENT DI MARTINO; JTF-1

b6 -2
b7C -2
CHASE MANHATTAN BANK,
8523 20TH AVENUE,
BROOKLYN, NEW YORK
12/9/85
BR (A) New York
(OO: NY)

91-118829    b6 -1
Bureau File Number    b7C -1    Date 5/15/86
91A-25196
Field Office File Number

Squad or RA Number

Agent's Social Security No.

X if a joint operation with:
NYCPD
(identity of other agency)

X if case involves exemption of a public official (Federal, State or Local).

On 5/13/86, in the Eastern District of New York (EDNY),
United States District Court, SCOTT REBACK and VINCENT DI MARTINO
were convicted of Conspiracy (Title 18, United States Code, Section
371) and Possession of Stolen Property (Title 18, United States
Code, Section 2113c). STEVEN ARENA was convicted of Conspiracy,
Possession of Stolen Property, Armed Bank Robbery (Title 18, United
States Code, Section 2113d) and Bank Robbery (Title 18, United
States Code, Section 2113a). _____ was acquitted of all
counts (Title 18, United States Code, Sections 371, 2113a, c and d).
Sentencing is scheduled for 6/19/86.

b6 -2
b7C -2

LFJ:akf    98 JAN 21 1987
(5)

DEMARTINO-206

NY 91A-25196

Captioned subjects are described as follows:

Name:
Race:
Sex:
Date of Birth:
Place of Birth:
SSAN:                    Unknown

b6 -2
b7C -2



Name:                    VINCENT DI MARTINO
Race:                    White
Sex:                     Male
Date of Birth:           7/7/55
Place of Birth:          New York
SSAN:                    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, 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,
                         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 and 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

Name:
Race:
Sex:
Date of Birth:
Place of Birth:
SSAN:                    Unknown

Name:
Race:
Sex:
Date of Birth:
Place of Birth:
SSAN:                    Unknown

- 2 -

DEMARTINO-207