FD-515 (Rev. 6-6-85)
ACCOMPLISHMENT REPORT
(Effective 10/1/85)
(Submit within 30 days from date of accomplishment)

TO: DIRECTOR, FBI

ADIC, NEW YORK

SUBJECT:
VINCENT A. DIMARTINO; JTF-1

CHASE MANHATTAN B
b6 -2  8523 20TH AVENUE
b7C -2 BROOKLYN, NEW YORK
12/9/86
BR-A
(OO: NY)

91-118829
Bureau File Number

91A-25196
Field Office File Number

Squad or RA Number

NYCPD
(Identity of other agency)

b6 -1
b7C -1

Date 2/20/86
2/21/86

b7E -1

| | Rating | | Rating | | Rating | | Rating |
|---|---|---|---|---|---|---|---|
| 1. Acctg Tech Assistance | | 9. Eng. Sect. Tape Exams | | 16. Photographic Coverage | | 23. UCO Group I | |
| 2. Airtel Assistance | | 10. Ident Div Assistance | | 17. Polygraph Assistance | | 24. UCO Group II | |
| 3. Computer Assistance | | 11. Imprest Information | | 18. Show Money Usage | | 25. VC Other | |
| 4. Consensual Monitoring | | 12. Lab Div Exams | | 19. Surveil. Sqd. (SOG) Asst | | 26. NCAVC/ VI-CAP | |
| 5. ELSUR - FISC | | 13. Lab Div Fld Support | | 20. SWAT Team Action | | 27. Visual Invest. Analysis | |
| 6. ELSUR - Title III | | 14. Pen Registers | | 21. Tech. Agt. or Tech Equip | | | |
| 7. Eng. Sect. Field Support | | | | | | | |

A. Preliminary Judicial Process     Complaints  Informations  Indictments
   (Number of subjects)     4

B. Recoveries, Restitutions, or Potential Economic Loss Prevented (RELP)

| Property Type Code* | Recoveries | Restitutions | RELP Type Code* | Potential Economic Loss Prevented |
|---|---|---|---|---|
| | $ | $ | | |
| | $ | $ | | |

E. Arrests, Locates, Summonses or Subpoenas Served (No. of Subj)

| Subject Priority* | A | B | C | |
|---|---|---|---|---|
| | | | | Subpoenas Served |
| FBI Arrests - | 2 | | | |
| FBI Locates - | | | | Criminal Summons |
| Local Arrests - | | | | |
| FBI Subj. Realized - | 2 | Armed | | Local Crim. Summons |

G. Release of Hostages or Children Located   (Number of Hostages or Children Located)
   Hostages Held By Terrorists   At Other Hostage Situations
   Missing or Kidnapped Children Located

H. Civil Matters
   Amount of Suit $
   Settlement or Award $
   Government Defendant
   Government Plaintiff
   Enter AFA Payment Here

F. Final Judicial Process:   Judicial District

| | District | State | Conviction or Pretrial Div. Date | Sentence Date | No. of Subjects | Acquitted | Dismissed |
|---|---|---|---|---|---|---|---|

Subject 1 — Subject Description Code*
Subject 3 — Subject Description Code*
Subject 2 — Subject Description Code*
Subject 4 — Subject Description Code*

Remarks:  (For every subject reported in Sections A, B or F above, provide name, DOB, sex*, sex, and POB and SSAN if available.)
91-118829-14X1

   On 12/9/86, Captioned Subjects were arrested for Armed Bank Robbery by
members of the Joint Bank Robbery Task Force (JBRTF), at Brooklyn, New York.
Subsequent to arrest Assistant United States Attorney (AUSA) LAURENCE SHTAYSEL,
Eastern District of New York (EDNY), authorized the filing of Complaint, charging
each with Armed Bank Robbery (Title 18 United States Code, Section 2113 (d) and 2.)
The subjects are described as follows:

Name
DOB
b6 -2
b7C -2

17 MAR 12 1986

2 - Field Office
* See codes on reverse side.

1  66-8492    1-New York LFJ/lj (5)

DEMARTINO-208

New York 91A-25196    (continued FD-515)

```
Race
Sex
POB
SSAN
NYSID
FBI
```

```
Name      VINCENT A. DIMARTINO
DOB       July 7, 1955
Race      White
Sex       Male
SSAN      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
          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
          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
          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
NYSID     3810850H
FBI       763958R6
```

b6 -2
b7C -2

```
Name
DOB
Race
Sex
SSAN
POB
NYSID
FBI
```

```
Name
DOB
Race
Sex
POB
SSAN
NYSID
FBI
```

Subsequent to arrest, subjects appeared before United States Magistrate JOHN L. CADEN, EDNY, at which time CADEN remanded each to the custody of the United States Marshals in lieu of bail and scheduled a Detention Hearing for December 12, 1985. As a result of the Detention Hearing, CADEN remanded DI MARTINO [        ] to the custody of the USM and released [        ] on a Personal Recognizance Bond of $25,000.00 which was to be co-signed by members of [        ] immediate family.

b6 -2
b7C -2

DEMARTINO-209

FD-515 (Rev. 8-8-85)
ACCOMPLISHMENT REPORT
(Effective 10/1/85)
(Submit within 30 days from date of accomplishment)

TO: DIRECTOR, FBI

FROM: ADIC, NEW YORK

SUBJECT:

VINCENT A. DiMARTINO;

CHASE MANHATTAN BANK
8523 20TH AVENUE
BROOKLYN, NEW YORK
12/9/85
BR-a
(OO: NY)

b6 -1
b7C -1

b6 -2
b7C -2

Date: 2/27/86

91-118829
Bureau File Number

91A-25196
Field Office File Number

JTF-1

b7E -1

| Property Type Code* | Recovered | Restitution | PELP Type Code* | Potential Economic Loss Prevented |
|---|---|---|---|---|
| 1 | $183,944.48 | $ | | |
| 2 | $15,679.00 | $ | | |

Remarks: 91-118829  14X2

Subsequent to the arrest of captioned subjects at
Brooklyn, New York, on 12/9/85, by members of the Joint Bank Robbery
Task Force, a Search Warrant was obtained for those premises. As a result
of the search, $183,944.48 in United States Currency and $15,679.00 in personal
checks were seized.

b6 -2
b7C -2

17 MAR 12 1986

1-(66-6492)   1- New York LFJ/lj  (5)

DEMARTINO-210

FD-315 (Rev. 6-6-85)
ACCOMPLISHMENT REPORT
(Effective 10/1/85)
(Submit within 30 days from date of accomplishment)

TO: DIRECTOR, FBI

FROM: SAC, NEW YORK (91A-25196)

SUBJECT:

VINCENT A. DIMARTINO;

CHASE MANHATTAN BANK
8523 20TH AVENUE
BROOKLYN, NEW YORK
12/9/86
BR-A
(OO; NY)

91-118829  Bureau File Number
91A-25196  Field Office File Number
JTF-1  Squad or RA Number

b6 -1
b7C -1

Date 2/26/86

b7E -1

b6 -2
b7C -2

NYCPD

Remarks:

On 12/23/85, a Federal Grand Jury (FGJ), Eastern District of New York (EDNY) returned a True Bill of Indictment against [          ] DI MARTINO charging each with violation of Title 18 USC, Section 2113 (c) & 2. (Receiving proceeds from Bank Robbery.)

On 1/13/86, the FGJ, EDNY, returned a Superseding Indictment against [          ] DI MARTINO [          ] charging each with violation of Title 18 USC, Section 371 (Conspiracy to commit Armed Bank Robbery).

17 MAR 12 1986

2 -          1 - (66-8492)    1- New York LFJ/1j  (5)    b6 -2
* Field Office                                            b7C -2
* See codes on reverse side.

DEMARTINO-211

 

New York (91A-25196)  continuation of FD-515.

b6 -2
b7C -2

On 2/3/86, the FGJ, EDNY, returned a Superseding Indictment against [          ] charging [          ] with violation of Title 18 USC, Sedtions 371 and 2113 (c) & 2. (Conspiracy to commit Armed Bank Robbery and Receiving proceeds from Bank Robbery.

On 2/19/86, the FGJ, SDNY, returned a Superseding Indictment against [          ] DIMARTINO, [          ] charging each with violation of Title 18 USC, Section 2113 (d) (Armed Bank Robbery).

The Superseding Indictment was a result of eye-witness identification of [          ] and identifications by the Identification Division, Latent Fingerprint Section and the Laboratory Division, Microscopic Analysis Unit (Hairs and Fibers), Special Photographic Unit and Firearms Unit of Captioned Subjects.

On 1/8/86 four (4) FGJ Subpoenas were served by members of the Joint Bank Robbery Task Force on the [          ]
[          ]

b3 Rule 6(e)

## Memorandum  

To      :   DIRECTOR, FBI (91-118829)          Date    7/8/86

            ADIC, NEW YORK (91A-25196) (C) (JTF-1)

Subject :
            VINCENT DI MARTINO;                b6 -2
                                               b7C -2
            CHASE MANHATTAN BANK,
            8523 20TH AVENUE,
            BROOKLYN, NEW YORK
            12/9/85.
            BR-A
            (OO:  NY)


        ReNYFD-515 to the Bureau, dated 6/24/86.

        Referenced New York FD-515 advised of sentences
imposed against captioned subjects on 6/19/86 by United
States District Judge HENRY BRAMWELL, Eastern District of
New York (EDNY).

        Due to the fact that this investigation has
been brought to a logical conclusion, this case is being
closed.

        ARMED AND DANGEROUS.


