## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBER

Vincent DeMartino §
    Petitioner §
§
Vs. §
§    Case No: 1:06 CV-00879 (RJL)
Federal Bureau of §
Investigation, et al.§

    This motion is to respond to the Court's order of January 3,2008. So that the defandant's motion is "**Not**" deemed matter as conceded.

    There motion is Untrue and False..
If there is noting illagel and false in my file then why is it the Government is fighting me so hard Not to give me what's in my file under F.O.I.A..This is going on for four (4) years now.
    It would make you think?
    The Government is Very Awere of what I asked for...
First, what document's that have been produced have been redacted to "Meaning lessnesses". And they are from "1986" **NOT** what I ashed for. I ashed for document's from "__1998 to 2002__". Plus they say all other document's withheld or index. I am at the Mercy of legions of techmocrats who can, at will cast them in whatever light they choose, without hindrance, in fact I am the victim of what the Court in __Vaughn Vs. Rosen 484 F 2d 82 (D.C. Cir 1973)__.

    Prescienty termed "Government obuscation and mischaracter-ization", and they maintain incorrect information in my file and information that wil Prove Me Innocent of the charge's I am now incerated for. and they use this incorrect information in determinations adverse to me as discessed in __Sellers Vs. Bureau of Prisons 959 F 2d 307,(D.C. Cir 1992)__. But as they say :There is alway's something they can not give me or it is not available.
    "__This is Obviousily False__".
After four (4) year's I still have nothing. If there is nothing in my file then why is the government still claiming they need more time to complete,

-1-

RECEIVED
JAN 2 2 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

defendant's are simply not taking this matter seriously, or are they? and thus acting in a lax manner towards my completing the task it claims it need's to complete. Your Honor can make this Wrong a Right.

### The Government is Very Awere of what I asked For.

Yet I set in jail fighting for information That will free me. I should recive this information. That will Help me prove my innocence. The Government know's I need the **911 Tape** of the Shooting of Joseph Campanella on July 16,2001 the crime I am doing Prison time for. And the Wilson Alfanador 302's and notes.

1)-The Governement are appartinly saying that although they are not required to comply, because of lack of exhaustion,they have complied anyway with all satuatory requirement's.

This can NOT be fether from the Truth.
This position is Disingenuous. Your Honor has the power.

2)-The document's they produced are from 1986 and are NOT what I asked for. This proves they are playing Games. And the document's that they gave me are so redacted to meaninglessness,for all other document's withheld or index I am at the Mercy of Legions of Techmocrats who can, at will cast them in whatever light they chose without hindrance as here. If they have complied as alleged. Then why are we still in front of Your Honor? And I do not have what I need and asked for under the Freedon of Information act.

3)-In any event I am in Prison as a result of being wrongfully convicted of commiting a violant act in aid of racketeering. And they have the information that can free me.The 911 tape of the Shooting of Joseph Campanella. If posable I have NO problem if your Honor want's to listen to this tape and make your own dicision on if it should be relased to me.

4)-I have asked for prodution of the 911 tapes regarding my case. Which Wilson Alfandor had No license plate number avilable for reporting.PROOF this information just came out in United States Vs. Persico.this information would have been and will be favorable to my defence. You Honor can Order them to release it.(The Tape). Yet Mysteriously,the Government inexplicably contends that the "911" tape has been destroyed. An oxymoron if ever there was one.

Who destory's Evidence before a trial? Inpossable...

5) I was convicted in addition to other "Constitutional Violations" by the Government Counsel. As your Honor can see the run a round I am reciving here. Your Honor has the **Power to make this "WRONG" a "RIGHT"**.

6) I have been wrongfully convicted and incarcerated and these document's will prove it. What possable reason can they have for not releasing them. I am doing the time for this crime. But these document's will release me. That's why the Government will "NOT RELASE" them to me.

" Your HONOR has the Power to make this " WRONG " into a " RIGHT ".

7) The government add's entreme 'insult to Injury" with me by continuing to classify me with separatees.

8) There is no need to have separatee classifications and I am given no oppartuity to explain why this is erroneous and unfair.
I am doing 280 months.

9) AUSA, Ms.Patricia Natopulas, AUSA Mr.Seigal, AUSA Mr.Burtin all from the Eastern District of New York. Presented **"FALSE Testioney"** to a **"Grand jury"** that resuilted in an **"Indictment"** in case No: 03-CR-285 My Case. Which [Later] before Honorable Judge "Rina Raggi" it was revealed AUSA Ms.Patricia Natopulas **"PERJURD HERSELF"** in another case, and procured perjured evidence to present to a grand jury in Violation of **D,R. 7- 102. A. 4,** That "ALL" requested document's have **"MATERAL"** fact's to Resolve disputed **"FALSE RECORD'S"**. This can all be verafided. ...

10) That I Vincent DeMartino, Attemped to exhaust my Freedom of Information act procedures to **"NO AVAIL"** had **"NO RESULT'S"** I hit a Brick wall. See Letter inclosed Dated December 7,2007 from Associate Director "Janic Galli McLeod. Saying file a law suite. Is this very professional? You Honor can fix this WRONG!

11) That (ci) knownly **"TESTIFY"** as Wilson **"VEGA"** at the Grand Jury in case No: 03-CR-285 My Case. and was later **"REVALED "** as Wilson **"ALFANADOR"** at trial in my case. This is more Proof. That all 11 items listed in this motion are TRUE ACCURATE and CORRECT.

This case is Ripe for a summary judgement in the "PLAINTIFF'S" behalf and defent's motion should be denied. so justice and fairness can pervail.

Respectfully submitted on 17th day of January 2008.

*Vincent DeMartino* (signature)
Vincent DeMartino
22044-053    Unit 1A
F.C.I. Allenwood
P.O. Box 2000
White Deer, P.A. 17887

cc
Karen L. Melnik (AUSA)
United States Attorney Office D.C.
555-4th Street N.W.   Room E 4112
Washington, D.C. 20530

cc.
Clerk's Office
United States District Court
for the District of Columber
United States Courthouse
333-Constitution avenue N.W.
Washington, D.C. 20001

-4-

**U.S. Department of Justice**

Office of Information and Privacy

Telephone: *(202) 514-3642*  Washington, D.C. 20530

DEC 0 7 2007

Mr. Vincent De Martino
Register No. 22044-053
Federal Correctional Institution   Re:  Appeal No. 07-2322
Post Office Box 2000                     Request No. 1069165
White Deer, PA  17887                    ADW:CAS:PED

Dear Mr. De Martino:

    This responds to your letter dated October 4, 2007, which I am interpreting as a request that I reconsider my decision on your appeal from the action of the Headquarters Office of the Federal Bureau of Investigation pursuant to your request for access to records pertaining to laboratory reports associated with FBI file No. 281A-NY281501.

    After carefully considering this matter, I have determined that my original decision, as outlined by letter dated September 26, 2007, was appropriate.

    If you remain dissatisfied with my action on your appeal, you may file a lawsuit as indicated by letter dated September 26, 2007.

Sincerely,

Janice Galli McLeod
Associate Director