UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **VINCENT DEMARTINO,** | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil Action No. 06CV0879 (RJL) |
| **F.B.I., et al.,** | ) ) ) | |
| Defendants. | ) ) | |

**STATEMENT OF MATERIAL FACTS NOT IN GENUINE DISPUTE**

Pursuant to Local Rule 7(h), Defendant FBI respectfully submits this statement of material facts as to which it contends there is no genuine dispute.

**I.    Plaintiff's Request to the New York Field Office**

1. By letter dated June 16, 2005, plaintiff submitted a FOIPA request to the FBI's New York Field Office (NYFO) for information pertaining to the shooting on July 16, 2001 in the Coney Island section of Brooklyn, New York. The details of his request were the same as his original February 20, 2005 FOIA request to FBIHQ. See Dkt. #22, Declaration of David M. Hardy ("Hardy Decl.") at ¶ 20 and Exhibit P attached thereto.

2. By letter dated July 6, 2005, FBIHQ acknowledged receipt of plaintiff's FOIPA request to the NYFO and assigned it FOIPA Request Number 1023930-000. See id. at ¶ 21 and Exhibit Q attached thereto.

3. By letter to the NYFO dated October 3, 2005, plaintiff inquired as to the status of his FOIA request. See id. at ¶ 22 and Exhibit R attached thereto.

4. By letter dated October 20, 2005, FBIHQ advised plaintiff that the material he requested from the NYFO is located in an investigative file which is exempt from disclosure pursuant to Title 5, United States Code, Section 552, Subsection (b)(7)(A). Plaintiff was advised if this file were to be reviewed under FOIPA in the future, additional exemptions may be applied at that time. Plaintiff was advised of his right to file an administrative appeal for this denial to the DOJ, OIP. See id. at ¶ 23 and Exhibit S attached thereto.

## II.    Searches For Records Responsive To Plaintiff's Requests

5. In response to plaintiffs' FOIPA request to the NYFO, the FBI Headquarters ("FBIHQ") initiated searches of its Automated General Indices to the Central Records System[1] at NYFO to identify any records concerning plaintiff and the investigation of a July 21, 2001 shooting at Coney Island. See Fifth Declaration of David M. Hardy ("Fifth Hardy Decl.") at ¶ 8.

6. The Automated General Indices to the CRS were searched for any records pertaining to "Vincent Anthony DeMartino". See id. As a result of these searches, FBIHQ identified New York Office main file, 281A-NY-281501, as responsive to plaintiff's request. See id.

7. New York file 281A-NY-28150 pertains to the multi-subject investigation of the Columbo crime family and the attempted murder of Joseph Campanella. See Fifth Hardy Decl. at ¶ 9.

8. On May 6, 2004, Vincent DeMartino was convicted for the attempted murder of Joseph

---

[1] A complete explanation of the FBI's Central Records System ("CRS") can be found in the Fourth Declaration of David M. Hardy. See Dkt. #35, Fourth Hardy Decl. at ¶¶ 6-11.

Campanella. See id.

9. The Case Agent in the New York Field Office has advised that this attempted murder investigation is not over; it is still being actively investigated and prosecuted; that interviews of persons are still being conducted; that evidentiary documentary material is still being obtained through Federal Grand Jury subpoenas and other investigatory methods. See id.; Declaration of Special Agent James J. DeStefano ("DeStefano Decl.") at ¶¶ 13-21.

10. This file currently consists of a total of 6,377 pages of documents. See Fifth Hardy Decl. at ¶ 11.[2]

>Respectfully submitted,
>
>/s/
>JEFFREY A. TAYLOR, D.C. Bar #498610
>United States Attorney
>
>/s/
>RUDOLPH CONTRERAS, D.C. Bar #434122
>Assistant United States Attorney
>
>/s/
>KAREN L. MELNIK, D.C. Bar #436452
>Assistant United States Attorney
>555 4th Street, N.W.
>Washington, DC 20530
>(202) 307-0338
>(202) 514-8780 (facsimile)

---

[2] Twenty-eight pages of public source material from the file and sub-files at issue were processed and released to Plaintiff on November 14, 2006. See Fifth Hardy Decl. at ¶ 11.