UNITED STATES DISTRICT COURT
for the DISTRICT of COLUMBIA

RECEIVED
FEB - 7 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Vincent DeMartino §
   Pro se Plaintiff §
   Vs. § Civil Action No: 06CV0879(RJL)
F.B.I.,et,al. §
   Defendants §

PLAINTIFF MOTION IN RESPONCE TO DEFENDANT'S REPLY
IN SUPPORT OF MOTION FOR SUMMARY JUDGEMENT IN PART.

I Vincent DeMartino, declare the following to be true and correct statement's of facts and laws to the best of my knowledge.

A review of the defendant's motion for summary judgement show's that No matter how clumsily I cast my request or how inartfully I drafted my pleading's, they are aware of what I asked for. So there position is obvious incongruous.

They are apparinty saying that although they are not required to comply, they have complied, anyway with all satuatory requirements. <u>Both positions are disingenuous</u>.

I have already engaged in Ad Nauseum. Justice is blind, not stupid as (AUSA) Karen Melnik would like this Court to belive. I ask your Honor for Noblesse Oblige..

In fact now I am the victim of what the Court in <u>**VAUGHN** vs **ROSEN** 484,F2d 820 (D.C. Cir 1973)</u>. Persciently termed <u>" Governmental obfuscation and mischaracterization "</u>.

The defendant's say I did not site law. This could not be further from the truth. See all pased motion's. Right is Right..

I asked for record's from <u>1998 to 2001.</u>
I also ask for all production of the <u>July 16,2001 Shooting of Joseph Campanella. (911 tapes)</u> regarding "MY" case. How can there not be any responce materal. I am doing a 25 year sentence for that. This in itself shows how far the defandant's will go to falsefy the record. I hope your Honor see's thru this. The government repeatedly says there is no responcive matarel.
This is an Oxymoron if ever there was one.

-1-

Civil action No 06CV0879(RJL)

How does the government explain the 302's I sent to them and the Court in my " Declaration of Vincent DeMartino showing LaRossa and Cutolo Jr."PROOF"..

Even though I have requested all information concerning there relationship in the government files they contend there is none available.. This I proved, this is an oxymoron. Again Justice is blind, Not stupid as K.Melnik wuold like the court to belive. So this is obviously False,as reflected by these **F.B.I. 302's.**

**The CONSTITUTION STANDS FOR ALL!**

I have been wrongfully convicted and incarcerated and suffer further as a result of false information maintained on me by the government agencies involved in this action as proven above.
This case is over (4) four years old now it is ripe for a Summary Judgement and should be "Granted for the Plaintiff", Vincent DeMartino. See Haines Vs Kerner 404, US 519, 30 Led 2d 652, 92. Sct 594. (1972)

The defendant's motion should be denied in it's Entirety.

Respectfully Submitted,
Vincent DeMartino

Vincent DeMartino
22044-053          Unit 1-A
F.C.I. Allenwood
P.O. Box 2000
White Deer, P.A. 17887

Febuary 1, 2008.

CC. Karen L Melnik AUSA
United States attorneys office
555 - 4th Street N.W Room E4112
Washington DC 20530

CC Clerks office
United States District Court
for the District of Columbia
United States Courthouse
333 - Constitution ave N.W
Washington DC 20001