United States District Court
for the District of Columbia

**RECEIVED**
FEB 19 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Vincent DeMartino
Plaintiff
vs
Federal Bureau of Investigation et, al
Defendants

Case No: 1:06 CV 00879 (RJL)

## Motion For Extension of time

Plaintiff Vincent DeMartino pro se, hereby moves this court for an extension of time in which to file a responce to the governments motion for a Summary Judgement and the Courts Order to file a responce by March 11, 2008 so that defendants motion is "Not" deemed matter as conceded.

In support of this motion (request) plaintiff states the following:

F.C.I. Allenwood is on lockdown status to further notice, were plaintiff is housed. See inclosed letter from "Warden David J. Ebbert" dated February 12, 2008. That shows the prison Allenwood institution is on lockdown.

I want the court to be aware of this due to the fact I can not (research) or use the Law Library to file my reply (responce) motion and will need an extention of time to answer the governments motion for Summary Judgement on my F.O.I.A.

Therefore, Plaintiff respectfully requests for an extention of time to file a responce.

Respectfully Submitted
Vincent DeMartino

Vincent DeMartino #22044-053
FCI Allenwood   Unit 1-A
PO Box 2000
White Deer, PA 17887

February 13, 2008.

C.C KAREN L. Melinik
Assistant U.S. Attorneys
555· 4th Street N.W (Room E4112)
Washington DC 20530

CC Clerk of the Court.



U.S. Department of Justice
Memorandum
Federal Bureau of Prisons

*Federal Correctional Complex, Allenwood*

*Federal Correctional Institution*
*P. O. Box 2500*
*White Deer, PA 17887*

DATE: February 12, 2008

TO: FCI Allenwood Inmate Population

FROM: David J. Ebbert, Warden

SUBJECT: INFORMATIONAL MEMORANDUM - STATUS of INSTITUTION

Based on an institution disturbance occurring on the evening of February 11, 2008, the institution has been placed on lockdown status. As a result, we are reviewing information to properly address the situation. All normal operations have been temporarily suspended, and informational updates will be provided.