**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| VINCENT DEMARTINO, | ) |
|     Plaintiff, | ) |
| v. | ) Civil Action No. 06-0879 (RJL) |
| F.B.I., et al., | ) |
|     Defendants. | ) |

**NOTICE OF SUBSTITUTION OF COUNSEL**

The Clerk of the Court will please enter the appearance of Assistant United States Attorney John G. Interrante, and remove the appearance of Assistant United States Attorney Karen L. Melnik, as counsel for defendants in the above-captioned case.

          /s/
JOHN G. INTERRANTE
PA Bar # 61373
Assistant United States Attorney
Civil Division, E-4806
555 4th Street, N.W.
Washington, D.C. 20530
(202) 514-7220
(202) 514-8780 (fax)
John.Interrante@usdoj.gov

**CERTIFICATE OF SERVICE**

  I hereby certify that on this _____ day of February, 2008, I caused the foregoing to be served on Plaintiff via first class United States Mail:

Vincent DeMartino
Register No. 22044-053
FCI Allenwood
P.O. Box 2000
White Deer, PA. 17887

             /s/
             JOHN G. INTERRANTE
             Assistant United States Attorney
             Civil Division, E-4806
             555 4th Street, N.W.
             Washington, D.C. 20530
             (202) 514-7220
             (202) 514-8780 (fax)