RECEIVED
APR 0 7 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Vincent DeMartino §
    Plaintiff §
§
Vs. §    Case No: 06-CV-0879 (RJL)
§
U.S. Attorney's, FBI, et.al. §
    Defendant's §

## SUPPLEMENT TO PLAINTIFF'S MOTION
## IN RESPONSE TO DEFENDANT'S MOTION
## FOR SUMMARY JUDGEMENT:

++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++

    By and through the defendant's it became very clear that the information plaintiff requested through FOIA is in fact in the hand's of the FBI and Government and Eastern District of New York, et.al..

    See letter plaintiff just recived "Dated March 26,2008". Which is enclosed as "Exhibit A' from Mr.William G.Stewart II, Assistant Director.

    This letter show's this court how the Government, FBI,et.al. is trying to mislead the court...They said in there motion they had "6,377" page's of document's. Now in there letter Mr.William G.Stewart Assistant Director states: That there are "25" boxes of document's and normally a box contains between 2,000 and 4,000 pages of record's.

    So this is proof they are withholding the information south by plaintiff DeMartino. and judgement should be granted in the plaintiff's favor.

    They also say plaintiff's request is denied for fee waiver. Even after the court granted plaintiff a fee waiver.

    This proves through delartion's of Special Agent's James J.DeStafano,David M.Hardy and now William G.Stewart II Assistant Director letter Exhibit "A". From Excutive Office of United States Attorney's at 600 E Street N.W. Washington,D.C.20530 Suite 7300,Bicentennial Building. Also Attorney Advisor Dione Stearns, Exhibit "A" Enclosed letter dated March 26,2008.

It also proves there is "<u>NO Longer</u>" any ongoing proceeding or investigation involing the Shooting of Joseph Campanella in Coney Island, Brooklyn. As agent James J. DeStafano states in his declartion. Agent James J. DeStafano's claim's See (14) of agent James J. DeStafano's declartion as shown in (10) to (13) this same declartion.

This in itself proves plaintiff's claim's that evidence was and still is being withheld. <u>**Now this Honorable Court can be Factually aware that document's exist.**</u> See Exhibit "A" enclosed. These document's are not exemption as the government would like this court to belive under (7)(A) 5 USC (b)(7)(A) as can be seen in Exhibit "A" enclosed is the letter dated MArch 26, 2008 from William G. Stewart II Assistant Districtor. The government's claim's can not stand the light of day.

The defendant's have failed. Mr. Willam G. Stewart II letter Exhibit "A" made it very clear that thire are **"25"boxes of document's in this muilt-defendant case..**

Plaintiff has requested these document's in an attempt to prove his innocence in this matter. This letter alone shows how the government is misleading the court.

Any reference to DeMartino's conviction is not exemt from discloser as it should have been disclosed to me prior to my trial. Under clear instruction of the <u>Supeme Court in Brady Vs. Maryland 373 US 83,83 S.Ct 1194,10 Led 2d 215(1963). See also Dan L. Bright Vs. Cettorncy General John Ashcroft, FBI and US Department of Justice 259, FS 2d 502 (2003).</u>

This letter Exhibit "A" proves plaintiff's belive on how seriouisly the AUSA, FBI, Government takes it's obligation's. I.D. **Nothing could be further from the truth.** As shown here. I pray this Honorable Court see's this from the proof above.

This show's this court that the delaration's of the two (2) agent's are false and misleading to this court. James J. DeStafano and David M. Hardy.

The release of these document's at this time surly would not hinder anyone.. Unless as plaintiff stated in his response to defendant's motion for summary judgement. the government, Et, Al. is acting in "Bad Faith".

Bad Faith is very clear here in this instance. The FBIFO claims to be withholding theses document's pursuant to (7)(A). At least until the appeal process of plaintiff is complate this in itself is an untruth to this court. See Exhibit "A" enclosed.

This information should be disclosed to plaintiff See **US Vs Powers 75 F3dd 335 (7th Cir 1996). CITING Weatherford Vs. Bursey 429 US 545,559,97 S.Ct 8837,845,51,Led 2d 30 1997. US Vs. Agurs US 427 US 97,107-12,96 S.Ct 2392,499,Led 2d 342 (1976) BRADY.**

This is a disclosure rule not a discovery rule. Here however the FBIFO,FBIHQ and the United States Attorney's Office et,al."FAILED" to do just that.. The FBI et,al. are still not allowing plaintiff access to these files during the process of criminal appeals.

The FBI et,al. have failed to meet the requiments set fourth in **Voinche Vs. FBI 46,F Supp 2d 26.** which states in part.

> In a FOIA case the court may aware Summary Judgement solely on the bases of information providided in affidavid or decleration's when the affidavit's or declacation describe the document's and the justifications for mondisclosure with reasonably spacific detail, demonstrate that the information withheld logically falls with the claimed exemption, and are not controverted by either contrary evidence in the record nor evidence of agency Bad Faith.

**Military Airdit Project's Vs. Caseyy 656 F2d 724,738 (DC Cir 1981) See also Vaugh Vs. Rosen 484,F2d 820,826 (DC Cir 1972) Cert Denied 415 US 977,94 S.Ct 1564,39 Led 2d 873(1974).**

The FBI's claims of exemption has not been "Reasonably Justified" and is in "Controverted" by the record and there own affidant's and NOW this letter Exhibit "A" by William G.Stewart II Assistant Director.

Werefore,for all the above stated reason's fact's and proof in the interest of justice, plaintiff pray's the honorable court not grant summary judgement in favor of the defendant's and grant DeNovo review of all document's within these files acording to the NEW letter from William G.Stewart II.

And Order the Release of All document's including the document's in file 281A-NY-281501. And grant any and all other remidies this Honorable Court deem's just due to the fact pervided herein.

Respectfully Submitted by:

*Vincent DeMartino April 1, 08*

Vincent DeMartino
Reg No: 22044-053
FCI Allenwood         Unit 1-A
P.O. Box 2000
White Deer, P.A. 17887

cc.
File

cc.
United States Attorney's Office
ATT: Mr. John G. Interrante
     555- Fouth Street N.W.
     Washington, D.C. 20530

cc.
Clerk of the Court
United States District Court
for the District of Columbia
333-Constitution ave  N.W.
Washington, D.C. 20001

-4-

## CERTIFICATE OF SERVICE

I hereby certify that on April 1,2008. I deposited a true copy of:

Supplement to Plaintiff's Motion
in Response to Defendant's motion
for Summary Judgement.

into the prison mailing system via first class mail to be served on defandent's and the clerk of the court.

CC.
United States Attorney's Office
ATT: Mr.John G.Interrante
555-Fouth Street N.W.
Washington,D.C.20530


CC.
Clerk of the Court
United States District Court
for the District of Columbia
333-Constitution ave N.W.
Washington,D.C. 20001

CC.
File.

Respectfully Submitted by
*Vincent DeMartino April 1, 08*
Vincent DeMartino
Reg No: 22044-053    Unit 1-A.
F.C.I. Allenwood
P.O. Box 2000
White Deer,P.A. 17887