Exhibit
-A-



**United States Department of Justice**

Executive Office for United States Attorneys

---

Freedom of Information and Privacy Staff

*Suite 7300, Bicentennial Building*
*600 E Street, N.W.*
*Washington, DC 20530*

*(202) 616-6757*
*FAX (202) 616-6478*

Request Number: 07-3782

**MAR 26 2008**

Requester: Vincent DeMartino

Dear Mr. DeMartino:

In your request letter dated, October 12, 2007, you asked that fees for your request be waived. I regret to inform you that your request for a fee waiver is denied. Federal regulation 28 CFR 16.11(k) sets forth the requirements for a waiver or reduction of fees. After carefully considering your FOIA request in the context of 28 CFR 16.11(k), I have determined that your request does not meet the requirements for the reasons listed below.

Your request must demonstrate that disclosure of the information you have requested is "in the public interest", and disclosure is not primarily for a commercial purpose. Your request is obviously not for a commercial purpose, but neither is disclosure in the public interest. For disclosure of information to be in the public interest, disclosure must be "likely to contribute significantly to the public understanding of the operations or activities of the government".

28 CFR 16.11(k) requires that the subject of the requested records must concern identifiable operations or activities of the federal government, but in your case, you are the subject of the request. In addition, 28 CFR 16.11(k) requires: "The disclosure must contribute to the understanding of a reasonably broad audience of persons interested in the subject, as opposed to the individual understanding of the requester." In your case, your request contributes to your individual understanding as opposed to the understanding of a broad audience of persons.

Finally, it is well settled that indigence alone is not grounds for a fee waiver. Accordingly, your request is denied.

Please be advised that we are currently searching for documents responsive to your FOIA/PA request, and we have reached the two hours of search time provided to you at no charge. Federal Regulation 28 CFR 16.11(i) provides that our office may collect an advance payment **before we continue processing your request** if we estimate fees will exceed $250.00. Search time is $28.00 per hour, after the first two hours which are free. In your case, the Eastern District of New York has informed us that a complete search will take an additional twenty five hours. Again, this excludes the first two hours which are provided free of charge. Therefore, the search fee would be approximately $700. The district has also indicated that they have 25 boxes of documents in this multi-defendant case. Normally a box contains between 2000 and 4000 pages of records. We do not know at this time, prior to a complete search, how many responsive pages will be found. Please note that in addition to the charges for search time, we charge $.10 per page for pages released to you, after the first 100 pages which are free. Once processing has been completed and a final charge is known, you will be required to submit the remaining fee before documents will be released to you.

Accordingly, an advance payment of $700.00 in the form of a check or money order, payable to the Treasury of the United States, must be received by this office before we will continue processing your request. **Please indicate on the face of the check the above request number and mail it to the above address.**

If you wish to reduce your fees, you may reformulate your request by limiting the documents to a specific category or categories. Or, if you specify that you will only pay up to a certain amount, we will process your case up to that amount. Finally, keeping in mind that the first two hours were free, you may direct that we terminate your search.

**Per 28 C.F.R. 16.11(i), your request is not considered received until we receive a response from you. Please respond within 30 days of the date of this letter, or this matter will be closed.** If you wish, you may use the attached form to indicate your wishes. If you have any questions, please call Attorney Advisor Dione Stearns at 202-616-6757.

Sincerely,

William G. Stewart II
Assistant Director

Note: You may appeal this response by writing within 60 days to the Office of Information and Privacy, United States Department of Justice, 1425 New York Avenue, Suite 11050, Washington D.C. 20530-0001.