UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **VINCENT DEMARTINO,** ) | |
| ) | |
| **Plaintiff,** ) | Case No: 06-00879 (RJL) |
| v. ) | |
| ) | |
| **FEDERAL BUREAU** ) | |
| **OF PRISONS, et al.,** ) | |
| ) | |
| **Defendant.** ) | |

## NOTICE OF APPEARANCE

The Clerk of the Court will please enter the appearance of Special Assistant United States Attorney Cindy S. Owens as counsel for defendant in the above-captioned case.

\_\_\_/s/_____
CINDY S. OWENS, D.C. BAR #491465
Special Assistant United States Attorney
555 4th St., NW
Washington, D.C. 20530
(202) 514-2257
cindy.owens@usdoj.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that the Defendant's Notice of Substitution of Counsel has been served on May 9, 2008, by first class U.S. mail, postage pre-paid to:

VINCENT DEMARTINO
Register No. 22044-053
Beaumont U.S.P.
P.O. Box 26030
Beaumont, TX 77720

_____/s/_____
CINDY S. OWENS, D.C. BAR #491465
Special Assistant United States Attorney
555 Fourth St., N.W.
Room E4112
Washington, D.C. 20530
(202) 616-2257
cindy.owens@usdoj.gov