                                    91-118829- 15

                                    6 JUL 11 1986

2-Bureau
1-New York

LFJ:akf
(3)

64 JUL 21 1986

                                    DEMARTINO-213

O-4a (Rev. 5-31-83)
**FEDERAL BUREAU OF INVESTIGATION**
WASHINGTON, D. C. 20535

DATE: 4/18/86

TO: ADIC, New York

Re:

ET AL;
CHASE MANHATTAN BANK
8523 20TH AVENUE
BROOKLYN, NEW YORK
12/9/85;
BR (A)

b6 -2
b7C -2

PERSONAL ATTENTION

─────────────────── Invoice of Contents ───────────────────

Description of Contents:

$32,786.00 in U. S. currency
Four money wrappers

FBI File # ___91-118329___

Case # ___C-52991___

Your # ___91A-25196___
                (P) (JTF-1)

☐ Return to _____

Room _____ TL _____

Ext. _____

☐ Mail Room: 1B327, TL 162

(registered mail)

☐ PSM - Supply Unit, 1B353

(not registered)

Shipping # _____

Shipping Method _____

─────────────────── Hazardous Materials Only ───────────────────

Weight of Hazardous Materials:

Packaged By _____
                Signature

Date _____

b6 -1
b7C -1

4/18/86

4 7 AUG 6 1986
PICK-UP

SPECIMENS PERSONAL RECEIVED ON 4-18-86 B

DEMARTINO-214

-120 (Rev. 5-22-84)

# Memorandum 



To    : FBI Laboratory Division
       Evidence Control Center
       Room

From  : SA

Subject :

TESTIMONY

b6 -1    Date  5-5-86
b7C -1
Section & Symbol  SAS-QV

b6 -2
b7C -2

ET AL,
CHASE MANHATTAN BANK,
8523 20th AVE.
BROOKLYN, NEW YORK
12-9-85
HR

Bufile #  91-118829
(circle one) Court  Grand Jury  Other -
Supporting: (circle one)  Bureau  Federal  Local
City & State  BROOKLYN, NEW YORK
Testified?  ☒ Yes  ☐ No  If No, then circle Reason Below for Appearing in Court but
not Testifying.
   01. Guilty Plea            03. Case Dismissed        05. Testimony not Needed
   02. Case Continued         04. Stipulation           06. Mistrial
   07. Other

Results of Trial DEPARTED PRIOR TO COMPLETION Judge  BROMWELL
Prosecuting Attorney  LARRY SHATZEL        Defense Attorney

Dates  4-30-86
Workdays  1.0
Category  ① 2  3  4

## OTHER COMMITMENTS

Bufile #                                          City & State
Agency                                            Dates
(circle one)   Bureau   Federal   Local           Workdays

                                                  91-118829

Purpose:  (circle one)
   01.   Lecture/Training (Others)          06.  Research/Data Acquisition
   01A.  Tours, Training, etc., at FBIHQ    07.
   02.   Training (Self)                    08.  Investigative Support
   03.   Speech                             09.  Communication Support
   04.   Pretrial Conference                10.  Conference/Meeting
   05.   Field Examination of Evidence      11.  Deposition

NOT RECORDED
3  JUL 30 1986

Details/Unusual or Interesting Circumstances

60 AUG 0 8 1986

FBI/DOJ

7-126 (Rev. 3-14-83)

**Memorandum**    MAY 8 6 ENT...

*duplicate on file for 5-86* AUG 0 1 1986

VKC

To : FBI Laboratory Division
~~Evidence Control Center~~
Room 3333 TL 244              b6 -1    Date  4/30/86
                             b7C -1

From : SA _____    Section & Symbol  SAS / RQ

Subject : _____ ET. AL. — SUSP.s

CHASE MANHATTAN BANK
8523 20th AVE           b6 -2
BROOKLYN, NY.           b7C -2
BR.

**TESTIMONY**
Bufile # 91 - 118829
(circle one) (Court) Grand Jury Other _____  Dates 4/28-29/86
Supporting: (circle one) (Bureau) Federal Local  Workdays 1½
City & State  BROOKLYN NY                Category (1) 2 3 4
Testified? ☒ Yes ☐ No  If No, then circle Reason Below for Appearing in Court but
not Testifying.
  01. Guilty Plea          03. Case Dismissed      05. Testimony not needed
  02. Case Continued       04. Stipulation         06. Mistrial
  07. Other _____

Results of Trial  IN. PROG.              Judge _____
Prosecuting Attorney AUSA LARRY       Defense Attorney _____   b6 -4
                     SHTASAL                                           b7C -4

**OTHER COMMITMENTS**
Bufile # _____              City & State _____
Agency _____               Dates _____
(circle one)   Bureau   Federal   Local   Workdays _____

Purpose:  (circle one)
  01.  Lecture/Training (Others)        06.  Research/Data Acquisition
  01A. Tours, Training, etc., at FBIHQ  07. _____
  02.  Training (Self)                  08.  Investigative Support
  03.  Speech                           09.  Communication Support
  04.  Pretrial Conference              10.  Conference/Meeting
  05.  Field Examination of Evidence    11.  Deposition

                                        91 - 118829

Details/Unusual or Interesting Circumstances /    NOT RECORDED

                                        ☒ JUL 31 1986

06 NOV 17 198...

)2

DEMARTINO-216                    FBI/DOJ

7-128 (Rev. 3-14-83)

## Memorandum

*JML*

MAY, 86 END

| To | : FBI Laboratory Division<br>Evidence Control Center<br>Room | b6 −1<br>b7C −1 | Date | 5/5/86 |
|---|---|---|---|---|

From : [redacted]    Section & Symbol   *Spec. Proj. MG*
*(0774)*

*(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)*

Subject: [redacted]   *ET. AL.,*

*CHASE MANHATTAN BANK*    b6 −2
*BROOKLYN  12/9/86−132*    b7C −2

## TESTIMONY

Bufile # *91-118829*

(circle one)  **Court**  Grand Jury  Other ____    Dates *5/4/86*

Supporting:  (circle one)   Bureau  **Federal**  Local   Workdays ____

City & State ____   Category ① 2 3 4

Testified?  ☑ Yes  ☐ No   If No, then circle Reason Below for Appearing in Court but
not Testifying.

  01. Guilty Plea      03. Case Dismissed      05. Testimony not Needed

  02. Case Continued      04. Stipulation      06. Mistrial

  07. Other ____

Results of Trial *PENDING*    Judge *BEGMER*

Prosecuting Attorney *LACEY CHASE*   Defense Attorney ____

## OTHER COMMITMENTS

Bufile # ____    City & State ____

Agency ____    Dates ____

(circle one)  **Bureau**  **Federal**  **Local**  Workdays ____

Purpose:  (circle one)

  01. Lecture/Training (Others)      06. Research/Data Acquisition

  01A. Tours, Training, etc., at FBIHQ      07. ____

  02. Training (Self)      08. Investigative Support

  03. Speech      09. Communication Support

  04. Pretrial Conference      10. Conference/Meeting

  05. Field Examination of Evidence      11. Deposition *91-118829-*

Details/Unusual or Interesting Circumstances    4  JUL 23 3:05

DEMARTINO-217

*SEVEN*

ACCOMPLISHMENT REPORT

TO:    DIRECTOR, FBI

91-118829    b6 -1
91A-25196    b7C -1

FROM: SAC, NEW YORK

VINCENT DI MARTINO;    JTF-1

CLASS
SRC'D
SER    EGU
REC

CHASE MANHATTAN
BANK,    NYCPD
8523 20TH AVENUE,
b6 -2    BROOKLYN, NEW YORK
b7C -2    12/9/85
BR(A)
(OO: NY)

JUN 24 1986

Remarks:    On 5/13/86, in the Eastern District of New York (EDNY), United
States District Court, SCOTT REBACK and VINCENT DI MARTINO were convicted    b6 -2
of Conspiracy (Title 18, United States Code, Section 371) and Possession    b7C -2
of Stolen Property (Title 18, United States Code, Section 2113c). STEVEN
ARENA was convicted of Conspiracy, Possession of Stolen Property, Armed
Bank Robbery (Title 18, United States Code, Section 2113d) and Bank Robbery
(Title 18, United States Code, Section 2113a). _____ was acquitted
of all counts (Title 18, United States Code, Sections 371, 2113a, c and d).
Sentencing is scheduled for 6/19/86.

Field Office (1 - 66-8492)
* See copy on reverse side.
LPJ:tld
(5)    27 JUL 25 1986

DEMARTINO-218

FD 515 cont.

NY 91A-25196

2

On 6/19/86, [          ] DI MARTINO and [      ] appeared before
United States District Judge HENRY BRAMWELL, Southern District of
New York (SDNY) which imposed the following sentences:

[          ] was sentenced to five years custody of the
Attorney General (AG) in violation of Title 18, United States
Code (USC), Section 371 (Conspiracy) and 10 years in violation of
Title 18, USC, Section 2113c (Possession of Stolen Property).
[          ] sentence was to run concurrently resulting in 10 years
imprisonment.                                                          b6 -2

    DI MARTINO was sentenced to five years custody of the        b7C -2
AG, in violation of Title 18, USC, Section 371 and 10 years in
violation of Title 18, USC, Section 2113c. DI MARTINO's sentence
was to run concurrently resulting in 15 years imprisonment.
                                            10

[          ] was sentenced to 15 years custody of the AG, in
violation of Title 18, USC, Section 2113a (Bank Robbery) and five
years in violation of Title 18, USC, Section 2113c (Conspiracy).
ARENA's sentence was to run concurrently resulting in 15 years
imprisonment.

    Captioned subject are described as follows:

    Name:
    Race:
    Sex:
    Date of Birth:
    Place of Birth:
    SSAN:                        Unknown

    Name:                        VINCENT DI MARTINO
    Race:                        White
    Sex:                         Male
    Date of Birth:               7/7/85
    Place of Birth:              New York
    SSAN:                        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, 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,
                                 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 and 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

                                            b6 -2
                                            b7C -2

NY 91A-25196



3

Name:
Race:
Sex:
Date of Birth:
Place of Birth:
SSAN:

Unknown

b6 -2
b7C -2

Name:
Race:
Sex:
Date of Birth:
Place of Birth:
SSAN:

Unknown

ARMED AND DANGEROUS

(01/26/1998)

# FEDERAL BUREAU OF INVESTIGATION

**Precedence:** ROUTINE                          **Date:** 05/17/1999

**To:**  Information Resources        **Attn:** Dennis R. Weaver, Chief
                                               Information Management Section

**From:** Office of the General Counsel
          Civil Discovery Review Unit (CDRU), Room 5448
          **Contact:** PLS Alison A. Mustapich, Ext 3556

**Approved By:** Kelley Thomas A
                 Cignoli Paul C Jr
                 Healy Nancy A

**Drafted By:** Beers Elizabeth Rae:erb

**Case ID #:** 66F-HQ-A1211968 - 95

**Title:** FINDINGS OF THE OFFICE OF THE INSPECTOR
           GENERAL (OIG) DEPARTMENT OF JUSTICE,
           CRITICAL OF FORENSIC WORK PERFORMED
           BY CERTAIN LAB EXAMINERS

**Synopsis:** To place this document on record in the Task Force
control file and to place a copy on the top serial in every
investigative file containing forensic work performed by any of
the thirteen Laboratory Examiners whose scientific work was
criticized by the OIG.

**Reference:** 66F-HQ-A1211968 Serial 82

**Details:** BE ADVISED, one or more of the Laboratory Examiners who
performed scientific analysis in this investigation was
criticized in the OIG's report issued on April 15, 1997.  The OIG
conducted a thorough review of allegations of wrongdoing and
improper practices within certain sections of the FBI Laboratory.
It issued a report which, among other findings, was critical of
the scientific work performed by thirteen individual examiners
assigned to the Lab.  The allegations and criticisms concerning
these individuals varies greatly and in some instances is case
specific.

        <u>If the forensic work contained in this file is used in
any way in the future, both the OIG's findings and the forensic
analysis of the examiners should be reviewed.  In addition, legal
advice should be obtained as to the FBI's disclosure obligations.</u>

        The criticized examiners are, in alphabetical order:
(1) Richard Hahn, (2) Robert Heckman, (3) Wallace Higgins,



UPLOADED ON
DATE:
BY:

# Permanent Top Serial

DEMARTINO-221

To: Information Resources  From:  Office of the General Counsel
Re:  66F-HQ-A1211968, 05/07/1999

(4) Alan Jordan, (5) Lynn Lasswell, (6) Michael Malone, (7) Roger
Martz, (8) J. Christopher Ronay, (9) Terry Rudolph, (10) J.
Thomas Thurman, (11) Robert Webb, (12) Frederic Whitehurst, and
(13) David Williams.

2

To: Information Resources  From: Office of the General Counsel
Re: 66F-HQ-A1211968, 05/07/1999

**LEAD (s):**

**Set Lead 1:  (Adm)**

   ALL RECEIVING OFFICES

        Mark and place this communication as the Permanent Top
Serial of each section of each investigative file identified for
inclusion in the FBI Laboratory Review Project.

CC:  1 - Dr. D. M. Kerr, Room 3090
     1 - T. A. Kelley, Room 7427
     1 - Mr. R. W. Sibert, Room 3268
     1 - Mrs. R. M. Contreras, Room 3437
     1 - Mrs. D. A. O'Clair, Room 4913
     1 - Ms. N. B. Hardy, Room 10790
     1 - Ms. N. A. Healy, Room 7927
     1 - Ms. E. R. Beers, Room 7927
     1 - Mrs. M. B. Layton, Room 5448
     1 - Ms. A. A. Mustapich, Room 5448
     1 - Mrs. M. A. Bookstein, Room 5448

◆◆

3

DEMARTINO-223



b6 -1
b7C -1

DEMARTINO-227

New York Post, Sunday, May 2, 2004    nypost.com    37

# NEW SLAY RAP EYED FOR MOB BOSS

**By KATI CORNELL SMITH**

The feds have set their sights on new murder charges against longtime Colombo acting boss Alphonse "Allie Boy" Persico in connection with the 1999 disappearance of the crime family's underboss.

A mob turncoat who was close to the late Mafia big

William "Wild Bill" Cutolo revealed details of possible Persico and a second powerful wise guy, jailed underboss John "Jackie" DeRoss, during his debut on the witness stand last week.

Joseph "Joe Canary" Campanella testified that he was asked by DeRoss to

help rub out Cutolo about two months' before the powerful mobster vanished in May 1999.

A couple of weeks after the murder, Campanella was called to a secret meeting with Persico and DeRoss at a house on 78th Street in Brooklyn.

"They just told me that

Bill isn't around anymore, and it would be family business as usual," Campanella, 45, testified.

"I knew Bill wasn't going to show up anymore. I knew Bill was probably killed."

DeRoss said that Cutolo, whose body has not been recovered, was eliminated

to stop him from seizing the reins of the crime family from Persico while the boss was in prison on Florida gun charges.

"To my knowledge, no such meeting ever took place," Persico's lawyer Barry Levin said.

Campanella took the witness stand last week to fin-

ger reputed mobster Vincent "Chickie" DeMartino and associate Giovanni "John the Barber" Florida for allegedly shooting him in 2001 after the Colombo crime family suspected he was cooperating with the feds.

A call to a lawyer for DeRoss was not returned.



FOR THE WRECKER: A developer wants the former CHARAS/El Bohio center torn down.    Linda Obuchowska

# Dorm storm hits E. Village

**By SAM SMITH**

A plan to house university students from around the city in a new 19-story development in the East Village has brought long-simmering community anger over a hot arts center to a raging boil.

A developer is proposing to tear down the old PS 64 building on East 9th Street and build in its place an 89-bed, multischool dormitory — to which no colleges have yet signed on. The old schoolhouse was abandoned for years before CHARAS/El Bohio, a community arts organization, occupied it in the '90s.

The city sold the building at auction to the developer Gregg Singer for $3.15 million in 1998, and CHARAS was forcibly evicted in 2001.

"The community saved that building," said East Village City Council member Margarita Lopez. "It is a resource for the community, and we will never be happy as long as an attempt is being made to steal it from us."

A group of East Village activists, calling themselves Stop the Dorm, has banded together to try to kill the plan.

"We don't want this historic building torn down," said Anne Di Lello, one of the group's organizers. "And we want it returned to community use."

The group is gathering signatures and organizing

local business against the plan.

Under the proposed development, Singer would lease the property to the nonprofit National Development Council, which hopes it can tap into a shortage of student housing in the city.

The NDC must get local universities to lease space for their students and is trying to secure a financing deal from the state Dormitory Authority, which would require new legislation allowing the agency to work with the nonprofit.

The larger issue for Stop the Dorm and others opposed to the building is whether the dorm would meet the definition of "community use," as zoning for the property demands.

While zoning allows for a dormitory, the group says this is not a traditional dorm.

"There's no university in this community," said Di Lello. "It won't benefit the community. They are trying to use a loophole to circumvent the zoning."

Not everyone in the neighborhood is against the dorm.

"I understand where [Stop the Dorm] is coming from," said Eli Schneider, who owns a building across from the proposed site. "But think of all the businesses it would bring in. Business we need."

Calls to Singer and the NDC were not returned.



**\* travelocity**

## Book great deals on Memorial Day hotels

Guaranteed lowest prices on over 10,000 hotels, including:

### Miami
| Doral Golf Resort and Spa ★★★★ Hotel | from $99 |

### Philadelphia
| Radisson Plaza Warwick Hotel ★★★ Hotel | from $126 |

### Chicago
| The Talbott ★★★★ Hotel | from $147 |

### Boston
| Nine Zero ★★★★ Hotel | from $209 |

### New York
| Tribeca Grand Hotel ★★★★ Hotel | from $234 |

### Washington, D.C.
| The Fairmont Washington DC ★★★★ Hotel | from $249 |

visit travelocity.com/hotels
or call 1-888-TRAVELOCITY

America Online Keyword: Travel

Prices are in US$, per room, per night, based on double occupancy. Prices do not include taxes and/or fees. Room rates are subject to availability. Some restrictions apply. Please visit travelocity.com to confirm availability of current offerings. ©2004 Travelocity.com LP. All rights reserved. TRAVELOCITY, the Stars Design and The Roaming Gnome are trademarks of Travelocity.com LP. CST# 2056372-50.

Hello from the Roaming Gnome. I've been pilfered from the garden and taken on a Memorial Day adventure. Bellhop, to the mini-bar!

Couldn't have said it more eloquently myself...

New York Post, Friday, April 30, 2004

## Dumping ground for 'dirty' cops

By FRANKIE EDOZIEN

Several cops in the NYPD video surveillance unit that monitors crime in city housing projects — which is already under fire after a suicide video made it on to the Internet — are currently being probed in other wrongdoing, a top NYPD official told the City Council yesterday.

The unit's Video Interactive Patrol Enhancement Response (VIPER) unit has been under increased scrutiny since the March 16 suicide of Eric Mangini on the Internet. An NYPD surveillance...

When the news from the council meeting emerged to be probed further, the cops that face early May when they take a special course of harassment and graphic violent images.

Under questioning by council members during a hearing on safety in public housing, borough commanding officer of the Manhattan housing borough, admitted that officers under investigation for misconduct have been dropped into the Viper unit.

"I also understand that these are police officers assigned to the VIPER unit who are currently under investigation for criminal activity and for serious misconduct. Is that true?" asked Hiram Monserrate (D-Queens).

"That would be correct," Phipps said.

When asked if he thought the NYPD might be better served if those officers were not assigned there while charges are pending, Phipps said: "Currently the department is reviewing the way and method it staffs the VIPER unit and that is under consideration."

## Summer girls have fewer kids

Being born in the summer is a bummer for women who want to have big families.

A new study reveals that women whose birthdays fall in June, July or August, are likely to have fewer children than women born in other months.

The exact reasons for this are a mystery, although scientists theorize that a more temperate climate may affect the way a woman's reproductive system develops.

Scientists at the University of Vienna looked at more than 3,000 women over 45 and found, on average, the number of kids was lower among those born between June and August than in those born in any other month.

The study is published in the journal Human Reproduction. Bill Hoffmann

# SMOKIN' GUN MOLL



**MARRIED TO THE MOB:** Rosalia Castellana testified about her affair with wiseguy Joseph Campanella while married to Frank Castellana. N.Y. Post: Spencer A. Burnet

## 2-timing wife a hit on stand

By KATI CORNELL SMITH

A cheating mob wife laid bare the salacious details of her long affair with a mobster before a rapt courtroom as she took the witness stand yesterday against two men accused of shooting her former lover in a failed mob hit.

Decked out in a figure-hugging business suit with an expensive Chanel bag, Rosalie Castellana testified she initially feared her jealous husband was behind the murder attempt on Colombo wiseguy Joseph Campanella.

The busty blonde said the spark between her and Campanella ignited nearly 10 years ago at a Coney Island gym, where they each paid for occasional a week testing their physiques.

The pair soon began developing a sneaky bond together. And before long, Campanella had given his paramour a special phone that she used solely to arrange their regular trysts.

"I would see him every day," said Castellana, 35, whose husband Frank is related to the famously convicted mob boss Paul Castellana.

The married mob moll was grilled on her relationship with Campanella at the trial of two men accused of wounding him in a drive-by shooting on July 16, 2001.

That day Mrs. Castellana saw Campanella at the gym, and again on the beach, where he told her in a whispered conversation by the ocean that he believed the FBI was following him.

"He left (and) about five or 10 minutes later, I got up and left, too. As I was walking up to the boardwalk, still in the sand, I could hear shots," Castellana told As-



CAMPANELLA
Hit on him failed.

sistant U.S. Attorney Thomas Seigel.

Castellana, who claims the affair had fizzled before that summer, rushed her beach chair and climbed into her car, but she didn't get far before reaching a police barricade.

"It saw Joey's sneaker. I did not see his body. I saw one foot on the (street)," said Castellana.

Several days later, Campanella called her from the hospital, where he was being treated for bullet wounds to his arm and foot.

"I said, 'Everyone's accusing my husband,'" Castellana recalled. "He said it wasn't my husband. It was his friends that did it."

Campanella, 45, identified alleged wiseguy Vincent "Chicky" Daidonino and Giovanni "John the Barber" Floridia as his would-be assassins when he took the witness stand at their trial in Brooklyn federal court earlier this week.

Prosecutors claim he was targeted because the Colombo crime family believed he was a "rat."

Castellana initially refused to answer any questions when subpoenaed but prosecutors granted her immunity from criminal charges in exchange for her testimony.

---

# Jailhouse rocked by another snow blow

By MURRAY WEISS
Criminal Justice Editor

The city correction commissioner's chief of staff has been suspended along with a prison guard for allegedly stealing a snow blower from Rikers Island three years ago, officials told The Post.

Darryl Harrison, 40, the top aide to both Correction Commissioner Martin Horn and his predecessor William Fraser, was also demoted. Investigators determined that he and Correction officer Eric Marrow, 40, slipped a snow blower out of the department's compound in Elmhurst and kept it in a garage since then, using it whenever it snowed to clear sidewalks around their homes.

The investigation began recently after the DOC received a tip that Harrison, an 18-year veteran, arranged with Marrow, a 13-year veteran, to take the snow blower from Rikers Island and keep it in the garage of one of their homes in Brooklyn.

The snow blower has not been recovered, sources said.

The implication of another high-ranking DOC official in a scandal continues to raise an agency that has been faulted for historic reductions in jailhouse violence.

Last year, incidents involving alleged wrongdoing by top brass included several deputy wardens charged with stealing a rare Salvador Dali painting from an Rikers facility; a three-star chief, Anthony Serra, charged with forcing employees to work on his home and on a Gov. Pataki campaign, and a former deputy commissioner charged with stealing money from a fund which he then spent on pornographic phone-line calls with inmates.

# Israeli big presses Gaza plan

THE ASSOCIATED PRESS

JERUSALEM — Israel's defense minister urged skeptical Likud Party members to approve today's government-endorsed referendum on withdrawing from the Gaza Strip, saying the country must not miss "this historic opportunity."

The plan is good for Israel, and its rejection could harm Israel's relationship with the U.S. by making Israel appear to be an unreliable partner, Defense Minister Shaul Mofaz told Israel Radio.

The pullout will be decided in a vote by 193,000 members of Prime Minister Ariel Sharon's Likud Party.

Polls in recent days have forecast defeat for the referendum, prompting analysts to say Sharon underestimated his opponents and did not campaign hard enough.

Mofaz said he remains optimistic the pullout will be approved.

"This plan is the best possible one for Israel, at this time and in the current reality," Mofaz said.

If approved, Israel would withdraw soldiers and 7,500 settlers from Gaza and evacuate four small West Bank settlements by 2005.

In several interviews this week, Sharon said a Gaza withdrawal allows Israel to hang on

to large West Bank settlement blocs. Rejection of the plan could force Likud out of power, he warned.

Palestinians suspect Sharon is giving up Gaza to tighten his hold on much of the West Bank, and the prime minister's critics in Israel believe he proposed the plan partly to deflect attention from two corruption probes against him.

Yet the withdrawal proposal also marks a drastic departure for Sharon, once the foremost champion of settlement expansion.

Sharon, who remains hugely popular among Likud members, has portrayed the vote as a show of confidence in him, but stopped short of saying he would resign if his plan is defeated.

Instead, Sharon said he would continue pushing for the plan. His options include ignoring the plan to his cabinet or parliament for approval, or holding a general referendum.



CHECKPOINT Israeli soldier questions Palestinians in Hebron, West Bank, yesterday. Likud Party members vote today on plan to withdraw from Gaza Strip.



## Anyone can manage. We'll show you how to lead.

Learn how at our Graduate Management Studies Information Session

Any MBA or MS in Management degree can help you step up to the next level in your career. But a St. Joseph's Graduate Management Studies education will help you do even more. Because what you learn here—and how—will permeate every aspect of your working and personal life. Balancing business needs with personal ethics, and the desire to advance your career with the need to see your family. Visit our Information Session and you'll see: we don't offer management degrees—we offer leadership degrees.

# Reveal mobster's slay suspect

By JOHN MARZULLI
DAILY NEWS STAFF WRITER

The feds are zeroing in on a top Colombo gangster suspected in the 1990 rubout of capo William (Wild Bill) Cutolo.

A prosecutor tipped the government's hand last week that jailed former underboss John (Jackie) DeRoss is the target.

It happened when Assistant U.S. Attorney Thomas Seigel posed a startling question to a Colombo turncoat testifying in Brooklyn Federal Court in the trial of two wiseguys charged with shooting him.

"If the government obtains an indictment of Jackie DeRoss in respect to the murder of William Cutolo, would you be willing to testify?" Seigel asked Joseph (Joe Campy) Campanella last week.

Before Campanella could answer, defense lawyers for Vincent DeMartino and Giovanni Floridia objected. Judge Raymond Dearie sustained the objection.

Earlier, Campanella had testified how

DeRoss had asked him "how I would feel about killing Bill Cutolo."

Campanella was a member of Cutolo's crew and devoted to the dapper Mafioso who proposed him for membership in the crime family. After Cutolo disappeared in May 1999, DeRoss took over his crew.

"You could say he [DeRoss] is definitely in the government's sights," said a law enforcement source.

Campanella also testified that he believed his assailant, DeMartino, also was involved in Cutolo's murder.

Investigators have long suspected that acting boss Alphonse (Allie Boy) Persico gave DeRoss the order to whack Cutolo because of his allegiance to a rival faction during a bloody Colombo civil war that ran from 1991 to 1993.

"My client vehemently denies any involvement in the disappearance and murder of Bill Cutolo," said Persico's lawyer Barry Levin. DeRoss' lawyer, Barry Rhodes, declined to comment.

# 2 women, boy hurt in hail of gunfire

Two women and a 12-year-old boy were shot when gunmen unleashed a hail of bullets on a crowded residential street in East Harlem, police said yesterday.

The boy, whose name was not released, was hit in the buttocks in front of 451 E. 117th St., near Pleasant Ave. at 10:55 p.m. Friday. He was taken to Harlem Hospital where he was in stable condition.

"It was loud. I felt like it was right next to me," said Danny Rodriguez, 12, who was around the corner on 116th St. when the shots were fired.

Police said Linda Peterson, 28, of Brooklyn, was hit in the knee, while Jasmine Miranda, 36, of the Bronx, was struck in the arm. Both women were in stable condition at Mt. Sinai Medical Center.

"They are nice women who were hanging out like every Friday," said Maria Santana, 45, who lives on the block.

Witnesses told investigators that the group of shooters hopped in a white sport-utility vehicle and sped south on the FDR Drive, police said. They remain at large.

More than 20 shell casings were recovered at the scene.

Carrie Melago and Jonathan Lemire

Sunday, May 2, 2004    DAILY NEWS

DEMARTINO-230


News. Minute by Minute.

# Witness claims he saw attempted mob hit

By Anthony M. Destafano
Staff Writer



May 2, 2004

In the 1954 Alfred Hitchcock thriller "Rear Window," Jimmy Stewart plays a
wheelchair-confined photographer who solves a murder by spying on his neighbor
with a camera and a pair of binoculars.

In a case of life imitating art, Brooklyn tattoo artist Wilson Afanador's random gazing with binoculars
out the kitchen window of his Coney Island apartment may help solve an errant mob hit plot involving
the Colombo crime family.

Afanador, 37, is a crucial witness in the federal prosecution of reputed Colombo family soldier Vincent
DeMartino, 45, and his alleged associate John Floridia, 28. The racketeering trial of both men for the
abortive plot to kill Colombo soldier Joseph Campanella is expected to go to the jury this week in
Brooklyn.

Prosecutors have charged that DeMartino and Floridia tried to gun down Campanella on Surf Avenue on
July 16, 2001. Investigators believe there were a number of motives for the shooting, including fears that
Campanella was an informant or that he was having sex with DeMartino's wife, a claim Campanella has
denied under oath. Campanella was wounded in the foot and arm and later decided to cooperate with
prosecutors after he was charged with extortion and other crimes committed in the immigrant Russian
community.

Checking out the view As fate would have it, Afanador was gazing out his apartment window in the
hours before the shooting with his black binoculars and noticed things that piqued his interest. In
testimony last week, Afanador told assistant U.S. attorney Nicolas Bourtin that he saw the usual objects
of his attention, "people, lifeguards."

But he said he also noticed a green Ford Windstar minivan parked on the avenue, between West 32nd
and West 33rd streets.

"Was there anything unusual about the minivan?" Bourtin asked.

"Yes, there was," Afanador replied.                    DEMARTINO-231

"What was that?" Bourtin asked.

"People wearing jackets," answered Afanador. "The driver, he had a jacket on, the passenger, he had a
jacket on, he had gloves, and I saw a revolver in his right hand resting on his right knee."

Afanador, who admitted having a 1992 conviction for selling cocaine, said the van kept driving in

New York City: Witness claims he saw attempted mob hit                                    rage z of z

circles and double parking. Even though he was on the 16th floor of the apartment building at 2951 W.
33rd St., Afanador said, he was able with the binoculars to clearly see the license plate of the van, and he
wrote it down: ADN-9875.

Putting down the binoculars, Afanador said, he started doing other things in the apartment when he
heard four shots. He then looked out the window and saw a heavyset man (Campanella) running with a
limp in a zigzag pattern across West 32nd Street and Surf Avenue. Afanador said he called 911 and later
gave police who came to his apartment the slip of paper on which he had written the license plate.
Prosecutors said the registered owner of the vehicle was Floridia's wife. (She is not accused of
wrongdoing.)

Afanador's testimony is obviously a key for prosecutors, despite the fact that the witness admitted lying
to the FBI a few days after the shooting because he didn't want to get deeper involved. Campanella, 45,
who lives in Brooklyn, is also a vital witness and testified last week that DeMartino shot him. However,
defense attorneys James LaRossa and Jeffrey Lichtman, who represent DeMartino and Floridia,
respectively, will stress to the jury in their closing arguments that Campanella has told a number of
stories about what happened, including that he didn't know his assailants.

Testimony to continue Campanella's testimony was bolstered by that of Rosalie Castellana, 50, a health
club buff from Bensonhurst who has admitted carrying on an extramarital affair with him. Castellana
testified that Campanella told her a few days after the shooting that it wasn't her husband who assaulted
him but "friends" of his.

Campanella has yet to be sentenced for his federal crimes stemming from the rackets he ran in the
Russian community in Brooklyn. He faces anywhere from no prison time to 30 years.

Testimony continues today, and summations are expected to last all day tomorrow. The jury will likely
be charged Wednesday by Judge Raymond Dearie.

*Copyright © 2004, Newsday, Inc.*

DEMARTINO-232

# Mob affair all in the families

By JOHN MARZULLI
Daily News Staff Writer

Call him Joe Trampy.

Mob rat Joseph (Joe Campy) Campanella's complicated love life became an issue yesterday at the trial of two Colombo gangsters charged with trying to kill him.

Campanella denied carrying on an affair with the wife of alleged shooter Vincent (Chicky) DeMartino while the reputed soldier was in jail.

"I didn't fool around with anybody's wife or daughter in my [mob] family," Campanella told defense lawyer James La Rossa during cross-examination in Brooklyn Federal Court.

But bedding a babe with connections to the Gambino crime family was another story for the underworld Lothario.

Campanella, who is married, acknowledged having an adulterous relationship with one Rosalie Castellana.

Later, he learned Castellana's father-in-law, Peter Castellana, was a made member of the Gambino family.

"Did that stop you from sleeping with her?" La Rossa asked.

"No," Campanella replied, acknowledging Peter Castellana was a distant cousin of former Gambino boss Paul Castellano, who was slain outside Sparks Steak House in 1985.

According to the Mafia code, it is forbidden to sleep with the wife or daughter of another member of organized crime.

"When it comes to the rules of omertà, adultery doesn't count for him," La Rossa observed.

Campanella, 45, said he eventually became good friends with Rosalie Castellane's husband, Frank Castellana, hanging out with him several times a week.

On the morning he was wounded, allegedly by DeMartino and Colombo associate John (John the Barber) Florida, Campanella recalled seeing Rosalie Castellana running herself on the beach at Coney Island.

After he was shot, Campanella said he called his old flame to assure her that her husband had nothing to do with the shooting.

Campanella said the government has given his wife $20,000 and his girlfriend $23,000 for living expenses since he went into the witness protection program.

# Her honor's on firing line in probe

By NANCIE L. KATZ
Daily News Staff Writer

A Brooklyn judge was ordered yesterday to talk to a grand jury investigating the role of her husband's cousin in allegedly looting his 91-year-old aunt's bank account.

In a case involving three judges linked by family or marriage, Brooklyn Civil Court Justice Robin Garson initially balked at going before the panel, which is probing the plundering of Sarah Gershenoff's million-dollar fortune.

A Gershenoff nephew, Brooklyn

Supreme Court Justice Michael Garson, is accused of committing forgery and larceny in the case.

His cousin suspended state Supreme Court Justice Gerald Garson and Robin Garson are married. Gerald Garson is under indictment for bribery in a separate case.

Prosecutors wanted to grill Robin Garson, who is Gershenoff's personal guardian, about allegations Michael Garson forged his aunt's initials on a 1997 document that gave the two men unlimited access to her money.

Last week, Robin Garson refused to testify. But Administrative Judge Neil Firetog ruled yesterday that she was not protected by attorney-client privilege.

Prosecutors also want to question Robin Garson about Michael Garson's alleged acknowledgment that he took $100,000 from Gershenoff to cover stock market losses, sources said.

The Garson men were sued by a cousin who said they stole Gershenoff's fortune.

In that case, a Manhattan judge ordered Michael Garson to pay $183,000 to the retired legal secretary.

# Eye meat saw in chef's slay

Cops seized a meat saw yesterday from a Connecticut restaurant owned by a Manhattan chef whose dismembered body was found Saturday.

Danbury, Conn., police would not say what connection the motorized butcher's hand saw might have to the murder of Zef Vulaj, who had been missing for almost three weeks.

Police Capt. Arthur Sullo said investigators will analyze the cutter as part of their probe into the murder of Vulaj, 42, who also owned two Manhattan restaurants with his family.

Sullo appealed for help from Vulaj's family and friends.

"We would welcome any assistance that would help us solve this unsolved homicide," Sullo said.

Vulaj, who was also known as Joe Vuli, with his family owned restaurants called Fino on E. 39th St. and on Wall St., and several others in Westchester and Connecticut. His was last seen April 5 after leaving his restaurant Gusto in Danbury.

Vulaj's body parts were found Saturday in plastic bags on the side of a cul-de-sac in Westchester, about 25 miles from Danbury.

Family and friends of the chef recalled him as "a bear of a man with the heart of a lion" who knew early on in life that he wanted to pursue a culinary career.

"His drive and innovation was a key to our family opening and operating eight restaurants," his family said in a statement.

Tanser El-Ghobashy





Advanced CustomVue
LASIK
399

Superior SAFETY, ACCURACY, & QUALITY of VISION!

We're #1 LASIK Laser Technology!

EXPERTISE — Dr. Brian Bonanni has personally performed over 8,000 successful LASIK procedures, and performs all pre- & post-LASIK care!

TECHNOLOGY — The only 3-D Eye-Tracking VISX STAR S4 laser • Bladeless laser • All-laser procedures • Customizes your LASIK for even sharper and improved day & night vision!

BEST PRICE — Unbeatable price • Highest standard of care • Most insurance plans accepted

Call today for your FREE consultation!
MANHATTAN LASIK CENTER
(212) 759-9617
www.ManhattanLasikCenter.com

DAILY NEWS    Wednesday, April 28, 2004

Families Talk

FamilyTime®

T··Mobile·

DEMARTINO-233

New York Post, Wednesday, April 28, 2004    nypost.com

# TURNCOAT MOBSTER A WIVES-GUY

## Gal pal a Mafia spouse

By KATI CORNELL SMITH

A mob snitch who has violated the oath of silence to testify against two men who allegedly shot him now admits he may have broken another Mafia code — the one that makes other wiseguys' wives off-limits.

For months after he was shot in Coney Island on July 16, 2001, former Colombo wiseguy Joseph Campanella adamantly refused to reveal to authorities the identity of the triggerman.

But he went out of his way to make a masterful call to a former additional "pal" who was married to a Gambino crime-family associate.

"I knew who that was," Campanella, 45, said in Brooklyn federal court yesterday.

Recalling a conversation with former gal pal Rosalie Castellana, he said he told her that "her husband didn't have anything to do with shooting me."

Campanella told Assistant U.S. Attorney Thomas Seigel that he'd seen Castellana sunning herself on a Coney Island beach shortly before he was shot on his way to his car.

He has fingered reputed mobster Vincent "Chicky" DeMartino as the gunman and associate Giovanni "John the Barber" Floridia as the getaway driver. Both are on

 

MOB TARGET Joseph (top left) and Vincent Chicky DeMartino

trial for murder conspiracy.

When asked by DeMartino's lawyer, James LaRossa, whether he routinely broke such rules that had become inconvenient, Campanella said, "In that case, I did."

But, he added, "I didn't fool around with anybody's wife or daughter in my [crime] family."

Campanella testified that his wife received $20,000 while he entered the witness-protection program two years ago, and the girlfriend, with whom he has a 10-year-old son, got another $25,000 for living expenses.

Prosecutors claim DeMartino was selected to be a gunman in the failed hit on

Campanella because of an old vendetta.

The bad blood between the two former pals extends back more than a decade. DeMartino believed Campanella had had an affair with his wife — but higher-ups in the mob family would not allow him to retaliate.

Campanella denies ever having had the affair.

As for his romance with Rosalie Castellana, Campanella said he didn't know until after the two were already romantically involved that her husband Frank was the son of a mob soldier and was distantly related to murdered Gambino boss Paul Castellano.

---

# CBS sued over dying Diana pic

LOS ANGELES — Mohamed al Fayed, the father of Princess Diana's boyfriend, has sued CBS for emotional distress for a broadcast last week which broke a long-standing taboo by showing a photo of Diana as she lay dying.

Fayed's lawyer Fred Gaines said yesterday a lawsuit claiming invasion of privacy and emotional distress was filed in the Los Angeles last week after CBS broadcast the picture of the injured princess taken after the August 1997 fatal accident in Paris.

Gaines said Fayed's lawsuit could be expanded to cover a charge of defamation against the network.

Viewers saw only a glimpse of a grainy photo of Diana in the back of the car, but the decision by "48 Hours Investigates" to show the picture caused outrage in Britain.

CBS said it believed the lawsuit was "meritless and we intend to vigorously defend ourselves."

Fayed's son Dodi, the divorced Princess Diana's boyfriend, was also killed in the crash. Gaines said Fayed, the owner of London's Harrods department store, had been concerned that CBS also planned to broadcast photos of his dying son.

No pictures of Dodi were broadcast in Los Wednesday's program, but Gaines said Fayed's lawsuit was filed anyway.

Reuters

---

## Gorgeous Gretchen a Coney eyeful

Life's a beach for gorgeous Gretchen. Actress Gretchen Mol dazzles passersby as she struts her stuff while on location shooting "The Ballad of Bettie Page" in Coney Island.

In the film, the 31-year-old stunner plays the 1950s pinup girl whose legendary bondage photos made her the target of a Senate investigation into pornography.

Dubbed the "Girl with the Perfect Figure," Page was one of America's first sex sirens.

She graced the pages of hundreds of magazines, including Playboy.

The flick also stars Lili Taylor and David Strathairn.

Dennis Van Tine/LFI

DEMARTINO-234

New York City : Feds: Mobster's stature is cut out

 News. Minute by Minute.

# Feds: Mobster's stature is cut out

BY ANTHONY M. DESTEFANO
Staff Writer

April 27, 2004, 7:38 PM EDT



Not even a prison cell could keep the smiling face of reputed mobster Vincent "Chickie" DeMartino away from a good time.

In a singular example of togetherness, DeMartino's friends and relatives brought along a life-sized cardboard blowup of the reputed Colombo crime family soldier — who was doing time in prison — to the 1995 wedding reception of his sister Doreen.

A color photo showing DeMartino's poster board surrounded by a group of male wedding guests was introduced as prosecution evidence Monday in Brooklyn federal court where he is on trial in the attempted murder of ex-Colombo soldier Joseph Campanella.

DeMartino, 48, is accused of being the shooter in an attempted slaying of Campanella on July 16, 2001 in Coney Island. Reputed Colombo family associate John "The Barber" Floridia, 28, is also accused of being part of the hit team.

Campanella, who was wounded in a toe and arm, is the key government witness in what defense lawyers Jeffrey Lichtman and James LaRossa said is basically a one witness case.

In court Campanella identified DeMartino as the assailant but earlier told investigators he didn't know who shot at him.

It was during Campanella's testimony Monday that assistant U.S. Attorney Thomas Seigel showed a large blow-up of the wedding reception photo to the witness. It showed several of DeMartino's jaunty friends arrayed around the absent reputed Mafia man's somewhat washed-out cutout image. DeMartino was serving time in federal prison for a firearms conviction.

Prominent among the men pictured was William Cutolo Sr., a Colombo captain who disappeared in May 1999 and is presumed by law enforcement officials to be dead. Prosecutors introduced the photo with the cutout to try and show Cutolo's stature in the Colombo family.

Campanella is awaiting sentence for extortion, murder conspiracy and other crimes. He spent most of Tuesday being cross examined by LaRossa.

Questioned by LaRossa, Campanella admitted to earning as much as $2,000 a week from shaking down medical offices, car services and other businesses in Brooklyn's Russian immigrant community. He also admitted having an affair with a woman related to the late Gambino crime boss Paul Castellano but said

New York City. Feds. Mbosici's statute is cut out

he broke it off after learning about her family ties.

LaRossa and Lichtman were amused by the government's use of the DeMartino cardboard cutout.

"It was funny, leave it at that," LaRossa said.

*Copyright © 2004, Newsday, Inc.*

DEMARTINO-236

## HOORAY FOR BOLLYWOOD!



Miss USA Shandi Finnessey sashays into Broadway Theatre last night for opening of "Bombay Dreams," the story of one man's dream to become a Bollywood movie star.

# Love is blond at mob trial

By JOHN MARZULLI
DAILY NEWS STAFF WRITER

The blond backed the rat yesterday.

The former mistress of turncoat Colombo capo Joseph (Joe Campy) Campanella also showed she could still turn heads as she swiveled into the courtroom to testify about the attempted hit on her one-time honey.

But while Rosalie Castellana eagerly corroborated Campanella's claim that he was wounded by two members of his former crime family when they narrowly dodged death, her husband's lawyer James LaRossa asked her about their adulterous affair.

"How often did you meet?" LaRossa asked.

"Every day at the gym," she answered.

"I'm not talking about at the gym. I'm talking about when you were keeping this secret," LaRossa clarified.

"Every day," she said.

The titillating testimony came at the trial of reputed Colombo soldier Vincent (Chicky) DeMartino and associate Giovanni (John the Barber) Florida, who are accused of trying to rub out Campanella in 2001.

Campanella, 45, was arrested 17 months ago and is expected to testify in future Colombo trials.

Castellana, 50, who is related by marriage to the late Gambino crime boss Paul Castellana, said she and Campy stayed friendly after the affair cooled and that she saw him on Coney Island Beach the day he was shot.

As they stood in the surf, the Colombo Casanova said he thought the FBI was following him in a green minivan, the ex-mistress said.



Rosalie Castellana

"As I was walking up to the boardwalk, still on the sand, I did hear shots," she told Assistant U.S. Attorney Thomas Seigel. "I recognized Joey's sneakers. It's an Etonic sneaker. It's not a usual sneaker."

Castellana said Campanella later called her from the hospital, where he was recuperating from gunshot wounds to his hand and foot, and ID'd the shooters.

"I said, 'Everyone is accusing my husband,'" Castellana, 50, testified. "He said it wasn't my husband, it was his [Campanella's] friends."

Weeks later, when he returned to the gym, Campanella "told everyone how he ran and avoided the bullets," Castellana said.

The ex-mistress said she had not seen Campanella since his arrest and did not specify when she told her husband, Frank Castellana, about the affair. She admitted, however, that her bubby was "upset."

Campanella has testified that he and Castellana's husband had become pals — and has denied assertions he was also having an affair with DeMartino's wife.

According to the Mafia code, it's a major no-no to sleep with the wife or daughter of another member of your crime family.

---



Julia Diaco

# A cop calls pot princess charming

By NANCY DILLON, SONI SANGHA and ADAM LISBERG
DAILY NEWS WRITERS

She's accused of being the dope-dealing darling of NYU's freshman class — but the New Jersey cop who first collared Julia Diaco over Christmas break said he never suspected she could be a drug peddler.

"She was a very nice young lady. I had no problems with her," said Middletown Police Officer Michael Kenney. "She seemed pretty relaxed. She wasn't excited. She wasn't upset."

Diaco, 18, was nabbed by NYPD cops on Tuesday after allegedly selling pot, cocaine and LSD to undercover cops for months outside her NYU dorm room.

The arrest shocked people who knew Diaco as the sweet-faced child of a wealthy family in Rumson, N.J. But it wasn't her first run-in with the law.

On Dec. 30, Kenney stopped the car of Diaco's then-boyfriend, Kyle DeVerry, 20, while patrolling a secluded dirt road. The young lovers said they had been smoking pot, and Kenney found a small quantity of the drug on Diaco's side of the car.

DeVerry's mother, Holly, said yesterday they were picked up on a "very minor charge." DeVerry had a few earlier scraper with the law, police and his lawyer said.

"She's a very nice girl," Holly DeVerry said. "The whole situation is very upsetting."

Diaco seemed personable and perky when she opened the door of her palatial estate yesterday, dressed in a white tank top and a fashion-led Von Dutch baseball cap.

"I'm sorry, no comment," she said before shutting the door.

NYU students and some of the small-time dope dealers in Washington Square Park said Diaco was out of place, showing her suburban roots when she tried to act street-smart.

"You can't be a hustler and a princess," one dealer said. "You have to choose one or the other."

With Michele McPhee, Barbara Ross and David Saltonstall

DEMARTINO-237

New York City: Goal: Show who botched hit



**MOB TRIAL**

# Goal: Show who botched hit

BY ANTHONY M. DESTEFANO
STAFF WRITER

April 30, 2004



A Bensonhurst housewife and a famous, grandiloquent mob defense attorney rounded out the testimony yesterday in federal court in Brooklyn in the case of a suspected mob hit gone awry.

Rosalie Castellana, 50, a health club habitue, and Bruce Cutler, 56, the attorney made famous for his representation of the late mob boss John Gotti, testified as government witnesses in the case against two men accused of orchestrating a botched July 16, 2001, shooting in Coney Island.

Castellana said she was strolling back to her car after sunning herself on the beach off Surf Avenue when she heard gunshots. Though she didn't know it at the time, the shots were fired at Castellana's one-time boyfriend, reputed Colombo crime family soldier Joseph Campanella. It was Campanella who Brooklyn federal prosecutors said was targeted for murder by friends, reputed Colombo soldier Vincent DeMartino and John Floridia.

Castellana, who said she is distantly related by marriage to the late Gambino crime boss Paul Castellano, admitted that she had an extramarital affair for several years with Campanella. She testified that she saw Campanella on the beach before the shooting.

A few days after the shooting, Castellana testified, she told a hospitalized Campanella in a telephone call that everyone *thought* it was her husband, Frank, who had done the shooting.

"He said it was not my husband it was his friends," Castellana said.

Prosecutors appear to be using Castellana's recollection to show that Campanella knew from the start that it was DeMartino and Floridia who were involved, despite his denials to police that he knew who shot at him. Earlier in the week Campanella testified that it was DeMartino who fired the shots.

For Cutler, his taking the witness stand as a government witness was a return to the federal courthouse that was the scene of many of his key legal battles. Prosecutors had Cutler testify about phone calls he might have received from DeMartino, on the day of the shooting, to get a lawyer for Floridia.

Cutler said he didn't recall speaking to DeMartino that day.

While Castellana seemed uncomfortable, Cutler appeared to be enjoying himself, smiling and calling Assistant U.S. Attorney Thomas Seigel by his first name.

New York City: Goal: Show who botched hit

"See you soon," Cutler said to Judge Raymond Dearie as he left the witness stand.

*Copyright © 2004, Newsday, Inc.*

DEMARTINO-239

# PRESS RELEASE

✓ AP
✓ UPI
✓ Reuters
✓ Bloomberg Business News

✓ Daily News
✓ Newsday
✓ NY Post
✓ NY Times
✓ Wall Street Journal
　 Washington Post
✓ USA Today
　 Gannett Journal-News

✓ New York 1
✓ WCBS-TV (2)
✓ WNBC-TV (4)
✓ WNYW-TV (Fox 5)
✓ WABC-TV (7)
✓ WWOR-TV (UPN 9)
✓ WPIX-TV (WB 11)

TV 55 Long Island
News 12 Long Island
News 12 Westchester
Regional News Network
Univision 41
Telemundo 47
　　　　　　　DEMARTINO-240

ABC News
CBS News
NBC News
CNN
Fox News Network

✓ WCBS-AM (880)
✓ WINS-AM (1010)
✓ WNYC (NPR)
　 Hudson Valley Radio

National Public Radio

b6 -1
b7C -1

281A-NY-271927 (C-38)

1-30-872

**U.S. Department of Justice**
*United States Attorney*
*Eastern District of New York*

*One Pierrepont Plaza*

*Brooklyn, New York 11201*

*Mailing Address:*    *147 Pierrepont Street*
*Brooklyn, New York 11201*

**October 14, 2004**

**FOR IMMEDIATE RELEASE**

**CONTACT:**

**Robert Nardoza**
**United States Attorney's Office**
**(718) 254-6323**

**James Margolin**
**Federal Bureau of Investigation**
**(212) 384-2720**

# PRESS RELEASE

## COLOMBO FAMILY ACTING BOSS AND UNDERBOSS CHARGED IN MURDER OF FORMER UNDERBOSS WILLIAM CUTOLO

ROSLYNN R. MAUSKOPF, United States Attorney for the Eastern District of

New York, and PASQUALE J. D'AMURO, Assistant Director-in-Charge, Federal Bureau of

Investigation, New York, today announced the indictment of ALPHONSE "Allie Boy"

PERSICO, acting boss of the Colombo organized crime family for several years, and JOHN

"Jackie" DEROSS, the Colombo family underboss, for the May 26, 1999, murder of then

Colombo family underboss William "Wild Bill" Cutolo, and for obstruction of justice related to

the investigation of Cutolo's murder. DEROSS and Colombo family associates MICHAEL

"Mikey Spat" SPATARO and CARMINE "Skippy" DEROSS, III, were also charged with

DEMARTINO-241

2

conspiring to murder Colombo family soldier Joseph "Joe Campy" Campanella, and related charges.[1]

SPATARO and CARMINE DEROSS will be arraigned later today before United States Magistrate Judge Robert M. Levy at the U. S. Courthouse, 225 Cadman Plaza East, Brooklyn, New York. PERSICO and JOHN DEROSS are currently incarcerated on other charges and will be arraigned at a later date. The case has been assigned to United States District Judge Sterling Johnson, Jr.

According to the indictment, Cutolo disappeared on May 26, 1999, and was never seen or heard from again. Shortly thereafter, JOHN DEROSS assumed Cutolo's former position as underboss of the family.

In the months following Cutolo's murder, PERSICO and JOHN DEROSS sought to obstruct the federal investigation into Cutolo's disappearance by neutralizing Cutolo family members as potential government witnesses. Specifically, the indictment alleges that JOHN DEROSS, under orders from PERSICO, met with Cutolo's widow and children in March 2000 and threatened to harm the family if they refused to meet with a private investigator retained by PERSICO. Two days later, PERSICO's private investigator interviewed the Cutolo family and surreptitiously tape-recorded the interview.

The indictment further charges JOHN DEROSS, CARMINE DEROSS and SPATARO conspired with Colombo family soldier Vincent DeMartino and Giovanni Floridia to murder Colombo family soldier Joseph "Joe Campy" Campanella. On July 16, 2001, Campanella

---

[1] The charges contained in the indictment are merely allegations, and the defendants are presumed innocent unless and until proven guilty.

DEMARTINO-242

3

was shot near the intersection of 32nd Street and Surf Avenue in Coney Island, Brooklyn. According to a detention letter filed today by the government, in May 2004, in federal court in Brooklyn, DeMartino and Floridia were convicted for their participation in the murder conspiracy.

"As a result of our sustained law enforcement effort and the unprecedented cooperation of former members of organized crime, this Office, in the last two years, has successfully brought to justice those individuals responsible for several previously unsolved, notorious murders," stated United States Attorney **MAUSKOPF**. "The convictions of Bonanno family boss Joseph Massino and Colombo family consigliere and street boss Joel Cacace are just two examples. Today's indictment serves to reinforce our unwavering commitment to vigorously prosecute members of organized crime and prevent them from engaging in the type of violence that allowed them to control their illicit enterprises."

FBI Assistant Director-in-Charge **D'AMURO** stated, "Today's indictment is another benchmark in the FBI's campaign to target the leadership of the moment in each crime family, to maximize disruption to their organizations by gathering irrefutable evidence of their crimes. The ultimate objective is to render organized crime something that exists only in fictional representations on HBO."

If convicted of the Cutolo murder charge, **PERSICO** and **JOHN DEROSS** each

4

The government's case is being prosecuted by Assistant United States Attorneys

Thomas Seigel and Nicolas Bourtin.

## The Defendants:

Name:    ALPHONSE PERSICO,
Alias:    "Allie Boy" and "the Kid"
DOB:    2/8/54
Address:    Incarcerated.


Name:    JOHN DEROSS
Alias:    "Jackie"
DOB:    7/17/37
Address:    Incarcerated.

Name:    MICHAEL SPATARO
Alias:    "Mikey Spat" and "Spat"
DOB:    1/15/67
Address:    139 Pleasant Plains Avenue, Staten Island, New York

Name:    CARMINE DEROSS, III
Alias:    "Skippy"
DOB:    2/12/68
Address:    33 Dawson Court, Staten Island, New York

DEMARTINO-244



# This Week in

# GANG LAND

### The Online Column

### April 1, 2004

**By Jerry Capeci**

# Tough Love Hurts The Whole Family

 Love conquers all, goes the old saying. But sometimes, too much love can be a very bad thing for all concerned – even otherwise hard-hearted gangsters.



Take the case of Colombo wiseguy Vincent (Chicky) DeMartino, (right) After a stint in prison, he came to believe that a fellow mobster, a buddy from the old neighborhood no less, had been fooling around with his wife while Chicky, as they say, was "away." He was angry enough that he asked permission from his mob superiors to kill him.

But Chicky's mob bosses refused to give him permission to kill Joseph (Joe Campy) Campanella, and he grudgingly accepted their ruling. Ten years later, however, the mob – for its own reasons – came around to Chicky's way of thinking and gave him a belated OK on the hit.

According to court papers, on July 16, 2001, DeMartino tracked his old pal down in Coney Island where he had enjoyed a day at the beach, and tried to kill him in a drive by shooting. Demartino pegged a shot at Joe Campy's head, but in a stroke of luck or quick thinking, Joe Campy raised his arm just as the shot was fired, deflecting the bullet.            DEMARTINO-245

In court papers, the feds are careful to assert that the attempted assassination was not, as they put it, "some sort of ultra vires (out of control) personal vendetta." But they claim that it was the heart of the reason why Chicky jumped at the chance "to be the shooter when the time came to assassinate

Campanella."

Federal prosecutors Thomas Seigel and Nicolas Bourtin say that the order to kill Campanella emanated from Colombo underboss John (Jackie) DeRoss and



was carried out by DeMartino, 48, and associate Giovanni (John the Barber) Floridia, 28. (left)

Joe Campy recognized his assailants. According to court papers, DeMartino was the triggerman, firing out the passenger window of a van driven by Floridia. Campanella makes his debut as a government witness later this month. A panel of anonymous prospective jurors received questionnaires on Monday but testimony is not slated to begin until after the Easter and Passover holidays.

In addition to the shooting, Campanella will detail how he and Chicky earned their mob stripes under William (Wild Bill) Cutolo during the 1980s and were involved in the opening battle of the bloody 1991-1993 Colombo war.

In November 1991, again according to court papers, their ambush of rival capo Greg Scarpa Sr. went awry when one over eager crew member "fired his pistol prematurely." A second plot failed when a crew member's "firearm inadvertently discharged" as they waited for a target to arrive.

It was after the war, court papers state, that Chicky accused Joe Campy of having an affair with his wife from 1986 to early 1991. He complained to Cutolo, and followed with an appeal to acting boss Alphonse Persico. Sources say Wild Bill's decision soured DeMartino on him and brought about his shift of allegiance to DeRoss and Persico.

By 1999, sources say, DeMartino was firmly ensconced in the DeRoss camp and both men were involved in Cutolo's slaying, according to the court papers. Wild Bill, who had been promoted to underboss to disarm his longstanding distrust of

Shop Now! amazon.com    Shop Now!    Ernest Volkman    Shop Now!    Tim Shawcross

DEMARTINO-246

the Persico faction, disappeared that May. His body has
never been rec

 Robert Rudolph           Shop Now!          Mustain, Gene



the Persico faction, disappeared that May. His body has
never been recovered.

In April 2001, court papers say, DeRoss (right) decided
that Campanella should join Cutolo. His decision was
based on increased tensions – for one, Joe Campy had
opposed the killing of Cutolo – and a belief that
burgeoning FBI probes into the Colombos would push
Campanella to cooperate, according to prosecutors
Seigel and Bourtin.



Months earlier, the Colombos had learned that **Wild Bill's son** had cooperated
with the FBI in an effort to trap his father's killers after Persico, DeRoss and nine
others were hit with racketeering charges based on young Cutolo's
undercover work.

During that investigation, the papers state, DeRoss was tape recorded by
**Cutolo Jr.** in an angry rant against Joe Campy in which he "stated that he
intended to take 'everything' from Campanella." On April 2, 2001, when
DeRoss and his codefendants, who included Campanella's **brother Frank**,
received copies of all of young Cutolo's tapes to prepare for trial, DeRoss had
no choice but to act.

"Once the tape was out," wrote the prosecutors, "DeRoss had no reason to
believe that Campanella would remain loyal to him, and certainly had reason
to fear that Campanella would decide to cooperate against DeRoss and
implicate him in the murder of Cutolo, Sr."

The worst fears of **DeRoss** – and many other Colombos – were realized when
the shot intended for Joe Campy's head wound up hitting his upraised arm
instead. Campanella eventually decided that there may be a beach
somewhere in the Witness Protection Program, one that would better serve his
needs than the white sands at Coney Island.


Express Yourself with 4,000 FREE Smileys! click here - get them all now!

DEMARTINO-247

This week in Gang Land                                    wysiwyg://http://www.ganglandnews.com/column.htm

# Feds Silence The First Line Of Defense



Gang Land means no disrespect to their defense lawyers, but DeMartino and Floridia will go to trial with their second choices representing them of attempted murder in aid of racketeering charges that could mean 20 years in prison.

The reason: prosecutors Seigel and Bourtin say they will call their first choices, attorneys Bruce Cutler (left) and George Santangelo, as prosecution witnesses to show that the defendants are members in the same criminal enterprise, that is, the Colombo family.

On the night of the shooting, prosecutors say, DeMartino called both lawyers at their homes in an effort to obtain counsel for Floridia, who had been picked up for questioning by police based on a license plate number supplied by an eyewitness.

Prosecutors say DeMartino's efforts that night tie him to the shooting, and link both



Gang Land appears each week in The New York Sun.

defendants to the same criminal conspiracy, and want to ask the lawyers three questions that will help prove their claim:

1. Did you speak by telephone with Vincent DeMartino on the night of July, 16, 2001?
2. Did he seek legal representation for another person?
3. Who was that person?

Gang Land wonders what would happen if the lawyers, who, according to court records, have not appeared before the grand jury nor been questioned by prosecutors, answer the first question, or even the second one, by saying, "No."

Meanwhile, the defendants' more than capable defense team, James LaRossa and Jeffrey Lichtman, tell Gang Land that the prosecution is really a "one witness case (Campanella) and when the jury hears about all his appalling conduct, they won't believe a thing he says."

# Gang Land On *The Sopranos*

DEMARTINO-248



On the eve of *The Sopranos* fifth season, Gang Land got an offer it couldn't refuse from Slate, the online news magazine, to be a Monday morning commentator and discuss the action, or lack thereof, of the previous night's episode. Each week, Jeffrey Goldberg, of *The New Yorker*, and Gang Land, will analyze the sins and squabbles of



America's favorite gangsters. If you can't wait until next week, you can check out our back and forth about the first four shows of the season.

AOL for Broadband - Free Trial
Free AOL for Broadband when you upgrade your internet experience. Get everything you want with the safety and security o       <Click Now>

# Gang Land – The Book – Is Here

HOT OFF THE PRESSES! The best of Gang Land is available in a book store near you. Gang Land readers can get JERRY CAPECI'S Gang Land: Fifteen Years Of Covering The Mafia from Alpha Books at Amazon.com at a special low price.

The 330-page oversized book includes an index and eight pages of photographs. It is sure to contain a few of your favorite columns, as well as some you may have missed during Gang Land's 15-year run that began in 1989 in The New York Daily News and continues today online and in The New York Sun.



The book's 125 columns chronicle the New York Mafia landscape from John Gotti's heyday in 1989 as the swashbuckling Dapper Don to the remarkable day last year when Gotti's longtime rival Vincent (Chin) Gigante gave up his Daffy Don routine and fessed up to having put on a crazy act for three decades.

Amazon.com has it in stock for $13.27 – 30% off the $18.95 list price.

Accelerate Your Web Surfing Experience
NetZero HiSpeed requires no additional equipment. It is the value priced solution with the convenience of dial-up for $1       <Click Now>

DEMARTINO-249

4/1/04 9:19 AM

This Week in Gang Land                                           wysiwyg://3/http://www.ganglandnews.com/column.htp

# Mob Star: The Story of John Gotti



**Mob Star: The Story of John Gotti** – the book it took yours truly and Gene Mustain 17 years to do – tells the complete saga of John Gotti, from his treacherous rise to his defiant downfall. Although we didn't know it at the time, we began working on "Mob Star" in 1985, when we began covering the Gotti story as news reporters.

The first edition came out in 1988, and we finished this new edition three days before Gotti died in June 2002. We added a postscript, and Alpha Books has distributed it to the nation's bookstores.

With a 40,000-word update, the new edition contains the entire Gotti saga right up to his time in prison and his death from throat cancer.

The 378 page, full-size book uses eight additional chapters, a prologue and an epilogue to complete the story we began telling (better than any other reporters, we might add!) when we covered the Gotti-orchestrated, midtown Manhattan assassination of former Gambino boss Paul Castellano.

For the last and best words on Gotti, this is the book to have. It is specially priced at Amazon.com at $11.87, more than five bucks off the suggested retail price.

# Not Really For Idiots

Whether you're a Gang Land regular or an occasional visitor, you'll enjoy "The Complete Idiot's Guide to The Mafia," a book I wrote for Alpha Books. It's filled with real stuff about real wiseguys and insight about the ways that mobsters make their money. It's 343 pages of true stories of life and death, honor and betrayal. Get it at your local book store, or at Gang Land's favorite, Amazon.com, where the powers that be have knocked the price down to $13.27, so low I am concerned that the Godfather of online booksellers has forgotten about my end.



DEMARTINO-250

**New York Daily News - http://www.nydailynews.com**
**2 found guilty in rubout try**

Friday, May 7th, 2004

A Brooklyn federal jury convicted a reputed Colombo crime family soldier and his associate yesterday of shooting a wiseguy in a botched hit in Coney Island.

The verdict didn't sit well with the wife of the gunman, Vincent (Chicky) DeMartino.

"You should burn in f—— hell!" Donna DeMartino snarled at FBI agents after the judge and jury had left the courtroom. "I have three babies. You know my husband is legitimate. You f—— dogs!"

DeMartino and his sidekick, Giovanni (John the Barber) Floridia, are facing stiff prison sentences for the attempted murder of Joseph (Joe Campy) Campanella on July 16, 2001.

Campanella was marked for death because he had fallen out of favor with the crime family, according to Brooklyn U.S. Attorney Nicolas Bourtin.

"In the Mafia, your severance check is a bullet in the head," Bourtin said.

Campanella testified that DeMartino shot him from inside a minivan driven by Floridia.

A witness watching through binoculars from the 16th floor of a nearby housing project jotted down the vehicle's license plate.

Campanella recovered from wounds to the hand and foot and later became a government witness after being charged with extortion and health care fraud.

Floridia's lawyer, Jeffrey Lichtman, vowed to appeal the conviction.

John Marzulli

DEMARTINO-251

281A·A24 281.521
SEARCHED _____
SERIALIZED _____

MAY 1 0 2004    56

b6 -1
b7C -1



# Reputed mobsters convicted in attempted hit

BY ANTHONY M. DESTEFANO
Staff Writer



May 6, 2004, 7:15 PM EDT

Cries of anger and despair reverberated through Brooklyn federal court Thursday as
a reputed Colombo crime family soldier and an associate were convicted of taking
part in a botched attempted hit in Coney Island.

Vincent "Chickie" DeMartino, 48, and John "The Barber" Floridia, 29, also known as Giovanni, were
convicted of racketeering offenses stemming from the July 16, 2001 murder attempt on Joseph
Campanella, 45, also a reputed Colombo soldier.

DeMartino and Floridia showed no emotion as the verdict was announced. Judge Raymond Dearie even
complimented their families for showing restraint, apart from some soft sobbing.

But after Dearie and the jury left the courtroom, family members lashed out.

"You know my husband is legitimate, you know it, you —— dogs," DeMartino's wife Donna DeMartino
hissed at the federal agents who were on the prosecution team.

Floridia's father, Pasqualino Floridia, dropped to his knees as he was walked out of the courtroom and
made a prayerful gesture as he blurted an obscenity towards the agents. The agents didn't react. Other
Floridia family members quieted down the outburst.

DeMartino, of Howard Beach, was already in custody and Floridia, who had been free on bail, was
ordered jailed after the verdict by Dearie despite defense attorney Jeffrey Lichtman's request to keep him
free through the appeals process.

"There has to be a way to get him out of there," wife Maria Floridia said to Lichtman, "because he didn't
do this."                                                        DEMARTINO-252

Prosecutors Nicolas Bourtin and Thomas Seigel made the case against the defendants largely on the
strength of testimony from Campanella and Wilson Afanador, a Brooklyn man who was gazing out the
window of his Coney Island apartment with binoculars just before the shooting.

Campanella testified that DeMartino shot at him, despite the fact that he had earlier told police that he
didn't know who shot him. Afanador said he noticed a green minivan cruising the neighborhood, and
through binoculars, saw that the passenger had a pistol. He wrote down the license plate number, which
officials said was registered to Floridia's wife.

DeMartino, who has two previous federal convictions, faces up to 30 years in prison while Floridia faces

Newsday.com: Reputed mobsters convicted in attempted hit                    Page 2 of 2

a possible 18 to 21 years, officials said.

*Copyright © 2004, Newsday, Inc.*

DEMARTINO-253



## MAFIA HIT MEN GUILTY

### By KATI CORNELL SMITH

✉ Email    🗐 Archives
🖨 Print     © Reprint

*May 7, 2004 — A Mafia turncoat who took two bullets in a failed mob hit got his revenge yesterday as a federal jury convicted his would-be assassins of murder conspiracy.*

Jurors delivered the guilty verdict against Vincent "Chicky" DeMartino, a Colombo soldier, and mob associate Giovanni "John the Barber" Florida after two days of deliberations.

The feds' star witness, Joseph "Joe Campy" Campanella, 45, was marked for death when leaders of his crime family wrongly suspected him of cooperating with the government.

"In the mob, you don't get called to the office of your human-resources director and get handed a severance check. In the Mafia, your severance check is a bullet to the head," Assistant U.S. Attorney Nicolas Bourtin said in closing statements.

DeMartino, 47, the shooter, is facing approximately 30 years behind bars when he is sentenced, while Florida, 29, the getaway driver, could receive 22 years.

The wives of the two mobsters wept audibly as the verdict was announced and flew into a rage after the jury left the courtroom.

"Burn in f- - -ing hell! I have three babies!" DeMartino's wife, Donna, shouted at an FBI agent after the jury left the courtroom. "You know my husband's legitimate. You f- - -ing dog!"

Bad blood between DeMartino and Campanella began more than 10 years ago, when DeMartino accused his one-time pal of having an affair with his former wife while he was in prison.

Campanella, who fathered a child with a mistress while he was married, has denied the allegation.

But his long relationship with another girlfriend, the busty blond wife of a Gambino associate, came in handy last week as she backed up his account of the July 16, 2001, shooting.

Rosalie Castellana testified that she initially suspected her jealous husband was to blame.

But a call from Campanella reassured her that "it was his friends that did it," the mob wife testified.

Campanella was walking to his car near a Coney Island beach when he heard a yell, "Hey, Joey!" and turned to see DeMartino aiming a gun from a minivan.

He was shot in the arm and foot after running in a zigzag and covering his face.

Defense lawyers James LaRossa and Jeffrey Lichtman said they would appeal the convictions.

Home

NEW YORK POST is a registered trademark of NYP Holdings, Inc. NYPOST.COM, NYPOSTONLINE.COM, and

| #26 | **RE-PAROLE** | 11/17/97 - 11/5/2001 |
|---|---|---|
| **DEMARTINO, Vincent** | **SUPERVISED RELEASE** | 11/17/97 - 11/16/2000 |

5/13/99
Cont'd.

Subject also provided updated financial statement. Subject has over $200,000 in a savings account balances in three different banks. Subject owns (2) properties valued at approx. a total of $650,000. Subject has a $200,000 life insurance policy and his van is worth $1,500. Subject directed to report next on 6/10/99.

**LAW ENFORCEMENT CONTACT CHRONO:**

b6 -1    per FBI
b7C -1

Undersigned speaking to [              ] of the Colombo Squad they inform their information was that subject is somewhat of an outcast now he is not allowed to hang around [              ] and he mainly spends his time at the auto body shop in the bldg. he owns at 8740 18th Ave. Agent [         ] will keep us advised if the subject surfaces in any of their investigations. DTW/bm

6/15/99

OC. Subject reporting this marginal date as he became confused as to his exact report date. No changes noted on his MSRs. Subject reporting TMI of $5,400 and TME of only $718. Subject receiving rent for the bldg. he owns on 86th St. which is rented out to an auto body shop. Subject providing all paystubs from his job.

Subject stating all is well with his family. Subject denies any association with OC figures or convicted felons.

Subject inquiring about early termination from supervision. We tell him it is not our position to endorse such a request.

Subject directed to mail in his 6/99 MSR and to report next on 2nd Thursday in August.

TC. Undersigned being contacted by Linda Sheffield, subject's attorney inquiring about an early termination from parole. We tell her we are not going to endorse that. She is going to submit something anyway.

Subject also mentioned, in connection with his job, he may have to travel to NJ occasionally to pick up supplies. He is directed to contact us prior to going there and to also bring us a copy of any invoices of supplies he picks up.

DEMARTINO-255

**#27**                      **RE-PAROLE**                11/17/97 - 11/5/2001
**DEMARTINO, Vincent**       **SUPERVISED RELEASE**       11/17/97 - 11/16/2000

6/15/99    Subject also receiving bills from B.I. Monitoring which
           we forward to SUSPO Mike Honan as the USPC ruled that
           parolees sentenced to sentenced to HC do not have to
           pay the cost of such.    DTW/bm

7/9/99    <u>LAW ENFORCEMENT CONTACT CHRONO:</u>

          Undersigned meeting with [          ] FBI this day.
          He shows us a photo of an individual's driver's
          licensed photographed and he is asking us to determine
          whether this is in fact our subject.  We view the photo
          and immediately determine it is not our subject.
          However, the basis for this contact was that the
          individual who in this photo [          ]
          has an address of [          ] which is an
          address that was used by our subject and is still used
          by [          ] who resides there. We will maintain
          contact with agent [          ] to see if subject is
          linked to this criminal activity.

b6 -1 per FBI
b7C -1

          CC. Undersigned in the field this day. We pass by the
          Body Shop that subject owns at 8740 18th Ave. this day.
          We verify that is in fact the Body Shop is a legitimate
          business. Subject owns this building and reportedly
          agents tell us that frequents this location.    We do
          not observe subject here this day and are just making a
          notation of where is it located.    DTW/bm

7/14/99   <u>OBSERVATION CHRONO:</u>

          Undersigned passing by subject's residence this day and
          we take a couple of plates parked in subject's
          driveway, one of which we believe is subject's wife's
          vehicle.    DTW/bm

8/12/99   OC. Subject reports as directed. It is obvious he just
          came from work. Subject is back up in the Bronx at a
          location where we have seen him working before - on the
          roof of a school up there - Washington Ave. and 189th
          St.  Subject provided all paystubs to us at this time.
          There are no changes noted on his paperwork.  Subject
          requested permission to travel to Montauk for three
          days for a getaway with his wife.  He never had a
          honeymoon and subject tells us today that his wife is

                           DEMARTINO-256

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

VINCENT DEMARTINO,                          )
                                            )
            Plaintiff                       )
                                            )        Civil Action No. 06-cv-0879 (RJL)
        v.                                  )
                                            )
FEDERAL BUREAU OF INVESTIGATION, et al.,)
                                            )
        Defendants.                         )
                                            )

# EXHIBIT B



**U.S. Department of Justice**

Federal Bureau of Prisons

JAN 2 3 2007                          *Washington, DC 20534*

Vincent Demartino
Reg. No. 22044-053
USP-Beaumont
P.O. Box 26030
Beaumont, TX 77720

For Further Inquiry Contact:
Federal Bureau of Prisons
320 First Street. N.W.
Room 841 HOLC Building
Washington, D.C. 20534
Attn: FOIA/Privacy Act Office

RE:  Request for Information, FOIA Request No: 2007-01385

Dear Mr. Demartino:

     Pursuant to your Freedom of Information Act request to the
Federal Bureau of Investigation, the one (1) page document has
been referred to this agency for processing and direct response
to you.

     After careful review, we have determined the one (1) page
can be released with certain information redacted.  This one (1)
page is enclosed.  The one (1) page is being excised pursuant to
5 U.S.C. § 552 (b)(7)(C) and (b)(7)(F).

     Exemption (b)(7)(C) exempts information compiled for law
enforcement purposes which could reasonably be expected to
constitute an unwarranted invasion of personal privacy

     Exemption (b)(7)(F) provides for the withholding of
information that could be reasonably be expected to endanger the
life of physical safety of any individual

Pursuant to 28 C.F.R. § 16.9, this response may be appealed to the Attorney General by filing a written appeal within sixty days of the date of this letter. The appeal should be addressed to the CO-Director, Office of Information and Privacy, U.S. Department of Justice, 1425 New York Ave., NW, Suite 11050, Washington, D.C. 20530. Both the envelope and the letter of appeal itself must be clearly marked: "Freedom of Information Appeal."

Sincerely,

Wanda M. Hunt
Chief, FOIA/PA Section

for